No. 15–1599

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

SYNOPSYS, INC., A DELAWARE CORPORATION,

*Plaintiff-Appellant,*

v.

MENTOR GRAPHICS CORPORATION, AN OREGON CORPORATION,

*Defendant-Appellee.*

On appeal from the United States District Court for the Northern District of California, Case No. 3:12-cv-06467, Judge Maxine M. Chesney

## CORRECTED NON-CONFIDENTIAL OPENING BRIEF OF SYNOPSYS, INC.

M. Patricia Thayer
Philip W. Woo
SIDLEY AUSTIN LLP
555 California Street,
   Suite 2000
San Francisco, CA 94104
(415) 772-7428

Carter G. Phillips
Ryan C. Morris
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
cphillips@sidley.com

David T. DeZern
SIDLEY AUSTIN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
(214) 981-3315

*Counsel for Synopsys, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Appellant Synopsys, Inc. certifies the following:

1.     The full name of every party represented by me is:

Synopsys, Inc.

2.     The name of the real party in interest represented by me is:

Synopsys, Inc.

3.     There are no parent corporations or publicly held companies

that own 10% or more of the stock of Synopsys, Inc.

4.     The names of all law firms and the partners or associates

who appeared for Synopsys, Inc. in proceedings before the United States

District Court, or are expected to appear in this Court, are:

<u>SIDLEY AUSTIN LLP</u>

Bryan K. Anderson, Cynthia Ann Chi, Leonard Joseph Denbina, David
Thomas DeZern, Aseem Saran Gupta, Ryan C. Morris, Carter G.
Phillips, David T. Pritikin, Ezekiel Lee Rauscher, Clarence Andrew
Rowland, M. Patricia Thayer, Sue Wang, Philip W. Woo

<u>ORRICK HERRINGTON & SUTCLIFFE LLP</u>

Indra Neel Chatterjee, William Harrison Wright, III

<u>KASOWITZ, BENSON, TORRES & FRIENDMAN LLP</u>

Uttam Gajanan Dub, Jeffrey G. Homrig, Joseph Hyuk Lee, Douglas E.
Lumish

PERKINS COIE LLP

Julia Elizabeth Markley


DATE:   July 29, 2015

/s/ Carter G. Phillips
Carter G. Phillips
*Counsel for Synopsys, Inc.*

# TABLE OF CONTENTS

Pursuant to Federal Circuit Rule 28(d)(1)(B), Appellant has prepared a public version of their brief in which they have redacted certain confidential information. Specifically, the material omitted on pages 10, 19, 20, 28, 31, 32 and 45 contains references to information that has been designated confidential by the parties. Specifically, each of the pages cited above contains information that was sealed in the district court and require continued confidential treatment in this Court.

CERTIFICATE OF INTEREST ................................................................. i

TABLE OF AUTHORITIES .................................................................... v

STATEMENT OF RELATED CASES ..................................................... vii

INTRODUCTION ................................................................................. 1

JURISDICTIONAL STATEMENT .......................................................... 3

STATEMENT OF THE ISSUES ............................................................. 3

STATEMENT OF THE CASE ................................................................ 4

      A.    Background ................................................................ 4

           1.    Integrated Circuit Design ............................... 4

           2.    IC Design Automation ................................... 6

           3.    Patents-In-Suit ........................................... 11

      B.    Procedural Background ..................................... 20

SUMMARY OF ARGUMENT ............................................................. 22

STANDARD OF REVIEW ................................................................... 24

ARGUMENT ..................................................................................... 24

I.    The Patents-in-Suit Are Patentable Under § 101 ......................... 24

A.    The Asserted Claims of the Gregory Patents Are Not Drawn to Abstract Ideas Under *Alice*. ..................................... 28

B.    The Asserted Claims Also Embody a Significant Inventive Concept. ................................................................ 32

II.    The District Court Erred In Concluding That The Patents-In-Suit Are Ineligible For Patent Protection Under § 101. ................ 34

A.    The District Court Erred in Concluding That the Asserted Claims Are "Mental Processes" That Are Presumptively Patent Ineligible ........................................... 34

B.    The District Court Also Erred in Concluding That the Asserted Claims Failed to Provide an Inventive Concept.... 42

CONCLUSION .......................................................................... 46

# TABLE OF AUTHORITIES

**Page**

## Cases

*Alice Corp. v. CLS Bank Int'l,*
   __ U.S. __, 134 S. Ct. 2347 (2014)................................................ *passim*

*AT&T Corp. v. Excel Commn's, Inc.,*
   172 F.3d 1352 (Fed. Cir. 1999) ........................................................ 41

*Bilski v. Kappos,*
   561 U.S. 593, 130 S.Ct. 3218 (2010)...................................... 27, 29, 39

*In re Comiskey,*
   554 F.3d 967 (Fed. Cir. 2009) .......................................................... 38

*CyberSource Corp. v. Retail Decisions, Inc.,*
   654 F.3d 1366 (Fed. Cir. 2011) ...................................... 35, 36, 37, 38

*DDR Holdings, LLC v. Hotels.com, L.P.,*
   773 F.3d 1245 (Fed. Cir. 2014) .............................................. 24, 29, 30

*Diamond v. Diehr,*
   450 U.S. 175 (1981) .................................................................... 40, 44

*Gottchalk v. Benson,*
   409 U.S. 63 (1972) ............................................................ 29, 30, 37, 41

*Le Roy v. Tatham,*
   55 U.S. (14 How.) 156 (1852) .......................................................... 35

*Mayo Collaborative Services v. Prometheus Labs., Inc.,*
   566 U.S. __, 132 S. Ct. 1289 (2012) .................................. 33, 35, 43, 44

*Parker v. Flook,*
   437 U.S. 584 (1978) .............................................................. *passim*

*State Street Bank & Trust Co. v. Signature Financial Grp.,*
   *Inc.,*
   149 F.3d 1368 (Fed. Cir. 1998) ........................................................ 41

*TQP Dev., LLC v. Intuit, Inc.*,
   2014 WL 651935 (E.D. Tex. Feb. 19, 2014) ........................... 29, 36, 39

## Statutes

28 U.S.C. § 1295 ................................................................. 3

35 U.S.C. § 101 ........................................................... *passim*

35 U.S.C. § 100(b) ............................................................ 41

35 U.S.C. § 102 ........................................................... 43, 44

35 U.S.C. § 103 .............................................................. 44

## Other Authorities

Federal Rule of Appellate Procedure 32(a)(5) ......................... 47

Federal Rule of Appellate Procedure 32(a)(6) ......................... 47

Federal Rule of Appellate Procedure 32(a)(7)(B) ..................... 47

Federal Rule of Appellate Procedure 32(a)(7)(B)(iii) .............. 47

Federal Rule of Civil Procedure 54(b) ............................... 3, 22

## STATEMENT OF RELATED CASES

No other appeal in or from the same proceeding was previously before this Court or any other appellate court.

Although not technically related within the meaning of Federal Circuit Rule 47.5, a case between Mentor Graphics Corp. and Synopsys is currently pending on appeal before this Court in *Mentor Graphics Corp. v. EVE-USA, Inc. et al.*, Nos. 15-1770, -1554, -1556. In that case, Mentor asserted five patents against Synopsys, and Synopsys asserted two of its own patents against Mentor. The patents, accused products, and technology involved in that appeal overlap substantially with those here, and the briefing in that appeal is roughly on the same schedule as this one. The two cases should be considered by and argued before the same panel.

## INTRODUCTION

Integrated circuits ("ICs" or "chips") are ubiquitous today, found in countless everyday items. ICs were originally designed by hand, but as chips became more complex, the need arose for chip design to be automated through the use of computers. In its infancy, automated chip design had several limitations, including the inability of computer systems to infer some particular, complex circuit elements of an IC from user descriptions in computer languages.[1] The patents-in-suit solved certain limitations to early automated systems by disclosing new and novel methods for inferring the more complex circuit elements of chips, significantly improving the field of automated chip design.

The district court fundamentally erred in concluding that the asserted claims of these novel patents are unpatentable under 35 U.S.C. § 101. The court determined that the asserted claims are abstract ideas merely because it was possible—*after* the novel patented methods at issue here had already been invented by these inventors—for a skilled artisan to perform those same novel method steps with pencil and

---

[1] "Inferring" in automated chip design is the process whereby a computer deduces a particular hardware element based on a description of the desired function to be performed.

paper. But that mere possibility cannot render the claims unpatentable, especially when the preemption concern driving the §101 inquiry is not at all implicated. The asserted claims are not drawn to basic building blocks of human ingenuity. They do not preempt all, or even a substantial number of, ways to infer the circuit elements of a chip. Rather, they disclose particular, concrete steps for inferring three circuit elements for ICs using certain automated systems.

The district court also erred in concluding that the asserted claims, even if drawn to abstract ideas, do not embody an inventive concept. The processes in the asserted claims were entirely new solutions to obstacles that had long confounded the automated design industry and could not be found anywhere in the prior art. Indeed, they are the type of claimed solutions that "purport to improve the functioning of the computer itself" and that "effect an improvement in any other technology or technical field," which the Supreme Court has indicated provides the inventive concept necessary for patentability. *Alice Corp. v. CLS Bank Int'l*, __ U.S. __, 134 S. Ct. 2347, 2359–60 (2014).

Accordingly, this Court should reverse and remand.

## JURISDICTIONAL STATEMENT

Synopsys, Inc. filed this infringement suit against Mentor Graphics Corp. on December 12, 2012. The Court granted a stay of the case with respect to U.S. Patent No. 6,836,420 ("the '420 patent") pending *inter partes* review of that patent. For the remaining patents-in-suit—U.S. Patent Nos. 5,530,841 ("the '841 patent"), 5,680,318 ("the '318 patent"), and 5,748,488 ("the '488 patent") (collectively, "the Gregory patents")—the parties cross-moved for summary judgment on Mentor's defense asserting that all claims involved unpatentable subject matter under § 101. On January 20, 2015, the district court granted summary judgment in favor of Mentor and denied Synopsys' motion. On April 20, 2015, the district court entered final judgment under Federal Rule of Civil Procedure 54(b) on the claims related to the grant of summary judgment, and Synopsys filed a timely notice of appeal. This Court has jurisdiction under 28 U.S.C. § 1295.

## STATEMENT OF THE ISSUES

Whether the district court erred in holding Synopsys' asserted claims to be unpatentable subject matter under § 101 of the Patent Act.

## STATEMENT OF THE CASE

### A.   Background

#### 1. Integrated Circuit Design

This case concerns software that has revolutionized the field of IC design. JA8 (SJ Order 2). Integrated circuits, now found in almost every modern electronic device and often referred to as "semiconductor circuits," "semiconductors," "microchips," or "chips," contain millions or even billions of hardware components.  JA 6157–58 (Blanton Decl. ¶¶6, 8).  These hardware components—which include transistors, resistors, and capacitors—are interconnected to form logic and memory circuits that together implement the various complex electronic functions within a chip. *Id.* The logic and memory circuits implement these functions by receiving, processing, and storing information in digital form—basically, "bits" of information, each having a binary value of either "one" ("1") or "zero" ("0").

The most basic logic circuits are logic gates such as "AND," "OR," and "NAND," which perform a basic logic function.  JA6159 (Blanton Decl. ¶10). For example, a simple two-input "AND" gate outputs a binary value "1" when the input information at both of the gate's inputs are binary value "1." *Id*. Otherwise, the output from the "AND" gate is a

binary value "0." An "OR" gate operates similarly, outputting a binary

value "1" if either the first input *or* second input is binary value "1," and

a "NAND" gate is a "not AND," outputting the opposite of an "AND"

gate. There are numerous practical uses for these types of logic circuits.

*Id.* For instance, as a practical application, an "AND" logic gate can be

used to trigger a warning when a car door is open and the key is in the

ignition. JA6159–60 (Blanton Decl. ¶11).  The output would be the

warning signal, and it would sound when a door is open *and* a key is in

the ignition. Such a circuit is depicted below using the symbols typically

used to represent an "AND" gate and an "OR" gate:



*Id.* The inputs and outputs of logic circuits may also be synchronized by a "clock" signal—that is, the actions a gate takes can occur at particular time intervals, allowing multiple elements to operate in time together.

When ICs were first developed, designers would draw the circuit design for each chip by hand with symbols or schematics representing all the necessary hardware components and interconnections that form the desired logic or memory circuits. JA8 (SJ Order 2); JA6159 (Blanton Decl. ¶10). The specification of a specific logic circuit (and the wires for connecting its elements) in an IC design is considered a "gate-level" design, in other words, design that specifies the various logic gates required. JA6162 (Blanton Decl. ¶16).

## 2. IC Design Automation

The number of hardware components (e.g., transistors, resistors, and capacitors) that can be formed on a single integrated circuit has increased exponentially over time, allowing for more complex circuit designs with an ever-increasing number of logic circuits. This complexity ultimately necessitated an automated IC design process. JA6161 (Blanton Decl. ¶¶13–14); *see also* JA8212 (counsel for Mentor stating that "designing a computer chip is a monumental task .... It

6

takes high-speed computers and sophisticated software"). Indeed,

modern IC designs would take years to design by hand and would

essentially be infeasible without computerized automation. JA5559

(Walker Decl. ¶19). In response to this requirement, the electronic

design automation ("EDA") industry was born in the mid-1980s. JA6161

(Blanton Decl. ¶14). Among other things, EDA involves the use of

computer software to create IC designs, simulate those designs using

software, and emulate the designs using a combination of hardware and

software. *Id.*

One form of EDA, known as "logic synthesis," is the process of

using a computer tool to interpret or "synthesize" a human designer's

descriptions of an integrated circuit and then generating a "netlist,"

which specifies the logic circuits in the chip, their primary signal inputs

and outputs, and the interconnections among them. JA6162 (Blanton

Decl. ¶15–17).[2] The descriptions are written by an engineer or "user" in

a hardware description language ("HDL"), and can specify either the

logic circuits themselves or the operations to be performed by the

---

[2] The netlist is subsequently passed to other downstream tools that
ultimately lead to manufacturing an integrated circuit. JA6162
(Blanton Decl. ¶17).

circuits. *Id.* (Blanton Decl. ¶16). Specifying the logic circuit itself is known as "instantiation" and may be tied to specific hardware components within a particular vendor's library of designs. By contrast, a user description specifying the operation or function of a logic circuit requires an EDA logic synthesis tool, consisting of computer software, to infer the appropriate logic circuits (and their interconnections) to perform the intended IC operation. JA8 (SJ Order 2); JA6162 (Blanton Decl. ¶¶15–17).

Unfortunately, early synthesis tools allowed a designer to describe only simple circuit elements using operational descriptions in HDL. JA56 (2:1–3). For more complex logic circuits, a designer still had to specify or "instantiate" the circuits as well as their interconnections. JA57 (2:3–7); *see also* JA8–9 (SJ Order 2–3). These more complex logic circuits included edge-sensitive flip-flops, level-sensitive latches, and high-impedance drivers, each of which is described below.

A latch or level-sensitive latch is a circuit element that acts as a pass-through, outputting a bit (i.e., a binary "1" or "0," *see supra* at 4) equal to its input, but only when a specified condition is true—in other words, the latch is sensitive to the level of this condition. JA6160–61

8

(Blanton Decl. ¶12). Engineers represent a latch with a symbol or schematic like the following:



JA6158–61 (Blanton Decl. ¶¶9, 12). A flip-flop acts similarly to a latch, but it will output a bit equal to the input in response to a clock signal. JA6160–61 (Blanton Decl. ¶12). In an edge-sensitive flip-flop, the output will equal the input when a clock signal is rising or falling, i.e., on the "edge" of the clock signal. *Id.* Engineers often represent an edge-sensitive flip-flop as follows:



JA6158–61 (Blanton Decl. ¶¶9, 12). And a high-impedance driver, also referred to as a tri-state buffer, is a circuit element that has three

Redacted Material Subject to Protective Order

different output states—it can output a one or zero, like all other logic

circuits, but it also has a high-impedance state that prevents current

flow, effectively removing the output from the circuit. JA6163–64

(Blanton Decl. ¶20); JA6166 (Banton Decl. ¶23).

The inability of early synthesis tools to infer these other types of

logic circuits—edge-sensitive flip-flops, level-sensitive latches, and high-

impedance drivers—based on operational descriptions was a serious

flaw. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████ And it would be

impractical to design modern ICs without a computer that could

synthesize them. JA5559 (Walker Decl. ¶¶18–19). Moreover, enabling a

synthesis tool to infer these circuit elements from operational

descriptions in an HDL produces a more compact representation of an

IC design and also allows it to be technology independent—i.e., not need

to be tied to a particular vendor's library of designs. JA56 (1:55–60).

However, because early synthesis tools could not infer these complex

circuit elements based on operational descriptions, the full advantages of computerized synthesis tools could not be fully realized and IC design was significantly limited. JA56 (2:11–23; JA5559 (Walker Decl. ¶¶18–19, 22). The inventions of the patents-in-suit overcame the shortcomings of early synthesis tools.

### 3. Patents-In-Suit

In late 1989 and 1990, Synopsys employees and named inventors, Brent Gregory and Russ Segal, set out to overcome these particular limitations of early logic-synthesis tools. Specifically, they sought to develop techniques that would enable a computerized synthesis tool to infer the additional circuit elements noted above (edge-sensitive flip-flops, level-sensitive latches, and high-impedance drivers) from a designer's HDL description of the operational characteristics of these elements. JA56 (2:13–18). Their work resulted in the Gregory patents. These three patents share a common specification describing their new methods, and also include a computer program embodying logic synthesizers of the various inventions. JA56 (1:12–17); *see also* JA10 (SJ Order 4).

The Gregory patents describe detailed methods that enable a logic synthesis tool to infer the appropriate logic circuits—including complex logic circuits—and their interconnections from operational user descriptions. JA60 (10:12–16). The patents claim methods for a computer running specialized software to take "flow control statements" and "directive statements" in a user's description written in HDL, and convert them into "assignment conditions" for "hardware description functions," which, in turn, are used by the computer to determine the appropriate hardware and connections. JA9 (SJ Order 3) (citing JA86 (62:62–64; 63:2)); *see also* JA6170 (Blanton Decl. ¶34).

"Directive statements" are statements that assign a specified value to a particular variable—that is, they set signals at a specified level. JA6166 (Blanton Decl. ¶24). "Flow control statements," such as "IF," are statements that control the processing of statements in the user's description. *Id.* "Hardware description functions" are a set of functions for each variable that "represent specific operations that are implemented with specific hardware"—that is, the potential operations of a circuit element. JA63 (15:66–16:1); JA6170–71 (Blanton Decl. ¶36). These functions can be either synchronous (triggered by a clock signal),

12

or asynchronous (not triggered by a clock signal). JA6170–71 (Blanton Decl. ¶36); JA24.

The Gregory patents teach how a computerized synthesis tool can be programmed to use flow control and directive statements to generate an "assignment condition" for each hardware description function for each variable in a designer's HDL. An "assignment condition" is "the condition under which the hardware description function is true for a particular variable in the user description." JA22. Once the synthesis tool derives an assignment condition for the hardware description functions for each variable in an HDL description, the synthesis tool then uses these assignment conditions to generate the appropriate circuit elements and their connections. *See, e.g.*, JA6172 (Blanton Decl. ¶¶40–41) (discussing examples for level-sensitive latch and flip-flop in Gregory patents).

The Gregory patents give numerous examples of user descriptions and the logic circuits inferred from those descriptions by a computerized synthesis tool practicing the claimed inventions. *See, e.g.*, JA64–85 (18:1–60:63). The following are examples of the user descriptions of

operational characteristics (on the left) and the corresponding circuit

elements inferred (on the right):

### Latch



FIG. 8B

JA66 (21:48–56).[3]

### Flip-Flop



FIG. 12

JA69 (27:44–51).

### Flip-Flop

---

[3] The HDL descriptions include variables (*e.g.*, "Q," "D," "b," "c") that correspond to signals for the logic circuits and specify how the desired digital hardware operates, *i.e.*, under what conditions a value is assigned to a given variable. JA6166 (Blanton Decl. ¶¶23–24).

14



JA69 (28:11–20).

*See also* JA6164–66 (Blanton Decl. ¶¶21–22). As shown, a designer does not have to instantiate any particular logic circuit, such as latch or flip-flop, or the desired connections. JA6166 (Blanton Decl. ¶25). The synthesis tool will infer both the logic circuits, as well as their interconnections, based on the operational characteristics in the user descriptions.

Claim 1 of the '841 patent is representative of the asserted claims. It claims a method by which a computerized synthesis tool generates and uses assignment conditions to infer a level-sensitive latch, given certain conditions:

> 1. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements including an IF statement and a GOTO statement, and directive statements that define levels of logic signals, into logic circuit hardware components comprising:

> converting the flow control statements and directive statements in the user description for a logic signal Q into an assignment condition AL(Q) for an asynchronous load function AL( ) and an assignment condition AD(Q) for an asynchronous data function AD( ); and
>
> generating a level sensitive latch when both said assignment condition AL(Q) and said assignment condition AD(Q) are non-constant;
>
> wherein said assignment condition AD(Q) is a signal on a data input line of said flow through latch; said assignment condition AL(Q) is a signal on a latch gate line of said flow through latch; and an output signal of said flow through latch is said logic signal Q.

JA86–87 (62:60–63:12.); JA9 (SJ Order 3).

The Gregory patents also teach another technique whereby the synthesis tool creates a control flow graph from the directive and flow control statements. JA6167–68 (Blanton Decl. ¶29). The control flow graph is a data structure that represents directive and flow control statements as nodes and edges in graph. Directive statements are represented as an operation node with an edge entering and leaving the node. *Id.* Within the operation node, there is an assignment that corresponds to the operation specified by the user's directive statement. *Id.* Flow control statements are represented in a split node with one or more edges leaving the node. *Id.* The flow control graph may include

16

edges that go from one node to any other subsequent node. *Id.* Below is

an example from the Gregory patents of a simple user description with

its corresponding control flow graph:



FIG. 6A

JA64 (18:5–11).

JA6168–69 (Blanton Decl. ¶31). In one embodiment of the Gregory

patents, the computerized synthesis tool uses the control flow graph to

generate assignment conditions, which are then in turn used by the

synthesis tool to generate a logic circuit that performs the operations

described by the user. JA6169 (Blanton Decl. ¶33).[4]

---

[4] Asserted claims from the '318 patent claim elements of the control-flow-graph embodiment, requiring "generating a structure having a plurality of nodes interconnected by edges" and "generating a set of assignment conditions for each variable assigned a value in said

Ultimately, the Gregory patents claim specific techniques that enable a computer to synthesize a human designer's descriptions of the operational characteristics of complex logic circuits—such as flip-flops, latches, or tri-states—into a netlist without requiring the designer to have detailed knowledge of the logic circuits or specify the hardware components for implementing those circuits. That is, the circuit descriptions can be written in a manner that is "hardware independent." *See, e.g.*, JA29 (Abstract). These techniques both improve automated logic circuit design and make it available to designers with limited knowledge of the use and operation of logic circuits, and the hardware implementations from particular vendors, which themselves are constantly in flux due to ongoing innovation by vendors. JA6163–64 (Blanton Decl. ¶20). The claimed inventions also permit synthesis of user designs with both synchronous and asynchronous operations. *Id.*

The asserted claims, however, do not preempt *all* conversions of HDL designs into netlists. For example, the asserted claims do not

structure." JA148 (66:23–27; 66:37–41; 66:42–46). Asserted claims from the '488 patent also require "converting a flow control statement and a directive statement … into an assignment condition" for hardware description functions including synchronous or asynchronous load and data functions along with a high impedance function. JA208–09 (62:38–59; 63:34–64:7).

Redacted Material Subject to Protective Order

preempt the manual process a human designer, using his or her own knowledge, judgment, and skill, would follow when deriving a gate-level netlist from an HDL description. *See* JA6162–63 (Blanton Decl. ¶¶15–17, 20).

█████████████████████████████████

█████████████████████████████

████████████████ ██ ██████████

███████████████████████████████████

███████████████████████████████ The district court found the same, noting that the claimed methods were "primarily designed for use by a computer" and that "previously a designer would not have followed the exact same thought process" in the inventions. JA9, 16 (SJ Order 3, 10).

The claims also do not preempt synthesis of HDL code where the designer instantiates, i.e., specifies, the relevant logic circuit, as designers did before the Gregory patents supplied improved methods of logic synthesis. And they do not preempt the synthesis of logic circuits other than flip-flops, latches, and tri-states. ██████████████

██████████████████████████████

███████████████████████████████

██████████████████████████████

███████████████████████████████████

█████████████████████████

## B.    Procedural Background

Synopsys filed suit alleging that Mentor's "Precision" family of

logic synthesis products and the "Veloce" family of emulators infringe

claims of the Gregory patents. JA6173 (Blanton Decl. ¶46). Synopsys

asserted, among others, claim 1 of the '841 patent, claims 32, 35, and 36

of the '318 patent, and claims 1, 2, 8, and 9 of the '488 patent.

In response, Mentor asserted an invalidity defense under 35

U.S.C. § 101. JA6495–96 (50–51). Mentor argued that each asserted

claim was directed to an abstract idea because, for at least simplified

circuit designs, it was possible for a designer to perform the methods

with pencil and paper. *Id.*[5] On cross-motions for summary judgment,

the district court granted Mentor's motion and denied Synopsys',

finding the asserted claims of the Gregory patents invalid. JA17 (SJ

Order 11).

---

[5] Mentor elsewhere admitted, however, that "designing a computer chip
is a monumental task. No one can do it with paper and pencils."
JA8212.

The district court first found that the claimed methods were directed to an abstract idea. The court stated that "the steps in the claimed methods can be performed by a skilled designer either mentally or with pencil and paper" even though the court also found that "the method is primarily intended for use with a computer." JA9–10 (SJ Order 3–4). Because of that possibility, the court concluded that "the claims are directed to a mental process," which it said was a subcategory of unpatentable abstract ideas. JA12 (SJ Order 6). The court found no distinction between the asserted claims of the Gregory patents and the types of claims held invalid in various Supreme Court cases, and it discounted the complexity of the methods, asserting once again that it was possible for a skilled designer to perform the steps with pencil and paper. JA13 (SJ Order 7).

The district court also concluded that the claims did not demonstrate an "inventive concept" that would make the claims patent eligible. It refused to consider the fact that there is no reference whatsoever to the claimed methods in the prior art, asserting that the court must distinguish novelty and obviousness from the inventive feature inquiry. JA14 (SJ Order 8). The court also determined that

because "skilled designers had been inferring necessary parts and connections for ICs" before the Gregory patents, the asserted claims merely disclosed routine conventional activity, regardless of the different steps claimed. Accordingly, the district court found that the claimed methods merely implement a mental process on a computer. JA15–16 (SJ Order 9–10).

The court found all the asserted claims in the Gregory patents invalid under § 101 and granted Mentor summary judgment of invalidity. JA17 (SJ Order 11). The court entered final judgment under Rule 54(b) with regard to the Gregory patents, and Synopsys appealed.

## SUMMARY OF ARGUMENT

The Gregory patents claim patent eligible subject matter. The asserted claims are not directed to the type of abstract idea that the Court has found presumptively patent ineligible, such as a mathematical algorithm or a fundamental economic or longstanding commercial practice. Rather, the claims are directed to very particular computer processes to overcome a problem specifically arising in automated IC design, for automatically inferring hardware elements from user descriptions of IC designs. Put simply, these claims do not

improperly preempt "the basic tools of scientific and technological work."

Moreover, the asserted claims of the Gregory patents embrace a significant inventive concept. The claims require specific steps for performing synthesis in a particular way, and Mentor has cited no prior art that would render the claimed techniques conventional or traditional. This inventive concept at the heart of the asserted claims "improve[s] the functioning of the computer itself" and "effect[s] an improvement in . . . technology," which renders the claims patent eligible as the Supreme Court has indicated. The district court erred in concluding that the asserted claims are drawn to unpatentable subject matter.

The court's principal error was in concluding that anything that can be performed mentally (or with pencil and paper) by a skilled artisan after reading and applying the teachings of a patent is a patent-ineligible mental process. This analysis disregards the preemption concern at the core of § 101 and the fact that the complex, concrete steps of the asserted claims pose no risk of preempting the basic building blocks of human ingenuity.  The district court further ignored

the distinction between an algorithm in its broadest sense, which could encompass any "process," and the narrower sense found to be ineligible by the Supreme Court, referred to by this Court as "mathematical algorithms."

The district court further erred in concluding that the asserted claims lack an inventive concept. It is undisputed that the claimed methods were entirely novel solutions that could not be found anywhere in the prior art. The district court improperly rejected these facts as irrelevant to § 101 issues even though the Supreme Court has explained that the inquiries can overlap.  Here they do, where the novelty of the steps of the asserted claims demonstrate that they add an inventive concept that was not well-understood, routine, or conventional.

## STANDARD OF REVIEW

The Court reviews de novo the district court's determination of patent eligibility under § 101. *DDR Holdings, LLC v. Hotels.com, L.P.*, 773 F.3d 1245, 1255 (Fed. Cir. 2014).

## ARGUMENT

## I. The Patents-in-Suit Are Patentable Under § 101.

The Gregory patents are patent eligible under § 101 of the Patent Act, and the district court erred in concluding otherwise. Section 101

24

provides that "[w]hoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title." 35 U.S.C. § 101. The record shows that there is no dispute that the Gregory patents disclose "new and useful process[es]." *See, e.g.*, JA3179 (noting novelty of claims and how "they have helped transform an industry") *and* JA5709 (arguing that "[t]he novelty and inventiveness of the abstract idea is irrelevant.").

Despite § 101's broad language, the Supreme Court has held that it contains an implicit exception: "'Laws of nature, natural phenomena, and abstract ideas are not patentable.'" *Alice Corp. v. CLS Bank Int'l*, __ U.S. __, 134 S. Ct. 2347, 2354 (2014) (quoting *Assoc. for Molecular Pathology v. Myriad Genetics, Inc.*, 569 U.S. __, __, 133 S. Ct. 2107, 2116 (2013)).

The concern driving this exception is "one of pre-emption." *Id.* "Laws of nature, natural phenomena, and abstract ideas are 'the basic tools of scientific and technological work," and granting a patent on these tools could "'inhibit further discovery by improperly tying up the

future use of" these building blocks of human ingenuity." *Id.*
Accordingly, the Court has indicated that the exception should be
construed narrowly "lest it swallow all of patent law." *Id.* As the Court
explained, "[a]t some level, 'all inventions … embody, use, reflect, rest
upon, or apply laws of nature, natural phenomena, or abstract ideas.'"
*Id.* (quoting *Mayo Collaborative Services v. Prometheus Labs., Inc.*, 566
U.S. __, 132 S. Ct. 1289, 1293 (2012)).

In *Alice*, the Supreme Court articulated a two-part framework for
determining whether an invention is patent ineligible under § 101.
First, a court must "determine whether the claims at issue are directed
to one of [the] patent-ineligible concepts," namely, laws of nature,
natural phenomena, or abstract ideas. *Id.* at 2355. The "'abstract ideas'
category embodies 'the longstanding rule that [a]n idea of itself is not
patentable.'" *Id.* (quoting *Benson*, 409 U.S. at 67). This category targets
claims drawn to ideas themselves, fundamental truths, axioms, or basic
concepts. *Id.* at 2355–56. If a claim is drawn to a patent-ineligible
concept, then the court moves to the second step, which involves
examining "the elements of each claim both individually and 'as an
ordered combination' to determine whether the additional elements

'transform the nature of the claim' into a patent-eligible application."
*Id.* at 2355 (quoting *Mayo*, 132 S. Ct. at 1298, 1297). The Court has
described this step as "a search for an 'inventive concept'—i.e., an
element or combination of elements that is 'sufficient to ensure that the
patent in practice amounts to significantly more than a patent upon the
[ineligible concept] itself.'" *Id.* (quoting *Mayo*, 132 S. Ct. at 1294).

The Court in *Alice* emphasized, however, that the § 101 inquiry
cannot be divorced from the core preemption concern driving the
exception. According to the Supreme Court, the inquiry ultimately
requires a court to "distinguish between patents that claim the
'buildin[g] block[s]' of human ingenuity and those that integrate the
building blocks into something more." *Id.* at 2354. "The former 'would
risk disproportionately tying up the use of the underlying' ideas,"
whereas the "latter pose no comparable risk of pre-emption, and
therefore remain eligible for the monopoly granted under our patent
laws." *Id.* at 2354–55; *see also Bilski v. Kappos*, 561 U.S. 593, 130 S.Ct.
3218, 3227 (2010) (noting that application of a rigid test may "risk
obscuring the larger object of securing patents for valuable inventions
without transgressing the public domain.").

Redacted Material Subject to Protective Order

## A. The Asserted Claims of the Gregory Patents Are Not Drawn to Abstract Ideas Under *Alice*.

Under the Supreme Court's clarification of the § 101 exception, the asserted claims of the Gregory patents are directed to patent-eligible subject-matter. These claims do not cover the type of abstract ideas that are "the building blocks of human ingenuity." Rather, they are directed to novel and concrete steps in a computerized process for inferring complex circuit elements and their interconnections from a user's operational descriptions. In claim 1 of the '841 patent, for instance, a synthesis tool receives a specific written, hardware independent description of an IC as input, including flow control statements and directive statements written in HDL, and follows the specified steps to convert those statements into assignment conditions, and generate a level-sensitive latch when the established assignment conditions are non-constant. JA86–87 (62:61–63:12); JA6164–72 (Blanton Decl. ¶¶21–40).[6]

---

[6]

This claim, like the other asserted claims, is not directed to the type of abstract idea that the Court has found patent ineligible. The claims "do not recite a mathematical algorithm. … [n]or do they recite a fundamental economic or longstanding commercial practice." *DDR Holdings*, 773 F.3d at 1257. The claims here are quite distinct from the types of ideas found abstract in the Supreme Court's recent decisions, such as "the concept of intermediated settlement," *Alice*, 134 S. Ct. at 2356, or "the basic concept of hedging, or protecting against risk," *Bilski*, 561 U.S. at 611. Rather, they are directed to very particular processes that permits a synthesis tool to infer one of three hardware elements from user descriptions of IC designs.

Moreover, the asserted claims of the Gregory patents are in no way analogous to early Supreme Court decisions addressing computer-related inventions. The specific steps for allowing a synthesis tool to generate a latch from user descriptions, for instance, are nothing like the claims at issue in *Gottchalk v. Benson*, 409 U.S. 63 (1972), which were "[i]n essence … a simple conversion from one number to another equivalent number in a different form." *TQP Dev., LLC v. Intuit, Inc.*, 2014 WL 651935, at *4  (E.D. Tex. Feb. 19, 2014) (Bryson, J.)

(discussing the claims and holding in *Benson*). Nor do they resemble the type of claims in *Parker v. Flook*, 437 U.S. 584 (1978), which likewise required a simple calculation to compute an alarm limit for a well understood chemical process. *Id.* at 594; *see also id.* at 590, 596–97. Rather, the claims of the Gregory patents require concrete steps, for example, by using assignment conditions, designed for a software tool interpreting HDL, to infer the required logic circuits and interconnections from user descriptions. *See, e.g.*, JA86–87 (62:61–63:12). These claims "stand apart because they do not merely recite the performance of some … practice" known from pre-automated logic circuit design. *See DDR Holdings*, 773 F.3d at 1257. Instead, the asserted claims provide a "solution [that] is necessarily rooted in computer technology in order to overcome a problem specifically arising in the realm of" computer-assisted automated design. *Id.*

Critically, the asserted claims of the Gregory patents pose no risk of preemption that would tie up the use of an underlying idea. *See Alice*, 134 S. Ct. at 2354–55. The asserted claims do not preempt the field of EDA or even the logic synthesis portion of that field. Nor do the claims preempt all conversions of HDL designs to gate-level netlists. The

Redacted Material Subject to Protective Order

claims do not preempt what Mentor has referred to as "hand synthesis," by which a human designer, using his or her own knowledge, judgment, and skill, derives a gate-level netlist from an HDL description. ████

████████████████████████████████████████████████

██ ██ ████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████ And, the court acknowledged that "previously a designer would not have followed the exact same thought process" of the claims. JA16 (SJ Order 10). Nor do the claims preempt synthesis of HDL code where the designer instantiates the logic circuits, as designers did before the Gregory patents and their fundamentally improved methods of synthesis.

The asserted claims do not even preempt all automated methods of inferring the three logic elements addressed by the inventions, as demonstrated by early prototypes of Synopsys' synthesis product. ████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

31

Redacted Material Subject to Protective Order

█████████████████████████████████████████

███████████████ The asserted claims of the Gregory patents simply do not tie up or pose any risk of tying up "the basic tools of scientific and technological work." *Alice*, 134 S. Ct. at 2354.

## B.    The Asserted Claims Also Embody a Significant Inventive Concept.

Even if the asserted claims were drawn to an abstract idea—and they are not—the claims nonetheless embrace a significant inventive concept, resulting in significantly more than a claim to an abstract idea. The specific steps recited in the claims are more than "conventional steps, specified at a high level of generality," or a directive to simply "apply" an abstract idea. *Alice*, 134 S. Ct. at 2357 (quoting *Mayo*, 132 S. Ct. at 1300). Rather, they are directed to specific processes for synthesizing complex logic circuits from an HDL by converting control statements and directive statements into one or more assignment conditions. JA9 (SJ Order 3 (citing JA86 (62:62–64); 63:2)); *see also* JA6170 (Blanton Decl. ¶34).

The claims undeniably recite previously unknown steps for performing synthesis of complex logic circuits, *supra* at Section A.3, demonstrating that these steps were *not* well-understood, routine, or

conventional activity, previously engaged in by those in the field. *See Mayo*, 132 S. Ct. at 1298. Indeed, throughout these proceedings Mentor has cited no prior art that would render the techniques of the Gregory patents conventional or traditional. To be sure, the end result of creating a netlist of circuit elements that comprise an IC design from an HDL was accomplished prior to the Gregory patents (albeit not for flip-flops, latches, or tri-states). But the claimed steps that enable a computer to synthesize HDL into a netlist based on hardware independent user descriptions of the operations requiring those three elements were unknown. The inability of computers to perform such synthesis was the very problem the patents solved. *See Alice*, 134 S. Ct. at 2359–60 (distinguishing method claims that "purport to improve the functioning of the computer" or "effect an improvement in any other technology or technical field").

The asserted claims of the Gregory patents are quite distinct from other claims that have been found ineligible because these patents do not simply state an abstract idea and "add[] the words 'apply it.'" *See Alice*, 134 S.Ct. at 2358 (quoting *Mayo*, 132 S.Ct. at 1294). The patents claim the specific steps to be carried out by a computer for performing

synthesis in a very particular way based on a description written in a hardware description language.

## II. The District Court Erred In Concluding That The Patents-In-Suit Are Ineligible For Patent Protection Under § 101.

The district court fundamentally erred in concluding that the asserted claims of the Gregory patents are invalid under § 101 by disregarding the Supreme Court's teachings in *Alice* and its predecessors. The court's principal error lay in concluding that the asserted claims were drawn to the type of "mental process" that is presumptively patent ineligible. And it further erred in disregarding the inventive concepts embodied in the claimed steps.

### A. The District Court Erred in Concluding That the Asserted Claims Are "Mental Processes" That Are Presumptively Patent Ineligible.

According to the district court, because it is possible for a skilled designer to perform the steps of the asserted claims either mentally or with pencil and paper, the claims are directed to an unpatentable mental process. JA9–10; 12 (SJ Order 3–4, 6). The court erred as a matter of law in broadly concluding that anything that can be performed mentally (or with pencil and paper) by a skilled artisan after reading and applying the teachings of a patent is a patent-ineligible

34

mental process, even when the preemption concern at the core of the

exception to § 101 is not implicated and especially where no human had

ever previously thought of the method. The "abstract ideas" category

includes only those principles or ideas that pose the risk of

preemption—that is, of tying up the basic building blocks of human

ingenuity. *See Alice*, 134 S. Ct. at 2354–55; *Le Roy v. Tatham*, 55 U.S.

(14 How.) 156, 175 (1852) ("A principle, in the abstract, is a

fundamental truth; an original cause; a motive; these cannot be

patented, as no one can claim in either of them an exclusive right"); *see*

*also Mayo*, 132 S. Ct. at 1294 (the Supreme Court's cases "warn us

against upholding patents that claim processes that too broadly

preempt the use of a natural law").

The district court purported to draw support for its conclusion

from *CyberSource Corp. v. Retail Decisions, Inc.*, 654 F.3d 1366 (Fed.

Cir. 2011), JA12 (SJ Order 6), but the claims at issue in *CyberSource*

posed precisely the risk of preemption that underlie the exception to

§ 101. The patent in this pre-*Alice* case claimed a method of verifying

the validity of credit card transactions over the Internet by obtaining

information about similar Internet transactions, creating a map of

35

credit card numbers based on the other transactions, and then using the map to determine if the transaction at issue is valid. 654 F.3d at 1370. This Court held the claims invalid, explaining that the "broad scope" of the claims "extends to essentially any method of detecting credit card fraud based on information relating past transactions to a particular 'Internet address,' even methods that can be performed in the human mind." *Id.* at 1372. To be sure, the Court discussed "mental processes" as being a subcategory of "abstract ideas," but the Court's discussion and holding never departed from the core preemption concern undergirding the § 101 exception. *Id.* at 1376 ("the method consists of only the general approach of obtaining information about credit card transactions utilizing an Internet address and then using that information in some undefined manner to determine if the credit card transaction is valid."). Indeed, three years after the *CyberSource* decision, Judge Bryson, who was on the *CyberSource* panel, explained that the "'mental process' exception" does *not* broadly exclude all mental processes. *TQP Dev.*, 2014 WL 651935, at *4.[7]

---

[7] Any broad statements in *CyberSource* concerning the patentability of any and all "mental processes" are dicta that are inconsistent with the Supreme Court's *Alice* line of cases. However, to the extent the panel

Like *CyberSource*, the Supreme Court cases relied upon by the *CyberSource* Court directly raised the preemption concern at the heart of the exception to § 101. One of those cases was *Benson*, and at issue there was a method for converting binary-coded decimal ("BCD") numerals into pure binary numerals. 409 U.S. 63, 64 (1972). The Supreme Court invalidated the broad claim, explaining that it was "so abstract and sweeping as to cover both known and unknown uses of the BCD to pure binary conversion." *Id.* at 68. According to the Court, "the patent would wholly preempt the mathematical formula" used in the conversion process "and in practical effect would be a patent on the algorithm itself." *Id.* at 72.

The *CyberSource* Court also looked to *Flook*. There the claims added a known algorithm to preexisting conventional techniques for determining alarm limits during certain catalytic conversion processes. 437 U.S. at 585. The Supreme Court noted that the calculations could be performed using pencil and paper, but that was not the flaw that invalidated the claims. *See id.* at 586; *see also CyberSource*, 654 F.3d at 1371. In fact, the Court accepted that "it is equally clear that a process

feels bound by that dicta, the full court should consider this issue en banc.

is not unpatentable simply because it contains a law of nature or a mathematical algorithm." *Flook*, 437 U.S. at 590. The problem was that adding a mathematical algorithm to purely conventional and known techniques offered nothing new and useful. *Id.* at 591; *id.* at 594 ("Respondent's process is unpatentable under § 101, not because it contains a mathematical algorithm as one component, but because once that algorithm is assumed to be within the prior art, the application, considered as a whole, contains no patentable invention."). And in the course of its discussion, the Court also noted that, while the claims did not cover every conceivable application of the mathematical formula, they nonetheless "cover[ed] a broad range of potential uses of the method" because of the "numerous processes of [the] kind in the petrochemical and oil-refining industries." *Id.* at 586. *Flook* simply does not support the notion that the mere possibility that claims can be performed with pencil and paper renders them presumptively unpatentable, regardless of the preemptive effect of the claims.[8]

---

[8] In *CyberSource*, the Court also relied on *In re Comiskey*, 554 F.3d 967 (Fed. Cir. 2009). *See CyberSource*, 654 F.3d at 1372. That case, however, dealt with a unique rule: "patents on particular systems that depend on their operation on human intelligence alone." *Comiskey*, 554 F.3d at 980. But that presents an entirely different situation from the one here,

The error in the district court's reasoning is further illustrated by its disregard of the fact that the claims here do not involve "'simple'" concepts like those *Alice* or *Bilski*, but instead involve complex, concrete steps. JA12, 13 (SJ Order 6, 7). Contrary to the district court's assertion, the § 101 analysis does not turn on whether it is possible for someone to perform the process "either mentally or with the aid of a pencil and paper." JA13 (SJ Order 7). Rather, it is whether the process poses the risk of preempting the basic building blocks of human ingenuity. The "simple" concepts in *Alice* and *Bilski* were general principles, and a patent on those principles would preempt precisely those building blocks. The complex and concrete steps of the patents-in-suit on the other hand pose no similar risk of preemption. Unlike the patented techniques at issue in *Alice* and *Bilski*, the particular steps of

which involves a process that is only *possible* to perform mentally. JA9-10 (SJ Order 3-4); *see also TQP Dev.*, 2014 WL 651935, at *4 (Bryson, J.) (declining to invalidate a patent involving "a several-step manipulation of data that, except perhaps in its most simplistic form, could not conceivably be performed in the human mind or with pencil and paper"). The methods here are designed for use by computers, and a skilled artisan would understand that the process is designed solely for computers. Indeed, the undisputed evidence shows that designers would *not* employ the process without the use of computers, and the district court agreed that "previously a designer would not have followed the exact same thought process" of the claims. JA16 (SJ Order 10); *see also supra* at 19.

the patents-in-suit were not previously performed by any entity, human

user or otherwise, because they simply did not exist before the patents.

Even then, the complex and concrete steps of the patents-in-suit

implement one specific process that allows a computerized synthesis

tool to infer particular logic circuits and their interconnections from

hardware-independent user descriptions.

The district court also suggested that the claims at issue are "in

essence, various algorithms," which courts have long found to be

abstract ideas. JA12 (SJ Order 6). The court's analogy to algorithms

does not withstand scrutiny. The Supreme Court has defined

"'algorithm'" in its cases "as a 'procedure for solving a given type of

mathematical problem.'" *Diamond v. Diehr*, 450 U.S. 175, 186 (1981).

And in *Diehr*, the Court refused to adopt a broader definition of

algorithm that would include "'[a] fixed step-by-step procedure for

accomplishing a given result'" or a "'simplified procedure for solving a

complex problem.'" *Id.* at 186 n.9. Indeed, such a broad definition—in

essence, the one relied upon by the district court here—could draw into

question almost any method patent. *See Alice*, 134 S. Ct. at 2354 ("we

tread carefully in construing this exclusionary principle lest it swallow

all of patent law.").[9] Nor do the asserted claims resemble mathematical formulae. Such formulae are the quintessential "tools of scientific and technological work," *Benson*, 409 U.S. at 67, and "revea[l] a relationship that has always existed," *Flook*, 437 U.S. at 593 n.15. The claims here are not basic tools of technological work, but rather they are one set of steps for enabling a software synthesis tool to infer particular logic

---

[9] This Court previously recognized this very concern and held that "algorithms" are limited to mathematical algorithms, explaining that

> every step-by-step process, be it electronic or chemical or mechanical, involves an algorithm in the broad sense of the term. Since § 101 expressly includes processes as a category of inventions which may be patented and § 100(b) further defines the word 'process' as meaning 'process, art or method, and includes a new use of a known process, machine, manufacture, composition of matter, or material,' it follows that it is no ground for holding a claim is directed to nonstatutory subject matter to say it includes or is directed to an algorithm. This is why the proscription against patenting has been limited to *mathematical* algorithms.

*State Street Bank & Trust Co. v. Signature Financial Grp., Inc.*, 149 F.3d 1368, 1374–75 (Fed. Cir. 1998) (quoting *In re Iwahashi*, 888 F.2d 1370, 1374 (Fed. Cir. 1989) (emphasis in the original)); *see also AT&T Corp. v. Excel Comm'n's, Inc.*, 172 F.3d 1352, 1356 (Fed. Cir. 1999) ("Because § 101 includes processes as a category of patentable subject matter, the judicially-defined proscription against patenting of a 'mathematical algorithm,' to the extent such a proscription still exists, is narrowly limited to mathematical algorithms in the abstract").

elements and interconnections from an HDL. And they do not reveal a relationship that has always existed the way a mathematical formula does. This is for the simple and fundamental reason that the inventors—by creating the very techniques of the invention, including the use of assignment conditions—defined the relationship between HDL and the particular logic elements and interconnections. *See, e.g.*, JA66 (21:31–22:36).

The district court erred in concluding that the asserted claims of the Gregory patents are drawn to an abstract idea.

## B.    The District Court Also Erred in Concluding That the Asserted Claims Failed to Provide an Inventive Concept.

After erroneously concluding that the asserted claims are drawn to an abstract idea, the district court further erred in concluding that the claims do not contain an inventive concept.

The district court asserted that Synopsys' claims add nothing other than a way to implement a mental process on a computer, and therefore, under *Alice*, the use of a computer does not make the patents patent eligible. JA15–16 (SJ Order 9–10). The comparison is inapt. The Supreme Court in *Alice* explicitly distinguished the claims there from

method claims that "purport to improve the functioning of the computer itself" or that "effect an improvement in any other technology or technical field." *Alice*, 134 S. Ct. at 2359–60. And that is precisely what the methods in the asserted claims do. They improve the EDA process by enabling a computerized synthesis tool to infer particular logic circuits from hardware-independent, user descriptions in HDL. This is precisely the kind of improvement in the use of computers that the Supreme Court in *Alice* made clear satisfies the requirements of § 101.

Compounding this error, the district court ignored the fact that the methods in the asserted claims of the Gregory patents were entirely novel solutions and could not be found anywhere in the prior art, asserting that Synopsys' "reliance on a lack of prior art is misplaced" because a court must "'distinguish novelty and obviousness from the "inventive feature" inquiry.'" JA44 (SJ Order 8). The court erred in summarily rejecting "the lack of any reference to the claimed methods in the prior art." *Id.*

The Supreme Court has explained that "in evaluating the significance of additional steps, the § 101 patent-eligibility inquiry and, say, the § 102 novelty inquiry might sometimes overlap." *Mayo*, 132 S.

Ct. at 1304; *see also Flook*, 437 U.S. at 592 (rejecting respondents' argument that the Court's approach "improperly imports into § 101 the considerations of 'inventiveness' which are the proper concerns of §§ 102 and 103"). Indeed, the lack of any prior art using these methods goes to the very heart of the "inventive concept" inquiry—namely, whether the claims add something more than "[p]urely 'conventional or obvious' '[pre]-solution activity.'" *Mayo*, 132 S. Ct. at 1298 (quoting *Flook*, 437 U.S. at 590)) (second alteration in original). Here, the lack of any prior art referencing the methods in the asserted claims shows that they are not conventional or obvious.

The district court nonetheless concluded that the claims here concerned well-understood, routine, conventional activity because, in its view, "skilled designers had been inferring the necessary parts and connections for ICs long before the Gregory patents issued." JA15 (SJ Order 9). But the question is not whether inferring logic circuits and connections occurred prior to the patents-in-suit. Such a broad focus would virtually eliminate any improvement patents in this field, and the Court has indicated that "improv[ing] an existing technological process" *is* patentable. *Alice*, 134 S. Ct. at 2358 (discussing *Diehr*). The

44

Redacted Material Subject to Protective Order

question is whether the claims as a whole provide something more than routine, conventional activities. On that score, the asserted claims do.

Moreover, the district court's reasoning suffers from yet another flaw. In 1989, humans did not "infer" logic circuits. "Inferring" logic circuits is a term of art for the process a computer performs in deducing the appropriate circuits. And then-existing software solutions had a significant flaw that hindered IC design. The inventions provide a novel way of automating the chip-design process, improving the existing EDA process to provide for inferring more complex logic circuits (i.e., flip-flops, latches, and high-impedance drivers) from hardware-independent user descriptions. And, that process was nothing like the process previously used by "skilled designers." *See supra* at 19 (████████████████

██████████████████████████████████████████);

*see also* JA16 (SJ Order 10) (noting "[t]he fact that previously a designer would not have followed the exact same thought process.")

## CONCLUSION

For the foregoing reasons, the Court should reverse the district

court's judgment and remand.

Respectfully submitted,

/s/ Carter G. Phillips

| | |
|---|---|
| M. Patricia Thayer | Carter G. Phillips |
| Philip W. Woo | Ryan C. Morris |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 555 California Street, | 1501 K Street, NW |
| Suite 2000 | Washington, DC 20005 |
| San Francisco, California 94104 | Telephone: (202) 736-8000 |
| (415) 772-7428 | cphillips@sidley.com |

David T. DeZern
SIDLEY AUSTIN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
(214) 981-3315

*Counsel for Synopsys, Inc.*

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitations of Federal Rule of Appellate Procedure 32(a)(7)(B) and the Rules of this Court, because it contains 7,941 words (as determined by the Microsoft Word 2007 word-processing system used to prepare the brief), excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii).

This brief also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using the Microsoft Word 2007 word-processing system in 14-point Century Schoolbook font.

/s/ Carter G. Phillips
Carter G. Phillips

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2015, a true and correct copy of the foregoing was timely filed with the Clerk of the Court using the appellate CM/ECF system, which will send notifications to all counsel registered to receive electronic notices.

/s/ Carter G. Phillips
Carter G. Phillips

*Counsel for Synopsys, Inc.*

# ADDENDUM

# ADDENDUM TABLE OF CONTENTS

Order for Entry of Final Judgment (04/20/2015)…………………………………...A1

Order on Motion for Summary Judgment (01/20/2015)...………………………A7

Order Construing Claims (11/07/2013)……………………………………………A18

U.S. Patent 5,530,841…………………………………………………….......A28

U.S. Patent 5,680,318…………………………………………………….......A88

U.S. Patent 5,748,488……………………………………………….....A150

David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

M. Patricia Thayer (SBN 90818)
pthayer@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
SYNOPSYS, INC.

George A. Riley (SBN 118304)
griley@omm.com
Mark E. Miller (SBN 130200)
markmiller@omm.com
Luann L. Simmons (SBN 203526)
lsimmons@omm.com
Michael Sapoznikow (SBN 242640)
msapoznikow@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Kristin L. Cleveland (SBN 184639)
kristin.cleveland@klarquist.com
Salumeh R. Loesch (*Pro Hac Vice*)
salumeh.loesch@klarquist.com
Jeffrey S. Love (SBN 195068)
jeffrey.love@klarquist.com
Andrew M. Mason (*Pro Hac Vice*)
andrew.mason@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. 3:12-cv-06467-MMC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR ENTRY OF FINAL JUDGMENT AS TO COUNTS 1-3 OF THE COMPLAINT AND STAY OF ACTION AS TO COUNT 4** |

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF FINAL
JUDGMENT AS TO COUNTS 1-3 OF THE COMPLAINT AND STAY OF
ACTION AS TO COUNT 4
CASE NO. 3:12-CV-06467-MMC

JA.1

Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Mentor Graphics Corporation ("Mentor") jointly submit this stipulated motion seeking the following relief from the Court, accompanied by a proposed order:

1.      Entry of a final judgment under Federal Rule of Civil Procedure 54(b), as to Counts 1-3 of the Complaint, adjudicating the eight asserted claims of United States Patent Nos. 5,530,841, 5,680,318, and 5,748,488 (collectively, the "Gregory Patents") invalid under Section 101 of the Patent Act, reserving Synopsys' right to appeal from such judgment; and

2.      An order further staying the action as to Count 4 (United States Patent No. 6,836,420) pending the resolution of the *inter partes* review of the '420 patent, *see* Dkt. No. 215, including any appeal therefrom, and of any appeal of the Order on Motions for Summary Judgment, Dkt. No. 442 ("Section 101 Order").

Synopsys and Mentor respectfully submit that the requested relief is properly based on the following:

1.      Synopsys' Complaint in this action includes four counts.  Dkt. No. 1.  Counts 1-3 relate to Synopsys' infringement allegations for the Gregory Patents.  *Id*. at 3-7.  Count 4 relates to Synopsys' infringement allegations for the '420 patent.  *Id*. at 7-8.  Mentor has not asserted any counterclaims in this action.  Dkt. No. 43.

2.      The Court granted summary judgment finding all asserted claims of the Gregory Patents invalid under 35 U.S.C. § 101.  Section 101 Order at 11.  As a result, there is currently nothing left to be determined on Counts 1-3 of the Complaint.  Synopsys intends to appeal the Section 101 Order.

3.      The Court previously, on August 1, 2014, stayed all proceedings regarding Count 4 pending *inter partes* review of the '420 patent.  Dkt. No. 215.

4.      Because the proceedings for the only remaining claim in this action are stayed, all deadlines have been vacated (except for a periodic joint status report regarding the stay).  Dkt. No. 444.

5.      The three Gregory Patents that are the subject of Counts 1-3 share the same

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF FINAL
JUDGMENT AS TO COUNTS 1-3 OF THE COMPLAINT AND STAY OF
ACTION AS TO COUNT 4
CASE NO. 3:12-CV-06467-MMC

1

inventors, specification, and priority date. Two of the Gregory Patents have already expired, and the remaining patent will expire within the next month.

6. The '420 patent, on the other hand, has different inventors, a different specification, and a different priority date than the Gregory Patents. The '420 patent and the Gregory Patents have no overlapping construed claimed terms. *See* Dkt. No. 100. Further, the '420 patent was acquired by Synopsys when it acquired Synplicity, Inc., whereas Synopsys was the original assignee of the Gregory Patents. The '420 patent is also currently subject to an *inter partes* review before the Patent Trial and Appeal Board. The Board has not yet issued a final written decision regarding the '420 patent. Once the Board issues a final written decision, either party may appeal that decision to the Federal Circuit. 35 U.S.C. § 141(c).

7. The parties have agreed to the following:

   a. Neither party will raise any argument or issue regarding the '420 patent in any appeal of the Section 101 Order;

   b. The stay regarding the '420 patent should continue until both the appeal of the Section 101 Order and any appeal of the *inter partes* review of the '420 patent are resolved; and

   c. Until any appeal of the Section 101 Order is complete and the Federal Circuit issues its mandate, Synopsys shall not bring any new action or allegation that any Mentor's actions, products, or software, or any use of Mentor's products or software, infringe, directly or indirectly, the '420 patent.

8. Under Federal Rule of Civil Procedure 54(b), "the court may direct entry of a final judgment as to one or more, but fewer than all, claims . . . if the court expressly determines that there is no just reason for delay." In patent cases, Federal Circuit law applies to Rule 54(b) certification issues. *Storage Tech. Corp. v. Cisco Sys., Inc.*, 329 F.3d 823, 829 (Fed. Cir. 2003). Rule 54(b) certification is proper where there is: (1) a final judgment, and (2) the district court determines that there is no just reason for delay of entry. *Curtiss-Wright Corp. v. General Elec. Co.*, 446 U.S. 1, 7-8 (1980); *see also W.L. Gore Assocs., Inc. v. Int'l Med. Prosthetics Research*

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF FINAL
JUDGMENT AS TO COUNTS 1-3 OF THE COMPLAINT AND STAY OF
ACTION AS TO COUNT 4
CASE NO. 3:12-CV-06467-MMC

2

*Assocs., Inc.*, 975 F.2d 858, 861-62 (Fed. Cir. 1992). A final judgment is "a decision upon a cognizable claim for relief" and that is "an ultimate disposition of an individual claim entered in the course of a multiple claims action." *Curtiss-Wright*, 446 U.S. at 7 (citing *Sears, Roebuck & Co. v. Mackey*, 351 U.S. 427, 436 (1956)).

9. The parties agree that the judgment with respect to the Gregory Patents is final and disposes of the claims asserting the Gregory Patents. The parties further agree that there is no just reason for delay of entry of a final judgment of invalidity with regard to the Gregory Patents.

10. The Section 101 Order left nothing to be determined on Synopsys' claims of infringement of the Gregory Patents under Counts 1-3. All proceedings on Count 4 regarding the '420 patent are stayed. In light of these facts, the differences between the Gregory Patents and the '420 patent, and the parties' agreements, there is no just reason for delay in any appeal of the Section 101 Order. These circumstances justify immediate appeal of the Section 101 Order, and "departure from the general rule that all issues decided by the district court should be resolved in a single appeal of a final judgment." *See iLOR, LLC v. Google, Inc.*, 550 F.3d 1067, 1072-73 (Fed. Cir. 2008).

IT IS SO STIPULATED.

Dated: April 17, 2015                    By: *s/M. Patricia Thayer*
                                              M. Patricia Thayer

                                              Attorneys for Plaintiff
                                              SYNOPSYS, INC.

Dated: April 17, 2015                    By: *s/John D. Vandenberg*
                                              John D. Vandenberg

                                              Attorneys for Defendant
                                              MENTOR GRAPHICS CORPORATION

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF FINAL
JUDGMENT AS TO COUNTS 1-3 OF THE COMPLAINT AND STAY OF
ACTION AS TO COUNT 4
CASE NO. 3:12-CV-06467-MMC                                                    3

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Mentor Graphics has obtained the concurrence of Plaintiff's counsel in the filing of this stipulated request.

Dated:  April 17, 2015                    By:  *s/John D. Vandenberg*

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF FINAL
JUDGMENT AS TO COUNTS 1-3 OF THE COMPLAINT AND STAY OF
ACTION AS TO COUNT 4
CASE NO. 3:12-CV-06467-MMC

4

JA.5

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

1.      Final judgment is hereby entered under Federal Rule of Civil Procedure 54(b), as to Counts 1-3 of the Complaint, adjudicating the eight asserted claims of United States Patent Nos. 5,530,841, 5,680,318, and 5,748,488 (collectively, the "Gregory Patents") invalid under Section 101 of the Patent Act, reserving Synopsys' right to appeal from such judgment. For the reasons set forth in the parties' stipulated motion, there is no just reason for delay in any appeal on these counts.

2.      Furthermore, the action as to Count 4 (United States Patent No. 6,836,420) is further stayed pending the resolution of the *inter partes* review of the '420 patent, including any appeal therefrom, and of any appeal of the Section 101 Order on Counts 1-3.

DATED: _April 20, 2015_                    _____
                                          Honorable Maxine M. Chesney
                                          United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF FINAL
JUDGMENT AS TO COUNTS 1-3 OF THE COMPLAINT AND STAY OF
ACTION AS TO COUNT 4
CASE NO. 3:12-CV-06467-MMC

5

JA.6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 12-6467 MMC |
|        Plaintiff, | **ORDER ON MOTIONS FOR SUMMARY JUDGMENT** |
|   v. | |
| MENTOR GRAPHICS CORPORATION, | |
|        Defendant. | |

_____/

     Before the Court are cross-motions for summary judgment, filed October 3, 2014, by plaintiff Synopsys Inc. ("Synopsys") and defendant Mentor Graphics Corporation ("Mentor"), by which the parties set forth their respective positions as to the patent eligibility of eight claims as recited in three patents held by Synopsys,[1] specifically, claims 1, 2, 8, and 9 of U.S. Patent No. 5,748,488 ("'488 patent"), claim 1 of U.S. Patent No. 5,530,841 ("'841 patent"), and claims 32, 35, and 36 of U.S. Patent No. 5,680,318 ("'318 patent").[2]

---

    [1] Synopsys' motion addresses other issues as well. This order concerns only the issue of patent eligibility.

    [2] The patents are attached to the Complaint as Exhibits A, B, and C, respectively.

1

**BACKGROUND[3]**

2       The three patents at issue (hereinafter "the Gregory patents") relate generally to the

3  field of integrated circuit ("IC" or "chip") design.  ICs are composed of logic circuits and

4  memory circuits, which themselves are composed of "tens, hundreds, or even potentially

5  thousands, of transistors, resistors, capacitors, or other hardware components."  (See Decl.

6  of Ronald D. Blanton, Ph.D. ("Blanton Decl."), filed October 3, 2014, ¶ 8.)  In the 1950s,

7  when ICs were first developed, engineers would hand draw the chip designs with symbols

8  or schematics representing the hardware components to be used.  In the mid-1980s, a

9  method of automating chip design, EDA, was developed to help solve the problem of the

10  ever-increasing number of hardware components capable of being integrated on a chip.

11  EDA "involves the use of computers to, among other things, create integrated circuit

12  designs, simulate the designs using only software, and emulate the designs using a

13  combination of hardware and software."  (Id. ¶ 14.)

14       The Gregory patents are directed to a form of EDA known as "logic synthesis."  In

15  the subject field, logic synthesis is generally understood to mean the process of "using a

16  computer tool to interpret or 'synthesize' a human designer's descriptions of the operations

17  of the integrated circuit" and then "generat[ing]," typically as a "netlist," the "electronic circuit

18  components (e.g., logic circuits) . . . that perform those operations."  (See id. ¶ 15.)  The

19  human-generated descriptions are written by an engineer, or "user," in a hardware

20  description language (HDL), one of several languages developed specifically for EDA.  (Id.

21  at ¶ 16.)

22       The Gregory patents claim a way of performing synthesis, described therein as "[a]

23  method and system . . . for generating a logic network using a hardware independent

24  description means."  See '841 patent, Abstract.  Prior to the issuance of the Gregory

25  patents, chip design required "detailed logic knowledge for most practical circuits."  Id., col.

26

27  _____

28       [3] The facts set forth below are derived from the patents and the declarations
submitted by the parties, and are undisputed.

2

1    2:9-10.  In particular, for more complex circuit elements, such as "high impedance drivers,

2    level sensitive latches and edge sensitive flip-flops," the designer, using HDL, was required

3    to specify the circuit element and the desired connections.  Id., col. 2:5-7.  The Gregory

4    patents describe a method for synthesizing a complex logic circuit from a "user description

5    specifying only signals and the circumstances under which the signals are produced, i.e.,

6    without requiring the designer to specify the hardware components or connections needed

7    to implement them.  As set forth below, the patents claim a method for taking two types of

8    HDL statements, "flow control statements" and "directive statements," see id., col. 62:62-

9    64, and converting them into "assignment conditions," id. col. 63:2,[4] which, in turn, are used

10   to determine the appropriate hardware and connections.

11        Claim 1 of the '841 patent, which is representative of the asserted claims, states:

12       1.  A method for converting a hardware independent user description of a
         logic circuit, that includes flow control statements including an IF statement
13       and a GOTO statement, and directive statements that define levels of logic
         signals, into logic circuit hardware components comprising:
14
15            converting the flow control statements and directive statements in the
         user description for a logic signal Q into an assignment condition AL(Q) for
16       an asynchronous load function AL( ) and an assignment condition AD(Q) for
         an asynchronous data function AD( ); and
17
              generating a level sensitive latch when both said assignment
18       condition AL(Q) and said assignment condition AD(Q) are non-constant;

19            wherein said assignment condition AD(Q) is a signal on a data input
         line of said flow through latch;
20
              said assignment condition AL(Q) is a signal on a latch gate line of
21       said flow through latch; and

22            an output signal of said flow through latch is said logic signal Q.

23   Id., col. 62:60-col. 63:12.

24        Each of the steps in the claimed methods can be performed by a skilled designer

25   _____

26        [4] An "assignment condition" is "the condition under which the hardware description
     function is true for a particular variable in the user description."  (See Order Construing
27   Claims, Doc. No. 100, at 5:3-4); see also '841 Patent, col.15:66-16:1 (stating hardware
     description functions "represent specific operations that are implemented with specific
28   hardware").

                                              3

either mentally or with pencil and paper, and the examples in the patents were created by the inventors without use of a computer. Although the claims themselves do not expressly call for a computer or other piece of equipment, the method is primarily intended for use with a computer, and the patents append source code for a computer program implementing the claimed inventions. (See Decl. of Maria Beier, filed October 3, 2014, Ex. F (Deposition of Russ Segal) at 26:13-27 (stating "we emulated what a computer would do in order to generate these tables"); see also '841 Patent, col. 9:42-45 (stating "[t]he system and method of this invention are operable in a computer system that includes a data input device, such as a keyboard, a processing unit, and an output display device").

**LEGAL STANDARD**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, a "court shall grant summary judgment if the movant shows that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." See Fed. R. Civ. P. 56(a).

The Supreme Court's 1986 "trilogy" of Celotex Corp. v. Catrett, 477 U.S. 317 (1986), Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986), and Matsushita Electric Industrial Co. v. Zenith Radio Corp., 475 U.S. 574 (1986), requires that a party seeking summary judgment show the absence of a genuine issue of material fact. Once the moving party has done so, the nonmoving party must "go beyond the pleadings and by [its] own affidavits, or by the depositions, answers to interrogatories, and admissions on file, designate specific facts showing that there is a genuine issue for trial." See Celotex, 477 U.S. at 324 (citation and quotation omitted). "When the moving party has carried its burden under Rule 56(c), its opponent must do more than simply show that there is some metaphysical doubt as to the material facts." Matsushita, 475 U.S. at 586. "If the [opposing party's] evidence is merely colorable, or is not significantly probative, summary judgment may be granted." Liberty Lobby, 477 U.S. at 249-50 (citations omitted). "[I]nferences to be drawn from the underlying facts," however, "must be viewed in the light most favorable to the party opposing the motion." See Matsushita, 475 U.S. at 587

4

1   (citation and quotation omitted).[5]

2       Additionally, as patents are presumed to be valid, see 35 U.S.C. § 282, an alleged

3   infringer asserting an invalidity defense pursuant to § 101 bears the burden of

4   proving invalidity by clear and convincing evidence. Microsoft Corp. v. i4i L.P., 131 S.Ct.

5   2238, 2242 (2011).

6                                    **DISCUSSION**

7       As set forth in § 101, "whoever invents or discovers any new and useful process,

8   machine, manufacture, or composition of matter, or any new and useful improvement

9   thereof, may obtain a patent therefor." See 35 U.S.C. § 101. The Supreme Court,

10  however, has carved out "three specific exceptions to § 101's broad patent-eligibility

11  principles," Bilski v. Kappos, 561 U.S. 593, 601 (2010), namely, "laws of nature, physical

12  phenomena, and abstract ideas." See id. ( internal quotation and citation omitted); see also

13  Gottschalk v. Benson, 409 U.S. 63, 67 (1972) (holding "[p]henomena of nature, though just

14  discovered, mental processes, and abstract intellectual concepts are not patentable, as

15  they are the basic tools of scientific and technological work").

16      Most recently, in Alice Corp. Pty. Ltd. v. CLS Bank Int'l, —— U.S. ——, ——, 134

17  S.Ct. 2347 (2014), the Supreme Court provided the following "framework" for distinguishing

18  patents that claim laws of nature, natural phenomena, abstract ideas and mental processes

19  from those that claim patent-eligible applications of those concepts:

20          First, [a court] determine[s] whether the claims at issue are directed to one
            of those patent-ineligible concepts. If so, [the court] then ask[s], "[w]hat else
21          is there in the claims before [it]?" To answer that question, [the court]
            consider[s] the elements of each claim both individually and as an ordered
22          combination to determine whether the additional elements transform the
            nature of the claim into a patent-eligible application. . . . [S]tep two of this
23          analysis [has been described] as a search for an "inventive concept"—i.e.,
            an element or combination of elements that is sufficient to ensure that the
24          patent in practice amounts to significantly more than a patent upon the
            [ineligible concept] itself.
25  Id. at 2355 ( internal quotations and citations omitted).

26

27  ─────────────────

28      [5] Here, as noted, the parties have filed cross-motions. Consequently, as to each
    said motion, the Court, in deciding whether to enter judgment as requested therein, has
    viewed the evidence in the light most favorable to the opposing party.

1    Mentor contends the claims at issue cover patent-ineligible abstract ideas and that

2    there are no additional elements transforming the abstract ideas into patent-eligible

3    applications of such ideas.  Synopsys argues to the contrary.

4    **A.    Abstract Idea**

5    "The 'abstract ideas' category embodies the longstanding rationale that an idea of

6    itself is not patentable."  <u>Alice</u>, 134 S.Ct. at 2355.  Indeed, more than 150 years ago, the

7    Supreme Court made clear that "[a] principle, in the abstract, is a fundamental truth; an

8    original cause; a motive; these cannot be patented, as no one can claim in either of them

9    an exclusive right."  <u>Le Roy v. Tatham</u>, 55 U.S. 156, 175 (1852).  Since that time, "the

10   unpatentable nature of abstract ideas has repeatedly been confirmed."  <u>In re Comiskey</u>,

11   554 F.3d 967, 977–78 (Fed. Cir. 2009).

12   The claimed methods here at issue do not entail anything physical.  Rather, as

13   discussed above, the asserted claims are directed to the process of inference, which is

14   fundamental to IC design and can be performed mentally.  The claims describe, in

15   essence, various algorithms for determining the hardware components and layout of an IC

16   from a user's description of what the user needs the chip to do, i.e., the "specified signals

17   and circumstances under which the signals are produced."  (<u>See</u> '841 patent, Abstract.)  In

18   other words, the claims are directed to a mental process.  A "mental process [is] a

19   subcategory of unpatentable abstract ideas."  <u>Cybersource Corporation v. Retail Decisions,</u>

20   <u>Inc.</u>, 654 F.3d 1366, 1371 (Fed. Cir. 2011).

21   Synopsys' contention that the asserted claims are not directed to an abstract idea

22   because they describe "concrete steps in a computerized process for creating a netlist of

23   hardware elements" (Synopsys Mot. at 9:16-17) is unpersuasive.  As Mentor points out,

24   however, there is an abundance of Supreme Court and Federal Circuit authority

25   invalidating on § 101 grounds patents that likewise could be described as including

26   "concrete steps."  <u>See</u>, <u>e.g.</u>, <u>Alice</u>, 134 S.Ct. 2357-58 (discussing cases wherein claimed

27   methods were held to constitute unpatentable abstract ideas); (<u>see also</u> Mentor Opp'n at

28   4:22-27) (listing cases)).  Further, even if the claims are read to require implementation with

6

1   a computer, although none is specifically mentioned therein, the Supreme Court has made

2   clear that "merely requir[ing] generic computer implementation" will not serve to transform

3   the nature of the instant claims from an abstract idea into something else. See Alice, 134

4   S. Ct. at 2357; see e.g., DietGoal Innovations LLC v. Bravo Media LLC, 2014 WL 3582914,

5   at *10 (S.D.N.Y. July 8, 2014) (holding plaintiff's "attempts to dress up the claims as a

6   computerized process" unavailing).

7          The Court also finds unpersuasive Synopsys' argument that any distinction as to the

8   "subject matter" of the claimed abstract idea (see Synopsys Mot. at 10:7-9) is significant at

9   step one of the analysis.  Although, as Synopsys points out, a number of cases

10  characterizing patents as directed to abstract ideas have considered "claims for processes

11  for organizing human activities" (see id. (internal quotation and citation omitted)); see, e.g.,

12  Alice, 134 S.Ct. at 2352 (considering method for mitigating settlement risk in financial

13  transactions); Bilski, 561 U.S. at 597-98 (considering method for hedging risk in field of

14  commodities trading), others concern claims directed to a field of technology, see, e.g.,

15  Benson, 409 U.S. at 65 (considering method for converting signals from binary-coded

16  decimal form into pure binary form); Parker v. Flook, 437 U.S. 584 (1978) (considering

17  method for updating alarm limits in catalytic conversion).

18         Similarly unpersuasive is Synopsys' argument that the claimed methods somehow

19  lose their quality as abstract ideas because they are not as "simple" (Synopsys Mot. at

20  11:1) as the methods held to be abstract in some of the cases cited to this Court.  First, the

21  claimed methods do not require complex calculations; as noted, the claimed steps were

22  performed mentally by the inventors and can be performed by a skilled designer either

23  mentally or with the aid of a pencil and paper.  Moreover, and more importantly, Synopsys

24  points to nothing in the authority it endeavors to distinguish that would suggest that at this

25  stage of the analysis, any such decision hinged in any manner on the complexity of the

26  abstract idea at issue therein.

27         Accordingly, the Court finds the asserted claims in the Gregory patents are directed

28  to an abstract idea.  The Court next turns to the second step of the analysis.

<center>7</center>

**B. Inventive Concept**

An invention is not necessarily ineligible for patent protection because it involves an abstract idea.  As set forth above, once a court determines a claim is directed to a patent-ineligible concept, it must "consider the elements of each claim both individually and as an ordered combination to determine whether the additional elements transform the nature of the claim into a patent-eligible application." Alice, 134 S.Ct. at 2355 (internal quotation and citation omitted).  "A claim that recites an abstract idea must include 'additional features' to ensure 'that the [claim] is more than a drafting effort designed to monopolize the [abstract idea].'" Id. at 2357 (quoting Mayo, 132 S.Ct. at 1294, 1298) (alterations in original).  Neither adding the words "apply it" nor limiting its use to a specified technological environment will suffice to transform an abstract idea into a patent-eligible invention.  See id. at 2358.  Rather, as noted, the added element or combination of elements must be such that "'the patent in practice amounts to significantly more than a patent upon the [ineligible concept] itself.'" Id. at 2355 (quoting Mayo, 132 S.Ct. at 1294) (alteration in original).

Here, in an effort to demonstrate the requisite "inventive concept," Synopsys first points to the lack of any reference to the claimed methods in the prior art.  Synopsys' reliance on a lack of prior art is misplaced, however.  As one district court has noted, "[i]t is important to distinguish novelty and obviousness from the 'inventive feature' inquiry required by the Supreme Court in Alice." See Cogent Med., Inc. v. Elsevier Inc., 2014 WL 4966326, at *4, n.3 (N.D. Cal. Sept. 30, 2014) (distinguishing § 101 inquiry from § 102 inquiry; finding method patent-ineligible "even if [plaintiff] is right that no previous software system implemented a similar feature").

Similarly unavailing is Synopsys' argument that the asserted claims do not "pose a risk of preemption," as logic synthesis can be performed "without using assignment conditions."  (See Synopsys Mot. at 12:10-21.)  Certainly, Alice cautioned courts to "distinguish between patents that claim the building blocks of human ingenuity and those that integrate the building blocks into something more." Alice, 132 S. Ct. At 2354 (internal

8

1    quotation, alterations, and citation omitted).  Here, however, the asserted claims do

2    preempt a building block of human ingenuity, a mental process, albeit a specific one.  As

3    was observed in Mayo, the Supreme Court has "not distinguished among differing laws of

4    nature according to whether or not the principles they embody are sufficiently narrow."  See

5    Mayo, 132 S.Ct. at 1303 (citing Flook, 437 U.S. 584); Flook, 437 U.S. at 586 (finding claims

6    incorporating narrow mathematical formula patent-ineligible).  Further, and consistent

7    therewith, "[t]he prohibition against patenting abstract ideas cannot be circumvented by

8    attempting to limit the use of [a] formula to a particular technological environment."  See

9    Bilski, 561 U.S. at 610-11 (internal quotation and citation omitted).  As the Supreme Court

10   in Mayo explained, "[c]ourts and judges are not institutionally well suited to making the

11   kinds of judgments needed to distinguish among different laws of nature[;] [a]nd so the

12   cases have endorsed a bright-line prohibition against patenting laws of nature, mathematic

13   formulas and the like, which serves as a somewhat more easily administered proxy for the

14   underlying building-block' concern."  Mayo, 132 S.Ct. At 1303.

15   Synopsys also argues the claims here at issue recite more than the "conventional

16   steps" found ineligible in Alice and Mayo.  (See Synopsys Mot. at 11:19-23 (citing Alice,

17   134 S.Ct. at 2357).)[6]  The claims here, however, as in Alice and Mayo, concern "well-

18   understood, routine, conventional activity, previously engaged in by those in the field."  See

19   Mayo, 132 S.Ct. at 1299.  As acknowledged in the specification, skilled designers had been

20   inferring the necessary parts and connections for ICs long before the Gregory patents

21   issued.  See '841 patent, col. 1:41-44.

22   The asserted claims, like those in Alice and Mayo, add nothing other than a way to

23

24   _____

25   [6] Synopsys also notes that the Gregory patents' "disclosure includes 64 columns of
     drawings, explanation, and examples, and approximately 200 pages of computer code for a

26   program implementing the claimed inventions."  (See Synopsys Mot. at 11:24-25.)  "The
     complexity of the implementing software or the level of detail in the specification does not

27   transform a claim reciting only an abstract concept into a patent-eligible system or method,"
     however.  See Accenture Global Servs., GmbH v. Guidewire Software, Inc., 728 F.3d 1336,

28   1345 (Fed. Cir. 2013).

9

implement that mental process on a computer.  As one of the two named inventors explained:

> [T]he methods that humans were using to convert HDLs to circuits weren't methods that were – that you could run on a computer and do automatically.
> So the thing that Russ and I were charged with was figuring out how to take this manual process that human beings were doing . . . and figure out how we could come up with a method so a computer could do it.
> And that's sort of the essence of, I think, what we were asked to do and what we did.

(Gregory Dep. at 239:2-12; see also id. at 238:23-239:1 ("All of [the claims'] concepts and ideas are what Russ and I came up with in order to automate what the humans were doing to convert it into such a method that a computer could run.").)

The fact that previously a designer would not have followed the exact same thought process does not change the analysis.  A method primarily designed for use by a computer is, almost by definition, going to differ from the manner in which a natural person thinks through a problem.  (See Gregory Dep. at 237:15-19 (describing claimed method as "really tuned for a computer[,] which operates differently from a human being").)  In Benson, for example, the Supreme Court found the claims asserted therein patent ineligible although the method claimed "varie[d] the ordinary arithmetic steps a human would use by changing the order of the steps, changing the symbolism for writing the multiplier used in some steps, and by taking subtotals after each successive operation."  See Benson, 409 U.S. at 67. Similarly, in Flook, the Supreme Court held ineligible a "new and presumably better method" that added a novel algorithm to otherwise conventional methods.  See Flook, 437 U.S. at 586.

Lastly, Synopsys contends the claimed methods qualify as transformative under the "machine-or-transformation test," see Bilski, 561 U.S. at 602, 604 (explaining, under machine-or-transformation test, process is patent-eligible if it is "tied to a particular machine or apparatus" or "transforms a particular article into a different state or thing").  In that regard, the Court first acknowledges that the machine-or-transformation test is not the exclusive test for patent eligibility, see id. at 604 (holding, although machine-or-

10

transformation test may provide "a useful and important clue, an investigative tool," it is "not the sole test"), but, rather, an alternative to the test set forth in <u>Alice</u>.  Next, turning to Synopsys' argument, the Court again notes that the addition of a generic computer, even if the methods are deemed to require such a machine, is not sufficient.  <u>See</u> <u>Alice</u>, 134 S. Ct. at 2357-58.   Further, Synopsys' effort to analogize the claimed methods to methods found transformative in the field of encryption is unavailing.  "In the field of encryption, . . . the entire object of the invention is to transform data from one form into another."  <u>TQP Dev., LLC, v. Intuit Inc.</u>, 2014 WL 651935, at *5-*7 (E.D. Tex. Feb. 19, 2014) (finding claim patent-eligible where method "involve[d] a way of making computer communication itself more effective by making that communication more secure").  Here, by contrast, the claimed methods do not transform the user description into another form.  Rather, the description is used as a starting point in a logical progression by which the necessary parts and layout of a chip are inferred from that description.  The initial description remains unchanged.  Under such circumstances, Synopsys' reliance on the machine-or-transformation test is unavailing.

Accordingly, for all of the reasons set forth above, the Court finds the asserted claims in the Gregory patents lack the inventive concept necessary to transform a patent-ineligible abstract idea into a patent-eligible invention.

## CONCLUSION

For the reasons stated, the Court concludes the asserted claims are invalid under § 101, and, accordingly:

1. Mentor Graphics' motion for summary judgment is hereby GRANTED.

2. Synopsys' motion for summary judgment is hereby DENIED.

**IT IS SO ORDERED.**

Dated: January 20, 2015

_____
MAXINE M. CHESNEY
United States District Judge

11

JA17

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

   v.

MENTOR GRAPHICS CORPORATION,

        Defendant.

_____/

No. C 12-6467 MMC

**ORDER CONSTRUING CLAIMS**

    Before the Court is the parties' dispute regarding the proper construction of eleven terms in U.S. Patents 5,530,841 ("'841 patent"), 5,680,318 ("'318 patent"), 5,748,488 ("'488 patent"), and 6,836,420 ("'420 patent"). Plaintiff Synopsys, Inc. ("Synopsys") and defendant Mentor Graphics Corporation ("Mentor") have submitted briefing and evidence in support of their respective positions. The matter came on regularly for hearing on October 28, 2013. M. Patricia Thayer, Philip Woo, Aseem S. Gupta, Sue Wang, and Cynthia Chen of Sidley Austin LLP and Vickie Feeman of Orrick, Herrington & Sutcliffe LLP appeared on behalf of Synopsys. Jeffrey S. Love, John D. Vandenberg, and Andrew M. Mason of Klarquist Sparkman, LLP and Mark E. Miller of O'Melveny & Myers LLP appeared on behalf of Mentor.

    Having considered the parties' respective written submissions and the arguments of counsel, the Court rules as follows.

United States District Court

For the Northern District of California

**LEGAL STANDARD**

In construing disputed claims, a district court's primary source is the intrinsic evidence of the patent.  See Vitronics Corp. v. Conceptronic, Inc., 90 F.3d 1576, 1582-83 (Fed. Cir. 1996).  Intrinsic evidence includes "the claims, the specification and, if in evidence, the prosecution history," see id., 90 F.3d at 1982, as well as the abstract, see Hill-Rom Co. v. Kinetic Concepts, Inc., 209 F.3d 1337, 1341 (Fed. Cir. 2000).  Language used in the patent is given its ordinary meaning, unless it is clear that the inventor intended the terms to have a different meaning.  See Vitronics, 90 F.3d at 1582.  The patent specification "may act as a sort of dictionary, which explains the invention and may define terms used in the claims."  See Markman v. Westview Instruments, Inc., 52 F.3d 967, 979 (Fed. Cir. 1995), aff'd, 517 U.S. 370 (1996).  Although a district court considers the specification in determining the meaning of a disputed claim, it generally is improper to limit the scope of the claim to the examples set forth in the specification "absent a clear indication in the instrinsic record that the patentee intended the claims to be so limited." See Dealertrack, Inc. v. Huber, 674 F.3d 1315, 1327 (Fed. Cir. 2012).  The claims of the patent, not the specification, "measure the invention."  See SRI Int'l v. Matsushita Elec. Corp. of America, 775 F.2d 1107, 1121 (Fed. Cir. 1985). As noted, the district court also reviews the prosecution history, which "can often inform the meaning of the claim language by demonstrating how the inventor understood the invention and whether the inventor limited the invention in the course of prosecution, making the claim scope narrower than it would otherwise be."  See Phillips v. AWH Corp., 415 F.3d 1303, 1317 (Fed. Cir. 2005) (en banc).

Further, in addition to intrinsic evidence, the court may consider extrinsic evidence, which "consists of all evidence external to the patent and prosecution history, including expert and inventor testimony, dictionaries, and learned treatises."  See id.  Extrinsic evidence "can help educate the court regarding the field of the invention and can help the court determine what a person of ordinary skill in the art would understand claim terms to

2

1    mean." See id. at 1319. Nevertheless, "while extrinsic evidence can shed useful light on

2    the relevant art, . . . it is less significant than the intrinsic record in determining the legally

3    operative meaning of claim language." See id. at 1317 (internal quotations and citation

4    omitted).

5                                      **DISCUSSION**

6         The four patents at issue relate generally to the field of electronic circuit design. See

7    '420 patent, col. 1:7; see also '841 patent, col. 1:37-40. Specifically, the '841 patent, the

8    '488 patent, and the '318 patent (collectively, the "Gregory patents") describe "[a] method

9    and system . . . for generating a logic network using a hardware independent description

10   means." See '841 patent, Abstract. The '420 patent (the "Seshadri patent") describes "a

11   method and apparatus for a resetable memory and a design approach for the same." See

12   '420 patent, col. 1:8-10. The parties dispute the proper construction of a number of terms

13   contained in the claims of the subject patents. Representative claims in which the disputed

14   terms appear are as follows:

15            1. A method for converting a **hardware independent user description of a logic
              circuit**, that includes flow control statements including an IF statement and a **GOTO**
16            **statement**, and directive statements that define levels of logic signals, into logic
              circuit hardware components comprising:
17
18                converting the flow control statements and directive statements in the
                      user description for a logic signal Q into an **assignment**
19                    **condition** AL(Q) for an **asynchronous load function** AL( )
                      and an **assignment condition** AD(Q) for an **asynchronous**
20                    **data function** AD ( ); and

21                generating a **level sensitive latch** when both said **assignment condition**
                      AL(Q) and said **assignment condition** AD(Q) are non-constant;
22
                  wherein said **assignment condition** AD(Q) is a signal on a data input
23                    line of said flow through latch;

24                said **assignment condition** AL(Q) is a signal on a latch gate line of
                      said flow through latch; and
25
                  an output signal of said flow through latch is said logic signal Q.

26   See '841 patent, col. 62:61-63:12 (emphasis added to designate disputed terms).

27            2. A method for converting a hardware independent user description of a logic
              circuit, that includes flow control statements, and directive statements that define
28

                                            3

levels of logic signals, into logic circuit hardware components as in claim 1 [of the '488 patent] wherein said plurality of functions further comprises a **synchronous load function** SL( ), and a **synchronous data function** SD( ).

See '488 patent, col. 62:53-59 (emphasis added to designate disputed terms).

> 25. A method for generating a logic network comprising the steps of:
> > generating a structure having a plurality of nodes interconnected by edges using only **operational characteristics of said logic network** as input signals;
> > wherein each of selected edges include an edge condition; and variables are assigned values in said nodes; and
> > generating a logic network using said structure and edge conditions.

See '318 patent, col. 65:52-61 (emphasis added to designate disputed terms).

> 40. The method of claim 39 [of the '318 patent] wherein said logic circuit creating step further comprises:
> > generating a level sensitive latch in response to **predetermined assignment conditions**.

See '318 patent, col. 66:64-65.

> 1. A method, comprising:
> > a) **inferring** the existence of a **resetable memory** from a behavioral or RTL level description of a semiconductor circuit; and
> > b) incorporating a resetable memory design into a design for said semiconductor circuit.

See '420 patent, col. 9:48-53 (emphasis added to designate disputed terms).

Pursuant to Markman v. Westview Instruments, Inc., 517 U.S. 370, 384-91 (1996), the Court next construes the disputed claims.[1]

## 1. "Assignment Condition" ('841 Patent, Claim 1; '488 Patent, Claims 1 and 8; '318 Patent, Claims 30-32, 35, 36, 39, 40, and 42-45)

The parties dispute the proper construction of "assignment condition" as found, for example, in Claim 1 of the '841 patent. See '841 patent, col. 63:1-2, 4-5, 7, and 9. Synopsys proposes the term be construed as "the condition under which the hardware description function (e.g., 'AL' or 'AD') is true for a particular variable (e.g., 'Q') in the user description." Mentor proposes the term be construed as "a condition used to create or select a hardware element, by determining the logic OR of all the conditions under which a

---

[1] Where the Court has adopted a party's proposed construction as to a term, the adopted construction is set forth below without further discussion.

1    hardware description function is true for a particular variable."[2]

2          The Court, for the reasons stated by Synopsys, hereby construes "assignment

3    condition" as "the condition under which the hardware description function is true for a

4    particular variable in the user description."[3]

5    **2.     "Predetermined Assignment Conditions" ('318 Patent, Claims 40 and 42-45)**

6          The parties dispute the proper construction of "predetermined assignment

7    conditions" as found, for example, in Claim 40 of the '318 patent.  <u>See</u> '318 patent, col.

8    66:64-65.  Synopsys proposes the term be construed by using Synopsys's above-

9    referenced construction for "assignment condition," along with the plain and ordinary

10   meaning of "predetermined," which, according to Synopsys, is "determined beforehand."

11   Mentor proposes the term be construed as "an assignment condition that is set in the user

12   description."  At the hearing, the Court suggested the term be construed as "an assignment

13   condition that is determined before the logic element is generated," which construction was

14   accepted by Synopsys.[4]

15         Accordingly, the Court, for the reasons stated by Synopsys, hereby construes

16   "predetermined assignment condition" as "an assignment condition that is determined

17   before the logic element is generated."

18   **3.     "Asynchronous/Synchronous Data Function" ('841 Patent, Claim 1; '318**

19         **Patent, Claims 32 and 36; '488 Patent, Claims 1, 2, 8, and 9)**

20         The parties dispute the proper construction of "asynchronous/synchronous data

21   _____

22        [2] The parties' respective constructions as set forth herein are taken from their
     "Revised Exhibit A to the Parties' Joint Claim Construction Statement," filed September 24,
23   2013, with the exception of Mentor's proposed constructions for "assignment condition,"
     "hardware independent user description," "GOTO statement," and "operational
24   characteristics of said logic network," which are set forth as amended by Mentor in its
     Responsive Claim Construction Brief, filed October 3, 2013.

25        [3] The Court's construction omits the parenthetical examples, which are not contained
26   in the definition on which Synopsys relies, specifically the definition provided by the
     applicant in the specification.  <u>See, e.g.</u>, '841 patent, col. 16:7-9.

27        [4] It is not clear whether Mentor likewise accepted the Court's suggested construction
28   or only indicated it preferred such construction to "determined beforehand."

function" as found, for example, in Claim 1 of the '841 patent ("asynchronous") and Claim 2 of the '488 patent ("synchronous"). <u>See</u> '841 patent, col. 63:3; '488 patent, col. 62:58-59. Synopsys proposes the term be construed as "a hardware description function for data specifying the condition or conditions under which the variable is [asynchronously/ synchronously] assigned a value." Mentor proposes the term be construed as "a hardware description function specifying the condition or conditions under which the variable is [asynchronously/synchronously] assigned a logic one value."

The Court, for the reasons stated by Synopsys, hereby construes "asynchronous/ synchronous data function" as "a hardware description function for data specifying the condition or conditions under which the variable is [asynchronously/synchronously] assigned a value."

**4.    "Asynchronous/Synchronous Load Function" ('841 Patent, Claim 1; '318 Patent, Claims 32 and 36; '488 Patent, Claims 1, 2, 8, and 9)**

The parties dispute the proper construction of "asynchronous/synchronous load function" as found, for example, in Claim 1 of the '841 patent ("asynchronous") and Claim 2 of the '488 patent ("synchronous"). <u>See</u> '841 patent, col. 63:1-2; '488 patent, col. 62:58. Synopsys proposes the term be construed as "a hardware description function for load specifying the condition or conditions under which the variable is [asynchronously/ synchronously] assigned a value." Mentor proposes the term be construed as "a hardware description function specifying the condition or conditions under which the variable is [asynchronously/synchronously] assigned a value."

The Court, for the reasons stated by Synopsys, hereby construes "asynchronous/ synchronous load function" as "a hardware description function for load specifying the condition or conditions under which the variable is [asynchronously/synchronously] assigned a value."

6

1    **5.    "Synchronous"; "Asynchronous" ('841 Patent, Claim 1; '318 Patent, Claims 32**

2          **and 36; '488 Patent, Claims 1, 2, 8, and 9)**

3          The parties dispute the proper construction of "synchronous" and "asynchronous" as

4    found, for example, in Claim 2 of the '488 patent ("synchronous") and Claim 1 of the '841

5    patent ("asynchronous").  See '488 patent, col. 62:58; '841 patent, col. 63:1, 3.  Synopsys

6    contends the terms should be given their plain and ordinary meanings, and that the plain

7    and ordinary meaning of "synchronous" is "triggered by a timing signal" and the plain and

8    ordinary meaning of "asynchronous" is "not synchronous."  Mentor proposes "synchronous"

9    be construed as "occurring on a clock edge" and "asynchronous" be construed as "not

10   controlled by a clock edge."

11         The Court, for the reasons stated by Mentor, hereby construes "synchronous" as

12   "triggered by a clock signal" and "asynchronous" as "not triggered by a clock signal."[5]

13   **6.    "Hardware Independent User Description of a Logic Circuit" ('841 Patent,**

14         **Claim 1; '488 Patent, Claims 1, 2, 8, and 9)**

15         At the outset, the parties dispute whether the term "hardware independent user

16   description of a logic circuit" is limiting, in that it is found only in the preambles of the

17   subject claims.  See Catalina Mktg. Int'l, Inc. v. Coolsavings.com, Inc., 289 F.3d 801, 808

18   (Fed. Cir. 2002) ("In general, a preamble limits the invention if it recites essential structure

19   or steps, or if it is necessary to give life, meaning, and vitality to the claim[;] [c]onversely, a

20   preamble is not limiting where a patentee defines a structurally complete invention in the

21   claim body and uses the preamble only to state a purpose or intended use for the

22   invention.") (internal quotations and citation omitted).  Synopsys contends the term is not

23   limiting.  Mentor contends the term is limiting.  If the term is limiting, the parties dispute its

24   proper construction as found, for example, in Claim 1 of the '841 patent.  See '841 patent,

25   col. 62:61-62.

26   _____

27         [5] At the hearing, Mentor stated it would accept "triggered by," which prompted the
     Court's additional change from "clock edge" to "clock signal."

28

7

For the reasons stated by Synopsys, the Court finds "hardware independent user description" is not a limitation, and, accordingly, said term is not construed herein.

**7. "GOTO Statement" ('841 Patent, Claim 1)**

Similarly, the parties dispute whether the term "GOTO statement," which likewise only appears in the preamble, is limiting and, if so, its proper construction as found in Claim 1 of the '841 patent.  See '841 patent, col. 62:63.

For the reasons stated by Synopsys, the Court finds "GOTO statement" is not a limitation, and, accordingly, said term is not construed herein.

**8. "Operational Characteristics of Said Logic Network" ('318 Patent, Claim 25)**

The parties dispute the proper construction of "operational characteristics of said logic network" as found in Claim 25 of the '318 patent.  See '318 patent, col. 65:55-56. Synopsys contends the term should be given its plain and ordinary meaning, which, according to Synopsys, is "a user description of the desired operation of the logic network, independent of the specific hardware for implementing the logic network."  Mentor proposes the term be construed as "a user description of the desired operation of a logic circuit containing only signal levels in a logic network and the conditions under which those signal levels are generated, without describing the logical elements, design entities, components or other structures for implementing the logic circuit."

The Court, for the reasons stated by Mentor, hereby construes "operational characteristics of said logic network" as "a user description of the desired operation of a logic circuit containing only signals in a logic network and the conditions under which those signals are generated."[6]

**9. "Inferring" ('420 Patent, Claims 1, 10, 11, and 20)**

The parties dispute the proper construction of "inferring" as found, for example, in

---

[6] The Court's construction substitutes "signals" for "signal levels," consistent with the Summary of the Invention, on which Mentor relies, see '318 patent, col. 2:25-29, and the balance of Mentor's construction does not address what "operational characteristics" are, but, rather, what Mentor contends they are not.

8

Claim 1 of the '420 patent.  <u>See</u> '420 patent, col. 9:49.  Synopsys contends "inferring" should be given its plain and ordinary meaning, which, according to Synopsys, is "deducing [e.g., the existence of a resetable memory from a behavioral or RTL level description of a semiconductor circuit]."  Mentor proposes the term be construed as "recognizing that a portion of circuit design corresponds to a specific hardware structure or class of structures."

The Court, for the reasons stated by Synopsys, hereby construes "inferring" in accordance with its plain and ordinary meaning, which is "deducing."

**10.    "Resetable Memory" ('420 Patent, Claims 1-3, 10-13, and 20)**

The parties dispute the proper construction of "resetable memory" as found, for example, in Claim 1 of the '420 patent.  <u>See</u> '420 patent, col. 9:49.  Synopsys contends "resetable memory" should be construed as "a memory unit with a plurality of cells, each cell associated with a unique address that provides access to that storage cell, where the memory unit can be reset to a particular value."  Mentor proposes the term be construed as "a unit comprising one or more storage cells that can set the read value of each storage cell in the unit to '0' in a single step."

The Court, for the reasons stated by Synopsys, hereby construes "resetable memory" as "a memory unit with a plurality of cells, each cell associated with a unique address that provides access to that storage cell, where the memory unit can be reset to a particular value."

**11.    "Level Sensitive Latch" ('841 Patent, Claim 1)**

The parties do not dispute that Synopsys, as set forth in the prosecution history of the '841 patent, requested Claim 1 be amended to substitute "flow through latch" for "level sensitive latch," and it is the Court's understanding that both parties, at the hearing, were in agreement that, although the patent was issued without the requested amendment, acceptance thereof by the Patent and Trademark Office is ministerial in nature.  Under such circumstances, the Court finds "level sensitive latch" as it appears in Claim 1 of the '841 patent is, in actuality, "flow through latch," a term neither party requested be

9

construed.  Moreover, even if a dispute exists as to the proper construction of "flow through latch," the parties were limited to "a maximum of 10" terms to be construed in connection to the above-referenced briefing and hearing.  See Patent L.R. 4-3(c).[7]

**IT IS SO ORDERED.**

Dated: November 7, 2013

MAXINE M. CHESNEY
United States District Judge

---

[7] Recently, on November 6, 2013, Synopsys filed a "Motion for Leave to File a Proposed Construction for 'Flow Through Latch,'" in which Synopsys states the parties have not been able to agree on a construction for "flow through latch," and submits a proposed construction to be used "[i]f the Court decides that a construction is desirable." (See Motion 2.)  Said motion is not addressed herein.

10



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**August 28, 2013**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *5,530,841*
ISSUE DATE: *June 25, 1996*

By Authority of the
**Under Secretary of Commerce for Intellectual Property**
**and Director of the United States Patent and Trademark Office**

**P. R. GRANT**
**Certifying Officer**

JA28

SNPS_00289194

US005530841A

# United States Patent [19]

## Gregory et al.

[11] Patent Number: **5,530,841**

[45] Date of Patent: **Jun. 25, 1996**

[54] **METHOD FOR CONVERTING A HARDWARE INDEPENDENT USER DESCRIPTION OF A LOGIC CIRCUIT INTO HARDWARE COMPONENTS**

[75] Inventors: **Brent L. Gregory**, Sunnyvale; **Russell B. Segal**, Mountain View, both of Calif.

[73] Assignee: **Synopsys, Inc.**, Mountain View, Calif.

[21] Appl. No.: **484,069**

[22] Filed: **Jun. 6, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 632,439, Dec. 21, 1990, abandoned.

[51] Int. Cl.$^6$ ..................................... G06F 17/50
[52] U.S. Cl. ..................... 395/500; 364/261; 364/261.1; 364/232.3; 364/DIG. 1
[58] Field of Search ............................... 395/500, 800, 395/375; 364/489

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,458,240 | 7/1969 | Hanson ........................ 328/92 |
| 4,342,093 | 7/1982 | Miyoshi ........................ 364/578 |
| 4,677,587 | 6/1987 | Zemany, Jr. .................... 364/900 |
| 4,703,435 | 10/1987 | Darringer et al. ............... 364/489 |
| 4,725,971 | 2/1988 | Doshi et al. ................... 364/578 |
| 4,725,975 | 2/1988 | Sasaki ........................ 364/900 |
| 4,792,909 | 12/1988 | Serlet ........................ 364/491 |
| 4,792,913 | 12/1988 | Buckland ...................... 364/602 |
| 4,882,690 | 11/1989 | Shinsa ........................ 364/489 |
| 4,896,272 | 1/1990 | Kurosawa ...................... 364/490 |
| 4,922,445 | 5/1990 | Mizoue et al. ................. 364/578 |
| 4,924,429 | 5/1990 | Kurashita ..................... 364/578 |
| 5,007,018 | 4/1991 | Rutherford .................... 395/183.13 |
| 5,029,102 | 7/1991 | Drumm et al. .................. 364/489 |
| 5,055,718 | 10/1991 | Galbraith et al. .............. 307/465 |
| 5,067,091 | 11/1991 | Nakazawa ...................... 364/490 |
| 5,068,812 | 11/1991 | Schaefer et al. ............... 364/578 |
| 5,095,441 | 3/1992 | Hopper et al. ................. 364/489 |

(List continued on next page.)

### OTHER PUBLICATIONS

Russell B. Segal *BDSYN: Logic Description Translator; BDSIM: Switch–level Simulator* 1–90, Electronics Research Laboratory, University of California, Berkeley, CA (May 21, 1987).

Laung–Terng Wang et al., *SSIM: A Software Levelized Compiled–Code Simulator* 2–8, 24th ACM/IEEE Design Automation Conference, Paper 2.1 (1987).

D. E. Thomas et al., *The System Architect's Workbench* 337–343, 25th ACM/IEEE Design Automation Conference, Paper 23.2 (1988).

Raul Camposano, *Design Process Model in the Yorktown Silicon Compiler* 489–494, 25th ACM/IEEE Design Automation Conference, Paper 32.3 (1988).

(List continued on next page.)

*Primary Examiner*—Eric Coleman
*Attorney, Agent, or Firm*—Skjerven, Morrill, MacPherson, Franklin & Friel; Forrest E. Gunnison

[57] **ABSTRACT**

A method and system are provided for generating a logic network using a hardware independent description means. A logic circuit synthesizer, in response to a user description specifying only signals and the circumstances under which the signals are produced, generates a logic network that generates the signals specified in the user description, e.g., a net list of logic elements, such as logic gates, high impedance drivers, level sensitive latches and edge sensitive flip-flops along with the interconnections of the logic elements. In one embodiment, the logic circuit synthesizer includes a preprocessor means and a logic circuit generator means. The preprocessor means, in response to the user description, converts signals and conditions in the user description into a structure having nodes interconnected by edges. The edges include an edge condition under which the edge is traversed. The logic circuit generator, using the structure and the edge conditions, creates a logic network that generates the signals specified in the user description.

**8 Claims, 25 Drawing Sheets**

Microfiche Appendix Included
(3 Microfiche, 206 Pages)



**5,530,841**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,126,966 | 6/1992 | Hafeman et al. | 364/500 |
| 5,128,871 | 7/1992 | Schmitz | 364/490 |
| 5,146,583 | 9/1992 | Matsunaka | 395/500 |
| 5,150,308 | 9/1992 | Hooper et al. | 364/489 |
| 5,175,814 | 12/1992 | Anick et al. | 395/161 |
| 5,189,629 | 2/1993 | Kohnen | 364/490 |
| 5,198,705 | 3/1993 | Galbraith et al. | 307/465 |
| 5,222,030 | 6/1993 | Dangelo et al. | 364/489 |
| 5,237,513 | 8/1993 | Kaplan | 364/490 |
| 5,243,538 | 9/1993 | Okuzawa et al. | 364/489 |
| 5,253,363 | 10/1993 | Hyman | 395/800 |
| 5,259,006 | 11/1993 | Price et al. | 375/107 |
| 5,274,793 | 12/1993 | Kuroda et al. | 395/500 |
| 5,291,612 | 3/1994 | Sosic et al. | 395/800 |
| 5,359,537 | 10/1994 | Saucier et al. | 364/489 |
| 5,377,122 | 12/1994 | Werner et al. | 364/488 |
| 5,392,227 | 2/1995 | Hiserote | 364/578 |
| 5,437,037 | 7/1995 | Furuichi | 395/700 |

## OTHER PUBLICATIONS

G. Colon–Bonet et al. *On Optimal Extraction of Combinational Logic and Don't Care Sets from Hardware Description Languages* 308–311, IEEE Design & Test (1989).

A. J. Van Der Hoeven et al., *A Model for the High–Level Description and Simulation of VLSI Networks* 41–48, IEEE Design & Test of Computers (Aug. 1990).

Peter M. Maurer et al., *Techniques For Unit–Delay Compiled Simulation* 480–484, 27th ACM/IEEE Design Automation Conference, Paper 27.1 (1990).

Zhicheng Wang et al., *LECSIM: A Levelized Event Driven Compiled Logic Simulator* 491–496, 27th ACM/IEEE Design Automation Conference, Paper 27.3 (1990).

J. Bhasker et al., *An Optimizer For Hardware Synthesis* 20–36, IEEE Design & Test of Computers (Oct. 1990).

Giovanni De Micheli, *High–Level Syntheses of Digital Circuits* 6–7, IEEE Design & Test of Computers (Oct. 1990).

R. Camposano, *From Behavior to Structure: High–Level Synthesis* 8–19, IEEE Design & Test of Computers (Oct. 1990).

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289196



## FIG. 1



## FIG. 2

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289197



## FIG. 3A



## FIG. 3B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289198

Case2:12 15-15997-MJG Document 86 1 Page 91d09 Filed 07/30/2015 61



# FIG. 4

Case 2:15-cv-05997-MDC Document 26 Page 92 of 267 Filed 07/28/2015 61



# FIG. 5A



# FIG. 5B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289200

Case 2:15-cv-05997-MWC Document 26 Page 93 d 09 Filed 10/26/2015 61



# FIG. 6A



# FIG. 6B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289202

Case: 15-1599 Document: 36 Page: 95 Filed: 09/30/2015



# FIG. 7A

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA37

SNPS_00289203

Case 3:12-cv-06467-MMC Document 63-1 Filed 09/19/13 Page 12 of 61
Case: 15-1599 Document: 26 Page: 96 Filed: 07/20/2015



## FIG. 7B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA38

SNPS  00289204



## FIG. 8A



## FIG. 8B



## FIG. 8C



## FIG. 8D

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289205

Case 2:12-cv-06997-MWC  Document 63  Filed 09/30/13  Page 98 of 261



# FIG. 9A



# FIG. 9B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289206



**FIG. 10A**



**FIG. 10B**

SNPS_00289207



# FIG. 11

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA42

SNPS_00289208



# FIG. 12



# FIG. 13

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA43

SNPS_00289209



**FIG. 14A**



**FIG. 14B**

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA44

SNPS_00289210



# FIG. 15

SNPS_00289211



**FIG. 16**



**FIG. 17**

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA46

SNPS_00289212

Case: 12-15967-MMC   Document 86-1   Page: 105   Filed: 09/18   (06 of 30)
Case: 15-1599   Document 36   Page: 105   Filed: 07/30/2015   61



FIG. 18

Case: 15-1499  Document 36-1  Page: 106  Filed: 07/30/2015



FIG. 19A



FIG. 19B



FIG. 20

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA48

SNPS_00289214



FIG. 21A



FIG. 21B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289215

Case 2:15-cv-15967-MMC Document 96-1 Page 108 09/16 08/30/2015 61



FIG. 22A



FIG. 22B



FIG. 23

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289216



FIG. 24

SNPS_00289217

Case 2:15-cv-01067-MDC Document 26 Page 110 of 267 Filed 07/20/2015 61



FIG. 25



# FIG. 26

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA53

SNPS_00289219

Case 2:12-15-06467-MMC Document 36 Page 112 09/19/18 07:30 26 of 61
Case: 15-1599 Document: 36 Page: 112 Filed: 07/30/2015



FIG. 27A

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289220

Case 2:15-cv-05987-MDC Document 36 Page 113 of 267 Filed 07/30/2015



From 110

CREATE
CONTROL FLOW
GRAPH ～2006

2005

DETERMINE
EDGE
CONDITIONS ～2007

To 2010

## FIG. 27B



From 2005

CREATE
ASSIGNMENT
CONDITIONS ～2011

2010

CREATE
LOGIC
CIRCUIT ～2012

LOGIC
NETWORK ～130

## FIG. 27C

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA55

SNPS_00289221

5,530,841

## METHOD FOR CONVERTING A HARDWARE INDEPENDENT USER DESCRIPTION OF A LOGIC CIRCUIT INTO HARDWARE COMPONENTS

This application is a continuation of application Ser. No. 07/632,439 filed Dec. 21, 1990 now abandoned.

### CROSS REFERENCE TO MICROFICHE APPENDIX

Appendix A, which is a part of the present disclosure, is a microfiche appendix consisting of 3 sheets of microfiche having a total of 205 frames. Microfiche Appendix A is a listing of computer programs and related data for one embodiment of the logic synthesizer of this invention, which is described more completely below.

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

This invention relates generally to methods and systems used to convert a hardware language description to a logic circuit and in particular to a method and system for synthesizing a logic circuit from a user description with conditional assignments of values to logic variables and no hardware specific descriptions.

#### 2. Prior Art

The automated design of application specific integrated circuits as well as the programming of either programmable logic devices or programmable gate arrays requires specification of a logic circuit by the user. Historically, a user was required typically to supply either a logic schematic diagram for use in the automated design process or a set of boolean equations that specified the function of the logic network. The automated logic design system used this information to produce a user specific circuit.

However, many designers had neither a specific schematic diagram nor general boolean logic equations to describe the desired logic operations of the circuit. Hardware description language (HDL) was developed to assist such designers. A hardware description language provided the designer with a means for describing the operation of the desired logic circuit that was at least one level of abstraction removed from a schematic diagram or a set of boolean logic equations. Also, HDL is a more compact representation of a circuit than the net lists that were historically used to represent circuits. Another significant advantage of HDL is that the HDL circuit description is technology independent. In a net list, logic gates from a particular vendor's library are used. With a HDL description, the description is not at the logic gate level.

Ideally, HDL would permit the user to describe only the desired operation of the logic circuit, i.e., the signals generated by the logic circuit. The automated logic design system would then translate the described operation into a logic circuit that was subsequently used in the automated logic design process.

Unfortunately, hardware description language generally permitted only an operational description of simple circuit elements. For many circuit elements, such as high impedance drivers, level sensitive latches and edge sensitive flip-flops, the designer was required first to specify the specific circuit element and then the desired connection of that element using the HDL. Thus, while HDL purportedly allowed a higher level of abstraction in the specification of the logic circuit, HDL descriptions still required detailed logic knowledge for most practical circuits.

Thus, only designers that have knowledge of both the use and operation of logic elements and the desired operational features of the logic circuit can use successfully HDL. An automated logic design system with a logic circuit element independent HDL that required only knowledge of the desired operational features of the logic circuit would greatly enhance the productivity and versatility obtained with automated logic design systems, because such a system could be used by designers with limited logic knowledge. The advantages of automated logic design would be available to a far greater number of users. In spite of the general recognition of this dilemma, a system with a logic circuit element independent HDL is currently unavailable.

### SUMMARY OF THE INVENTION

According to the principles of this invention, a method and system are provided for generating a logic network using a hardware independent description means. A logic circuit synthesizer, in response to a user description specifying only signals and the circumstances under which the signals are produced, generates a logic network that generates the signals specified in the user description, e.g., a net list of logic elements, such as logic gates, high impedance drivers, level sensitive latches and edge sensitive flip-flops along with the interconnections of the logic elements.

In one embodiment, the logic circuit synthesizer includes a preprocessor means and a logic circuit generator means. The preprocessor means, in response to the user description, converts signals and other information in the user description into a structure having nodes interconnected by edges. The edges include an edge condition under which the edge is traversed. The logic circuit generator, using the structure and the edge conditions, creates a logic network that generates the signals specified in the user description.

The user description is a sequence of statements that specify how the desired digital hardware operates. Specifically, the user description describes values assigned to logic variables and the conditions under which those values are assigned wherein each logic variable assigned a value represents a signal. Specification of any specific logic element, such as a flip-flop, or any connections between logic elements to generate the desired signals are not required in the user description.

Consequently, the synthesizer of this invention creates the logic network not as in the prior art systems where the choice of logic components was stated at least partially explicitly, but rather where the choice of logic components is implied by the signals and structure specified by the user. Such descriptions are easier to produce, understand, and maintain than the typical prior art description so that the user realizes significant savings in the cost of designing digital hardware.

In one embodiment, the preprocessor includes a control flow graph generating means for creating the structure having nodes and edges. The control flow graph generator

5,530,841

3

creates a control flow graph, which consists of nodes and edges, and in particular split nodes, join nodes, and operation nodes. The control flow graph may include edges that go from one node in the graph to any other subsequent node in the graph. The ability to jump from one node to any subsequent node in the graph represents a significant enhancement in the capability of the control flow graph to represent a wide variety of user descriptions.

The preprocessor also includes an edge condition generating means for determining edge conditions for an edge in the control flow graph. The edge condition generator within the preprocessor generates the condition under which a node in the control flow graph is reached. Specifically, for each edge in the control flow graph, the conditions that must be satisfied to reach that edge in the graph are determined and assigned to the edge. The condition generated is an "activation condition" in one embodiment and a "mux condition" in another embodiment.

The logic circuit generator, using the edge activation conditions, or alternatively the mux conditions, and information associated with the nodes of the control flow graph converts the control flow graph into a logic network. In one embodiment, an assignment condition generator in the logic circuit generator first determines a set of assignment conditions for each variable assigned a value in the control flow graph, i.e., each signal specified by the user. The assignment conditions for a set of hardware description functions, are subsequently used by a hardware generator to create the a logic network that generates the signals represented by the logic variables in the control flow graph.

Hence, according to the principles of this invention, the hardware generator creates a logic network for each variable that is assigned a value in the user description, i.e., each signal specified by the user, and interconnects the logic circuits to form the logic network that generates the specified signals under the conditions specified by the user.

In one embodiment, the assignment condition generator determines an assignment condition for each function in a set of functions for each variable that is assigned a value in the user description. Herein, a function is a means to differentiate between the hardware elements that are required in the logic network that is synthesized. Specifically, the set of functions are hardware description functions that in combination with the assignment conditions, which are the values of the hardware description functions, define the logic elements that comprise the logic network.

In one embodiment the set of hardware description functions includes a group of asynchronous functions and a group of synchronous functions. If the assignment conditions for the group of synchronous functions are all zero, the asynchronous functions and assignment conditions are used by the hardware generator to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers and level sensitive latches.

Similarly, if the assignment conditions for the group of asynchronous functions are all zero, the synchronous functions and assignment conditions are used by the hardware generator to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers and edge-triggered flip-flops. When the assignment conditions include non-zero assignment conditions for both the synchronous and asynchronous functions, the hardware generator creates logic circuits that may include logic nodes such as AND and OR gates and invertors as well as complex logic elements such

4

as three-state drivers, and edge-triggered flip-flops. Also, in this case, the edge-triggered flip-flops may include a clear-direct terminal and a set-direct terminal.

Hence, the hardware generator synthesizes a logic network based upon the information provided by the assignment condition generator. However, the hardware generator preferably boolean minimizes the assignment conditions prior to creation of the logic circuit. In addition, the hardware description functions may include a "don't care" function (don't care function) such that when the user assigns a value of don't care to a variable, an assignment condition is generated for the don't care function. The hardware generator uses the don't care function assignment condition to boolean minimize the logic circuit that is created.

In one embodiment, the hardware description functions include an asynchronous load function, an asynchronous data function, an asynchronous high impedance function, a synchronous load function, a synchronous data function, a synchronous high impedance function, and a "don't care" function. The asynchronous load function tells the condition under which a variable has been asynchronously assigned any value. The asynchronous data function tells the condition under which a variable has been asynchronously assigned the value one. The "don't care" function tells the condition under which a variable has been assigned a value of "don't care" by the user. Assigning the value don't care to a variable means that the variable may assigned either a logic one or logic zero value. Thus, the "don't care" function tells the condition where the value of a variable is not important. The asynchronous high-impedance function tells the condition under which a variable has been asynchronously assigned the value of a high impedance state. Thus, the asynchronous high impedance function tells the conditions where the value of a variable is high impedance.

The synchronous load function tells the condition under which a variable has been assigned any value on a clock edge. The synchronous data function tells the condition under which a variable has been assigned the value one on a clock edge. The synchronous high-impedance function tells the condition under which a variable has been synchronously assigned the value of a high impedance state. Thus, the synchronous high impedance function tells the conditions where the value of a variable is high impedance.

In this embodiment, the value of the synchronous data function is only important when the synchronous load function is TRUE. Thus, the synchronous data function is preferably boolean minimized with the NOT of the value of the synchronous load function as a don't care condition by the hardware generator. Also, in this embodiment, the values of asynchronous data, don't care and asynchronous high impedance functions are only important when the asynchronous load function is TRUE. Thus, asynchronous data, don't care, and asynchronous high impedance functions are preferably boolean minimized with the NOT of the value of the asynchronous load function as a don't care condition by the hardware generator.

The hardware generator creates the logic elements necessary to generate the signal represented by each assignment condition. Thus, in the following description of the operation of the hardware generator, the steps necessary to create logic elements for a set of assignment conditions are not repeated. When an assignment condition simply is described as driving a particular logic element or line, an earlier description was provided on the hardware necessary to generate that assignment condition.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289223

5,530,841

5

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous load function is a logic one, and the assignment condition for the asynchronous data function is non-zero, the logic nodes necessary to generate the asynchronous data function assignment condition are interconnected to form the logic circuit for the variable by the hardware generator.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous load function is not a constant, and the assignment condition for the asynchronous data function is non-zero, the hardware generator creates a level sensitive latch. The asynchronous data function assignment condition (constructed as described above) drives the input terminal of the level sensitive latch and the asynchronous load function assignment condition drives the gate terminal of the latch. The signal on the output line of the latch is the value of the variable.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous high impedance function and the asynchronous load function are not constants, and the assignment condition for the asynchronous data function is non-zero, the hardware generator creates two level sensitive latches and a three-state driver. The asynchronous data function assignment condition drives the input terminal of a first level sensitive latch and the asynchronous load function assignment condition drives the gate terminal of the latch. The signal on the output line of the first latch drives the input line of the three-state driver, sometimes referred to as a three-state element. The asynchronous high impedance assignment condition drives the input line of a second level sensitive latch and the asynchronous load function assignment condition drives the gate terminal of the latch. The signal on the output line of the second latch drives an invertor which in turn drives the data enable line of the three-state driver.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous high impedance function is not a constant, the asynchronous load function is a logical one, and the assignment condition for the asynchronous data function is non-zero, the hardware generator creates only a logic circuit that generates the asynchronous data function assignment condition and a three-state driver. The asynchronous data function assignment condition drives the input line of the three-state driver. The asynchronous high impedance assignment condition drives an invertor which in turn drives the data enable line of the three-state driver.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous load function is a logic one, and the assignment condition for the synchronous data function is non-zero, an edge sensitive flip-flop is created by the hardware generator. The synchronous data function assignment condition drives the input line of the flip-flop. The clock associated with the synchronous functions drives the clock terminal of the flip-flop. The signal on the output line of the flip-flop is the value of the variable.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous load function is not a constant, and the assignment condition for the synchronous data function is non-zero, a two-to-one multiplexer and an edge sensitive flip-flop are created by the hardware generator. The syn-

6

chronous data function assignment condition drives a first input terminal of the two-to-one feedback multiplexer. The synchronous load function assignment condition drives the data input select line of the multiplexer. The signal on the output line of the multiplexer drives the input line of an edge-triggered flip-flop. The clock associated with the synchronous functions drives the clock terminal of the flip-flop. The signal on the output line of the flip-flop is fedback to a second input terminal of the multiplexer. The value of the variable is the signal on the output line of the flip-flop.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous high impedance function is not a constant, the synchronous load function is a logic one, and the assignment condition for the synchronous data function is non-zero, the hardware generator creates two edge triggered flip-flops and a three-state driver. The synchronous data function assignment condition drives the input terminal of the first edge-triggered flip-flop. The signal on the output line of the first flip-flop drives the input line of the three-state driver. The synchronous high impedance assignment condition drives the input line of a second edge-triggered flip-flop. The signal on the output line of the second flip-flop drives an invertor which in turn drives the data enable line of the three-state driver. The clock associated with the synchronous functions drives the clock terminal of the first flip-flop and the second flip-flop.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous high impedance function is not a constant, the synchronous load function is not a constant, and the assignment condition for the synchronous data function is non-zero, the logic circuit created by the hardware generator is the same as when the synchronous load assignment condition is a logic one, except two feedback multiplexers are added to the circuit. One feedback multiplexer is inserted in the input line to the first flip-flop, as was previously described, and the other feedback multiplexer is similarly inserted in the input line of the second flip-flop.

For a variable where the assignment condition for the asynchronous load function is non-zero, the asynchronous data function assignment condition is zero, and the assignment conditions for the synchronous load function and the assignment condition for the synchronous data function are non-zero, a edge-triggered flip-flop is created by the hardware generator. The flip-flop has a clear-direct terminal that is driven by the assignment condition of the asynchronous load function assignment condition.

For a variable where the assignment conditions for the asynchronous load function, synchronous load function, and synchronous data function are non-zero, and the assignment condition for the asynchronous data function is a logic one, a edge-triggered flip-flop is again created by the hardware generator. The flip-flop has a set-direct terminal that is driven by the assignment condition of the asynchronous load function assignment condition.

For a variable where the assignment condition for the asynchronous load function is non-zero, the asynchronous data function assignment condition is not a constant, and the assignment conditions for the synchronous load function and the assignment condition for the synchronous data function are non-zero, a edge-triggered flip-flop is also created by the hardware generator. The flip-flop has a set-direct terminal and a clear-direct terminal. Logic is created by the hardware generator such that the asynchronous assignment conditions drive the set-direct and clear-direct terminals so that the

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289224

5,530,841

7

appropriate signal is applied to the output line of the flip-flop.

When the asynchronous load function assignment condition is non-zero and the synchronous functions' assignment conditions are non-zero, the assignment conditions for the synchronous functions are boolean minimized by the hardware generator with the asynchronous load function assignment condition as a don't care condition. Thus, the hardware generator is a logic circuit generating means that creates a specific logic element for predetermined assignment conditions.

According to the principles of this invention, a method is provided for synthesizing a logic circuit from a user description that includes only operational characteristics of the logic circuit, e.g., signals and the circumstances under which those signals are generated. The method includes the steps of (i) generating a structure having nodes interconnected by edges where in the structure, variables representing signals are assigned values in the nodes and the edges are assigned conditions under which the edge is reached; and (ii) generating a logic network using the structure and edge conditions.

In one embodiment, the structure generating step includes (i) generating a control flow graph having nodes and edges wherein a variable is assigned a value in a node and the edges define the paths between nodes; and (ii) generating an edge condition for edges in the control flow graph where an edge condition is the condition under which a variable in the node associated with that edge is assigned a value.

The logic network generating step also may include (i) generating a set of assignment conditions for each variable assigned a value in the flow control graph; and (ii) generating a logic circuit for each set of assignment conditions where the interconnected logic circuits form the logic network. As explained, above the assignment conditions, in one embodiment are the values of a set of hardware description functions. In this method, the hardware description functions, the hardware created for the various predetermined assignment conditions, and the boolean optimizations, as described above and incorporated herein by reference, are utilized in the logic network generating step.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of the hardware description language synthesizer 120 of this invention.

FIG. 2 is a more detailed block diagram of the hardware description language synthesizer 120 of this invention showing preprocessor 122 and logic circuit generator 124.

FIG. 3A is a more detailed block diagram of preprocessor 122 of this invention showing graph generator 132 and condition generator 133.

FIG. 3B is a more detailed block diagram of logic circuit generator 124 of this invention showing assignment condition generator 124A and hardware generator 124B.

FIG. 4 is an example of a control flow graph that is generated by graph generator 132 of this invention.

FIGS. 5A and 5B, illustrate an operation node and an edge from an operation node used by the assignment condition generator 124 in logic circuit generator 124.

FIG. 6A is a control flow graph generated by graph generator 133 of this invention for user description 110 in Table 2.

FIG. 6B is a control flow graph generated by graph generator 133 this invention for user description 110 in Table 5.

8

FIG. 7A is a control flow graph that is generated by graph generator 133 of this invention for the user description in Table 3.

FIG. 7B is a control flow graph generated by graph generator 133 of this invention for the user description in Table 6.

FIG. 8A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 8.

FIG. 8B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 8.

FIG. 8C is the logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 10.

FIG. 8D is a logic circuit created by logic circuit generator 124 of this invention for the user description in Table 12.

FIG. 9A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description Table 14.

FIG. 9B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 14.

FIG. 10A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 16.

FIG. 10B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for user description in Table 16.

FIG. 11 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 19.

FIG. 12 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 22.

FIG. 13 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 24.

FIG. 14A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 26.

FIG. 14B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 26.

FIG. 15 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 28.

FIG. 16 is a logic circuit created by logic circuit generator 124 of this invention for the user description in Table 30.

FIG. 17 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 32.

FIG. 18 is a control flow graph created by graph generator 133 of this invention for the user description in Table 34.

FIG. 19A is a control flow graph created by graph generator 133 of this invention for the user description in Table 36.

FIG. 19B is a block diagram of a multiplexer associated with one embodiment of the logic circuit generator 124 of this invention.

FIG. 20 is a block diagram of a selector associated with one embodiment of the logic circuit generator 124 of this invention.

FIG. 21A is a control flow graph as created by graph generator 133 of this invention for the user description in Table 37.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289225

5,530,841

9

FIG. 21B illustrates use of selectors according to the principles of this invention to generate the value of the variable Q as defined in Table 37.

FIG. 22A is a control flow graph created by graph generator 133 of this invention for the user description in Table 40.

FIG. 22B illustrates the selector for the control flow graph of FIG. 22A and the high impedance hardware description function of FIG. 22A.

FIG. 23 is a control flow graph as created by graph generator 133 of this invention for the user example in Table 42.

FIG. 24 s a control flow graph as created by graph generator 133 of this invention for the user description in Table 44.

FIG. 25 illustrates the control flow graph created by graph generator 133 of this invention for the user description in Table 46.

FIG. 26 illustrates a logic circuit created by logic circuit generator 124 for the user description in Table 46.

FIGS. 27A, 27B, and 27C are block diagrams of one embodiment of the method of this invention.

DETAILED DESCRIPTION

According to the principles of this invention, a method and system are provided for generating a logic network, sometimes referred to as a logic circuit, using a hardware independent description means, sometimes called a hardware description language. Unlike the prior art methods that required at least a detailed knowledge of the characteristics and operations of complex logic elements such as high impedance drivers, level sensitive latches and edge sensitive flip-flops, only a knowledge of the desired operation of the resulting logic network is required to generate the logic network according to the principles of this invention.

Thus, the system and method of this invention allow a user with minimal knowledge of specific logic elements to generate a logic network that may be subsequently mapped and optimized using any automated logic design system. The system and method of this invention are operable in a computer system that includes a data input device, such as a keyboard, a processing unit, and an output display device. In one embodiment, the user provides a description 110 (FIG. 1) of the operation of the logic network using hardware description means 115. Description 110 is a sequence of statements that specify how the desired digital hardware operates, i.e., the signals generated by the hardware. Specifically, description 110 describes values assigned to logic variables and the circumstances under which those values are assigned, i.e., description 110 specifies the signals and the circumstances under which those signals are produced. Specification of any specific logic element, such as a flip-flop, or any connections between logic elements so as to create the desired signals are not required in user description 110. Typically, the user provides description 110 using the computer system data input device.

With hardware description means 115, the user expresses the operations, i.e., production of signals, by the logic circuit in description 110. For example, to express a high impedance state for a variable, hardware description means 115 instructs the user to set the variable equal to the character "Z". Similarly, if the user does not care about the logic state of a variable, hardware description means 115 instructs the user to set the variable equal to the character "X". Hardware

10

description means 115 requires no specific knowledge about the operation or structure of any logic circuit element. Rather, hardware description means 115, as described more completely below, requires only a knowledge of the desired circuit's operation and a general knowledge of the use of HDL. Herein, a variable represents a signal desired by the user in the logic circuit.

Hardware description language synthesizer 120, in response to description 110, converts hardware independent description 110 into a logic network 130. Synthesizer 120 is loaded in computer system 116 using techniques known to those skilled in the art. Synthesizer 120 independently determines the logic elements required and the interconnections of the logic elements based upon the operational characteristics specified in description 110. The user does not include any hardware specific limitations in description 110.

Consequently, HDL synthesizer 120, sometimes referred to as logic network synthesizer 120, creates logic network 130, not as in the prior art systems where the choice of logic components for the synthesis was stated at least partially explicitly, but rather where the choice of logic components is implied by the signals and circumstances specified in description 110. Such descriptions are easier to produce, understand, and maintain than the typical prior art description so that the user realizes significant savings in the cost of designing digital hardware. Synthesizer 120 generates logic network 130 on computer system 116 output display device 135.

In one embodiment, the computer programs presented in Microfiche Appendix A were used in a workstation such as the SUN-4 computer system available from Sun Microsystems of Palo Alto, Calif. The computer programs were processed using the UNIX operating system SUN OS 4.0.3, the compiler, and linker provided with the SUN-4 computer system. The particular computer language and the computer system used are not an essential aspect of this invention. In view of this disclosure, those skilled in the art can implement the invention using a different computer language and/or a different computer system.

In one embodiment, synthesizer 120 (FIG. 1) includes a preprocessor 122 and a logic circuit generator 124 (FIG. 2). Preprocessor 122 receives the signal information specified in description 110. Preprocessor 122 first parses description 110. Preprocessor 122 converts the parsed description into a specific structure, a control flow graph, described more completely below, which consists of nodes and edges.

Subsequently, preprocessor 122 determines edge conditions for each edge in the control flow graph. The edge conditions and the information at the nodes of the control flow graph, i.e., the signals specified in user description 110 and the circumstances under which the signals are generated, are input information for logic circuit generator 124. Using only this information, logic circuit generator 124 automatically creates logic network 130. Logic network 130 is specified typically as a net list. Alternatively, the net list may be converted to a schematic logic diagram. The important aspect is that description 110, which included only operational results in the form of signal levels and the conditions under which those signal levels are generated, is converted to the specific logic network 130 wherein all the logic elements, including complex logic elements such as high impedance drivers, level sensitive latches, and edge sensitive flip-flops, are specified along with the interconnection of the logic elements so that the user is provided with functional logic network 130 that may be implemented in an integrated circuit or other such devices by the user.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289226

5,530,841

**11**

More specifically, description 110 (FIG. 1) includes two general types of statements, directive statements and flow control statements. A directive statement assigns a specified value to a particular variable, i.e., a signal is set at a specified level. For example, the statement

$$x:=p \qquad (1)$$

assigns the value of the variable "p" to the variable x. The value of the variable "p" may either have been previously defined or be an input signal. A directive statement is any statement that contains arithmetic operators (+, −, *, /), boolean operations, (e.g. AND, OR, XOR, NOT), or any operation that combines or manipulates data values. Herein, variable "p" or a similar notation is a shorthand expression for the right hand side of a directive statement and as such may represent either a single variable or a more general set of operations that manipulate data values.

A flow control statement, as the name suggests, controls the processing of statements in the set of statements that constitute description 110. For example, in the C programming language flow control statements include "IF," "WHILE, " "SWITCH " "RETURN " "BREAK " "FOR," and "GOTO." In this embodiment, hardware description means 115 includes "IF" and "GOTO" flow control statements. As is known to those skilled in the art, other flow control statements may be expressed in terms of only these two flow control statements.

Herein, the characterization of statements as "directive" and "flow control" statements is for ease of description only. Similarly, the specific operations performed by such statements are illustrative only. The important aspect of the invention is that preprocessor 122 (FIG. 2) operates on two different types of statements from description 110 that are used in the specification of the operation of the user defined logic network in description 110. Therefore, the particular names assigned to these statements and the nature of the statements are illustrative only of the principles of this invention and are not intended to limit the invention to the particular names and embodiments described herein.

In this embodiment, preprocessor 122 (FIG. 2) includes parsing means 131, graph generator means 132 and edge condition generator means 133 (FIG. 3). Parsing statements is well-known to those skilled in the art. For example see, A. Aho, R. Sethi, and J. Ullman, *Compilers: Principles, Techniques and Tools*, Addison-Wesley, Reading, Mass. (1986). In one embodiment, a lexical analysis is first performed using a tool entitled "lex" which is a UNIX tool described in the book of A. Aho et al., which is incorporated herein by reference. After the lexical analysis, parsing is performed using a tool entitled "yacc" which is another UNIX tool described in the book of A. Aho et al., which is also incorporated herein by reference.

After parsing means 131 of preprocessor 122 parses a statement in description 110, the parsed statements are stored in a parse tree and symbol table (also described in Aho et al. (1986)). Parsing means 131 is not an essential aspect of this invention. Any parsing means may be used to generate the parse tree and symbol table. One embodiment of the parse tree and symbol table suitable for use with this invention is described in Aho et al. (1986), which is incorporated herein by reference. Hence, parsing means 131 processes user description 110 and generates a parse tree and symbol table having a format such as that given in Aho et al. (1986).

Using the parse tree and symbol table, graph generating means 132 constructs a control flow graph, described more completely below. A graph is a collection of vertices,

**12**

sometimes referred to herein as nodes, and edges. Vertices are objects that can have a name and other properties. An edge is a connection between two vertices. In general, as described below, nodes are classified as operation nodes, split nodes, and join nodes. Edges in a control flow graph represent the flow of control between directive statements. In a control flow graph, a directive statement is represented by an operation node that has a single edge entering and a single edge leaving the node. Within the operation node is an assignment that corresponds to an operation specified by the user in a directive statement in description 110.

A flow control statement results in a more complex structure in the control flow graph than the directive statement. Typically, in the control flow graph, a split node associated with a flow control statement has one or more edges leaving the node. However, the precise representation depends upon the flow control statement. For example, in this embodiment, a GOTO statement may result in only an edge connecting two nodes. The important aspect is that a flow control node defines the condition or conditions whereby subsequent nodes in the control flow graph are accessed. An example of a simple control flow graph is illustrated in FIG. 4. A data structure representing control flow graph 250 is created by graph generator means 132, typically in random access memory (RAM) of computer 116 (FIG. 1), for the of statements in user description 110 (TABLE 1).

TABLE 1

| A Portion of a Typical User Description 110 | | | |
|---|---|---|---|
| 301 | | if (C) | |
| 302 | | | E: = P |
| 303 | | | if (D) |
| 304 | | | | goto done |
| 305 | | | else |
| 306 | | | | A: = 1 |
| 307 | | | endif |
| 308 | | else | |
| 309 | | | B: = 0 |
| 310 | | endif | |
| 311 | | F: = A + B | |
| 312 | done: | | |

In this embodiment, when the argument of the "if" statement in TABLE 1 is true, the sequence of statements immediately following the "if" statement are processed. When the "else" statement is encountered, processing passes to the corresponding "endif" statement. Conversely, if the argument of the "if" statement is false, the sequence of statements following the "else" statement for that "if" statement are processed. Again, processing passes to the corresponding "endif" statement. In a control flow graph, the node at which the two branches of an "if" statement converge, i.e., the node corresponding to the "endif" statement, is a "join" node. In general, a join node is any node were two or paths in the control flow graph converge, but, as explained below, a join node may have only a single input edge in some cases.

Control flow graph 250 has nine nodes 201, 203, 205, 208, 210, 212, 214, 217 and 219 and twelve edges 200, 202, 204, 206, 207, 209, 211, 213, 215, 216, 218 and 220. Edge 200 is the source for control flow graph 250. Split node 201 represents flow control statement 301 of TABLE 1. Edge 202 connects node 201 to node 203. Node 203 represents directive statement 302 (TABLE 1) and is referred to as a directive node or an operation node. Edge 202 is traversed only if condition "C" is true. (Herein, variables within a flow control statement are referred to as conditions and not

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289227

5,530,841

13

variables.) In FIG. 4, the letter(s) or the arithmetic statement that is adjacent to an edge represents the condition that must be satisfied to traverse that edge. A bar over a letter is used to represent the "not" logic state of the condition represented by the letter. Similarly, two letters written side by side represent the logic "AND" function of the two conditions while two letters connected by a plus sign represents the logic "OR" function of the two conditions. This notation is used consistently to represent a condition associated with an edge of a control flow graph.

Edge 213, which is traversed when the condition "C" is not true, connects node 201 to node 214. Node 214 represents directive statement 309 (TABLE 1). Edge 204 connects node 203 to node 205. Split node 205 represents flow control statement 303 (TABLE 1). Edge 204 is traversed only if condition "C" is true. Edge 206 connects node 205 to join node 219. Edge 206 represents flow control statement 304 (TABLE 1) and is traversed only if both condition "C" and condition "D" are true.

Edge 207 connects split node 205 to operation node 208. Node 208 represents directive statement 306 (TABLE 1). Edge 207 is traversed when condition "C" is true and condition "D" is not true. Edge 209 connects node 208 and join node 210. The condition for traversal of edge 209 is the same as edge 207. Notice that join node 210 only has edge 209 into the node because the GOTO statement directed flow out of the "then" branch of the if statement. Edge 211 connects node 210 to join node 212 and edge 211 has the same condition for traversal of the edge as edge 209.

Edge 215 connects node 214 to join node 212. Edge 215 is traversed when condition "C" is not true. Edge 216 connects join node 212 to operation node 217. Node 217 represents directive statement 311 (TABLE 1). There are two paths to node 217. Node 217 is reached either if condition "C" is not true, or condition "C" is true and condition "D" is not true. Similarly, edge 218 that connects nodes 217 and 219 is reached either if condition "C" is not true, or condition "C" is true and condition "D" is not true. Node 219 is a join node that represents statement 312 (TABLE 1). Edge 220 from join node 219 is the sink for control flow graph 250.

There are several aspects of control flow graph 250 that are important. The condition for an edge leading into a directive node, e.g., node 203, and the condition from the directive node are the same. Hence, as described below, only the condition on the edge exiting a directive node is used. Also, in graph 250, each directive node contains only an assignment for a single variable, but in a more general case, one directive node may correspond to one or more directive statements.

Graph generator 132 (FIG. 3) only creates control flow graph 250 (FIG. 4). The conditions associated with an edge of graph 250 are provided here to assist in associating statements 301 through 311 of TABLE 1 with graph 250, but, as described more completely below, these conditions are an important aspect of the invention.

While control flow graph 250 is a rather simple example, graph 250 illustrates two of the important features of this invention. Graph 250 does not consist of only series and parallel paths. Typically, in prior art control flow graphs, only series parallel paths were permitted, i.e, the only permitted flow control statements were "if" statements or statements that could be represented in terms of "if" statements. In such prior art control flow graphs, the two branches of the "if" statement generated parallel paths while nodes and edges connecting the join node of one "if" statement to the head node of another "if" statement formed

14

a series path. Within one side of a parallel path, multiple buried "if" statements were permitted, but a path from one of the "if" statements to outside the "if" statement was not available.

Thus, such prior art control flow graphs could not be used to represent an edge such as edge 206, that represents the "GOTO" flow control statement. The embodiment of processor 122 that allows the more general control flow graph 250 is a significant advance. Elimination of the parallel series restriction permits generation of more complex and useful control flow graphs, as described more completely below.

Condition generator 133 (FIG. 3) within preprocessor 122 generates the condition under which a node in the control flow graph is reached. Specifically, in one embodiment, for each edge in the control flow graph exiting from a directive node, the conditions that must be satisfied to reach that edge in the graph are determined and assigned to the edge. The condition generated is an "activation condition" in one embodiment and a "mux condition" in another embodiment. The determination of these conditions by condition generator 133 is described more completely below. In FIG. 4, for example, the activation condition for edge 218 of control flow graph 250 is "(not C)+(C,(not D))". Herein, a "+" represents the logic OR function and a "*" represents the logic AND function. In FIG. 4, the activation condition is given next to each edge.

In another embodiment, a "mux condition" is determined for the edges in the control flow graph by condition generator 133 (FIG. 3). The mux condition, as illustrated more completely below, has several advantages over activation conditions.

Condition generator 133 determines a mux condition for each edge 211, 215 feeding into join node 212 and for each edge 206, 218 feeding into join node 219. The mux condition for an edge is the boolean minimization of the activation condition for that edge with a don't care condition. The don't care condition is the NOT of the activation condition of the edge leaving the join node. (For a more general discussion of don't cares conditions, see for example, R. K. Brayton, G. D. Hachtel, C. T. McMullen, and A. L. Sangiovanni, *Logic Minimization Algorithms for VLSI Synthesis*, Kluwer Academic Publishers, Hingham, Mass. (1984), which is incorporated herein by reference.)

For example, the mux condition for edge 211 into join node 212, is activation condition "C AND (not D)" minimized with the don't care condition, i.e, the NOT of activation condition "(not C) OR (C AND (not D))" for edge 215 leaving join node 210, which is:

$$\text{not((not C) OR (C AND (not D)))} \qquad (2)$$

Boolean minimization of the mux condition for edge 213 results in the mux condition "C". (Herein, parenthesis are used as an aid in understanding the logic operations within the condition. Thus, "(not C)" and "not C" are the same value.) Note the mux condition for edge 211.

The mux condition for an edge is true only when the join node was reached via that edge. The mux condition for an edge may have any value if the join node is not reached. The freedom of the mux condition for an edge to take on any value when the join node is not reached distinguishes mux conditions from activation conditions. The activation condition for an edge is always false when the join node is not reached via that edge. Hence, the mux condition for an edge is simpler than the activation condition because a mux condition is not required to be false when the join node is not

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289228

5,530,841

15

reached. The generation of the edge conditions in the control flow graph completes the operation of condition generator 133 and consequently the operation of preprocessor 122.

Logic circuit generator 124 (FIG. 2) converts the edge conditions (activation or mux conditions) and the nodes of the control flow graph into assignment conditions, as described more completely below, which are in turn used to generate a logic circuit that performs the operations that were specified by the user in description 110, i.e., the circuit generates the signals specified by the user.

Prior to considering the operation of logic circuit generator 124 in more detail, the specific hardware description means used with synthesizer 120 of this invention is described. Hardware description means 115 (FIG. 1) provides a means for expressing the possible logic function signals and the condition under which those logic function signals are obtained. In this embodiment, hardware description means 115 includes specifying logic variables which have a logic value of zero, one, "X" or "Z." A value of "X" for a variable means the user does not care about the logical value of that variable. A value of "Z" means the signal represented by the variable is in a high impedance state. Also, the user may specify logic input variables, i.e., logic input signals.

In addition to specification of values for variables, the user may specify the conditions under which a variable takes on a particular value. For example, in this embodiment, the user may specify either a predetermined condition that must be satisfied, or a clock edge condition. Thus, the user needs to know only the timing relationship between the signals or other conditions upon which generation of the signals depend. No knowledge concerning the operation of specific logic devices, such as latches or flip-flops, is required. Hence, unlike the prior art systems described above, which required specification of operation and connections for complex logic elements, synthesizer 120 of this invention generates logic network 130 from an operational description only and does not require specification of any hardware details in user description 110.

Logic circuit generator 124 (FIG. 3), using the edge activation conditions, or alternatively the mux conditions, and information associated with the nodes of the control flow graph converts the control flow graph into a logic circuit. In one embodiment, logic circuit generator 124 first determines assignment conditions, as described more completely below, for each variable assigned a value in the control flow graph. The assignment conditions in conjunction with a set of hardware description functions, also described more completely below, are subsequently used to generate logic network 130 (FIG. 1) which provides the signals represented by the logic variables in the control flow graph.

More specifically, assignment condition generator 124A (FIG. 3B) uses the conditions from condition generator 133 and the control flow graph from graph generator 132 to generate an assignment condition matrix. Each row of the matrix is a set of assignment conditions for a variable that is assigned a value in user description 110.

Hardware generator 124B generates a logic circuit for each row of the assignment condition matrix. In one embodiment, hardware generator 124B first boolean minimizes the set of assignment conditions and then generates the logic circuit for the optimized set of assignment conditions. Thus, logic network 130 includes one or more logic circuits. The logic circuits are interconnected as required by the assignment conditions to form logic network 130.

Logic circuit generator 124 uses a set of hardware description functions that represent specific operations that

16

are implemented with specific hardware. Thus, rather than requiring the user (i) to understand the operation of hardware and (ii) to provide a specific description of that hardware in description 110, logic circuit generator 124, in this embodiment, determines an assignment condition for each variable and each of the functions in the set of hardware description functions. An "assignment condition" is the condition under which the hardware description function is true for a particular variable.

Herein, the notation "F( )" represents hardware description function "F" and the notation "F(v)" represents the assignment condition for the hardware description function "F" and variable "v". In one embodiment, the hardware description functions (HDFs) are characterized as either synchronous or asynchronous functions. Synchronous HDFs apply to assignments made to variables only on clock edges. Asynchronous HDFs apply to all other assignments made to variables. In this embodiment, six different HDFs are used.

Asynchronous load function AL( ) tells the condition under which a variable has been asynchronously assigned any value. Asynchronous data function AD( ) tells the condition under which a variable has been asynchronously assigned the value one. Herein, logic one, one, and "1" are used interchangeably to represent the logic state "TRUE". Similarly, logic zero, zero, and "0" are used interchangeably to represent the logic state "FALSE".

Don't care function DC( ) tells the condition under which a variable has been assigned the value "X". Assigning the value "X" to a variable means that the variable may assigned either a logic one or logic zero value. Thus, function DC( ) tells the condition where the value of a variable, i.e., the signal level is not important.

High-impedance function Z( ) tells the condition under which a variable has been assigned the value "Z". Assigning the value "Z" to a variable means that the variable is to take on a high impedance value. Thus, function Z( ) tells the conditions where the value of a variable is high impedance. In another embodiment, high-impedance function Z( ) is replaced by an asynchronous high impedance function AZ( ) and synchronous high impedance function SZ( ).

In this embodiment, the values of functions AD( ), and Z( ) are only important when function AL( ) is TRUE. Thus, functions AD( ), and Z( ) are preferably boolean minimized with "not function AL( )" as a don't care condition, as described more completely below.

Synchronous load function SL( ) tells the condition under which a variable has been assigned any value on a clock edge. Synchronous data function SD( ) tells the condition under which a variable has been assigned the value one on a clock edge. In this embodiment, the value of function SD( ) is only important when function SL( ) is TRUE. Thus, function SD( ) is preferably boolean minimized with "not function SL( )" as a don't care condition, as described more completely below.

The specific names of the hardware description functions are not important. Rather, the important aspect is to define a set of functions that represent all variable types that the user may specify, and the conditions under which a particular variable type takes on a particular value. In other embodiments, additional functions may be defined, or alternatively, subsets of the functions described above may be used.

Herein, a positive clock edge is associated with synchronous functions SL( ) and SD( ). However, the use of a positive clock edge for the synchronous functions is illustrative only of the principles of this invention and is not intended to limit the invention to only such a clock edge. As

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289229

5,530,841

## 17

is known to those skilled in the art, a wide variety of clock edges are used in combinational logic networks. Synchronous functions SL( ) and SD( ) in logic circuit generator 124 are applicable, in general, for any of the wide variety of clock edges. In view of this disclosure, the use of another clock edge will be apparent to those skilled in the art.

The generation of assignment conditions using the edge conditions (either "mux conditions" or "activation conditions") and the nodes of the control flow graph corresponding to the directive statements is described more completely below in terms of specific examples. Each hardware description function is a boolean expression that may have a logic zero, a logic one, or some combination of logic values from a circuit.

In this embodiment, logic circuit generator 124, in particular, assignment condition generator 124A, creates an assignment condition matrix that is subsequently used in the generation of logic network 130 by hardware generator 124B. Each column of the matrix represents one hardware description function. Thus, in this embodiment, the matrix has six columns. Each row of the assignment condition matrix represents one of the variables that are assigned a value in description 110 (FIG. 2), i.e., a signal that is specified by the user. The entries in a row are the assignment conditions for that variable and are used to generate logic circuit elements that generate the output signal for that variable. Hence, logic circuit elements are generated for each row of the assignment condition matrix. The logic circuit elements for each row and related rows are interconnected as necessary by hardware generator 124B.

The function of the assignment condition matrix is more clearly illustrated by first considering the method used by logic circuit generator 124 to determine the assignment conditions for each of the hardware description functions and then considering the interpretation of the possible permutations and combinations of assignment conditions within a row of the matrix. The generation of assignment conditions using activation conditions is considered first and then the generation of assignment conditions using mux conditions is described.

For high impedance function Z( ), assignment condition Z(v) is the logical OR function of all the activation conditions under which variable v is assigned high impedance value "Z". If variable v is never assigned value "Z" assignment condition Z(v) is zero For example, consider a node 251 (FIG. 5A) in the control flow graph which specifies Q:="Z" and activation condition "1" for edge 252 leaving node 251. Since for the purposes of this example this is the only node in the control flow graph that assigns the high impedance state to the variable Q, the logic OR function of the activation conditions is just "1" so assignment condition Z(Q) is "1".

For don't care function DC( ), assignment condition DC(v) is also the logic OR function of all the activation conditions that result in variable v being assigned don't care value "X". If variable v is never assigned value "X" assignment condition DC(v) is zero For this example, there is only one node 255 (FIG. 5B) in the control flow graph which specifies Q:="X" and the activation condition for edge 256 exiting that node is "1". Thus, the logic OR function of all the activation conditions is "1" so assignment condition DC(Q) is "1".

For asynchronous load function AL( ), the assignment condition for a variable is the logic OR function of the activation conditions for all edges exiting from directive nodes in the control flow graph where that variable is asynchronously assigned a value.

## 18

Consider the following user instructions (TABLE 2), which are illustrated in FIG. 6A as a control flow graph 300-A.

TABLE 2

| An Example of User Description 110 |
|---|
| if (COND)<br>        Q: = 0<br>    else<br>    endif. |

The activation condition for edge 304-A from directive node 303-A is "COND". Since this is the only node in which variable Q is assigned a value, assignment condition AL(Q) for function AL( ) is also "COND."

The operation of asynchronous data function AD( ) is more complex than the operation of asynchronous load function AL( ). A logic variable Q may asynchronously take on a logic zero value, e.g., Q:=0, a logic one value, e.g., Q:=1, or an unknown logic value, e.g., Q:=B, where B is another user defined logic variable, input variable, or a logic expression.

In general, assignment condition AD(v) for variable v is the logic OR function of all conditions under which variable v was assigned a logic one value. Notice that in contrast to the definition of assignment condition AL(v), the assignment condition AD(v) is not limited to just activation conditions. When the variable is simply assigned the constant logic one value, the activation condition is the condition used in evaluation of the logical OR function. When variable v is assigned a constant logic zero value, the condition used in evaluation of the logic OR function is a logic zero. When variable v is assigned a specific but unknown logic value, the condition used in the logic OR function is equal to the logic AND function of the activation condition where variable v was assigned that value with the unknown value assigned to variable v. Hence, the conditions used in evaluation of the logic OR function may be more complex than just the activation condition.

To demonstrate the generation of rows in the assignment condition matrix for asynchronous functions AL( ) and AD( ), consider the following user instructions (TABLE 3), which are illustrated in FIG. 7A as control flow graph 330-A.

TABLE 3

| An Example of User Description 110 |
|---|
| if (COND1)<br>        P: = 1<br>    else<br>        P: = 0<br>    endif<br>    if (COND2)<br>        Q: = B<br>    else<br>    endif. |

The activation condition of edge 313-A from node 312-A where variable P is assigned the value "1" is "COND1". The activation condition of edge 317-A from node 316-A where variable P is assigned the value "0" is "not COND1". Thus, using the above rules for the assignment conditions, assignment condition AL(P) for function AL( ) is the logic OR function of all the activation conditions from all the directive nodes where variable P is assigned a value, i.e. nodes 312-A and 316-A. The logic OR function is:

$$COND1+\overline{COND1}=1 \qquad (3)$$

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289230

5,530,841

**19**

Therefore, assignment condition AL(P) for function AL( ) is "1." The assignment condition AD(P) for function AD( ) is the logic OR function of the conditions under which variable P is asynchronously assigned the value of "1", i.e., node 312-A. Thus, assignment condition AD(P) for function AD( ) is "COND1". Therefore, the row in the assignment condition matrix for variable P is as shown in TABLE 4 below.

Again, the same rules are used to determine assignment conditions AL(Q) and AD(Q). The activation condition for edge 322-A from node 321-A where variable Q is asynchronously assigned a value is "COND2". Thus, variable Q is asynchronously loaded if activation condition "COND2" is true. Since in this example, node 321-A is the only directive node where variable Q is assigned a value, assignment condition AL(Q) for asynchronous load function AL( ) is "COND2". Therefore, the entry in the assignment condition matrix in row Q and column AL( ) is "COND2".

At node 321-A, variable Q is driven to a logic one value only if variable B has the value "1". Thus, the two step process is used to determine the assignment condition for function A(Q). The condition under which variable Q is assigned a logic one value is the logical AND of the value of variable B (i.e., the value assigned to variable Q) and COND2 (the activation condition for the assignment), i.e., the condition is "B*COND2". The assignment condition AD(Q) is the logic OR function of all conditions under which variable Q was assigned a logic one value. Since there is only one condition, assignment condition AD(Q) is "B*COND2".

TABLE 4

| Variable | Assignment Conditions. | | | | | |
|---|---|---|---|---|---|---|
| | AL() | AD() | SL() | SD() | DC() | Z() |
| P | 1 | COND1 | 0 | 0 | 0 | 0 |
| Q | COND2 | COND2*B | 0 | 0 | 0 | 0 |

The assignment conditions for synchronous load function SL( ) and synchronous function SD( ) are analogous to the asynchronous functions described above. For synchronous load function SL( ), assignment condition SL(v) is the logical OR function of the activation conditions for all edges exiting from nodes of the control flow graph (i) where variable v is assigned a value and (ii) where the activation condition includes a clock edge. In the assignment conditions for the synchronous functions, the variable representing the clock edge (see "pos_e" below) is replaced with a logic one.

Consider the following user instructions, which are illustrated in FIG. 6B as control flow graph 300-S.

TABLE 5

An Example of User Description 110

```
if (positive_edge(CLOCK))
        Q: = 0
else
endif.
```

The activation condition for edge 304-S from node 303-S is "positive_edge(CLOCK)." (In the FIGS. and herein, "positive_edge(CLOCK)" is also represented by "pos_e".) Since this is the only node in which variable Q is assigned a value where the activation condition contains a clock edge, the assignment condition is for function SL(Q) is "1".

The operation of synchronous data function SD( ) is more complex than the operation of synchronous load function

**20**

SL( ). On a clock edge, a logic variable Q may synchronously take on a logic zero value, e.g., Q:=0, a logic one value, e.g., Q:=1, or an unknown logic value, e.g., Q:=B, where B is another user defined logic variable, input variable, or a logic expression.

Assignment condition SD(v) for variable v is the logic OR function of all conditions under which variable v was assigned a logic one value and the activation condition includes a clock edge. Notice that in contrast to the definition of assignment condition SL(v), assignment condition SD(v) is not limited to just the logic OR function of activation conditions. When variable v is simply assigned the constant logic one value on a clock edge, the activation condition is the condition used in evaluation of the logical OR function. When variable v is assigned a constant logic zero value on a clock edge, the condition used in evaluation of the logic OR function is a logic zero. When variable v is assigned a specified but unknown logic value on a clock edge, the condition used in the logic OR function is equal to the logical AND function of the activation conditions where variable v was assigned with the unknown value assigned to variable v. Hence, the conditions used in evaluation of the logic OR function may be more complex than just the activation condition.

To demonstrate the generation of rows in the assignment condition matrix for synchronous functions SL( ) and SD( ) consider the following user instructions (TABLE 6), which are illustrated in FIG. 7B as control flow graph 330-S.

TABLE 6

An Example of User Description 110

```
if (positive_edge(CLOCK))
        if (COND1)
                B: = 1
        else
                B: = 0
        endif
        if (COND2)
                Q: = B
        else
        endif
else
endif
```

The activation condition of edge 313-S from node 312-S where variable B is assigned the value "1" is "COND1*positive_edge(CLOCK)". The activation condition of edge 317-S from node 316-S where variable B is assigned the value "0" is "(not COND1)*positive_edge_(CLOCK)."

Thus, using the above rules for the assignment conditions, assignment condition SL(B) for function SL( ) is the logic OR function of all the activation conditions from all the directive nodes where variable P is assigned a value on a clock edge, i.e. node 312-S and 316-S. The logic OR function is just "COND1*positive_edge(CLOCK)+(not COND1)positive_edge (CLOCK))" but by definition for a synchronous function "positive_edge(CLOCK)" equals "1" because a synchronous function takes on a non-zero value only under this condition. Therefore, assignment condition SL(B) for function SL( ) is "(not COND1)+COND1", which is "1". Assignment condition SD(B) for function SD( ) is the logic OR function of the conditions under which variable B is synchronously assigned the value of "1", i e node 312-S Thus, assignment condition SD(B) for function SD( ) is "COND1", the activation condition for edge 313-S. Therefore, the row in the assignment condition matrix for variable B is as shown in TABLE 7 below.

Again, the same rules are used to determine the assignment conditions for variable Q and synchronous functions SL( ) and SD( ). The activation condition for edge 322-S

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA65

SNPS_00289231

5,530,841

21

from node 321-S where variable Q is synchronously assigned a value is "COND2* positive_edge(CLOCK)". Thus, variable Q is synchronously loaded on a clock edge. Since in this example, node 321-S is the only directive node where variable Q is assigned a value on a clock edge, assignment condition SL(Q) for asynchronous load functions SL( ) is "COND2" because, as described above, "positive_edge(CLOCK)" is replaced with a logic one. Therefore, the entry in the assignment condition matrix in row Q and columns SL( ) is "COND2".

At node 321-S, variable Q is driven to a logic one value on the clock edge only if variable B has the value "1". Thus, the two step process is used to determine the assignment condition SD(Q) for function SD( ). The condition where variable Q is assigned a logic one value is the logical AND of the value assigned to variable B and the activation condition "COND2*pos_e" for that assignment, i.e., the activation condition for edge 322-S so that the condition is "B*(COND2*pos_e)". Assignment condition SD(Q) is the logical OR function of all conditions under which variable Q takes on a logic one value on a clock edge with the clock edge replaced by a logic one. Since there is only one such condition in control flow graph 330-S, assignment condition SD(Q) is "B*COND2".

TABLE 7

| | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL() | AD() | SL() | SD() | DC() | Z() |
| B | 0 | 0 | 1 | COND1 | 0 | 0 |
| Q | 0 | 0 | COND2 | COND2*B | 0 | 0 |

The previous examples were simple examples that demonstrated generation of entries in the assignment condition matrix by assignment condition generator 124A. The next step is generation of a logic circuit for each row of the assignment condition matrix. Specifically, the following examples demonstrate the possible combinations within a row of the assignment condition matrix and the hardware that is generated for that row by logic circuit generator 124 (FIG. 2). Each example illustrates a set of predetermined assignment conditions that are used by hardware generator 124B to create specific logic elements. Hence, whenever hardware generator 124B encounters the predetermined assignment conditions, the logic elements described are created.

With respect to function AL( ), consider a variable Q and the assignment condition matrix row given in TABLE 9 for variable Q. TABLE 9 is associated with the following user description (TABLE 8):

TABLE 8

| An Example of User Description 110 |
|---|
| If( COND) |
| Q: = D |
| else |
| endif |

"COND" is a condition.

TABLE 9

| | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | COND | COND*D | 0 | 0 | 0 | 0 |

For asynchronous load function AL( ), variable Q must retain the assigned value until a subsequent assignment

22

occurs. The operation of the asynchronous load function AL( ) is just the operation of a flow through latch where the assignment condition AD(Q) is the signal on the latch data input line and the value of the variable Q is the signal on the latch output line. The flow through latch is gated with assignment condition AL(Q). Thus, if assignment condition AL(Q) is "1", the input signal is transferred directly to the output line of the latch. If assignment condition AL(Q) has an unknown value, the input signal is transferred to the output line only when the assignment condition is true, i.e., takes on a logic one value.

Logic circuit 350 (FIG. 8A) generates the signals specified by user description 110 as defined in TABLE 8 above. Specifically, AND gate 340 has a first input signal that is the value assigned to variable D and a second input signal that is activation condition "COND." Output signal "D*COND" of AND gate 340 is activation condition AD(Q) and is the signal on data input line 342-D of latch 342. Activation condition "COND" is also the signal on gate terminal 342-G of latch 342. The signal on the output line of latch 342 is the value of variable Q. While circuit 350 provides the operation specified by the user description, circuit 350 may be improved.

Latch 342 does not use the value on data input line 342-D whenever the signal on gate terminal 342-G is zero. Thus, the logic circuit created by hardware generator 124B to generate assignment condition AD(Q) for the data input line 342-D is, in one embodiment, boolean minimized with "not assignment condition AL(Q)" as a don't care condition. When assignment condition AD(Q), which is "COND *D" is boolean minimized with a don't care of "not COND," the function "D" is the result. Circuit 350-1 (FIG. 8B) is an improved result because fewer logic elements are required to produce the results specified by the user description in TABLE 8. Hence, circuit 350-1 is created by hardware generator 124B for the row in TABLE 9.

Thus, in more general terms, for a row in the assignment condition matrix for a variable v with assignment conditions AL(v) and AD(v), the logic circuit generated for these assignment conditions by hardware generator 124B is the boolean minimization of assignment condition AD(v) with the don't care condition of "not assignment condition AL(v)." If the value of boolean minimized assignment condition AD(v) is a boolean constant, the logic circuit is further simplified from that described above.

Consider the following user description (TABLE 10).

TABLE 10

| An Example of User Description 110 |
|---|
| if(COND) |
| Q: = 1 |
| else |
| endif |

The row of the assignment condition matrix for variable Q is given in TABLE 11.

TABLE 11

| | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | COND | COND*1 | 0 | 0 | 0 | 0 |

Boolean minimization of assignment condition AD(Q), i.e., "COND*1" with the don't care condition of "not assignment condition AL(Q)", i.e., "not COND" gives an assign-

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289232

5,530,841

**23**

ment condition AD(Q) of "1". The logic circuit generated to produce the signal represented by the value of variable Q (TABLE 11) is a wire 339 (FIG. 8C).

If the value of assignment condition AL(v) for variable v is a boolean constant, the generated logic circuit is simplified in comparison to that described above for FIG. 8B. If the value of assignment condition AL(v) is 0, no hardware is generated because variable v was never asynchronously assigned a value. If the value of variable v is simply assignment condition AD(Q) so that again a latch is not needed. Therefore, hardware is built to generate assignment condition AD(v). Consider the following user description (TABLE 12).

TABLE 12

| An Example of User Description 110 |
|---|
| if(COND) |
| Q: = D |
| else |
| Q: = E |
| endif |

The row of the assignment condition matrix for variable Q is given in TABLE 13.

TABLE 13

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | 1 | D*COND + E*COND | 0 | 0 | 0 | 0 |

Since the value of variable Q is simply assignment condition AD(Q), a logic circuit 351 consisting of the logic nodes required to generate the signal represented by assignment condition AD(Q) is built as shown in FIG. 8D. AND gate 340-1, in response to signals "D" and "COND," feeds OR gate 341 a first input signal "D*COND." Similarly, AND gate 340-2, in response to signals "E" and "not COND," feeds OR gate 341 a second input signal "E* (not COND)." Hence, the output signal Q of OR gate 341 is just activation condition AD(Q).

With respect to function Z(v), again consider variable Q and the assignment condition matrix row given in TABLE 15 for variable Q. TABLE 15 is associated with the following user description (TABLE 14):

TABLE 14

| An Example of User Description 110 |
|---|
| If (COND) |
| Q: = "Z" |
| else |
| Q: = b + c |
| endif |

Thus, characters b and c represent logic variables and string "COND" is a condition.

TABLE 15

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | 1 | (b + c)*COND | 0 | 0 | 0 | COND |

In general for a row of the assignment condition matrix for variable v where assignment condition Z(v) is not zero and asynchronous load assignment condition AL(v) is one, a

**24**

three-state driver is generated by logic circuit generator 124. The data input line of the three-state driver is connected to assignment condition AD(v), the enable input line of the three-state driver is connect to the inverse of assignment condition Z(v). The value of variable v is the signal on the three-state driver's output line.

In one embodiment, logic circuit 352 (FIG. 9A) is generated by logic circuit generator 124 for the row of the assignment condition matrix shown in TABLE 15. Since the value of assignment condition AL(Q) is "1", the value of variable Q is simply assignment condition AD(v) so that hardware is built to generate assignment condition AD(v). Specifically, OR gate 341, in response to input signals b and c, generates an output signal "b+c" which is a first input signal to AND gate 340. Output signal "not COND" from invertor 346 is a second input signal to AND gate 340. Thus, the output signal from AND gate 340 is assignment condition AD(Q). Further, since assignment condition Z(Q) is not zero, and asynchronous load assignment condition AL(Q) is one, a three-state driver 343 is generated by logic circuit generator 124. The data input line of the three-state driver 343 is connected to assignment condition AD(Q), which is the output signal of AND gate 340. Output signal "not COND" from invertor 346 also drives the enable input line of the three-state driver 343.

Thus, circuit 352 corresponds to the user description in TABLE 14 which was used to generate the row of the assignment condition matrix in TABLE 15. However, circuit 352 may be improved. A three-state hardware element does not use the value on its data input line whenever the signal on its enable input line is zero. Thus, the hardware generated to produce the signal on the data input line of three-state element 343, i.e., assignment condition AD(Q), is boolean minimized with assignment condition AD(Q) as a don't care condition by hardware generator 124B. Thus, when assignment condition AD(Q), i.e., "(not COND)*(b+c)" is boolean minimized with a don't care of assignment condition Z(Q), i.e., "COND", function "b+c" is the result. Circuit 352-1 (FIG. 9B) is the improved result that is preferably created by hardware generator 124B.

Thus, in one embodiment, when a row of the assignment condition matrix for variable v has assignment condition Z(v) and assignment condition AD(v) that are not zero, assignment condition AD(v) is boolean minimized with assignment condition Z(v) as a don't care condition. A logic circuit is created by hardware generator 124B to generate the function that results from the boolean minimization, i.e., a new assignment condition AD(v)', and the signal generated by that circuit drives the data input line of a three-state element. The "not" of assignment condition Z(v) drives the enable input line of the three-state element and the signal on the output line of the three state element is the value of variable v. Since in this embodiment function Z( ) is asynchronously driven, function Z( ) is in fact an asynchronous high impedance function AZ( ).

As explained above, when a row of the assignment condition matrix for variable v has a non-constant asynchronous data assignment condition AD(v) and a non-constant asynchronous load assignment condition AL.(v), logic circuit generator 124 creates a latch with asynchronous data assignment condition AD(v) on the latch data input line and asynchronous load assignment condition AL(v) on the latch gate line. When a row of the assignment condition matrix for variable v has non-constant values for asynchronous data assignment condition AD(v), asynchronous load assignment condition AL(v) and high impedance assignment condition Z(v), two latches are required. The first latch is configured

5,530,841

the same as when assignment condition Z(v) has a logic zero value. The output of the first latch drives the data input line of a three-state element. The data input line of the second latch is driven by assignment condition Z(v) and the gate input line of the second latch is driven by assignment condition AL(v). The output line of the second latch drives an inventor which in turn drives the date enable line of the three state element. To illustrate this example more completely, consider the user description in TABLE 16.

TABLE 16

| An Example of a User Description 110 |
| --- |
| if( COND_1)<br>if(COND)<br>   Q: = "Z"<br>else<br>   Q: = b + c<br>endif<br>else<br>endif |

The row of the assignment condition matrix for variable Q is presented in TABLE 17.

TABLE 17

| Var-<br>iable | Assignment conditions | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | COND_1 | COND_1*<br>COND*<br>(b + c) | 0 | 0 | 0 | COND_1*<br>COND |

In one embodiment, logic circuit 353 (FIG. 10A) is created by logic circuit generator 124 for the row of the assignment condition matrix shown in TABLE 15. Specifically, logic circuit 353 has the value of assignment condition AD(Q) connected to the input line of latch 342-1. The gate line of latch 342-1 is driven by the value of assignment condition AL(Q). The input line of three-state driver 343 is driven by the output signal of latch 342-1. The data enable line of three-state driver 343 is driven by the inverted output signal of latch 342-2. The input line of latch 342-2 is connected to the value of assignment condition Z(Q). The gate line of latch 342-2 is connected to the value of assignment condition AL(Q), i.e, "COND_1." Again, logic circuit 353 is a literal representation of the user description in TABLE 16.

However, as explained above, for a row of assignment condition matrix for variable Q with assignment conditions AL(Q) and AD(Q), the logic circuit generated for these assignment conditions is preferably the boolean minimization of assignment condition AD(Q) with the don't care condition of "not assignment condition AL(Q)." Also as explained above, when a row of the assignment condition matrix for variable Q where assignment condition Z(Q) and assignment condition AD(Q) are not zero, assignment condition AD(Q) is boolean minimized with assignment condition Z(Q) as a don't care condition.

Thus, assignment condition AD(Q) (TABLE 17) is boolean minimized with "(not assignment condition AL(Q)+ assignment condition Z(Q)" as a don't care condition. Specifically, the don't care condition "(not COND_1)+ (COND_1*COND)" is used to generate assignment condition AD(Q)', i.e., "b+c".

As described above, the data input line of second latch 342-2 is driven by assignment condition Z(Q) and gate input line 342-G of latch 342-2 is driven by assignment condition

AL(Q) and preferably assignment condition Z(Q) is boolean minimized with the not of assignment condition AL(Q) as a don't care condition. The minimization gives an assignment condition Z(Q)' of "COND". Hence, after minimization the row for variable Q in the assignment condition matrix is as shown in TABLE 18.

TABLE 18

| Variable | Assignment Conditions | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | COND_1 | b + c | 0 | 0 | 0 | COND |

Logic circuit 353-1 (FIG. 10B) is created by logic circuit generator 124 for the row of the assignment condition matrix shown in TABLE 18. Specifically, logic circuit 353-1 has the value of assignment condition AD(Q) (TABLE 18) connected to the input line of latch 342-1. The gate line of latch 342-1 is driven by the value of assignment condition AL(Q) (TABLE 18). The input line of three-state driver 343 is driven by the output signal of latch 342-1. The data enable line of three-state driver 343 is driven by the inverted output signal of latch 342-2. The input line of latch 342-2 is connected to the value of assignment condition Z(Q) (TABLE 18). The gate line of latch 342-2 is connected to the value of assignment condition AL(Q), i.e, "COND_1."

Comparison of FIGS. 10A and 10B shows that the boolean minimization has eliminated three logic nodes from circuit 353. Hence, as previously described, assignment conditions Z(v) and AD(v) for variable v are preferably boolean minimized with the not of assignment condition AL(v) whenever assignment condition AL(v) is other than a logic one. Assignment condition AD(v) is also boolean minimized with assignment condition Z(v) as a don't care condition.

With respect to function DC(v), again consider variable Q and the assignment condition matrix row given in TABLE 20 for variable Q. TABLE 20 is associated with the user description in TABLE 19.

TABLE 19

| An Example of User Description 110 |
| --- |
| If (COND)<br>         Q := "X"<br>else<br>         Q := b + c<br>endif |

Characters b and c represent logic variables and string "COND" is a condition.

TABLE 20

| Variable | Assignment Conditions | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | 1 | (b+c)*<br>COND | 0 | 0 | COND | 0 |

In this case, the hardware generated for variable Q is assignment condition AD(Q) optimized with assignment condition DC(Q) as a "don't care." Specifically, in one embodiment, a Karnaugh map, such as the one shown in TABLE 21, is used for the optimization.

5,530,841

## 27

### TABLE 21

| A Simple Karnaugh Optimization for Don't Care | | | | |
|---|---|---|---|---|
| COND | 00 | 01 | 11 | 10 |
| 0 | 0 | 1 | 1 | 1 |
| 1 | d | d | d | d |

The Karnaugh map shows that the optimization is just "b+c". Hence, as shown in FIG. 11, the hardware generated is simply OR gate 341 with input signals b and c and output signal Q.

Other combinations of assignment conditions in a row of the assignment condition matrix for variable v where assignment conditions AL(v), AD(v), Z(v), and DC(v) are all non-zero and not a constant are possible. However, the hardware generated by logic circuit generator 124 follows directly from the above description. Assignment condition Z(v) is boolean minimized with the not of assignment condition AL(v) as a don't care condition to obtain assignment condition Z(v)'. Assignment condition AD(v) is boolean minimized with the logic OR function of (i) the not of assignment condition AL(v) as a don't care condition, (ii) assignment condition Z(v)' as a don't care condition and (iii) assignment condition DC(v) to yield assignment condition AD(v)'. The resulting row of the assignment condition matrix for variable v includes assignment conditions AL(v), AD(v)', DC(v) and Z(v)'. Logic circuit generator 124 generates a logic network for this resulting row as described above.

The other possible entries in a row of the assignment condition matrix include one of the synchronous hardware description functions. In general, for a row in the assignment condition matrix where assignment condition SL(v) is a logic one, assignment condition AL(v) is a logic zero, and assignment condition SD(v) is non-zero, a D-type flip-flop is built for variable v by hardware generator 124B. Assignment condition SD(v) is applied to the input line of the flip-flop and the clock edge is applied to the clock input terminal. The signal on the flip-flop output line is the value of the variable v.

With respect to function SD( ), again consider variable Q and the assignment condition matrix row given in TABLE 23 for variable Q for the user description in Table 22:

### TABLE 22

| An Example of User Description 110 |
|---|
| If (    positive_edge(CLOCK) ) <br>      Q := b + c <br> else <br> endif |

Thus, characters b and c represent logic variables. As described above, the condition "positive_edge(CLOCK)" requires a synchronous function.

### TABLE 23

| Assignment Conditions | | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | 0 | 0 | 1 | b+c | 0 | 0 |

When assignment condition AL(Q) is a logic zero and assignment condition SL(Q) is a logic one, the hardware generated for variable Q (TABLE 23) is a D-type flip-flop 344 (FIG. 12) and an OR gate 341. Signals b and c drive OR gate 341 which in turn drives the input line of D-type

## 28

flip-flop 344. Clock terminal 344-CL of flip-flop 344 is driven by the clock signal, in this embodiment a positive clock edge, associated with the synchronous functions. The conditions in TABLE 23 are the simplest synchronous conditions. Other possible conditions are when either the asynchronous load assignment condition is non-zero or synchronous load assignment condition is not a logic one.

With respect to function SL( ), consider a variable Q and the assignment condition matrix row given in TABLE 25 for variable Q for the user description in TABLE 24:

### TABLE 24

| An Example of User Description 110 |
|---|
| If (    positive_edge(CLOCK) ) <br>      If (    COND ) <br>          Q := b + c <br>      else <br>      endif <br> else <br> endif |

Characters b and c represent logic variables and string "COND" is a condition.

### TABLE 25

| Assignment Conditions | | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | 0 | 0 | COND | (b+c)* COND | 0 | 0 |

As described above, the logic circuit created to generate the value of variable Q with assignment condition SL(Q) is a D-type flip-flop 344 (FIG. 13). However, when assignment condition SL(Q) is not a constant, a multiplexer is added to the logic circuit. For variable Q, a feedback multiplexer 345 is added because in this case, signal b+c, i.e., the output signal of OR gate 341, is not passed to flip-flop 344 on the positive clock edge unless condition "COND" is true. Thus, signal b+c drives a first input terminal of multiplexer 345. The second input terminal of multiplexer 345 is tied to the D-type flip-flop 344 output line. The signal selection terminal of multiplexer 345 is driven by signal "COND". Multiplexer 345 is configured so that signal b+c is selected when signal "COND" is true. When signal "COND" is false, output signal Q is gated through flip-flop 344 by a positive clock edge. Thus, when assignment condition SL(Q) is not a constant, the multiplexer is controlled by assignment condition SL(Q) so that only when assignment condition SL(Q) is true on a clock edge the value on the flip-flop output line is assignment condition SD(Q). For all other clock edges, the value on the flip-flop output line stays at the value of variable Q.

As explained above, when a row of the assignment condition matrix for variable v has a logic one synchronous load assignment condition SL(v), logic circuit generator 124 creates a flip-flop with synchronous data assignment condition SD(v) on the flip-flop data input line and the clock edge on the flip-flop clock terminal. When a row of the assignment condition matrix for variable v has a logic one value for synchronous load assignment condition SL(v) and high impedance assignment condition Z(v) is non-constant, two flip-flops are required. The first flip-flop is configured the same as when assignment condition Z(v) has a logic zero value. The output signal of the first flip-flop drives the data input line of a three-state element. The data input line of the second flip-flop is driven by assignment condition Z(v) and the clock terminal of the second flip-flop is driven by the

SNPS_00289235

5,530,841

clock edge. The output line of the second flip-flop drives an invertor which in turn drives the data enable line of the three state element. In this case, high impedance function Z( ) is in fact synchronous high impedance function SZ( ) because the function takes on a value only on a clock edge.

To illustrate this example more completely, consider the user description in TABLE 26 which is the basis of the row of the assignment condition matrix illustrated in TABLE 27.

### TABLE 26

| An Example of User Description 110 |
|---|
| If (     positive__edge(CLOCK) ) |
|     If (     COND ) |
|         Q := "Z" |
|     else |
|         Q := b + c |
|     endif |
|   else |
|   endif. |

Again, characters b and c represent logic variables and string "COND" is a condition.

### TABLE 27

| | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | 0 | 0 | 1 | (b+c)* COND | 0 | COND |

As described above, when assignment condition SL(Q) is non-zero a first flip-flop 344-1 (FIG. 14A) is built, as described above, so that assignment condition SD(Q) drives the input terminal of flip-flop 344-1. Similarly, since the assignment condition Z(Q) is non-zero and driven on a clock edge, the output signal of flip-flop 344-1 drives a three-state element 343. Also, an additional flip-flop 344-2 is required to generate the three-state enable signal. The data input line of flip-flop 344-2 is driven by assignment condition Z(Q). The clock input line of flip-flop 344-2 is connected to the clock signal associated with the synchronous function, and the inverted output signal of flip-flop 344-2 drives the enable line of three-state driver 343. Logic circuit 357 performs the operations specified by the user description in TABLE 27. However, logic circuit 357 may be further optimized.

In a matter analogous to the asynchronous functions described above, assignment condition SD(Q) is boolean minimized with assignment condition Z(Q) as a don't care condition. This optimization results in the assignment condition SD(Q)' becoming "b+c." For the optimized assignment condition, logic circuit generator 124 produces logic circuit 357-1 (FIG. 14B). With respect to function DC(v), again consider variable Q and the assignment condition matrix row given in TABLE 29 for variable Q as defined in the user description of TABLE 28:

### TABLE 28

| An Example of User Description 110 |
|---|
| If (     positive__edge(CLOCK) ) |
|     If (     COND ) |
|         Q := "X" |
|     else |
|         Q := b + c |
|     endif |
|   else |
|   endif. |

### TABLE 29

| | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | 0 | 0 | 1 | (b+c)* COND | COND | 0 |

Again in a manner similar to the asynchronous functions described above, assignment condition SD(Q) is optimized with assignment condition DC(Q) as a don't care condition. The result of the optimization is that assignment condition SD(Q)' is "b+c". Thus, the logic circuit generated for the row of the assignment condition matrix in TABLE 29 is illustrated in FIG. 15. Since the circuit in FIG. 15 is the same as circuit 355 in FIG. 12, the description of FIG. 12 is incorporated herein by reference.

The previous examples demonstrated building logic circuits based upon a row in the assignment condition matrix that included either only synchronous or only asynchronous functions coupled with the don't care or high impedance functions. However, a row in the assignment condition matrix may contain assignment conditions for both synchronous and asynchronous functions.

Consider first a row in the assignment condition matrix for variable v which has non-zero entries for assignment conditions AL(v), SL(v) and SD(v). The assignment condition AD(v) is a logic zero. Since SL(v) and SD(v) are non-zero, a flip-flop is generated, as in the synchronous examples described above. However, the flip-flop has a clear-direct line. The clear-direct line is driven by the value of assignment condition AL(v).

As another example, consider a row in the assignment condition matrix for variable v which has non-zero entries for assignment conditions AL(v), AD(v), SL(v) and SD(v) where assignment condition AD(v) is a logic one. Again, since synchronous assignment conditions SL(v) and SD(v) are non-zero, a flip-flop is generated, as in the synchronous examples described above. However, in this situation the flip-flop has a set-direct line. The set-direct line is driven by assignment condition AL(v). If assignment condition AD(v) has an unknown value instead of a logic one, the flip-flop has both a set-direct terminal and an clear-direct terminal, as described more completely below. In this case, additional logic nodes may be generated so that the logic circuit performs the operations specified by the row of the assignment condition matrix.

Note that in these cases, the values of assignment conditions SL(v) and SD(v) are not important when assignment condition AL(v) is true. Thus, in one embodiment, assignment conditions SL(v) and SD(v) are boolean minimized with assignment condition AL(v) as don't care condition prior to logic circuit generation.

To further illustrate the logic circuit generated for a row in the assignment condition matrix having non-zero entries for both synchronous and asynchronous functions consider variable Q and the assignment condition matrix row given in TABLE 31 for variable Q as defined in the user description given in TABLE 30:

### TABLE 30

| An Example of User Description 110 |
|---|
| if     (COND) |
|     Q :=     0 |
|   else |

SNPS_00289236

5,530,841

## 31

TABLE 30-continued

| An Example of User Description 110 |
|---|
| if ( positive_edge(CLOCK) ) Q := b + c |
| else |
| endif |
| endif. |

Characters b and c represent logic variables and string "COND" is a condition.

TABLE 31

| | Assignment Conditions | | | | |
|---|---|---|---|---|---|
| Variable | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | COND | 0 | 1*$\overline{COND}$ | $\frac{(b+c)*}{\overline{COND}}$ | 0 | 0 |

As explained above, preferably before hardware generation, assignment conditions SL(Q) and SD(Q) are boolean minimized with assignment condition AL(Q) as don't care condition. Hence, after minimization, assignment condition SL(Q)' has a logic one value and assignment condition SD(Q) has the value "b+c." Recall that in the example above when assignment condition SL(Q) had a non-constant value, a multiplexer was required. Thus, the minimization eliminated the need for this circuit element. Similarly, minimization of assignment condition SD(Q) eliminated the need for other logic nodes.

Accordingly, the logic circuit generated for the row of the assignment condition matrix in TABLE 31 after the boolean minimization is a D-type flip-flop 344 and an OR gate 341 (FIG. 16). D-type flip-flop 344 has a clear direct terminal 344-CD such that when a true signal is applied to terminal 344-CD, the output signal of flip-flop 344 is a logic zero. Signals b and c drive OR gate 341 and the output signal of OR gate 341 in turn drives the input line of D-type flip-flop 344. Clock terminal 344-CL is driven by the clock edge, in this embodiment a positive clock edge, associated with the synchronous functions. Signal "COND", i.e., assignment condition AL(Q) drives clear-direct terminal 344-CD of flip-flop 344.

An even more complex configuration for variable Q is given by the assignment condition matrix row in TABLE 33 for the user description given in TABLE 32:

TABLE 32

| An Example of User Description 110 |
|---|
| if (COND) Q := s |
| else |
| if ( positive_edge(CLOCK) ) Q := b + c |
| else |
| endif |
| endif. |

Characters b, c and s represent logic variables and string "COND" is a condition.

## 32

TABLE 33

| | Assignment Conditions | | | | |
|---|---|---|---|---|---|
| Variable | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | COND | s | 1*$\overline{COND}$ | $\frac{(b+c)*}{\overline{COND}}$ | 0 | 0 |

Again, assignment conditions SL(v) and SD(v) are boolean minimized using assignment condition AL(Q) as a don't care condition, as described in the preceding example for TABLES 30 and 31. Logic circuit 360 (FIG. 17) generated for variable Q again includes a D-type flip-flop 344 and an OR gate 341, but D-type flip-flop 344 has both a set-direct terminal 344-SD and a clear-direct terminal 344-CD. When a true signal is applied to clear-direct terminal 344-CD, the output signal of flip-flop 344 is a logic zero. Conversely, when a true signal is applied to set-direct terminal 344-SD, the output signal of flip-flop 344 is a logic one.

Signals b and c drive OR gate 341 and the output signal of OR gate 341 in turn drives the input line of D-type flip-flop 344. Clock terminal 344-CL is driven by the clock edge, in this embodiment a positive clock edge, associated with the synchronous functions. The remainder of the circuit depends on the value of variable s. In one embodiment, the value of variable s is assumed to be unknown, e.g., variable s is an input signal to the user's logic circuit. If condition "COND" is true and the value of variable s is a logic zero, the output signal from flip-flop must be a logic zero, i.e., an active signal must be applied to clear-direct terminal 344-CD. Conversely, if condition "COND" is true and the value of variable s is a logic one, the output signal from flip-flop must be a logic one, i.e., an active signal must be applied to set-direct terminal 344-SD of flip-flop 344. Thus, in one embodiment, two AND gates 340-1, 340-2 and an invertor 346 are generated to provide the appropriate signals to terminals 344-SD and 344-CD of flip-flop 344.

In each of the above examples, only a single row of the assignment condition matrix was considered. However, an assignment condition matrix may have one or more rows and a variable assigned a value by a row of the matrix may be subsequently used in an assignment condition for another variable. For example, in TABLE 7 above, the variable B is first assigned a value and then variable B is used in assigning a value to variable Q. In this situation, the logic circuit for each row is simply generated and then the output value of variable B is connected to the input value of variable B for the circuit that generates the variable Q. If the value of variable B is not generated by a logic circuit, the variable B is an input signal and so, in this case, the input value of variable B is obtained from an input pin.

Thus, in one embodiment, the activation conditions for edges exiting directive nodes representing directive statements are used to generate an assignment condition matrix. The assignment condition for a particular variable is determined by locating all the directive nodes were the variable is assigned a value and then combining the conditions under which that variable is assigned a value with a logic OR function. Since the assignment condition is a global attribute of the control flow graph, the assignment condition may become very complex.

In each of the above examples, all paths from the source to the sink of the control flow graph contain no more than one directive node which assigned a value to a particular variable. When a first directive node assigns a value to a variable that is over-ridden by a subsequent assignment at subsequent directive nodes, the activation condition used for

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289237

5,530,841

33

the first node is the logic AND function of the first directive node's activation condition with the logic NOT function of the logic 0R function of the activation conditions for all overriding assignments. To demonstrate this, consider the following user instructions (TABLE 34) which are illustrated in FIG. 18 as control flow graph 390.

TABLE 34

| An Example of User Description 110 |
|---|
| Q :=     B |
| if (     COND ) |
|     Q := C; |
| else |
| endif. |

The assignment to variable Q at node 370 (FIG. 18) is over-ridden by the assignment at node 375. Thus, the activation condition used at node 370 is modified as described above. The original activation condition is "1". In this example, there is only one overriding assignment, so that the logical OR is just the single activation condition "COND". The modified activation condition is:

$$\text{"1"AND(not(COND))} \tag{3}$$

Or, more simply:

$$\text{NOT(COND)} \tag{4}$$

Table 35 shows the assignment conditions for the user description in TABLE 34.

TABLE 35

| Variable | | Assignment Conditions | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | 1 | ($\overline{COND}$*B)+ <br> ($\overline{COND}$*C) | 0 | 0 | 0 | 0 |

If the value of a variable is used before the variable is over-ridden, the logic for that use is built without considering the overriding assignments. The modification of activation conditions required by overriding assignments is not necessary in the mux condition embodiment, described below.

In another embodiment, as described above, mux conditions are generated by condition generator 133 (FIG. 3) for each edge in the control flow graph that feeds into a join node. The generation of assignment conditions and the associated creation of a logic circuit from the assignment condition matrix using mux conditions generally results in the most efficient logic circuits.

The generation of assignment conditions based upon mux conditions flows naturally from the control flow graph. The advantage of computing assignment conditions with the mux condition method is that the structure of the resulting logic matches the structure of the control flow graph. The logic resulting from the activation condition method is unstructured.

In this embodiment, as described more completely below, the assignment conditions for the six hardware functions are evaluated locally at each node in the control flow graph by logic circuit generator 124 (FIG. 2) rather than the more global approach of the activation condition method described above. Prior to consideration of generating the assignment condition matrix, consider the hardware representation of a mux condition for user description in TABLE 36:

34

TABLE 36

| An Example of User Description 110 |
|---|
| If ( COND ) |
|     Q := B |
| else |
|     Q := C |
| endif. |

Control flow graph 400 (FIG. 19A) is generated by graph generator 132 (FIG. 3) for this user description. In this embodiment, condition generator 133 generates mux conditions for edges 404 and 408, which for this simple example are the same as the activation conditions described above.

The hardware corresponding to control flow graph 400 is structure 500 (FIG. 19B). Signals B and C are input signals on the two input lines of structure 500. Condition "COND" is applied to input select line of structure 500. When condition "COND" is true, signal B is passed to the output line of structure 500 as signal Q. Conversely, when condition "COND" is false, signal C is passed to the output line of structure 500 as signal Q. Thus, structure 500 is simply a multiplexer and hence, the name mux conditions.

However, in a more general representation, a selector 505 is generated to represent control flow graph 400. specifically, the output signal of selector 505 is associated with edge 409 from join node 407. Selector 505 (FIG. 20) has two input lines. The first input line is driven by signal C for node 405 and the second input line is drive by signal B for node 403. Selector 505 also has two data input select lines. The first data input select line is driven by signal "COND", the mux condition for edge 404, and the second data input select line is driven by signal "not COND", the mux condition for edge 408. If signal "COND" is true, output signal Q of selector 505 is signal B. If signal "not COND" is true, output signal Q of selector 505 is signal C. Thus, output signal Q of selector 505 is

$$Q = B * COND + C * \overline{COND}. \tag{6}$$

A somewhat more representative user description is presented in TABLE 37:

TABLE 37

| An Example of User Description 110 |
|---|
| If ( COND1 ) |
|     If ( COND2) |
|        Q := B |
|     else |
|        Q := C |
|     endif |
| else |
|     Q := D |
| endif. |

Control flow graph 410 (FIG. 21A) is generated by graph generator 133 (FIG. 3) for this user description. In this embodiment, condition generator 133 generates mux conditions for the edges 413, 415, 417, and 419 (note that in this embodiment only the edges that enter a join node are actually considered. As defined above, the mux condition for an edge into a join node is computed by boolean minimizing the activation condition for that edge with the inverse of the activation condition of the edge leaving the join node as a don't care condition.

For example, the activation condition for edge 413 into join node 421 is "COND1*COND2". The activation condition for edge 419 leaving join node 421 is "COND1". Thus,

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

5,530,841

35
36

the mux condition for edge 413 is the boolean minimization of "COND1*COND2" with the don't care condition of "not COND1". The boolean minimization results in a mux condition of "COND2" for edge 413. FIG. 21A illustrates the other mux conditions for the edges in flow control graph 410.

The hardware embodiment associated with FIG. 21A is illustrated in FIG. 21B. Signals B and C are input signals on the two input lines of selector 505-1 that is associated with edge 419 from join node 421. Condition "COND2", the mux condition for edge 413, is applied to one data input select line of selector 505-1 and condition "not COND2", the mux condition for edge 415, is applied to the other data input select line. When condition "COND2" is true, signal B, node 415, is passed to the output line of selector 505-1. Conversely, when condition "COND2" is false and therefore condition "not COND2" is true, signal C, node 417, is passed to the output line of selector 505-1. Thus, output signal Q' of selector 505-1 is:

$$Q'=B*COND2+C*\overline{COND2} \qquad (7)$$

Output signal Q' of selector 505-1 is a first input signal to selector 505-2. The second input signal to selector 505-2 is signal D that is associated with edge 425 from node 423. Condition "COND1" is applied to a first input select line of selector 500-2. Condition "not COND1" is applied to a second input select line of selector 500-2. When condition "COND1" is true, output signal Q' of selector 500-1 is passed to the output line of selector 500-2 as signal Q. conversely, when condition "COND1" is false, signal D is passed to the output line of multiplexer 500-2 as signal Q. Thus, output signal Q of selector 505-2 is:

$$Q=(B*COND2+C*\overline{COND2})*COND1+(D*\overline{COND1}) \qquad (8)$$

In this embodiment, upon completion of operation of preprocessor 122, a control flow graph has been generated by graph generator 132 and conditions generator 133 has generated a mux condition for each edge of the graph that is an input edge to a join node. Logic circuit generator 124 processes the control flow graph sequentially from the source of the graph to the sink of the graph. Typically, the source of the control flow graph is the point where execution starts and the sink is the last point executed before the execution is completed.

Specifically, as described more completely below, at each join node a selector is defined for each asynchronous function, don't care function and high impedance function using the mux condition for the edges into that node. The output signal of the selector is associated with the edge leaving the join node. If the selector output signal includes a clock edge, also as explained below, the output of the selectors for the asynchronous functions are mapped to the synchronous functions. For the edges leading into each join node, one selector is used for each hardware function to process the selector outputs for that same hardware function that are associated with the edge into the join node. Thus, the selector output signal for a particular hardware function is sequentially cascaded join node to join node until the final

join node is encountered, as shown below. At the last join node, the selector output is the assignment condition for that hardware function.

While the actual process used is straightforward, the description appears rather complex. Hence, an example motivating the actual use of selectors is first described and then the use of selectors is described more completely.

At each directive node where a logic variable is assigned a value, a row of the assignment condition matrix that is associated with the edge from the node is generated. The row is referred to as "a working assignment condition row" or simply "a working row". Upon encountering a join node, the working rows, that have been generated since either initiation of processing or since a prior join node, are processed and a row of the assignment condition matrix is generated. That row of the assignment condition is propagated through each subsequent join node as an input value to a selector. However, if the value of variable represented by the row is not affected in subsequent operations, the effect is one of simply carrying the completed row of the matrix through until the sink of the control flow graph is reached. Otherwise, the effect is as described above in reference to FIG. 21. However, as explained more completely below, several different situations must be considered in generating the assignment conditions for a particular variable.

Again, asynchronous hardware functions AL( ) and AD( ) are somewhat easier and so examples of the processing by logic circuit generator 124 for these functions are considered first. Consider the user description in TABLE 38. (TABLE 38 is the same as TABLE 36 so that control flow graph 400 (FIG. 19A) represents the user description in TABLE 38).

TABLE 38

| An Example of User Description 110 |
|---|
| If ( COND ) |
| Q := B |
| else |
| Q := C |
| endif. |

As explained above, a working row is generated for node 403 of control flow graph 400 (FIG. 19A) using the rules for the assignment condition for asynchronous functions AL( ) and AD( ) described above. The working row generated in the table for directive nodes is the same as the row generated in the assignment condition matrix for a user description which contains just the directive statement. Thus, the working row for node 403 is equal to the row generated by the HDL description:

Q:=B

A working row is also generated for node 405 and is the second row in TABLE 39. The working row in the table for a join node is built from a selector with input signals from the rows of the edges feeding into the join and the mux conditions on the edges. The third row in TABLE 39 represents join node 407.

SNPS_00289239

5,530,841

37

38

### TABLE 39

| Variable | | | Assignment Conditions | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q(Node 403) | 1 | B | 0 | 0 | 0 | 0 |
| Q(Node 405) | 1 | C | 0 | 0 | 0 | 0 |
| Q(Node 407) | 1 | COND*B+ COND*C | 0 | 0 | 0 | 0 |

The generation of a logic circuit using the mux condition method is similar to that previously described for the activation condition method. The row corresponding to the final join node of the graph is used for logic circuit generation.

The assignment conditions for high impedance function Z(v) also utilizes a selector. Consider the user description in TABLE 40.

### TABLE 40

An Example of User Description 110

```
If ( COND )
        Q := "Z"
else
        Q := C
endif.
```

Control flow graph 430 (FIG. 22A) is generated by graph generator 132 (FIG. 3) for this user description. In this embodiment, condition generator 133 generates mux conditions for edges 433 and 435, which for this simple example are the same as the activation conditions described above.

Again, using the working rows for each node, the first two rows in TABLE 41 are generated.

### TABLE 41

| Variable | | | Assignment Conditions | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q(Node 432) | 1 | 0 | 0 | 0 | 0 | 1 |
| Q(Node 436) | 1 | 0 | 0 | 0 | 0 | 0 |
| Q(Node 434) | 1 | COND*C | 0 | 0 | 0 | COND |

For node 432, variable Q is specified as being at a high impedance state. Thus, the value of Q when condition "COND" is false is unimportant, i.e., a don't care situation. Therefore, selector 505 (FIG. 22B) is used to generate the assignment condition for function Z(Q). The two logic states for function Z( ) are input signals to the selector. These input signals correspond to the entries in the column Z( ) for the first two rows in TABLE 41. Specially, a logic one signal is on the first input line of selector 505 and a logic zero is on the second input line of selector 505. Condition "COND" is on the first data input select line and condition "not COND" is on the second data input select line. The output signal of selector 505 is "COND" which is the assignment condition for function Z(Q) in the third row of TABLE 41.

Logic circuit generator 124 also determines the assignment conditions for synchronous functions SL( ) and SD( ) using selectors and mux conditions from the control flow graph. However, the generation of the assignment conditions is somewhat more complex. Consider the user description in TABLE 42.

### TABLE 42

An Example of User Description 110

```
If ( positive__edge(CLOCK) )
        Q := B
else
        endif.
```

Control flow graph 440 (FIG. 23) is generated by graph generator 132 (FIG. 3) for this user description. In this embodiment, condition generator 133 generates mux conditions for edges 443 and 444 which for this simple example are again the same as the activation conditions described above.

The propagation of assignment conditions through a join node fed by an edge with a mux condition of positive_ edge(CLOCK) is different. Rather than building a selector for each assignment condition, assignment conditions are "mapped" from asynchronous to synchronous. For instance, the assignment condition for function SL( ) for the join node is set to the value of the assignment condition for function AL( ) for the edge which has the "pos_e" mux condition. Similarly, the assignment condition for function SD( ) comes from the assignment condition for function AD( ) for the edge which has the "pos_e" mux condition. After the mapping, the values of the assignment conditions for functions AL( ) and AD( ) are set to zero. The working row and the final assignment condition for the user description in TABLE 40 is illustrated in TABLE 43.

### TABLE 43

| Variable | | | Assignment Conditions | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q(Node 442) | 1 | B | 0 | 0 | 0 | 0 |
| Q(Node 445) | 0 | 0 | 1 | B | 0 | 0 |

The hardware generated by logic circuit generator 124 for the last row in TABLE 43 is a D-type flip-flop with activation condition SD(Q), i e., on the data input line and the positive clock edge drives the clock input terminal of the flip-flop. The signal on the flip-flop output line is the value of the variable Q.

In the previous examples, synchronous and asynchronous function were considered in isolation. However, as with activation conditions, both synchronous and asynchronous functions may be encountered with mux conditions. Consider the user description in TABLE 44.

### TABLE 44

An Example of User Description 110

```
if (RESET)
        Q := 0
```

5,530,841

**39**

TABLE 44-continued

An Example of User Description 110

```
        Else
            if (positive_edge(CLOCK))
                Q := B
            Else
            Endif
        Endif
```

Control flow graph 450 (FIG. 24) is generated by graph generator 132 and condition generator 133 for this user description. The rows in the assignment condition matrix are computed as illustrated in TABLE 45.

TABLE 45

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q(Node 461) | 1 | 0 | 0 | 0 | 0 | 0 |
| Q(Node 454) | 1 | B | 0 | 0 | 0 | 0 |
| Q(Node 457) | 0 | 0 | 1 | B | 0 | 0 |
| Q(Node 459) | RESET | 0 | RESET | RESET*B | 0 | 0 |

The third line of TABLE 45 is generated by mapping the second line as described above. The last line is the selector output associated with the first and third lines of TABLE 45. Specifically, the input signals to the selector are the entries in the column and the signals on the control input lines are the mux conditions for edges 458, 452 leading into join node 459.

As described above, preferably, the assignment conditions in the last row of TABLE 45 are boolean minimized prior to logic circuit generation. In this example, activation condition SD(Q(Node 459)) is boolean minimized with activation condition AL(Q(Node 459)) as a don't care condition. The resulting assignment condition SD(Q)' is "B". Similarly, when activation condition SL(Q (node 459)) is boolean minimized With activation condition AL(Q (node 459)) as a don't care condition, the assignment condition SL(Q)' is "1". Therefore, as explained previously for a row having asynchronous and synchronous non-zero assignment conditions, a flip-flop with a clear direct terminal is generated for the row of the assignment condition matrix.

The previous examples demonstrated the operation of each of the components in synthesizer 120 of this invention. The operation of graph generator 132 and condition generator 133 in preprocessor 122 and logic circuit generator 124 are described more completely using user description 110 in TABLE 46.

TABLE 46

An Example of User Description 110

```
1   if (reset)
2       Q := 0
3   else
4       if positive_edge(clock)
5           if (normal)
6               Q := input1
7           else
8               if (abort)
9                   Q := "Z"
10                  goto DONE
11              else
12                  Q := input1 + input2
```

**40**

TABLE 46-continued

An Example of User Description 110

```
13          endif
14      endif
15      DONE:        -- point where "goto" goes to.
16  else
17  endif
18  endif
```

Line 10 in TABLE 46 demonstrates one of the novel features of this invention. Line 10 directs the processing to jump out of the if statement of line 8 and go to line 15. Therefore, processing not only jumps out of the if statement that starts at line 8 but also the if statement that starts at line 5. FIG. 25 illustrates the flow control graph 1500 which corresponds to the user description in TABLE 46. The generation of the flow control graph 1500 is described more completely below with respect to the operation of graph generator 132.

Initially, as described above, user description 110 (TABLE 46 and FIG. 2) is processed by parsing means 131 and the lines of the parsed user description are provided to graph generator 132. TABLE 47 illustrates one embodiment of graph generator 132. A more detailed description of synthesizer 120 of this invention is provided in Microfiche Appendix A which forms a part of this disclosure and which is incorporated herein by reference in its entirety.

TABLE 47

Graph Generator 132

```
1   MAKE_CFLOW_GRAPH( hdl_description ) {
2       DEFINE graph = a new, initially empty control-flow
            graph.
3       DEFINE source = a new control-flow edge to be the
            source of the control-flow graph.
4       DEFINE sink = a new control-flow edge to be the
            sink of the control-flow graph.
5       MAKE_CFLOW_PART( source, sink, hdl_description )
6       RETURN graph
7   }
8   MAKE_CFLOW_PART( source, sink, hdl_part ) {
9       DEFINE current_edge = source;
10      FOREACH ( line in hdl_part ) {
11          IF ( line is an operation ) {
12              DEFINE new_node = a new control-flow
                    node that represents the operation
13              hook current_edge to input of new_node
14              DEFINE current_edge = a new control-flow
                    edge
15              hook new current_edge to output of new_node
16          }
17          IF ( line is an "if" ) {
18              DEFINE split_node = a new control-flow node
                    that represents the "if"
19              hook current_edge to input of split_node
20              DEFINE then_source = a new control-flow edge
21              DEFINE else_source = a new control-flow edge
22              hook then_source and else_source to output of
                    split_node
```

5,530,841

**41**

TABLE 47-continued

Graph Generator 132

| 23 | DEFINE join_node = a new control-flow node that represents the "endif" of the current if. |
|----|----|
| 24 | DEFINE then_sink = a new control-flow edge |
| 25 | DEFINE else_sink = a new control-flow edge |
| 26 | hook then_sink and else_sink to input of join_node |
| 27 | MAKE_CFLOW_PART ( then_source, then_sink, statements in then branch of if ) |
| 28 | MAKE_CFLOW_PART ( else_source, else_sink, statements in else branch of if ) |
| 29 | advance scanning of lines to the statement after the "endif" |
| 30 | DEFINE current_edge = a new control-flow edge |
| 31 | hook new current_edge to output of join_node |
| 32 | } |
| 33 | IF ( line is a "goto" ) { |
| 34 | DEFINE goto_join = a new control-flow node which is inserted at the point in the graph where goto goes. |
| 35 | hook current_edge to input of goto_join |
| 36 | DEFINE current_edge = a new control-flow edge |
| 37 | } |
| 38 | } |
| 39 | merge current_edge into sink OR edge created by processing of GOTO statement |
| 40 | RETURN |
| 41 | } |

As illustrated in TABLE 47, graph generator 132 includes two major processes. The first process is referred to as process MAKE_CFLOW_GRAPH (lines 1–7) which generates the flow control graph. Initially, a structure is defined that is a new and initially empty control flow graph. Next, a new flow control edge is defined as the source for the control flow graph and similarly a new control flow edge is defined as the sink of the control flow graph. Process MAKE_CFLOW_GRAPH uses process MAKE_CFLOW_PART (lines 8–41) to generate the graph.

Process MAKE_CFLOW_PART is provided the source, sink and lines of the parsed HDL description to process. In process MAKE_CFLOW_PART, initially the current edge is defined as the source, and then each line in the HDL description provided to the process is sequentially processed. Each line is examined to determine whether the line is an operation, i.e., a directive statement as defined above, or a flow control statement, i.e., an "if" statement, or a "GOTO" statement. The operations performed by process MAKE_CFLOW_PART depend upon whether the operation is a directive statement or a flow control statement, and further whether the flow control statement is an "if" statement or a "GOTO" statement.

If the line in the user description represents an operation, a new node is defined for the control flow graph that represents the operation. The current edge is attached to the input of the new node and then the current edge is redefined as a new control flow edge. The new flow control edge is hooked onto the output of the new node.

If the line in the user description is an "if" flow control statement, a split node is defined as a new control flow node that represents the "if" statement and the current edge is hooked to the input of the split node. Subsequently, two new edges are defined which are the "then" source edge and the "else" source edge. Both the "then" source and "else" source edges are hooked to the output of the split node. A new flow control node is created and defined as the join node, which represents the "endif" statement of the current "if" statement. Subsequently, two new control flow edges are defined as the "then" sink edge and the "else" sink edge. Both of these edges are hooked to the input of the join node.

**42**

This particular process is recursive in that the process MAKE_CFLOW_PART is then called with the source and sink as the "then" source and "then" sink edges and the statements in the "then" branch of the "if" statement. Accordingly, the process creates nodes and edges for each statement within the "then" part of the "if" statement.

Subsequently, process MAKE_CFLOW_PART is again called to construct the control flow graph for the statements in the else portion of the if statement. Since this processing has handled all of the user statements in the if statement, the scanning is advanced to the line at the end of the current "endif". A new control flow edge is defined as the current edge, and this new edge is hooked onto the output of the join node. This completes the processing if the flow control statement is an "if" statement.

The last flow control statement processed in process MAKE_CFLOW_PART is the "GOTO" statement. In this sequence, the "GOTO" join node is a new flow control node that is inserted at the point of the graph where the "GOTO" is directed. Specifically, a join node is created with the label from the GOTO statement. As subsequent statements are processed, each statement is checked to ascertain whether it contains the label. When the label is detected, the current edge at that time is hooked to the input of the GOTO join node. The current edge at the time of creation of the join node is hooked to the input of the "GOTO" edge and a new flow control edge is defined as the current edge.

When all of the statements have been processed by one of the three subprocesses within process MAKE_CFLOW_PART, the current edge is merged into the sink. Processing then returns to processor 122 which subsequently calls condition generator 133.

The generation of a control flow graph by graph generator 132 is more completely described by considering the generation of graph 1500 in FIG. 25 for the user description in TABLE 46. Upon entry to graph generator 132, line 3 (TABLE 47) first creates source edge 1000 and then line 4 creates sink edge 1010. Process MAKE_CFLOW_PART at line 5 is called with the arguments source edge 1000, sink edge 1010 and lines 1 through 18 (TABLE 46) of the user description.

The first operation in the process MAKE_CFLOW_PART, i.e., line 9 (TABLE 47), defines the current edge as source edge 1000. Line 10 then initiates processing of line 1 of TABLE 46. Since line 1 of TABLE 46 is an "if" statement, processing proceeds to line 17 and subsequently line 18 defines a newly created node 1020 (FIG. 25) as a split node. Line 19 then hooks edge 1000 to node 1020. Line 20 creates new edge 1030 and defines edge 1030 as the "then" source edge. Line 21 creates another new edge 1040 and defines edge 1040 as the "else" source edge. Line 22 hooks edges 1030 and 1040 to node 1020. Line 23 defines a newly created node 1050 as a join node and then lines 24 and 25 respectively define newly created edges 1060, 1070 as the "then" sink and "else" sink edges, respectively. Line 26 hooks edges 1060 and 1070 to node 1050. Line 27 calls process MAKE_CFLOW_PART with arguments edge 1030, edge 1060, and line 2 of TABLE 46.

Upon this entry to process MAKE_CFLOW_PART at line 8 (TABLE 47), line 9 defines the current edge as edge 1030 and line 10 starts processing on line 2 (TABLE 46) which is a directive statement. Processing goes to line 11 and subsequently line 12 creates a new node. Line 13 hooks edge 1030 to node 1080. Line 14 creates a new edge that will become edge 1060 and defines it as the current edge. Line 15 hooks the edge that will become 1060 to node 1080. Processing then proceeds to line 39 which merges the

SNPS_00289242

5,530,841

43

current edge into edge 1060 and then processing returns to line 28 where process MAKE_CFLOW_PART is again called with the arguments edge 1040, edge 1070, and lines 4 through 17 (TABLE 46) of user description 110.

Upon this entry to process MAKE CFLOW PART at line 8 (TABLE 47), the current edge is defined as edge 1040, and processing starts at line 4 of TABLE 46. Since line 4 is an "if" statement, processing proceeds to line 17 (TABLE 47), and line 18 creates a new node 1090 which is defined as a split node. Line 19 hooks edge 1040 to node 1090 and then lines 20 and 21 respectively create edge 1100, which is defined as the "then" source edge, and edge 1110, which is defined as the "else" source edge. Line 22 hooks edges 1100 and 1110 to node 1090. Line 23 defines a new node 1120 as the join node. Line 24 defines a new edge 1130 as the "then" sink edge and line 25 defines a newly created edge that will become edge 1110 as the "else" sink edge. Line 26 hooks edges 1130 and the edge that will become edge 1110 to node 1120 and then makes a call at line 27 to process MAKE_CFLOW_PART at line 8 with arguments edge 1100, edge 1130, and lines 5 through 15 of the user description in TABLE 46.

Upon this entry to process MAKE_CFLOW_PART, the current edge is defined as edge 1100 at line 9 (TABLE 47) and processing starts with line 5 in TABLE 46. Again, since this is another "if" statement, processing proceeds to line 17 and subsequently to line 18 where a new node 1140 is created and defined as a split node. Line 19 hooks edge 1100 to node 1140 and then lines 20 and 21 respectively create edges 1150 and 1160 as the "then" source and the "else" source edges. Line 22 hooks edges 1150 and 1160 to node 1140. Line 23 creates a node 1170 which is defined as the join node. Line 24 creates edge 1180 which is defined as the "then" sink edge. Line 25 creates edge 1310 which is defined as the "else" sink edge. Line 26 hooks edges 1180 and 1310 to node 1170.

Line 27 calls process MAKE_CFLOW_PART with arguments edge 1150, edge 1180, and line 6 (TABLE 46) of the user description. Upon this entry to the process at line 8 (TABLE 47), the current edge is defined as edge 1150 by line 9, and since this is a directive statement, processing goes to line 11 and in turn to line 12 that defines a new node 1190. Line 13 hooks edge 1150 to node 1190, and line 14 creates a new flow control edge that will become edge 1180 which is defined as the current edge. Line 15 hooks the current edge that will become edge 1180 to the output of node 1190. Processing then goes to line 39 which merges the current edge into sink edge 1180 so that edge 1180 is connected to node 1190. Line 40 returns processing to line 28 which calls process MAKE_CFLOW_PART at line 8 with arguments edge 1160, edge 1310, and lines 8 through 13 of the user description in TABLE 46.

Upon entry of the process at line 8 (TABLE 47), line 9 defines the current edge as edge 1160 and line 10 starts processing of line 8 (TABLE 46) which is an "if" statement, so that processing again jumps to line 17. Line 18 defines a newly created node 1200 as a split node and line 19 hooks edge 1160 to node 1200. Line 20 creates a new flow control edge 1210 as the "then" source edge and line 21 defines another new control flow edge 1220 as the "else" source edge. Line 22 hooks edges 1220 and 1210 to node 1200. Line 23 defines a new control flow node 1230 as a join node. Line 24 defines a new flow control edge 1240 as the "then" sink edge, and line 25 defines another new control flow edge 1250 to the input of join node 1230. Line 27 makes yet another call to process MAKE_CFLOW PART at line 8

44

with arguments edge 1210 as the source, edge 1250 as the sink, and lines 9 and 10 in TABLE 46 of the user description.

Upon this entry to process MAKE_CFLOW_PART, line 9 (TABLE 47) defines the current edge as edge 1210, and line 10 processes line 9 in TABLE 46, which is an operation so that line 11 is accessed. Line 12 creates a new flow control node 1260 and line 13 hooks edge 1210 to the input of node 1260. A new flow control node 1270 is defined as the current edge and line 15 hooks edge 1270 to the output of node 1260. Processing then returns to line 10 which brings in the "GOTO" statement (Line 10, TABLE 46) so that processing goes to line 33 (TABLE 47) and subsequently line 34 defines a new flow control node 1280 which is defined as the "GOTO" join node. Node 1280 and edge 1290, which is also created, are positioned between node 1170 and edge 1130, using the process previously described. Line 35 hooks edge 1270 to the input of node 1280. Line 36 defines a new control flow edge that will become edge 1250. Since this is all the statements that have been passed, processing passes to line 39 which merges the edge that will become edge 1250 with the sink which is edge 1250 and returns processing to line 28 which calls process MAKE_CFLOW_PART with edge 1220 as the source, edge 1240 as the sink, and line 12 of TABLE 46.

Upon this entry at line 8 (TABLE 47) to process MAKE_CFLOW_PART, the current edge is defined as edge 1220 and line 10 starts processing with line 12 in TABLE 46. Since this is a directive node, processing goes to line 11 (TABLE 47) and subsequently line 12 defines a new control flow node 1300 that represents the operation in line 12 of TABLE 46. Line 13 hooks edge 1220 to the input of node 1300. Line 14 defines a new control flow edge which will become edge 1240 and hooks the new edge to the output of node 1300. Processing then transfers to line 39, which merges the current edge, i.e. the edge from node 1300, into the sink node which was previously defined as edge 1240.

Processing returns to line 29 which advances scanning of the lines in TABLE 46 to line 14. Line 30 defines a new edge that will become edge 1310. Line 31 hooks the edge that will become edge 1310 to the output of join node 1230, and then processing goes to line 39. Line 39 merges the current edge into the sink which was defined as edge 1310, and processing returns to line 29. Line 29 advances the lines being processed through line 15 of TABLE 46.

Line 30 (TABLE 47) defines the current edge as a newly created edge that will become edge 1290. Line 31 hooks the edge that will become edge 1290 to join node 1170, and processing transfers to line 39 that merges the new current edge into the edge created by processing of the "GOTO" statement to form edge 1290. Processing then returns to line 28 which in turn calls process MAKE_CFLOW_PART with the edge 1110 as the source and the edge connected to node 1120 that will become edge 1110 as the sink and no lines of HDL for processing. Subsequently, processing transfers directly to line 39 which merges edge 1110 with the edge that was to become edge 1110 and subsequently processing is returned to line 29.

Line 29 advances through the HDL in TABLE 46 to line 15. Line 30 (TABLE 47) defines the current edge as a newly created edge that will become edge 1070, and line 31 hooks the edge that will become edge 1070 to the output of node 1120. Line 39 merges the current edge with edge 1070, and processing is returned to line 29.

Line 29 advances through the remaining parsed HDL statements and subsequently line 30 defines a newly created edge that will become edge 1010. Line 31 hooks the edge that will become edge 1010 to the output of node 1050 and

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289243

5,530,841

## 45

subsequently line **39** merges the current edge into edge **1010**. Finally, line **6** returns the completed graph and this completes the processing of the control flow graph.

In this embodiment, condition generator **133** (FIG. 3) includes two processes. A first process GET_ACTIVA-TION_ OF_EDGE (TABLE 48) generates the activation conditions for each edge from a node and a second process GET_MUXCOND_OF_ EDGE (TABLE 49) uses the activation condition to generate a MUX condition for each edge from a node.

#### TABLE 48

A First Process in Condition Generator 133

```
1   GET_ACTIVATION_OF_EDGE( the_edge ) {
2       IF ( the_edge is the source of the graph ) {
3           RETURN 1;
4       }
5       DEFINE input_node = the node which outputs
                to the_edge
6       IF ( input_node is an operation ) {
7           DEFINE input_edge = the input edge to
                    input _node
8           DEFINE input_activation =
                    GET_ACTIVATION_OF_EDGE(
                    input_edge )
9           RETURN input_activation
10      }
11      IF ( input_node is a join ) {
12          FOREACH ( input edge of input_node ) {
13              DEFINE input_edge = the
                        current input edge
14              DEFINE input_activation =
                        GET_ACTIVATION_OF_
                        EDGE(input_edge)
15              save input_activation for later use
16          }
17          DEFINE return_value = Logical OR of all
                    saved input_activations
18          RETURN return_value
24      }
19      }
20      IF ( input_node is a split ) {
21          DEFINE input_edge = the input edge to
                    input_node
22          DEFINE input_activation =
                    GET_ACTIVATION_OF_EDGE(
                    input_edge )
23          IF ( the_edge represents the "then" part
                    of the split ) {
24              DEFINE return_value = logical AND of
                        input_activation with the
                        "condition" of the split.
25          }
26          IF ( the_edge represents the "else" part
                    of the split ) {
27              DEFINE return_value = logical AND of
                        input_activation with the
                        complement of the
                        "condition" of the split.
28          }
29
30          RETURN return_value
31      }
32  }
```

#### TABLE 49

A Second Process in Condition Generator 133

```
1   GET_MUXCOND_OF_EDGE( the_edge ) {
2       DEFINE edge_activation = the activation
                condition of the_edge
3       DEFINE join_node = the join node which has
                the_edge as input
4       DEFINE output_edge = the output edge of the
                join node
```

## 46

#### TABLE 49-continued

A Second Process in Condition Generator 133

```
5       DEFINE output_activation = the activation
                condition of output_edge
6       DEFINE mux_cond = boolean optimization of
                edge_activation using the complement
                of output_activation as a "don't
                care".
7       RETURN mux_cond
8   }
```

In process GET_ACTIVATION_OF_EDGE (TABLE 48) three different sets of operations are performed depending upon the type of node driving the edge passed in the call to the process. If the input node is an operation node, i.e., a node for a directive statement, process GET_ACTIVA-TION_OF_EDGE defines the input edge as the input edge to that node and then calls the process GET_ACTIVA-TION_OF_EDGE for the input edge to that node to ascertain the input activation condition. The process returns the value of the input edge activation condition.

If the input node for the edge in the call to the process GET_ACTIVATION_OF_EDGE is a join node, for each edge into the node, process GET_ACTIVATION_OF_ EDGE is called to determine the activation condition for each input edge and the resulting value is saved for later use. After each edge into the join node has been processed and the activation condition determined, the value returned for the edge in the original call to process GET_ ACTIVA-TION_OF_EDGE is the logic OR function of all the saved input activation conditions.

Finally, if the input node GET_ACTIVATION_OF_ EDGE is a split node, process GET_ACTIVATION_OF_ EDGE is called to obtain the activation condition for the edge into the split node. If the edge used in the call to the process GET_ACTIVATION_OF_EDGE is associated with the "then" part of the "if" statement split, the return value is defined as the logical AND function of the activation condition for the edge into the split node with the condition of the split. Conversely, if the edge passed in the call to the process GET_ACTIVATION_OF_EDGE represents the "else" part of the split, the return value is defined as the logical AND function of the activation condition for the edge into the split node with the complement of the condition of the split. When the activation condition for an edge is determined, the condition is saved for use in subsequent processing.

To further demonstrate the operation of process GET_ACTIVATION_OF_EDGE in condition generator **133**, the process will be applied to control flow graph **1500** (FIG. 25) that was generated by control flow graph generator **132**. Initially, process GET_ACTIVATION_OF_EDGE is called with edge **1010**. Line **5** defines the input node as join node **1050** which drives edge **1010**. Since the input node is join node **1050**, processing proceeds to line **11** and the input edge is defined as edge **1060** to join node **1050**. Line **14** defines the input activation for edge **1060** as process GET_ACTIVATION_OF_EDGE for edge **1060**. Therefore, processing starts at line **5** again for edge **1060**. Line **5** defines the input node for edge **1060** as node **1080**. Since node **1080** is an operation node, processing transfers to line **6** and subsequently line **7** defines the input edge as edge **1030** to node **1080**. Line **8** defines the input activation for edge **1030** as the process GET_ACTIVATION_OF_EDGE for edge **1030**.

Accordingly, processing transfers to line **5** for edge **1030**. Line **5** defines the input node for edge **1030** as split node

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289244

5,530,841

47

1020 so that processing transfers to line 20. Line 21 defines the input edge to split node 1020 as edge 1000 and line 22 defines the input activation for edge 1000 as process GET_ACTIVATION_OF_EDGE for edge 1000.

Thus, processing transfers again to line 5 for edge 1000. Since edge 1000 is the source of the graph, lines 2 and 3 return the value of 1 for edge 1000. Since edge 1030 represents the "then" portion of the "if" split, processing transfers to line 24 which defines the return value as the logical AND of the logic value "1" with the condition of the split "reset". Thus, the return value in line 29 is "reset" so that the activation condition for edge 1030 is "reset". Processing transfers to line 9 with the input activation condition set equal to "reset" and line 9 returns "reset" as the activation condition for edge 1060. The value of the activation condition for edge 1060 is saved for later use and processing returns to line 12 for edge 1070 to node 1050.

Line 22 defines the input edge as edge 1070 and line 14 defines input activation as the process GET_ACTIVATION_OF_EDGE for edge 1070. The subsequent processing through process GET_ACTIVATION_OF_EDGE recursively cycles through TABLE 48 and so only the lines where the process is called to determine an assignment condition for an edge and the subsequent return value are described. In view of the above discussion and TABLE 48, the intermediate steps will be apparent to those skilled in the art.

Hence, processing continues to cycle through process GET_ACTIVATION_OF_EDGE and at line 14, process GET_ACTIVATION_OF_EDGE is called for edge 1130 and after further processing, at line 14 again, process GET_ACTIVATION_OF_EDGE is called for edge 1270 and subsequently after additional processing line 18 calls process GET_ACTIVATION_OF_EDGE for edge 1210. After additional processing, line 22 sequentially calls process GET_ACTIVATION_OF_EDGE for edges 1160, 1100, 1040, and 1000. When edge 1000 is reached the activation condition was previously calculated as 1. Line 27 returns a value of "1 AND (not reset)", or simply "not reset". After further processing, line 30 returns the activation condition of edge 1040 as "not reset". Subsequently line 24 returns the value of "(not reset)*(pos_e)" and line 30 returns the activation condition of edge 1100 as "(not reset)*(pos_e)". Again, after further processing line 27 has the return value defined as "(not reset)*(pos_e)*(not normal)" and subsequently line 30 returns the activation condition of edge 1160 as "(not reset)*(pos_e)*(not normal)".

Again looping back through the process, line 24 defines a return value of "(not reset)*(pos_e)*(not normal)*(abort)". Subsequently, line 30 returns the activation condition of edge 1210 as "(not reset)*(pos_e)*(not normal)*(abort)". Line 9 returns the activation condition of edge 1270 as "(not reset)*(pos_e)*(not normal)*(abort)". This completes one path into join node 1280, but to complete the activation conditions the other path into join node 1280 is processed by line 12.

Thus, line 13 calls process GET_ACTIVATION_OF_EDGE for edge 1290, and after further processing line 13 calls process GET_ACTIVATION_OF_EDGE for edge 1180. Subsequently, line 8 calls process GET_ACTIVATION_OF_EDGE for edge 1150 and line 22 calls GET_ACTIVATION_OF_EDGE for edge 1100. The activation condition of edge 1100 was previously calculated as "(not reset)*(pos_e)". Subsequently, line 24 returns the value of "(not reset)*(pos_e)*(normal)" and line 30 returns activation condition of edge 1150 as "(not reset)*(pos_e)*(normal)". After further processing, line 9 returns the

48

activation condition of edge 1180 as "(not reset)*(pos_e)*(normal)".

The remaining branch into join node 1170 must be processed to complete the conditions for edge 1290. After further processing line 14 calls process GET_ACTIVATION_OF_EDGE with edge 1310. Hence, processing returns to line 12 and in turn line 23 again calls process GET_ACTIVATION_OF_EDGE for edge 1240. After further processing, line 8 calls process GET_ACTIVATION_OF_EDGE for edge 1220 and subsequently line 22 calls process GET_ACTIVATION_OF_EDGE for edge 1160.

The activation condition for edge 1160 was previously calculated and, as described above, the condition was "(not reset)*(pos_e)*(not normal)". Subsequently, line 27 defines a return value and line 30 returns the value for the activation condition of edge 1220 as "(not reset)*(pos_e)*(not normal)*(not abort)". After further processing line 9 returns the activation condition of edge 1240 as "(not reset)*(pos_e)*(not normal)*(not abort)". Line 17 returns a value that is equal to the activation condition for edge 1240 because edge 1250 is never reached. Consequently, line 18 returns the activation condition for edge 1310 as "(not reset)*(pos_e)*(not normal)*(not abort)".

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by calculating the return value of the logic OR function of the activation condition for edge 1180 with the activation condition for edge 1310. The return value is "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)." Subsequently, line 18 returns the activation condition of edge 1290 as "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)."

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by calculating the return value of the logic OR function of the activation condition for edge 1270 with the activation condition for edge 1290. The return value is "(not reset)*(pos_e)*(not normal)*(abort)+(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)," which is just "(not reset)*(pos_e)." Subsequently, line 18 returns the activation condition of edge 1130 as "(not reset)*(pos_e)." This completes processing in this call to process GET_ACTIVATION_OF_EDGE

To complete the processing for join node 1120, the activation conditions for edges 1110 and 1040 must still be determined. Hence, processing returns to line 12 and subsequently line 14 calls process GET_ACTIVATION_OF_EDGE for edge 1110. In turn, line 22 calls process GET_ACTIVATION_OF_EDGE for edge 1040. However, the activation condition for edge 1040 was previously calculated as "(not reset)." Thus, line 27 defines the return value as "(not reset)*(not pos_e)" and line 30 returns the activation condition of edge 1110 as "(not reset)*(not pos_e)."

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by defining the return value as the logic OR function of the activation condition for edge 1130 with the activation condition for edge 1110. The return value is "(not reset)*(pos_e)+(not reset)*(not pos_e)," which is "(not reset)". Subsequently, line 18 returns the activation condition of edge 1070 as "(not reset)."

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by defining the return value as the logic OR function of the activation condition for edge 1060 with the activation condition for edge 1070. The return value is "reset+(not reset)"

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289245

5,530,841

49

or 1. Subsequently, line 18 returns the activation condition of edge 1010 as 1 which completes the processing that generates the activation conditions in conditions generator 133. In one embodiment, each edge and its activation condition are stored in a table for use in subsequent processing.

The second process GET_MUXCOND_OF_EDGE (TABLE 49) gets the mux condition for the control flow edge passed to the process. As previously, described a mux condition is only defined for edges that are input edges to a join node. Initially, the edge activation is set equal to as the activation condition for the edge passed to this process. A join node is set equal to the join node that has the edge passed to this process as an input edge. The output edge is set equal to the output edge from the join node. The output activation is then set equal to the activation condition for the output edge. Finally, the mux condition is the boolean optimization of the edge activation using the complement of output activation as a "don't care" condition.

Initially, process GET_MUXCOND_OF_EDGE is called for edge 1060. Line 2 sets edge activation to "reset" and line 4 sets output edge to edge 1010. Thus, line 5 sets output activation to "1". Line 6 determines the mux condition as the boolean minimization of "reset" with a don't care condition of "0". The mux condition returned for edge 1060 is "reset." The edge and its mux condition are stored in a table for subsequent processing.

Process GET_MUXCOND_OF_EDGE is next called for edge 1070. Line 2 sets edge activation to "not reset" and line 4 sets output edge to edge 1010. Thus, line 5 sets output activation to "1". Line 6 determines the mux condition as the boolean minimization of "not reset" with a don't care condition of "0". The mux condition returned for edge 1070 is "not reset." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1120, process GET_MUXCOND_OF_EDGE is first called for edge 1130. Line 2 sets edge activation to "(not reset)*(pos_e)" and line 4 sets output edge to edge 1070. Thus, line 5 sets output activation to "not reset". Line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)" with a don't care condition of "reset". The mux condition returned for edge 1130 is "pos_e". The edge and its mux condition are stored in a table for subsequent processing.

For join node 1120, process GET_MUXCOND_OF_EDGE is next called for edge 1110. Line 2 sets edge activation to "(not reset)*(not pos_e)" and line 4 sets output edge to edge 1070. Line 5 sets output activation to "not reset". Line 6 determines the mux condition as the boolean minimization of "(not reset)*(not pos_e)" with a don't care condition of "reset". The mux condition returned for edge 1110 is "not pos_e." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1280, process GET_MUXCOND_OF_EDGE is first called for edge 1270. Line 2 sets edge activation to "(not reset)*(pos_e)*(not normal), (abort)" and line 4 sets output edge to edge 1130. Line 5 sets output activation to "(not reset)*(pos_e)". Thus, line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(not normal)*(abort)" with a don't care condition of "reset+(not pos_e)". The mux condition returned for edge 1270 is "(not normal)*(abort)." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1280, process GET_MUXCOND_OF_EDGE is next called for edge 1290. Line 2 sets edge activation to "(not reset)*(pos_e)*(normal)+(not

50

reset)*(pos_e)*(not normal)*(not abort)" and line 4 sets output edge to edge 1130. Line 5 sets output activation to "(not reset)*(pos_e)". Thus, line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)" with a don't care condition of "reset (not pos_e)". The mux condition returned for edge 1290 is "(normal)+(not normal)*(not abort)." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1170, process GET_MUXCOND_OF_EDGE is first called for edge 1180. Line 2 sets edge activation to "(not reset)*(pos_e)*(normal)" and line 4 sets output edge to edge 1290. Line 5 sets output activation to "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)". Line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(normal)" with a don't care condition of "reset+(not pos_e)+(not normal)*abort". The mux condition returned for edge 1180 is "normal." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1170, process GET_MUXCOND_OF_EDGE is next called for edge 1310. Line 2 sets edge activation to "(not reset)*(pos_e)*(not normal)*(not abort)" and line 4 sets output edge to edge 1290. Line 5 sets output activation to "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)". Thus, line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(not normal),not abort" with a don't care condition of "reset+(not pos_e)+(not normal)*abort". The mux condition returned for edge 1310 is "not normal." The edge and its mux condition are stored in a table for subsequent processing.

Notice that the mux conditions are not determined for join node 1230. Recall edge 1250 is not used and so has an activation condition of "0." Thus, edge 1240 is effectively the same as edge 1310 because no other flow control path is added through join 1230.

The completion of process GET_MUXCOND_OF_EDGE concludes the operation of preprocessor 122 (FIG. 2) and so logic circuit generator 124 uses the mux conditions and control flow graph 1500 (FIG. 24) to generate assignment conditions for each variable in graph 1500 that is assigned a value. After the assignment condition matrix is generated for each such variable, generator 124 creates a logic circuit for each row of the assignment condition matrix and interconnects the logic circuits as needed to create final logic circuit 130 that performs the operations specified in user description 110. One embodiment of assignment condition generator 124A of generator 124, called process GET_ASICONDS_AT_EDGE, is presented in TABLE 50.

TABLE 50

| Assignment Condition Generator 124A in Generator 124 |
| --- |

```
1  GET_ASICONDS_AT_EDGE( the_edge ) {
2     IF ( the_edge is the source of the graph ) {
3           RETURN 0;
4     }
5     DEFINE input_node = the node which outputs to
                the_edge
6     IF ( input_node is an operation ) {
7           IF ( variable of assignment condition is
                assigned ) {
8                 DEFINE return_value =
                      appropriate assignment condi-
                      tion for the value assigned.
9                 RETURN return_value
```

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA80

5,530,841

## 51

TABLE 50-continued

| Assignment Condition Generator 124A in Generator 124 |
|---|
| 10         } |
| 11       IF ( variable of assignment condition is not assigned ) { |
| 12           DEFINE input_edge = the input edge to input_node |
| 13           DEFINE return_value = GET_ASICONDS_AT_EDGE(input_edge ) |
| 14           RETURN return_value |
| 15       } |
| 16    } |
| 17    IF ( input_node is a join which does not depend on a clock edge ) { |
| 18       FOREACH ( input edge of input_node ) { |
| 19           DEFINE input_edge = the the current input edge |
| 20           DEFINE input_muxcond = mux condition of input_edge |
| 21           DEFINE input_asicond = GET_ASICONDS_AT_EDGE input_edge ) |
| 22           DEFINE intermediate_value = logical AND of input_muxcond and input_asicond |
| 23           save intermediate_value for later use |
| 24       } |
| 25       DEFINE return_value = Logical OR of all saved intermediate_values |
| 26       RETURN return_value |
| 27    } |
| 28    IF ( input_node is a join which does depend on a clock edge ) { |
| 29       DEFINE input_edge = the input edge with pos_edge |
| 30       DEFINE input_asiconds = GET_ASICONDS_AT_EDGE( input_edge ) |
| 31       DEFINE synchronous_asiconds( return_value ) =asynchronous_asiconds( input_asiconds ) |
| 32       DEFINE asynchronous_asiconds( return_value ) = zero |
| 33       RETURN return_value |
| 34    } |
| 35    IF ( input_node is a join with only 1 input ) { |
| 36       DEFINE input_edge = the input edge to input_node |
| 37       DEFINE return_value = GET_ASICONDS_AT_EDGE( input_edge ) |
| 38       RETURN return_value |
| 39    } |
| 40    IF ( input_node is a split ) { |
| 41       DEFINE input_edge = the input to input_node |
| 42       DEFINE return_value = GET_ASICONDS_AT_EDGE( input_edge ) |
| 43       RETURN return_value |
| 44    } |
| 45  } |

In this embodiment, a working row, as described above, is created for each edge of control flow graph 1500. Thus, process GET_ASICONDS_AT_EDGE is called a total of eighteen times. Each time, process GET_ASICONDS_AT_EDGE is called with a different edge of control flow graph 1500 as the argument and the value returned by the process is the working row or an assignment condition row as explained more completely below.

In process GET_ASICONDS_AT_EDGE, the edge passed in the call to the process is checked to determine whether the edge is the source of the control flow graph. If the edge is the source a value of "0" is returned for the set

## 52

of assignment conditions. Otherwise, input node is set equal to the node that drives the edge.

The subsequent operations depend upon whether the input node is (i) an operation, i.e., represents a directive statement in user description 110, (ii) a join node which does not depend on a clock edge, (iii) a join node which depends on a clock node, (iv) a join node with only one input edge, or (v) a split node. If the input node is an operation and if the variable is assigned a value in the input node, the return value for the assignment conditions are the appropriate assignment condition for the value assigned in the node. Conversely, if the variable is not assigned a value in the input node, the assignment conditions for that variable for the edge into the input node are assigned to the edge in the call this process, i.e., the assignment condition for variables not assigned a value in the node are simply passed from the node input edge to the node output edge.

If the input node is a join which is independent of a clock edge, for each input edge to the input node, the input edge is redefined as the current input edge. The input mux condition is set equal to the mux condition for the input edge. The input assignment condition for each hardware description function is set equal to the assignment condition for that hardware description function for the input edge. The intermediate value of the mux conditions is the logic AND function of the input mux condition and the input assignment condition for the hardware description function. The intermediate value of the mux conditions is saved for later used. This sequence of steps is repeated until all edges into the join node are processed. Then, the assignment condition for each hardware function for the edge in the call to process GET_ASICONDS_AT_EDGE is the logic OR function of all the saved intermediate values for that function.

If the input node is a join which depends on a clock edge, the input edge to the input node that does not depend on the clock edge, i.e., the edge with the condition "not clock edge", is ignored. Only the input edge that depends upon the clock edge is used. The input edge is defined as the input edge that includes "pos_e" in the mux condition. The input assignment condition for each hardware description function is set equal to the assignment condition for that hardware description function for the input edge. Each synchronous hardware description function assignment condition is then set equal to the corresponding asynchronous hardware description function input assignment condition and included in the return value for the edge in the call to process GET_ASICONDS_AT_EDGE. Subsequently, the asynchronous hardware description function assignment conditions are set to zero and included in the return value for the edge in the call to process GET_ASICONDS_AT_EDGE.

If the input node is either a join node with only one input edge or a split node, the input edge is redefined as the edge into the original input node. The assignment conditions for the input edge are returned as the assignment conditions for the edge in the call to process GET_ASICONDS_AT_EDGE.

In control flow graph 1500 (FIG. 25) only the variable Q is assigned a value. Thus, the following detailed description of the operation of process GET_ASICONDS_AT_EDGE only propagates assignment conditions for variable Q. However, process GET_ASICONDS_AT_EDGE can be used to propagate assignment conditions for many variables simultaneously. Also, for control flow graph 1500 the following hardware description functions are used:

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA81

5,530,841

53

| AL( ) | Asynchronous load |
| AD( ) | Asynchronous data |
| AZ( ) | Asynchronous three-state (when signal goes asynchronously to high impedance) |
| SL( ) | Synchronous load |
| SD( ) | Synchronous data |
| SZ( ) | Synchronous three-state (when signal goes synchronously to high impedance) |

In the more general case, the hardware description functions would include don't care function DC( ).

Initially, process GET_ASICONDS_AT_EDGE is called for edge **1000**. Since edge **1000** is the source for control flow graph, line 3 (TABLE 50) returns the assignment conditions in TABLE 51 for edge **1000**.

TABLE 51

| Assignment Conditions for Edge 1000 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1040**. Since edge **1040** is from a split node **1020** that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to edge **1000**. Line 42 sets the return value equal to the assignment conditions for edge **1000**. Line 43 returns the assignment conditions in TABLE 52 for edge **1040**.

TABLE 52

| Assignment Conditions for Edge 1040 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1110**. Since edge **1110** is from a split node **1090** that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to edge **1040**. Line 42 sets the return value equal to the assignment conditions for edge **1040**. Line 43 returns the assignment conditions in TABLE 53 for edge **1110**.

TABLE 53

| Assignment Conditions for Edge 1110 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1100**. Since edge **1100** is from a split node **1090** that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to the assignment

54

conditions for edge **1040**. Line 43 returns the assignment conditions in TABLE 54 for edge **1100**.

TABLE 54

| Assignment Conditions for Edge 1110 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1120**. Since edge **1160** is from a split node **1140** that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to edge **1100**. Line 42 sets the return value equal to the assignment conditions for edge **1100**. Line 43 returns the assignment conditions in TABLE 55 for edge **1160**.

TABLE 55

| Assignment Conditions for Edge 1160 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1220**. Since edge **1220** is from a split node **1200** that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to edge **1160**. Line 42 sets the return value equal to the assignment conditions for edge **1160**. Line 43 returns the assignment conditions in TABLE 56 for edge **1220**.

TABLE 56

| Assignment Conditions for Edge 1220 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1240**. Since edge **1240** is from an operations node **1300** that is defined as the input node (TABLE 50, line 5) processing goes to line 6. Since the variable Q is assigned a value in node **1300**, lines 7–9 define assignment conditions for functions AL( ) and AD( ). The assignment conditions in TABLE 57 are returned for edge **1240**.

TABLE 57

| Assignment Conditions for Edge 1240 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 1 |
| AD = input1 + input2 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1310**. Since edge **1310** is from join node **1230** that

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289248

5,530,841

<table>
<tr><td>55</td><td>56</td></tr>
</table>

is defined as the input node (TABLE 50, line **5**) processing goes to line **35**. Line **36** sets the input edge equal to edge **1240**. Line **37** sets the return value equal to the assignment conditions for edge **1240**. Line **38** returns the assignment conditions in TABLE 58 for edge **1310**.

TABLE 58

| Assignment Conditions for Edge 1310 in Process GET__ASICONDS__AT__EDGE |
|---|
| AL = 1 |
| AD = input1+input2 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

To determine the assignment conditions at edge **1290**, the assignment conditions for edges **1150** and **1180** must be determined. Thus, process GET__ASICONDS__AT__EDGE is called for edge **1150**. Since edge **1150** is from a split node **1140** that is defined as the input node (TABLE 50, line **5**) processing goes to line **41**. Line **41** sets the input edge equal to edge **1100**. Line **42** sets the return value equal to the assignment conditions for edge **1100**. Line **43** returns the assignment conditions in TABLE 59 for edge **1150**.

TABLE 59

| Assignment Conditions for Edge 1150 in Process GET__ASICONDS__AT__EDGE |
|---|
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET__ASICONDS__AT__EDGE is called for edge **1180**. Since edge **1180** is from an operations node **1190** that is defined as the input node (TABLE 50, line **5**) processing goes to line **6**. Since the variable Q is assigned a value in node **1190**, lines **7–9** define assignment conditions for functions AL( ) and AD( ). The assignment conditions in TABLE 60 are returned for edge **1180**.

TABLE 60

| Assignment Conditions for Edge 1180 in Process GET__ASICONDS__AT__EDGE |
|---|
| AL = 1 |
| AD = input1 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Now sufficient information exists to process edge and so process GET__ASICONDS__AT__EDGE is called for edge **1290**. Since the mux conditions for edges into node are independent of a clock edge processing goes to line **17** (TABLE 50) after line **5** defines the input node as node **1170**. Line **18** first selects edge **1310** as an input edge for node **1170** and line **19** defines the input edge as edge **1310**. Line **20** defines the input mux condition as "not normal." Line **21** defines the input assignment conditions as those for edge **1310** (TABLE 58). Line **22** forms the logic AND function of mux condition "not normal" and the assignment conditions in TABLE 58 and line **23** saves as intermediate values the assignment conditions in TABLE 61. Processing then returns to line **18**.

TABLE 61

| Intermediate Value Assignment Conditions for Edge 1290 |
|---|
| AL = (not normal) |
| AD = (input1 + input2)*(not normal) |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Line **18** next selects edge **1180** as an input edge for node **1170** and line **19** defines the input edge as edge **1180**. Line **20** defines the input mux condition as "normal." Line defines the input assignment conditions as those for edge **1180** (TABLE 60). Line **22** forms the logic AND function of mux condition "normal" and the assignment conditions in TABLE 60 and line **23** saves as intermediate values the assignment conditions in TABLE 62.

TABLE 62

| Intermediate Value Assignment Conditions for Edge 1290 |
|---|
| AL = (normal) |
| AD = (input1)*(normal) |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Since edge **1180** is the last input edge for node **1170**, processing goes to line **25** that defines the return value for each assignment condition as the logic OR function of the assignments conditions in TABLES 61 and 62 so that line **26** returns the assignment conditions in TABLE 63 for edge **1290**.

TABLE 63

| Assignment Conditions for Edge 1290 in Process GET__ASICONDS__AT__EDGE |
|---|
| AL = (not normal)+(normal) = 1 |
| AD = ((input1+input2)*(not normal))+((input1)*(normal)) |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

To determine the assignment conditions at edge **1130**, the assignment conditions for edges **1210** and **1270** must be determined. Thus, process GET__ASICONDS__AT__EDGE is called for edge **1210**. Since edge **1210** is from a split node **1200** that is defined as the input node (TABLE 50, line **5**) processing goes to line **41**. Line **41** sets the input edge equal to edge **1160**. Line **42** sets the return value equal to the assignment conditions for edge **1160**. Line **43** returns the assignment conditions in TABLE 64 for edge **1210**.

TABLE 64

| Assignment Conditions for Edge 1210 in Process GET__ASICONDS__AT__EDGE |
|---|
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET__ASICONDS__AT__EDGE is called for edge **1270**. Since edge **1270** is from an operations node

5,530,841

1260 that is defined as the input node (TABLE 50, line 5) processing goes to line 6. Since the variable Q is assigned a value in node 1260, lines 7–9 define assignment conditions for functions AL( ), AD( ) and AZ( ). The assignment conditions in TABLE 65 are returned for edge 1270.

TABLE 65

| Assignment Conditions for Edge 1270 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 1 |
| AD = 0 |
| AZ = 1 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Now sufficient information exists to process edge and so process GET_ASICONDS_AT_EDGE is called for edge 1130. Since the mux conditions for both edges into node 1280 are independent of a clock edge, processing proceeds line 17 (TABLE 50) after line 5 defines the input node as node 1280. Line 18 first selects edge 1290 as an input edge for node 1280 and line 19 defines the input edge as edge 1290. Line 20 defines the input mux condition as "(normal)+ (not normal)*(not abort)." Line 21 defines the input assignment conditions as those for edge (TABLE 61). Line 22 forms the logic AND function of mux condition "(normal)+ (not normal)*(not abort)" and the assignment conditions in TABLE 61 and line 23 saves as intermediate values the assignment conditions in TABLE 66. Processing then returns to line 18.

TABLE 66

| Intermediate Value Assignment Conditions for Edge 1130 |
| --- |
| AL = (normal) + (not normal)*(not abort) |
| AD = ((normal)+(not normal)*(not abort))*(((input1+input2)*(not normal))+((input1)*(normal))) = ((input1+input2)*(not normal)*(not abort))+((input1)*(normal)) |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Line 18 next selects edge 1270 as an input edge for node 1280 and line 19 defines the input edge as edge 1270. Line 20 defines the input mux condition as "(not normal)*(abort)." Line 21 defines the input assignment conditions as those for edge 1270 (TABLE 65). Line 22 forms the logic AND function of mux condition "(not normal)*(abort)" and the assignment conditions in TABLE 65 and line 23 saves as intermediate values the assignment conditions in TABLE 67.

TABLE 67

| Intermediate Value Assignment Conditions for Edge 1130 |
| --- |
| AL = (not normal)*(abort) |
| AD = 0 |
| AZ = (not normal)*(abort) |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Since edge 1270 is the last input edge for node 1280, processing goes to line 25 that defines the return value for

each assignment conditions as the logic OR function of the assignments conditions in TABLES 66 and 67 so that line 26 returns the assignment conditions in TABLE 68 for edge 1130.

TABLE 68

| Assignment Conditions for Edge 1130 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = (normal)+((not normal)*(not abort))+((not normal)*(abort)) = 1 |
| AD = ((input1+input2)*(not normal)*(not abort))+ ((input1)*(normal)) |
| AZ = (not normal)*(abort) |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Sufficient information exists to process edge 1070 because both edges leading into join node 1120 were previously processed by process GET_ASICONDS_AT_ EDGE and so process GET_ASICONDS_AT_EDGE is called for edge 1070. Since the mux condition for one of the edges, edge 1130, into node 1120 is dependent on a clock edge, the mapping previously described is performed. Hence, processing proceeds to line 28 (TABLE 50) after line 5 defines the input node as node 1120. Line 29 defines the input edge as edge 1130 because the mux condition for edge 1130 includes "pos_e." Line 30 defines the input assignment conditions as those for edge 1130 (TABLE 68). Line 31 maps the asynchronous assignment conditions to the synchronous assignment conditions and line 32 sets the asynchronous assignment conditions to zero. Hence, line returns the assignment conditions in TABLE 69 for edge 1070.

TABLE 69

| Assignment Conditions for Edge 1070 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 1 |
| SD = ((input1+input2)*(not normal)*(not abort))+ ((input1)*(normal)) |
| SZ = (not normal)*(abort) |

To determine the assignment conditions at edge 1010, the assignment conditions for edges 1030 and 1060 must be determined. Thus, process GET_ASICONDS_AT_EDGE is called for edge 1030. Since edge 1030 is from a split node 1020 that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to edge 1000. Line 42 sets the return value equal to the assignment conditions for edge 1000. Line 43 returns the assignment conditions in TABLE 70 for edge 1030.

TABLE 70

| Assignment Conditions for Edge 1030 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge 1060. Since edge 1060 is from an operation node 1080 processing goes to line 6. Since the variable Q is

5,530,841

| 59 | 60 |

assigned a value in node **1080**, lines **7–9** define assignment conditions for function AL( ) and AD( ). The assignment conditions in TABLE 71 are returned for edge **1060**.

TABLE 71

| Assignment Conditions for Edge 1060 in Process GET__ASICONDS__AT__EDGE |
|---|
| AL = 1 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Now sufficient information exists to process edge **1010** and so process GET__ASICONDS__AT __EDGE is called for edge **1010**. Since the mux conditions for both edges into node **1050** are independent of a clock edge processing proceeds to line **17** (TABLE 50) after line **5** defines the input node as node **1050**. Line **18** first selects edge **1070** as an input edge for node **1050** and line **19** defines the input edge as edge **1070**. Line **20** defines the input mux condition as "(not reset)." Line **21** defines the input assignment conditions as those for edge **1070** (TABLE 69). Line **22** forms the logic AND of mux condition "(not reset)" and the assignment conditions in TABLE 69 and line **23** saves as intermediate values the assignment conditions in TABLE 72. Processing then returns to line **18**.

TABLE 72

| Intermediate Value Assignment Conditions for Edge 1010 |
|---|
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = (not reset) |
| SD = (not reset)*(((input1+input2)*(not normal)*(not abort))+((input1)*(normal))) |
| SZ = (not reset)*(not normal)*(abort) |

Line **18** next selects edge.**1060** as an input edge for node **1050** and line **19** defines the input edge as edge **1060**. Line **20** defines the input mux condition as "(reset)." Line **21** defines the input assignment conditions as those for edge **1060** (TABLE 71). Line **22** forms the logic AND function of mux condition "(reset)" and the assignment conditions in TABLE 71. Line **23** saves as intermediate values the assignment conditions in TABLE 73.

TABLE 73

| Intermediate Value Assignment Conditions for Edge 1060 |
|---|
| AL = reset |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Since edge **1060** is the last input edge for node **1050**, processing goes to line **25** that defines the return value for each assignment conditions as the logic OR function of the assignments conditions in TABLES 72 and 73 so that line **26** returns the assignment conditions in TABLE 74 for edge **1010**.

TABLE 74

| Assignment Conditions for Edge 1010 in Process GET__ASICONDS__AT__EDGE |
|---|
| AL = reset |
| AD = 0 |
| AZ = 0 |
| SL = (not reset) |
| SD = (not reset)*(((input1+input2)*(not normal)*(not abort))+((input1)*(normal))) |
| SZ = (not reset)*(not normal)*(abort) |

Since the processing of edge **1010** completes the processing of the edges in control flow graph **1500**, the final assignment conditions for edge **1010** (TABLE 74) are used by hardware generator **124B** in logic circuit generator **124**. As described above, since assignment condition AL(Q) and SL(Q) are non-zero, at least a flip-flop **344-1** (FIG. **26**) with a clear direct terminal is required. Since assignment condition SZ(Q) is also non-zero, two flip-flops **344-1**, **344-2** are required. However, prior to constructing the actual logic circuit, each of the boolean minimization described above are performed. First assignment condition AD(Q) is minimized with NOT assignment condition AL(Q) as a don't care condition. Since condition AD(Q) is zero, the result, assignment condition AD(Q)', is zero. Similarly, when assignment condition AD(Q)' is minimized with assignment condition AZ(Q) as a don't care condition, the result is again zero. Thus, the first flip-flop does not require a set direct terminal because the optimized assignment condition AD(Q)" is zero.

Similarly, since assignment condition AZ(Q) is zero, the minimization of assignment condition AZ(Q) with NOT assignment condition AL(Q) as a don't care condition gives the optimized assignment condition AZ(Q)' as a value of zero. Thus, a set-direct pin is not required on the second flip-flop associated with assignment condition SZ(Q). Thus, assignment condition AL(Q) drives the clear-direct terminal of flip-flops **344-1**, **344-2**.

Next assignment condition SL(Q) is boolean minimized with assignment condition AL(Q) as a don't care conditions. Optimized assignment condition SL(Q)' has the value of 1. Thus, the feedback multiplexer used when the assignment condition for function SL( ) is not a constant is not required.

Boolean minimization of assignment condition SD(Q) with assignment condition AL(Q) as a don't care condition and boolean minimization of the result with assignment condition SZ(Q) as a don't care condition gives assignment condition SD(Q)" with a value of "((input1+input2)*(not normal))+((input1)*(normal))". Thus, logic is built to generate assignment condition SD(Q)" as shown in FIG. **26** and the output signal from OR gate **341-2** drives the input line of flip-flop **344-1**.

Finally, assignment condition SZ(Q) is boolean minimized with assignment condition AL(Q) as a don't care condition and boolean minimization of the result with NOT assignment condition SL(Q) as a don't care condition gives assignment condition SZ(Q)" with a value of "(not normal)*(abort)." Again, logic elements are used to generate assignment condition SZ(Q)" and the output signal of AND gate **340-3** drives the data input line of flip-flop. Thus, synthesizer **120** has changed user description in TABLE 46 that contains only operational results into two complex logic elements and the associated logic nodes shown in FIG. **26**.

According to the principles of this invention, a method **2000** (FIG. **27A**) is provided for generating a logic network using a hardware independent description means. In this method, a user description **110** specifying only signals and

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289251

5,530,841

**61**

the circumstances under which the signals are obtained is used to generate a logic network, e.g., a net list of logic elements such as logic gates, high impedance latches, level sensitive latches and edge sensitive flip-flops along with the interconnections of the logic elements, that generates the signals specified in the user description.

In one embodiment, method **2000** includes two steps **2005**, **2010**. In first step **2005**, the signals and circumstances under which the signals are generated are converted to a structure having nodes interconnected by edges. A condition that indicates the condition under which the edge is traversed is generated for selected edges in the structure. In second step **2010**, the structure and the conditions created in the first step are used to create a logic network **130** that generates the signals specified in user description **110**.

As described more completely above and incorporated herein by reference, user description **110** is a sequence of statements that specify how the desired digital hardware operates. Specifically, user description **110** describes values assigned to logic variables and the circumstances under which those values are assigned wherein each logic variable assigned a value represents a signal. Specification of any specific logic element, such as a flip-flop, or any connections between logic elements to generate the desired signals is not required in user description **110**.

Consequently, in method **2000** of this invention, logic network **130** is not created as in the prior art where the choice of logic components for the synthesis was stated at least partially explicitly in the user description, but rather where the choice of logic components is implied by the signals specified in description **110**. Such descriptions are easier to produce, understand, and maintain than the typical prior art description so that the user realizes significant savings in the cost of designing digital hardware.

In one embodiment, first step **2005** includes (i) a step **2006** (FIG. 27B) creating a control flow graph having nodes and edges, and in particular split nodes, join nodes, and operation nodes. The control flow graph may include edges that go from one node in the graph to any other subsequent node in the graph. The ability to jump from one node to any subsequent node in the graph represents a significant enhancement in the capability of the control flow graph to represent a wide variety of user descriptions.

After generation of the control flow graph, step **2007** within first step **2005** determines edge conditions for edges in the control flow graph. Specifically, for each edge in the control flow graph, the conditions that must be satisfied to reach that edge in the graph are determined and assigned to the edge. The condition generated is an "activation condition" in one embodiment and a "mux condition" in another embodiment as previously described and incorporated herein by reference.

In second step **2010** of the method, the edge activation conditions, or alternatively the mux conditions, and information associated with the nodes of the control flow graph **55** are used to create logic network **130**. In one embodiment, a set of assignment conditions for each variable assigned a value in the control flow graph, i.e., each signal specified by the user are created in step **2011** (FIG. 27C). The assignment conditions for a set of hardware description functions, are subsequently used in step **2012** to create a logic network **130** that generates the signals represented by the logic variables in the control flow graph.

Hence, according to the principles of this invention, in method **2000**, a logic circuit for each variable that is assigned a value in user description **110**, i.e., each signal specified by the user is created and the logic circuits are

**62**

interconnected to form logic network **130** that generates the specified signals under the conditions specified by the user. In one embodiment, an assignment condition for each function in a set of functions is determined for each variable that is assigned a value in the user description. The previous discussion of assignment conditions and hardware description functions are incorporated herein by reference.

As previously explained, in one embodiment the set of functions includes a group of asynchronous functions and a group of synchronous functions. If the assignment conditions for the group of synchronous functions from step **2011** are all zero, the asynchronous functions and assignment conditions are used in step **2012** to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers and level sensitive latches. The predetermined set of assignment conditions used to create specific logic circuits for the asynchronous signals was described above and is incorporated herein by reference. Similarly, if the assignment conditions for the group of asynchronous functions from step **2011** are all zero, the synchronous functions and assignment conditions are used to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers and edge-triggered flip-flops. When the assignment conditions from step **2011** include non-zero assignment conditions for both the synchronous and asynchronous functions, logic circuits are created in step **2012** that may include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers, and edge-triggered flip-flops. Also, in this case, the edge-triggered flip-flops may include a clear-direct terminal and a set-direct terminal. Again, the predetermined set of conditions used to generate specific logic circuits was described above and is incorporated herein by reference.

Hence, in this method a logic circuit is synthesized based upon the information provided by the assignment conditions. However, the assignment conditions are boolean minimized in step **2011** prior to creation of the logic circuit as described above and incorporated herein by reference. As explained, above the assignment conditions, in one embodiment, are the boolean minimized values of a set hardware description functions. In this method, the hardware created for the various values, and the boolean optimizations, as described above and incorporated herein by reference, are utilized in the logic network generating step.

The various embodiments of the structure and method of this invention that are described above are illustrative only of the principles of this invention and are not intended to limit the scope of the invention to the particular embodiments described. In view of this disclosure, those skilled-in-the-art can define other flow control styles, other edge conditions, other hardware description functions, other combinations of assignment conditions, other logic elements that may be created, other minimization techniques other than boolean logic, circuits other than digital circuits, and running in a non-computer environment, and use these alternative features to create logic networks according to the principles of this invention.

We claim:

1. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements including an IF statement and a GOTO statement, and directive statements that define levels of logic signals, into logic circuit hardware components comprising:

converting the flow control statements and directive statements in the user description for a logic signal Q into

SNPS 00289252

5,530,841

**63**

an assignment condition AL(Q) for an asynchronous load function AL( ) and an assignment condition AD(Q) for an asynchronous data function AD( ); and

generating a level sensitive latch when both said assignment condition AL(Q) and said assignment condition AD(Q) are non-constant;

wherein said assignment condition AD(Q) is a signal on a data input line of said flow through latch;

said assignment condition AL(Q) is a signal on a latch gate line of said flow through latch; and

an output signal of said flow through latch is said logic signal Q.

2. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements including an IF statement that is a function of a logic condition signal and a GOTO statement, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 1 further comprising;

boolean minimizing said assignment condition AD(Q) with a complement of said assignment condition AL(Q) as a don't care condition prior to performing said generating a flow through latch process.

3. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements including an IF statement that is a function of a logic condition signal and a GOTO statement, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 1 wherein said converting process further comprises:

converting the flow control statements and directive statements for said logic signal Q in the user description into an assignment condition Z(Q) for a high impedance function Z( ) for said signal Q wherein said generating a flow through latch is performed only when said assignment condition Z(Q) is a logic zero.

4. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements including an IF statement that is a function of a logic condition signal and a GOTO statement, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 3 further comprising:

boolean minimizing said assignment condition AD(Q) with said assignment condition Z(Q) as a don't care condition when both said assignment condition AD(Q) and said assignment condition Z(Q) are not zero wherein a new assignment condition AD(Q)' is obtained.

5. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements including an IF statement that is a function of a logic condition signal and a GOTO statement, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 4 further comprising:

generating a three state element when both said assignment condition AD(Q) and said assignment condition Z(Q) are not zero, and said assignment condition AL(Q) is a logic one;

wherein said assignment condition AD(Q)' is a signal on a data input line of the three state element;

a complement of said assignment condition Z(Q) is a signal on an enable line of three-state element; and

**64**

an output signal of said three state element is said logic signal Q.

6. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements including an IF statement that is a function of a logic condition signal and a GOTO statement, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 4 further comprising:

boolean minimizing said assignment condition AD(Q)' with a complement of said assignment condition AL(Q) as a don't care condition when assignment condition AL(Q) is not a constant to obtain assignment condition AD(Q)''.

7. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements including an IF statement that is a function of a logic condition signal and a GOTO statement, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 6 further comprising:

boolean minimizing said assignment condition Z(Q) with a complement of said assignment condition AL(Q) as a don't care condition when assignment condition AL(Q) is not a constant to obtain assignment condition Z(Q)'.

8. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements including an IF statement that is a function of a logic condition signal and a GOTO statement, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 4 further comprising:

generating a first flow through latch when said assignment condition AL(Q), said assignment condition AD(Q) and said assignment condition Z(Q) are all non-constant;

wherein said assignment condition AD(Q)'' is a signal on a data input line of said first flow through latch; and

said assignment condition AL(Q) is a signal on a latch gate line of said first flow through latch; generating a second flow through latch when said assignment condition AL(Q), said assignment condition AD(Q) and said assignment condition Z(Q) are all non-constant;

wherein said assignment condition Z(Q)' is a signal on a data input line of said second flow through latch; and

said assignment condition AL(Q) is a signal on a latch gate line of said second flow through latch; and

generating a three state element when said assignment condition AL(Q), said assignment condition AD(Q) and said assignment condition Z(Q) are all non-constant;

wherein a data input line of the three state element is connected to an output line of said first flow through latch;

a complement of a signal on an output terminal of said second flow through latch is a signal on an enable line of three-state element; and

an output signal of said three state element is said logic signal Q.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289253



U 7436001

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**

**August 28, 2013**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *5,680,318*
ISSUE DATE: *October 21, 1997*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*P. R. Grant*

**P. R. GRANT**
**Certifying Officer**



SNPS_00289254

US005680318A

# United States Patent [19]

## Gregory et al.

[11] **Patent Number:** **5,680,318**

[45] **Date of Patent:** **Oct. 21, 1997**

[54] **SYNTHESIZER FOR GENERATING A LOGIC NETWORK USING A HARDWARE INDEPENDENT DESCRIPTION**

[75] Inventors: **Brent L. Gregory**, Sunnyvale; **Russell B. Segal**, Mountain View, both of Calif.

[73] Assignee: **Synopsys Inc.**, Mountain View, Calif.

[21] Appl. No.: **471,060**

[22] Filed: **Jun. 6, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 632,439, Dec. 21, 1990, abandoned.

[51] Int. Cl.⁶ ................................................. **G06F 17/50**
[52] U.S. Cl. ............................. **364/489; 364/490**
[58] Field of Search ............................. 395/800; 364/489, 364/490

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,458,240 | 7/1969 | Hanson | 328/92 |
| 4,342,093 | 7/1982 | Miyoshi | 364/578 |
| 4,677,587 | 6/1987 | Zemany, Jr. | 364/900 |
| 4,703,435 | 10/1987 | Darringer et al. | 364/489 |
| 4,725,971 | 2/1988 | Doshi et al. | 364/578 |
| 4,725,975 | 2/1988 | Sasaki | 364/900 |
| 4,792,909 | 12/1988 | Serlet | 364/491 |
| 4,792,913 | 12/1988 | Buckland | 364/602 |
| 4,833,619 | 5/1989 | Shimizu | 364/489 |
| 4,882,690 | 11/1989 | Shinsa | 364/489 |
| 4,896,272 | 1/1990 | Kurosawa | 364/490 |

(List continued on next page.)

### OTHER PUBLICATIONS

Giovanni De Micheli, *High-Level Syntheses of Digital Circuits* 6–7, IEEE Design & Test of Computers (Oct. 1990).
R. Camposano, *From Behavior to Structure: High-Level Synthesis* 8–9, IEEE Design & Test of Computers (Oct. 1990).
Giovanni De Micheli et al., *The Olympus Syntheses System* 35–53, IEEE Design & Test of Computers (Oct. 1990).

Roger Lipsett, *VHDL—The Language* 28–41, IEEE Design & Test (Apr. 1986).
Alfred S. Gilman, *HDL—The Designer Environment* 42–47, IEEE Design & Test (Apr. 1986).
Peter M. Maurer et al., *Techniques For Unit–Delay Compiled Simulation* 480–484, 27th ACM/IEEE Design Automation Conference, Paper 27.1 (1990).
Zhicheng Wang et al., *LECSIM: A Levelized Event Driven Compiled Logic Simulator* 491–496, 27th ACM/IEEE Design Automation Conference, Paper 27.3 (1990).
J. Bhasker et al., *An Optimizer For Hardware Synthesis* 20–36, IEEE Design & Test of Computers (Oct. 1990).
Raul Camposano, *Design Process Model in the Yorktown Silicon Compiler* 489–494, 25th ACM/IEEE Design Automation Conference, Paper 32.3 (1988).

(List continued on next page.)

*Primary Examiner*—Eric Coleman
*Attorney, Agent, or Firm*—Skjerven, Morrill, MacPherson, Franklin & Friel LLP; Forrest E. Gunnison

[57] **ABSTRACT**

A method and system are provided for generating a logic network using a hardware independent description means. A logic circuit synthesizer, in response to a user description specifying only signals and the circumstances under which the signals are produced, generates a logic network that generates the signals specified in the user description, e.g., a net list of logic elements, such as logic gates, high impedance drivers, level sensitive latches and edge sensitive flip-flops along with the interconnections of the logic elements. In one embodiment, the logic circuit synthesizer includes a preprocessor means and a logic circuit generator means. The preprocessor means, in response to the user description, converts signals and conditions in the user description into a structure having nodes interconnected by edges. The edges include an edge condition under which the edge is traversed. The logic circuit generator, using the structure and the edge conditions, creates a logic network that generates the signals specified in the user description.

**50 Claims, 25 Drawing Sheets**

Microfiche Appendix Included
(3 Microfiche, 205 Pages)



Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.89

SNPS_00289255

**5,680,318**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,922,445 | 5/1990 | Mizoue et al. | 364/578 |
| 4,924,429 | 5/1990 | Kurashita | 364/578 |
| 5,007,018 | 4/1991 | Rutherford | 395/183.13 |
| 5,029,102 | 7/1991 | Drumm et al. | 364/489 |
| 5,055,718 | 10/1991 | Galbraith et al. | 307/465 |
| 5,067,091 | 11/1991 | Nakazawa | 364/490 |
| 5,068,812 | 11/1991 | Schaefer et al. | 364/578 |
| 5,095,441 | 3/1992 | Hopper et al. | 364/489 |
| 5,126,966 | 6/1992 | Hafeman et al. | 364/500 |
| 5,128,871 | 7/1992 | Schmitz | 364/490 |
| 5,146,583 | 9/1992 | Matsunaka | 395/500 |
| 5,150,308 | 9/1992 | Hooper et al. | 364/489 |
| 5,175,814 | 12/1992 | Anick et al. | 395/161 |
| 5,189,629 | 2/1993 | Kohnen | 364/490 |
| 5,197,016 | 3/1993 | Sugimoto | 364/489 |
| 5,198,705 | 3/1993 | Galbraith et al. | 307/465 |
| 5,222,030 | 6/1993 | Dangelo et al. | 364/489 |
| 5,237,513 | 8/1993 | Kaplan | 364/490 |
| 5,243,538 | 9/1993 | Okuzawa et al. | 364/489 |
| 5,253,363 | 10/1993 | Hyman | 395/800 |
| 5,257,201 | 10/1993 | Berman | 364/364 |
| 5,259,006 | 11/1993 | Price et al. | 375/107 |
| 5,274,703 | 12/1993 | Kuroda | 395/500 |
| 5,274,793 | 12/1993 | Kuroda | 395/500 |
| 5,291,612 | 3/1994 | Sosic et al. | 395/800 |
| 5,359,537 | 10/1994 | Saucier et al. | 364/489 |
| 5,359,539 | 10/1994 | Matsumoto | 364/489 |
| 5,377,122 | 12/1994 | Werner et al. | 364/488 |
| 5,392,227 | 2/1995 | Hiserote | 364/578 |
| 5,437,037 | 7/1995 | Furuichi | 395/700 |
| 5,461,574 | 10/1995 | Matsunaga | 364/489 |
| 5,526,277 | 6/1996 | Dangelo | 364/489 |
| 5,544,066 | 8/1996 | Rostoker et al. | 364/489 |

OTHER PUBLICATIONS

G. Colon–Bonet et al. *On Optimal Extraction of Combinational Logic and Don't Care Sets from Hardware Description Languages* 308–311, IEEE Design & Test (1989).

A.J. Van Der Hoeven et al., *A Model for the High–Level Description and Simulation of VLSI Networks* 41–48, IEEE Design & Test of Computers (Aug. 1990).

Russell B. Segal, *BDSYN: Logic Description Translator, BDSIM: Switch–level Simulator* 1–90, Electronics Research Laboratory, University of California, Berkeley, CA (May 21, 1987).

Laung–Terng Wang et al., *SSIM: A Software Levelized Compiled–Code Simulator* 2–8, 24th ACM/IEEE Design Automation Conference, Paper 2.1 (1987).

D.E. Thomas et al., *The System Architect's Workbench* 337–343, 25th ACM/IEEE Design Automation Conference, Paper 23.2 (1988).

Elementary Pascal by H. ledgard, et al. 1st Ed., Vintage Books, Feb. 1982, pp. 46–48, 66–75.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289256

Case 3:15-cv-00967-MMC Document 38-2 Filed 09/10/13 Page 149 of 267



# FIG. 1



# FIG. 2

SNPS_00289257

Case 3:12-cv-06467-MMC    Document 62-2    Filed 09/18/13    Page 26 of 63



## FIG. 3A



## FIG. 3B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289258

Case 3:12-cv-06467-MMC   Document 63-2   Filed 09/13/13   Page 7 of 63



FIG. 4



# FIG. 5A



# FIG. 5B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289260



FIG. 6A

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289261



# FIG. 6B

Case: 15-1599   Document: 36   Page: 155   Filed: 07/30/2015
Case 2:12-cv-06467-MMC   Document 69-2   Filed 09/19/13   Page 156 of 63



# FIG. 7A

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.97

SNPS_00289263

Case: 15-1599   Document: 96   Page: 156   Filed: 09/19/18



FIG. 7B

Case 2:15-cv-05987-MDC Document 26 Page 157 09/Filed 09/30/2015 63



## FIG. 8A



## FIG. 8B



## FIG. 8C



## FIG. 8D

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289265



# FIG. 9A



# FIG. 9B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.100

SNPS_00289266

Case: 15-1599   Document: 36   Page: 159   Filed: 09/19/18
Case 2:12-cv-06467-MMC   Document 98-2   Filed 06/30/2015   Page 159 of 63



## FIG. 10A



## FIG. 10B

SNPS_00289267

Case: 15-1599    Document: 36    Page: 160    Filed: 07/30/2015



# FIG. 11

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289268

**U.S. Patent**     Oct. 21, 1997     Sheet 13 of 25     **5,680,318**



# FIG. 12



# FIG. 13

SNPS_00289269



**FIG. 14A**



**FIG. 14B**

SNPS_00289270



# FIG. 15

SNPS_00289271

Case: 15-1599   Document: 36   Page: 164   Filed: 07/30/2015



# FIG. 16



# FIG. 17

SNPS_00289272

Case: 15-1599    Document: 36    Page: 165    Filed: 07/30/2015



# FIG. 18

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289273

Case: 15-1599   Document: 36   Page: 166   Filed: 09/18   07/30/2015   63



## FIG. 19A



## FIG. 19B



## FIG. 20

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289274



**FIG. 21A**



**FIG. 21B**

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289275

Case: 15-1599    Document: 36    Page: 168    Filed: 07/30/2015



FIG. 22A



FIG. 22B



FIG. 23

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289276



# FIG. 24

SNPS_00289277

Case 2:15-cv-05997-MDC Document 26 Page 170 of 267 Filed 08/30/2015 Page 63



FIG. 25

SNPS_00289278



# FIG. 26

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289279

Case 2:12-cv-06467-MMC   Document 98-2   Filed 09/19/13   Page 172 of 267
Case: 15-1599   Document: 36   Page: 172   Filed: 07/30/2015   63



## FIG. 27A

SNPS_00289280



FIG. 27B



FIG. 27C

SNPS_00289281

5,680,318

1

# SYNTHESIZER FOR GENERATING A LOGIC NETWORK USING A HARDWARE INDEPENDENT DESCRIPTION

This application is a continuation of application Ser. No. 07/632,439, filed Dec. 21, 1990 now abandoned.

## CROSS REFERENCE TO MICROFICHE APPENDIX

Appendix A, which is a part of the present disclosure, is a microfiche appendix consisting of 3 sheets of microfiche having a total of 205 frames. Microfiche Appendix A is a listing of computer programs and related data for one embodiment of the logic synthesizer of this invention, which is described more completely below.

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to methods and systems used to convert a hardware language description to a logic circuit and in particular to a method and system for synthesizing a logic circuit from a user description with conditional assignments of values to logic variables and no hardware specific descriptions.

### 2. Prior Art

The automated design of application specific integrated circuits as well as the programming of either programmable logic devices or programmable gate arrays requires specification of a logic circuit by the user. Historically, a user was required typically to supply either a logic schematic diagram for use in the automated design process or a set of boolean equations that specified the function of the logic network. The automated logic design system used this information to produce a user specific circuit.

However, many designers had neither a specific schematic diagram nor general boolean equations to describe the desired logic operations of the circuit. Hardware description language (HDL) was developed to assist such designers. A hardware description language provided the designer with a means for describing the operation of the desired logic circuit that was at least one level of abstraction removed from a schematic diagram or a set of boolean logic equations. Also, HDL is a more compact representation of a circuit than the net lists that were historically used to represent circuits. Another significant advantage of HDL is that the HDL circuit description is technology independent. In a net list, logic gates from a particular vendor's library are used. With a HDL description, the description is not at the logic gate level.

Ideally, HDL would permit the user to describe only the desired operation of the logic circuit, i.e., the signals generated by the logic circuit. The automated logic design system would then translate the described operation into a logic circuit that was subsequently used in the automated logic design process.

Unfortunately, hardware description language generally permitted only an operational description of simple circuit elements. For many circuit elements, such as high imped-

2

ance drivers, level sensitive latches and edge sensitive flip-flops, the designer was required first to specify the specific circuit element and then the desired connection of that element using the HDL. Thus, while HDL purportedly allowed a higher level of abstraction in the specification of the logic circuit, HDL descriptions still required detailed logic knowledge for most practical circuits.

Thus, only designers that have knowledge of both the use and operation of logic elements and the desired operational features of the logic circuit can use HDL successfully. An automated logic design system with a logic circuit element independent HDL that required only knowledge of the desired operational features of the logic circuit would greatly enhance the productivity and versatility obtained with automated logic design systems, because such a system could be used by designers with limited logic knowledge. The advantages of automated logic design would be available to a far greater number of users. In spite of the general recognition of this dilemma, a system with a logic circuit element independent HDL is currently unavailable.

## SUMMARY OF THE INVENTION

According to the principles of this invention, a method and system are provided for generating a logic network using a hardware independent description means. A logic circuit synthesizer, in response to a user description specifying only signals and the circumstances under which the signals are produced, generates a logic network that generates the signals specified in the user description, e.g., a net list of logic elements, such as logic gates, high impedance drivers, level sensitive latches and edge sensitive flip-flops along with the interconnections of the logic elements.

In one embodiment, the logic circuit synthesizer includes a preprocessor means and a logic circuit generator means. The preprocessor means, in response to the user description, converts signals and other information in the user description into a structure having nodes interconnected by edges. The edges include an edge condition under which the edge is traversed. The logic circuit generator, using the structure and the edge conditions, creates a logic network that generates the signals specified in the user description.

The user description is a sequence of statements that specify how the desired digital network operates. Specifically, the user description describes values assigned to logic variables and the conditions under which those values are assigned wherein each logic variable assigned a value represents a signal. Specification of any specific logic element, such as a flip-flop, or any connections between logic elements to generate the desired signals is not required in the user description.

Consequently, the synthesizer of this invention creates the logic network not as in the prior art systems where the choice of logic components was stated at least partially explicitly, but rather where the choice of logic components is implied by the signals and structure specified by the user. Such descriptions are easier to produce, understand, and maintain than the typical prior art description so that the user realizes significant savings in the cost of designing digital hardware.

In one embodiment, the preprocessor includes a control flow graph generating means for creating the structure having nodes and edges. The control flow graph generator creates a control flow graph, which consists of nodes and edges, and in particular split nodes, join nodes, and operation nodes. The control flow graph may include edges that go from one node in the graph to any other subsequent node in

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289282

5,680,318

3

the graph. The ability to jump from one node to any subsequent node in the graph represents a significant enhancement in the capability of the control flow graph to represent a wide variety of user descriptions.

The preprocessor also includes an edge condition generating means for determining edge conditions for an edge in the control flow graph. The edge condition generator within the preprocessor generates the condition under which a node in the control flow graph is reached. Specifically, for each edge in the control flow graph, the conditions that must be satisfied to reach that edge in the graph are determined and assigned to the edge. The condition generated is an "activation condition" in one embodiment and a "mux condition" in another embodiment.

The logic circuit generator, using the edge activation conditions, or alternatively the mux conditions, and information associated with the nodes of the control flow graph converts the control flow graph into a logic network. In one embodiment, an assignment condition generator in the logic circuit generator first determines a set of assignment conditions for each variable assigned a value in the control flow graph, i.e., each signal specified by the user. The assignment conditions for a set of hardware description functions, are subsequently used by a hardware generator to create the a logic network that generates the signals represented by the logic variables in the control flow graph.

Hence, according to the principles of this invention, the hardware generator creates a logic circuit for each variable that is assigned a value in the user description, i.e., each signal specified by the user, and interconnects the logic circuits to form the logic network that generates the specified signals under the conditions specified by the user.

In one embodiment, the assignment condition generator determines an assignment condition for each function in a set of functions for each variable that is assigned a value in the user description. Herein, a function is a means to differentiate between the hardware elements that are required in the logic network that is synthesized. Specifically, the set of functions are hardware description functions that in combination with the assignment conditions, which are the values of the hardware description functions, define the logic elements that comprise the logic network.

In one embodiment the set of hardware description functions includes a group of asynchronous functions and a group of synchronous functions. If the assignment conditions for the group of synchronous functions are all zero, the asynchronous functions and assignment conditions are used by the hardware generator to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers and level sensitive latches.

Similarly, if the assignment conditions for the group of asynchronous functions are all zero, the synchronous functions and assignment conditions are used by the hardware generator to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers and edge-triggered flip-flops. When the assignment conditions include non-zero assignment conditions for both the synchronous and asynchronous functions, the hardware generator creates logic circuits that may include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers, and edge-triggered flip-flops. Also, in this case, the edge-triggered flip-flops may include a clear-direct terminal and a set-direct terminal.

4

Hence, the hardware generator synthesizes a logic network based upon the information provided by the assignment condition generator. However, the hardware generator preferably boolean minimizes the assignment conditions prior to creation of the logic circuit. In addition, the hardware description functions may include a "don't care" function (don't care function) such that when the user assigns a value of don't care to a variable, an assignment condition is generated for the don't care function. The hardware generator uses the don't care function assignment condition to boolean minimize the logic circuit that is created.

In one embodiment, the hardware description functions include an asynchronous load function, an asynchronous data function, an asynchronous high impedance function, a synchronous load function, a synchronous data function, a synchronous high impedance function, and a "don't care" function. The asynchronous load function tells the condition under which a variable has been asynchronously assigned any value. The asynchronous data function tells the condition under which a variable has been asynchronously assigned the value one. The "don't care" function tells the condition under which a variable has been assigned a value of "don't care" by the user. Assigning the value don't care to a variable means that the variable may be assigned either a logic one or logic zero value. Thus, the "don't care" function tells the condition where the value of a variable is not important. The asynchronous high impedance function tells the condition under which a variable has been asynchronously assigned the value of a high impedance state. Thus, the asynchronous high impedance function tells the conditions where the value of a variable is high impedance.

The synchronous load function tells the condition under which a variable has been assigned any value on a clock edge. The synchronous data function tells the condition under which a variable has been assigned the value one on a clock edge. The synchronous high impedance function tells the condition under which a variable has been synchronously assigned the value of a high impedance state. Thus, the synchronous high impedance function tells the conditions where the value of a variable is high impedance.

In this embodiment, the value of the synchronous data function is only important when the synchronous load function is TRUE. Thus, the synchronous data function is preferably boolean minimized with the NOT of the value of the synchronous load function as a don't care condition by the hardware generator. Also, in this embodiment, the values of asynchronous data, don't care and asynchronous high impedance functions are only important when the asynchronous load function is TRUE. Thus, asynchronous data, don't care, and asynchronous high impedance functions are preferably boolean minimized with the NOT of the value of the asynchronous load function as a don't care condition by the hardware generator.

The hardware generator creates the logic elements necessary to generate the signal represented by each assignment condition. Thus, in the following description of the operation of the hardware generator, the steps necessary to create logic elements for a set of assignment conditions are not repeated. When an assignment condition simply is described as driving a particular logic element or line, an earlier description was provided on the hardware necessary to generate that assignment condition.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous load function is a logic one, and the

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289283

5,680,318

5

assignment condition for the asynchronous data function is non-zero, the logic nodes necessary to generate the asynchronous data function assignment condition are interconnected to form the logic circuit for the variable by the hardware generator.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous load function is not a constant, and the assignment condition for the asynchronous data function is non-zero, the hardware generator creates a level sensitive latch. The asynchronous data function assignment condition (constructed as described above) drives the input terminal of the level sensitive latch and the asynchronous load function assignment condition drives the gate terminal of the latch. The signal on the output line of the latch is the value of the variable.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous high impedance function and the asynchronous load function are not constants, and the assignment condition for the asynchronous data function is non-zero, the hardware generator creates two level sensitive latches and a three-state driver. The asynchronous data function assignment condition drives the input terminal of a first level sensitive latch and the asynchronous load function assignment condition drives the gate terminal of the latch. The signal on the output line of the first latch drives the input line of the three-state driver, sometimes referred to as a three-state element. The asynchronous high impedance assignment condition drives the input line of a second level sensitive latch and the asynchronous load function assignment condition drives the gate terminal of the latch. The signal on the output line of the second latch drives an invertor which in turn drives the data enable line of the three-state driver.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous high impedance function is not a constant, the asynchronous load function is a logical one, and the assignment condition for the asynchronous data function is non-zero, the hardware generator creates only a logic circuit that generates the asynchronous data function assignment condition and a three-state driver. The asynchronous data function assignment condition drives the input line of the three-state driver. The asynchronous high impedance assignment condition drives an invertor which in turn drives the data enable line of the three-state driver.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous load function is a logic one, and the assignment condition for the synchronous data function is non-zero, an edge sensitive flip-flop is created by the hardware generator. The synchronous data function assignment condition drives the input line of the flip-flop. The clock associated with the synchronous functions drives the clock terminal of the flip-flop. The signal on the output line of the flip-flop is the value of the variable.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous load function is not a constant, and the assignment condition for the synchronous data function is non-zero, a two-to-one multiplexer and an edge sensitive flip-flop are created by the hardware generator. The synchronous data function assignment condition drives a first input terminal of the two-to-one feedback multiplexer. The synchronous load function assignment condition drives the

6

data input select line of the multiplexer. The signal on the output line of the multiplexer drives the input line of an edge-triggered flip-flop. The clock associated with the synchronous functions drives the clock terminal of the flip-flop. The signal on the output line of the flip-flop is fedback to a second input terminal of the multiplexer. The value of the variable is the signal on the output line of the flip-flop.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous high impedance function is not a constant, the synchronous load function is a logic one, and the assignment condition for the synchronous data function is non-zero, the hardware generator creates two edge triggered flip-flops and a three-state driver. The synchronous data function assignment condition drives the input terminal of the first edge-triggered flip-flop. The signal on the output line of the first flip-flop drives the input line of the three-state driver. The synchronous high impedance assignment condition drives the input line of a second edge-triggered flip-flop. The signal on the output line of the second flip-flop drives an invertor which in turn drives the data enable line of the three-state driver. The clock associated with the synchronous functions drives the clock terminal of the first flip-flop and the second flip-flop.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous high impedance function is not a constant, the synchronous load function is not a constant, and the assignment condition for the synchronous data function is non-zero, the logic circuit created by the hardware generator is the same as when the synchronous load assignment condition is a logic one, except two feedback multiplexers are added to the circuit. One feedback multiplexer is inserted in the input line to the first flip-flop, as was previously described, and the other feedback multiplexer is similarly inserted in the input line of the second flip-flop.

For a variable where the assignment condition for the asynchronous load function is non-zero, the asynchronous data function assignment condition is zero, and the assignment conditions for the synchronous load function and the assignment condition for the synchronous data function are non-zero, a edge-triggered flip-flop is created by the hardware generator. The flip-flop has a clear-direct terminal that is driven by the assignment condition of the asynchronous load function assignment condition.

For a variable where the assignment conditions for the asynchronous load function, synchronous load function, and synchronous data function are non-zero, and the assignment condition for the asynchronous data function is a logic one, a edge-triggered flip-flop is again created by the hardware generator. The flip-flop has a set-direct terminal that is driven by the assignment condition of the asynchronous load function assignment condition.

For a variable where the assignment condition for the asynchronous load function is non-zero, the asynchronous data function assignment condition is not a constant, and the assignment conditions for the synchronous load function and the assignment condition for the synchronous data function are non-zero, a edge-triggered flip-flop is also created by the hardware generator. The flip-flop has a set-direct terminal and a clear-direct terminal. Logic is created by the hardware generator such that the asynchronous assignment conditions drive the set-direct and clear-direct terminals so that the appropriate signal is applied to the output line of the flip-flop.

When the asynchronous load function assignment condition is non-zero and the synchronous functions' assignment

SNPS_00289284

5,680,318

7

conditions are non-zero, the assignment conditions for the synchronous functions are boolean minimized by the hardware generator with the asynchronous load function assignment condition as a don't care condition. Thus, the hardware circuit generator is a logic circuit generating means that creates a specific logic element for predetermined assignment conditions.

According to the principles of this invention, a method is provided for synthesizing a logic circuit from a user description that includes only operational characteristics of the logic circuit, e.g., signals and the circumstances under which those signals are generated. The method includes the steps of (i) generating a structure having nodes interconnected by edges where in the structure, variables representing signals are assigned values in the nodes and the edges are assigned conditions under which the edge is reached; and (ii) generating a logic network using the structure and edge conditions.

In one embodiment, the structure generating step includes (i) generating a control flow graph having nodes and edges wherein a variable is assigned a value in a node and the edges define the paths between nodes; and (ii) generating an edge condition for edges in the control flow graph where an edge condition is the condition under which a variable in the node associated with that edge is assigned a value.

The logic network generating step also may include (i) generating a set of assignment conditions for each variable assigned a value in the flow control graph; and (ii) generating a logic circuit for each set of assignment conditions where the interconnected logic circuits form the logic network. As explained, above the assignment conditions, in one embodiment are the values of a set of hardware description functions. In this method, the hardware description functions, the hardware created for the various predetermined assignment conditions, and the boolean optimizations, as described above and incorporated herein by reference, are utilized in the logic network generating step.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of the hardware description language synthesizer 120 of this invention.

FIG. 2 is a more detailed block diagram of the hardware description language synthesizer 120 of this invention showing preprocessor 122 and logic circuit generator 124.

FIG. 3A is a more detailed block diagram of preprocessor 122 of this invention showing graph generator 132 and condition generator 133.

FIG. 3B is a more detailed block diagram of logic circuit generator 124 of this invention showing assignment condition generator 124A and hardware generator 124B.

FIG. 4 is an example of a control flow graph that is generated by graph generator 132 of this invention.

FIGS. 5A and 5B, illustrate an operation node and an edge from an operation node used by the assignment condition generator 124 in logic circuit generator 124.

FIG. 6 is a control flow graph generated by graph generator 132 of this invention for user description 110 in Table 2.

FIG. 6 a control flow graph generated by graph generator 132 of this invention for user description 110 in Table 5.

FIG. 7A a control flow graph that is generated by graph generator 132 of this invention for the user description in Table 3.

FIG. 7B is a control flow graph generated by graph generator 132 of this invention for the user description in Table 6.

8

FIG. 8A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 8.

FIG. 8B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 8.

FIG. 8C is the logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 10.

FIG. 8D is a logic circuit created by logic circuit generator 124 of this invention for the user description in Table 12.

FIG. 9A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 14.

FIG. 9B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 14.

FIG. 10A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 16.

FIG. 10B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 16.

FIG. 11 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 19.

FIG. 12 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 22.

FIG. 13 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 24.

FIG. 14A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 26.

FIG. 14B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 26.

FIG. 15 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 28.

FIG. 16 is a logic circuit created by logic circuit generator 124 of this invention for the user description in Table 30.

FIG. 17 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 32.

FIG. 18 is a control flow graph created by graph generator 132 of this invention for the user description in Table 34.

FIG. 19A is a control flow graph created by graph generator 132 of this invention for the user description in Table 36.

FIG. 19B is a block diagram of a multiplexer associated with one embodiment of the logic circuit generator 132 of this invention.

FIG. 20 is a block diagram of a selector associated with one embodiment of the logic circuit generator 124 of this invention.

FIG. 21A is a control flow graph as created by graph generator 132 of this invention for the user description in Table 37.

FIG. 21B illustrates use of selectors according to the principles of this invention to generate the value of the variable Q as defined in Table 37.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289285

5,680,318

9 | 10

FIG. 22A is a control flow graph created by graph generator 132 of this invention for the user description in Table 40.

FIG. 22B illustrates the selector for the control flow graph of FIG. 22A and the high impedance hardware description function of this invention.

FIG. 23 is a control flow graph as created by graph generator 132 of this invention for the user example in Table 42.

FIG. 24 is a control flow graph as created by graph generator 132 of this invention for the user description in Table 44.

FIG. 25 illustrates the control flow graph created by graph generator 132 of this invention for the user description in Table 46.

FIG. 26 illustrates a logic circuit created by logic circuit generator 124 for the user description in Table 46.

FIGS. 27A, 27B, and 27C are block diagrams of one embodiment of the method of this invention.

## DETAILED DESCRIPTION

According to the principles of this invention, a method and system are provided for generating a logic network, sometimes referred to as a logic circuit, using a hardware independent description means, sometimes called a hardware description language. Unlike the prior art methods that required at least a detailed knowledge of the characteristics and operations of complex logic elements such as high impedance drivers, level sensitive latches and edge sensitive flip-flops, only a knowledge of the desired operation of the resulting logic network is required to generate the logic network according to the principles of this invention.

Thus, the system and method of this invention allow a user with minimal knowledge of specific logic elements to generate a logic network that may be subsequently mapped and optimized using any automated logic design system. The system and method of this invention are operable in a computer system that includes a data input device, such as a keyboard, a processing unit, and an output display device. In one embodiment, the user provides a description 110 (FIG. 1) of the operation of the logic network using hardware description means 115. Description 110 is a sequence of statements that specify how the desired digital hardware operates, i.e., the signals generated by the hardware. Specifically, description 110 describes values assigned to logic variables and the circumstances under which those values are assigned, i.e., description 110 specifies the signals and the circumstances under which those signals are produced. Specification of any specific logic element, such as a flip-flop, or any connections between logic elements so as to create the desired signals are not required in user description 110. Typically, the user provides description 110 using the computer system data input device.

With hardware description means 115, the user expresses the operations, i.e., production of signals, by the logic circuit in description 110. For example, to express a high impedance state for a variable, hardware description means 115 instructs the user to set the variable equal to the character "Z". Similarly, if the user does not care about the logic state of a variable, hardware description means 115 instructs the user to set the variable equal to the character "X". Hardware description means 115 requires no specific knowledge about the operation or structure of any logic circuit element. Rather, hardware description means 115, as described more completely below, requires only a knowledge of the desired

circuit's operation and a general knowledge of the use of HDL (Hardware Description Language). Herein, a variable represents a signal desired by the user in the logic circuit.

Hardware description language synthesizer 120, in response to description 110, converts hardware independent description 110 into a logic network 130. Synthesizer 120 is loaded in computer system 116 using techniques known to those skilled in the art. Synthesizer 120 independently determines the logic elements required and the interconnections of the logic elements based upon the operational characteristics specified in description 110. The user does not include any hardware specific limitations in description 110.

Consequently, HDL synthesizer 120, sometimes referred to as logic network synthesizer 120, creates logic network 130, not as in the prior art systems where the choice of logic components for the synthesis was stated at least partially explicitly, but rather where the choice of logic components is implied by the signals and circumstances specified in description 110. Such descriptions are easier to produce, understand, and maintain than the typical prior art description so that the user realizes significant savings in the cost of designing digital hardware. Synthesizer 120 generates logic network 130 on output display device 135 of computer system 116.

In one embodiment, the computer programs presented in Microfiche Appendix A were used in a workstation such as the SUN-4 computer system available from Sun Microsystems of Palo Alto, Calif. The computer programs were processed using the UNIX operating system SUN OS 4.0.3, the compiler, and linker provided with the SUN-4 computer system. The particular computer language and the computer system used are not an essential aspect of this invention. In view of this disclosure, those skilled in the art can implement the invention using a different computer language and/or a different computer system.

In one embodiment, synthesizer 120 (FIG. 1) includes a preprocessor 122 and a logic circuit generator 124 (FIG. 2). Preprocessor 122 receives the signal information specified in description 110. Preprocessor 122 first parses description 110. Preprocessor 122 converts the parsed description into a specific structure, a control flow graph, described more completely below, which consists of nodes and edges.

Subsequently, preprocessor 122 determines edge conditions for each edge in the control flow graph. The edge conditions and the information at the nodes of the control flow graph, i.e., the signals specified in user description 110 and the circumstances under which the signals are generated, are input information for logic circuit generator 124. Using only this information, logic circuit generator 124 automatically creates logic network 130. Logic network 130 is specified typically as a net list. Alternatively, the net list may be converted to a schematic logic diagram. The important aspect is that description 110, which included only operational results in the form of signal levels and the conditions under which those signal levels are generated, is converted to the specific logic network 130 wherein all the logic elements, including complex logic elements such as high impedance drivers, level sensitive latches, and edge sensitive flip-flops, are specified along with the interconnection of the logic elements so that the user is provided with functional logic network 130 that may be implemented in an integrated circuit or other such devices by the user.

More specifically, description 110 (FIG. 1) includes two general types of statements, directive statements and flow control statements. A directive statement assigns a specified

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.120

SNPS_00289286

5,680,318

11

value to a particular variable, i.e., a signal is set at a specified level. For example, the statement

$$x := p \qquad (1)$$

assigns the value of the variable "p" to the variable x. The value of the variable "p" may either have been previously defined or be an input signal. A directive statement is any statement that contains arithmetic operators (+, −, *, /), boolean operations, (e.g. AND, OR, XOR, NOT), or any operation that combines or manipulates data values. Herein, variable "p" or a similar notation is a shorthand expression for the right hand side of a directive statement and as such may represent either a single variable or a more general set of operations that manipulate data values.

A flow control statement, as the name suggests, controls the processing of statements in the set of statements that constitute description 110. For example, in the C programming language flow control statements include "IF," "WHILE," "SWITCH," "RETURN," "BREAK," "FOR," and "GOTO." In this embodiment, hardware description means 115 includes "IF" and "GOTO" flow control statements. As is known to those skilled in the art, other flow control statements may be expressed in terms of only these two flow control statements.

Herein, the characterization of statements as "directive" and "flow control" statements is for ease of description only. Similarly, the specific operations performed by such statements are illustrative only. The important aspect of the invention is that preprocessor 122 (FIG. 2) operates on two different types of statements that are used in description 110 to specify the operation of a user defined logic network. Therefore, the particular names assigned to these statements and the nature of the statements are illustrative only of the principles of this invention and are not intended to limit the invention to the particular names and embodiments described herein.

In this embodiment, preprocessor 122 (FIG. 2) includes parsing means 131, graph generator means 132 and edge condition generator means 133 (FIG. 3A). Parsing statements is well-known to those skilled in the art. For example see, A. Aho, R. Sethi, and J. Ullman, *Compilers: Principles, Techniques and Tools*, Addison-Wesley, Reading, Mass. (1986). In one embodiment, a lexical analysis is first performed using a tool entitled "lex" which is a UNIX tool described in the book of A. Aho et al., which is incorporated herein by reference. After the lexical analysis, parsing is performed using a tool entitled "yacc" which is another UNIX tool described in the book of A. Aho et al., which is also incorporated herein by reference.

After parsing means 131 of preprocessor 122 parses a statement in description 110, the parsed statements are stored in a parse tree and symbol table (also described in Aho et al. (1986)). Parsing means 131 is not an essential aspect of this invention. Any parsing means may be used to generate the parse tree and symbol table. One embodiment of the parse tree and symbol table suitable for use with this invention is described in Aho et al. (1986), which is incorporated herein by reference. Hence, parsing means 131 processes user description 110 and generates a parse tree and symbol table having a format such as that given in Aho et al. (1986).

Using the parse tree and symbol table, graph generating means 132 constructs a control flow graph, as described more completely below. A graph is a collection of vertices, sometimes referred to herein as nodes, and edges. Vertices are objects that can have a name and other properties. An edge is a connection between two vertices. In general, as

12

described below, nodes are classified as operation nodes, split nodes, and join nodes. Edges in a control flow graph represent the flow of control between directive statements. In a control flow graph, a directive statement is represented by an operation node that has a single edge entering and a single edge leaving the node. Within the operation node is an assignment that corresponds to an operation specified by the user in a directive statement in description 110.

A flow control statement results in a more complex structure in the control flow graph than the directive statement. Typically, in the control flow graph, a split node associated with a flow control statement has one or more edges leaving the node. However, the precise representation depends upon the flow control statement. For example, in this embodiment, a GOTO statement may result in only an edge connecting two nodes. The important aspect is that a flow control node defines the condition or conditions whereby subsequent nodes in the control flow graph are accessed.

An example of a simple control flow graph is illustrated in FIG. 4. A data structure representing control flow graph 250 is created by graph generator means 132, typically in random access memory (RAM) of computer 116 (FIG. 1), for the statements in user description 110 (TABLE 1).

TABLE 1

| A Portion of a Typical User Description 110 |
|---|
| 301 | if ( C ) |
| 302 | B := P |
| 303 | if ( D ) |
| 304 | goto done |
| 305 | else |
| 306 | A := 1 |
| 307 | endif |
| 308 | else |
| 309 | B := 0 |
| 310 | endif |
| 311 | F := A + B |
| 312 | done: |

In this embodiment, when the argument of the "if" statement in TABLE 1 is true, the sequence of statements immediately following the "if" statement are processed. When the "else" statement is encountered, processing passes to the corresponding "endif" statement. Conversely, if the argument of the "if" statement is false, the sequence of statements following the "else" statement for that "if" statement are processed. Again, processing passes to the corresponding "endif" statement. In a control flow graph, the node at which the two branches of an "if" statement converge, i.e., the node corresponding to the "endif" statement, is a "join" node. In general, a join node is any node where two or paths in the control flow graph converge, but, as explained below, a join node may have only a single input edge in some cases.

Control flow graph 250 has nine nodes 201, 203, 205, 208, 210, 212, 214, 217 and 219 and twelve edges 200, 202, 204, 206, 207, 209, 211, 213, 215, 216, 218 and 220. Edge 200 is the source for control flow graph 250. Split node 201 represents flow control statement 301 of TABLE 1. Edge 202 connects node 201 to node 203. Node 203 represents directive statement 302 (TABLE 1) and is referred to as a directive node or an operation node. Edge 202 is traversed only if condition "C" is true. (Herein, variables within a flow control statement are referred to as conditions and not variables.) In FIG. 4, the letter(s) or the arithmetic constant that is adjacent to an edge represents the condition that must be satisfied to traverse that edge. A bar over a letter is used

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289287

5,680,318

| 13 | 14 |

to represent the "not" logic state of the condition represented by the letter. Similarly, two letters written side by side represent the logic "AND" function of the two conditions while two letters connected by a plus sign represents the logic "OR" function of the two conditions. This notation is used consistently to represent a condition associated with an edge of a control flow graph.

Edge 213, which is traversed when the condition "C" is not true, connects node 201 to node 214. Node 214 represents directive statement 309 (TABLE 1). Edge 204 connects node 203 to node 205. Split node 205 represents flow control statement 303 (TABLE 1). Edge 204 is traversed only if condition "C" is true. Edge 206 connects node 205 to join node 219. Edge 206 represents flow control statement 304 (TABLE 1) and is traversed only if both condition "C" and condition "D" are true.

Edge 207 connects split node 205 to operation node 208. Node 208 represents directive statement 306 (TABLE 1). Edge 207 is traversed when condition "C" is true and condition "D" is not true. Edge 209 connects node 208 and join node 210. The condition for traversal of edge 209 is the same as edge 207. Notice that join node 210 only has edge 209 into the node because the GOTO statement directed flow out of the "then" branch of the if statement. Edge 211 connects node 210 to join node 212 and edge 211 has the same condition for traversal of the edge as edge 209.

Edge 215 connects node 214 to join node 212. Edge 215 is traversed when condition "C" is not true. Edge 216 connects join node 212 to operation node 217. Node 217 represents directive statement 311 (TABLE 1). There are two paths to node 217. Node 217 is reached either if "C" is not true, or condition "C" is true and condition "D" is not true. Similarly, edge 218 that connects nodes 217 and 219 is reached either if condition "C" is not true, or condition "C" is true and condition "D" is not true. Node 219 is a join node that represents statement 312 (TABLE 1). Edge 220 from join node 219 is the sink for control flow graph 250.

There are several aspects of control flow graph 250 that are important. The condition for an edge leading into a directive node, e.g., node 203, and the condition from the directive node are the same. Hence, as described below, only the condition on the edge exiting a directive node is used. Also, in graph 250, each directive node contains only an assignment for a single variable, but in a more general case, one directive node may correspond to one or more directive statements.

Graph generator 132 (FIG. 3A) only creates control flow graph 250 (FIG. 4). The conditions associated with an edge of graph 250 are provided here to assist in associating statements 301 through 311 of TABLE 1 with graph 250, but, as described more completely below, these conditions are an important aspect of the invention.

While control flow graph 250 is a rather simple example, graph 250 illustrates one of the important features of this invention. Graph 250 does not consist of only series and parallel paths. Typically, in prior art control flow graphs, only series and parallel paths were permitted, i.e., the only permitted flow control statements were "if" statements or statements that could be represented in terms of "if" statements. In such prior art control flow graphs, the two branches of the "if" statement generated parallel paths while nodes and edges connecting the join node of one "if" statement to the head node of another "if" statement formed a series path. Within one side of a parallel path, multiple buried "if" statements were permitted, but a path from one "if" of the "if" statements to outside the "if" statement was not available.

Thus, such prior art control flow graphs could not be used to represent an edge such as edge 206, that represents the "GOTO" flow control statement. The embodiment of preprocessor 122 that allows the more general control flow graph 250 is a significant advance. Elimination of the parallel series restriction permits generation of more complex and useful control flow graphs, as described more completely below.

Condition generator 133 (FIG. 3A) within preprocessor 122 generates the condition under which a node in the control flow graph is reached. Specifically, in one embodiment, for each edge in the control flow graph exiting from a directive node, the conditions that must be satisfied to reach that edge in the graph are determined and assigned to the edge. The condition generated is an "activation condition" in one embodiment and a "mux condition" in another embodiment. The determination of these conditions by condition generator 133 is described more completely below. In FIG. 4, for example, the activation condition for edge 218 of control flow graph 250 is "(not C)+(C*(not D))". Herein, a "+" represents the logic OR function and a "*" represents the logic AND function. In FIG. 4, the activation condition is given next to each edge.

In another embodiment, a "mux condition" is determined for the edges in the control flow graph by condition generator 133 (FIG. 3A). The mux condition, as illustrated more completely below, has several advantages over activation conditions.

Condition generator 133 determines a mux condition for each edge 211, 215 feeding into join node 212 and for each edge 206, 218 feeding into join node 219. The mux condition for an edge is the boolean minimization of the activation condition for that edge with a don't care condition. The don't care condition is the NOT of the activation condition of the edge leaving the join node. (For a more general discussion of don't care conditions, see for example, R. K. Brayton, G. D. Hachtel, C. T. McMullen, and A. L. Sangiovanni, *Logic Minimization Algorithms for VLSI Synthesis*, Kluwer Academic Publishers, Hingham, Mass. (1984), which is incorporated herein by reference.)

For example, the mux condition for edge 211 into join node 212, is activation condition "C AND (not D)" minimized with the don't care condition, i.e., the NOT of activation condition "(not C) OR (C AND (not D)))" for edge 216 leaving join node 212, which is:

$$\text{not}((\text{not C}) \text{ OR } (C \text{ AND } (\text{not D}))) \qquad (2)$$

Boolean minimization of the mux condition for edge 211 results in the mux condition "C". (Herein, parenthesis are used as an aid in understanding the logic operations within the condition. Thus, "(not C)" and "not C" are the same value.) Note the mux condition is simpler than the activation condition for edge 211.

The mux condition for an edge is true only when the join node was reached via that edge. The mux condition for an edge may have any value if the join node is not reached. The freedom of the mux condition for an edge to take on any value when the join node is not reached distinguishes mux conditions from activation conditions. The activation condition for an edge is always false when the join node is not reached via that edge. Hence, the mux condition for an edge is simpler than the activation condition because a mux condition is not required to be false when the join node is not reached. The generation of the edge conditions in the control flow graph completes the operation of condition generator 133 and consequently the operation of preprocessor 122.

Logic circuit generator 124 (FIG. 2) converts the edge conditions (activation or mux conditions) and the nodes of

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.122

SNPS_00289288

5,680,318

15

the control flow graph into assignment conditions, as described more completely below, which are in turn used to generate a logic circuit that performs the operations that were specified by the user in description 110, i.e., the circuit generates the signals specified by the user.

Prior to considering the operation of logic circuit generator 124 in more detail, the specific hardware description means used with synthesizer 120 of this invention is described. Hardware description means 115 (FIG. 1) provides a means for expressing the possible logic function signals and the condition under which those logic function signals are obtained. In this embodiment, hardware description means 115 includes specifying logic variables which have a value of zero, one, "X" or "Z." A value of "X" for a variable means the user does not care about the logical value of that variable. A value of "Z" means the signal represented by the variable is in a high impedance state. Also, the user may specify logic input variables, i.e., logic input signals.

In addition to specification of values for variables, the user may specify the conditions under which a variable takes on a particular value. For example, in this embodiment, the user may specify either a predetermined condition that must be satisfied, or a logic condition. Thus, the user needs to know only the timing relationship between the signals or other conditions upon which generation of the signals depend. No knowledge concerning the operation of specific logic devices, such as latches or flip-flops, is required. Hence, unlike the prior art systems described above, which required specification of operation and connections for complex logic elements, synthesizer 120 of this invention generates logic network 130 from an operational description only and does not require specification of any hardware details in user description 110.

Logic circuit generator 124 (FIG. 3), using the edge activation conditions, or alternatively the mux conditions, and information associated with the nodes of the control flow graph converts the control flow graph into a logic circuit. In one embodiment, logic circuit generator 124 first determines assignment conditions, as described more completely below, for each variable assigned a value in the control flow graph. The assignment conditions in conjunction with a set of hardware description functions, also described more completely below, are subsequently used to generate logic network 130 (FIG. 1) which provides the signals represented by the logic variables in the control flow graph.

More specifically, assignment condition generator 124A (FIG. 3B) uses the conditions from condition generator 133 and the control flow graph from graph generator 132 to generate an assignment condition matrix. Each row of the matrix is a set of assignment conditions for a variable that is assigned a value in user description 110.

Hardware generator 124B generates a logic circuit for each row of the assignment condition matrix. In one embodiment, hardware generator 124B first boolean minimizes the set of assignment conditions and then generates the logic circuit for the optimized set of assignment conditions. Thus, logic network 130 includes one or more logic circuits. The logic circuits are interconnected as required by the assignment conditions to form logic network 130.

Logic circuit generator 124 uses a set of hardware description functions that represent specific operations that are implemented with specific hardware. Thus, rather than requiring the user (i) to understand the operation of hardware and (ii) to provide a specific description of that hardware in description 110, logic circuit generator 124, in

16

this embodiment, determines an assignment condition for each variable and each of the functions in the set of hardware description functions. An "assignment condition" is the condition under which the hardware description function is true for a particular variable.

Herein, the notation "F( )" represents hardware description function "F" and the notation "F(v)" represents the assignment condition for the hardware description function "F" and variable "v". In one embodiment, the hardware description functions (HDFs) are characterized as either synchronous or asynchronous functions. Synchronous HDFs apply to assignments made to variables only on clock edges. Asynchronous HDFs apply to all other assignments made to variables. In this embodiment, six different HDFs are used.

Asynchronous load function AL( ) tells the condition under which a variable has been asynchronously assigned any value. Asynchronous data function AD( ) tells the condition under which a variable has been asynchronously assigned the value one. Herein, logic one, one, and "1" are used interchangeably to represent the logic state "TRUE". Similarly, logic zero, zero, and "0" are used interchangeably to represent the logic state "FALSE".

Don't care function DC( ) tells the condition under which a variable has been assigned the value "X". Assigning the value "X" to a variable means that the variable may be assigned either a logic one or logic zero value. Thus, function DC( ) tells the condition where the value of a variable; i.e., the signal level is not important.

High-impedance function Z( ) tells the condition under which a variable has been assigned the value "Z". Assigning the value "Z" to a variable means that the variable is to take on a high impedance value. Thus, function Z( ) tells the conditions where the value of a variable is high impedance. In another embodiment, high-impedance function Z( ) is replaced by an asynchronous high impedance function AZ( ) and synchronous high impedance function SZ( ).

In this embodiment, the values of functions AD( ), and Z( ) are only important when function AL( ) is TRUE. Thus, functions AD( ), and Z( ) are preferably boolean minimized with "not function AL( )" as a don't care condition, as described more completely below.

Synchronous load function SL( ) tells the condition under which a variable has been assigned any value on a clock edge. Synchronous data function SD( ) tells the condition under which a variable has been assigned the value one on a clock edge. In this embodiment, the value of function SD( ) is only important when function SL( ) is TRUE. Thus, function SD( ) is preferably boolean minimized with "not function SL( )" as a don't care condition, as described more completely below.

The specific names of the hardware description functions are not important. Rather, the important aspect is to define a set of functions that represent all variable types that the user may specify, and the conditions under which a particular variable type takes on a particular value. In other embodiments, additional functions may be defined, or alternatively, subsets of the functions described above may be used.

Herein, a positive clock edge is associated with synchronous functions SL( ) and SD( ). However, the use of a positive clock edge for the synchronous functions is illustrative only of the principles of this invention and is not intended to limit the invention to only such a clock edge. As is known to those skilled in the art, a wide variety of clock edges are used in combinational logic networks. Synchronous functions SL( ) and SD( ) in logic circuit generator 124 (FIG. 3B) are applicable, in general, for any of the wide

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289289

5,680,318

17

variety of clock edges. In view of this disclosure, the use of another clock edge will be apparent to those skilled in the art.

The generation of assignment conditions using the edge conditions (either "mux conditions" or "activation conditions" ) and the nodes of the control flow graph corresponding to the directive statements is described more completely below in terms of specific examples. Each hardware description function is a boolean expression that may have a logic zero, a logic one, or some combination o logic values from a circuit.

In this embodiment, logic circuit generator 124, in particular, assignment condition generator 124A, creates an assignment condition matrix that is subsequently used in the generation of logic network 130 by hardware generator 124B. Each column of the matrix represents one hardware description function. Thus, in this embodiment, the matrix has six columns. Each row of the assignment condition matrix represents one of the variables that are assigned a value in description 110 (FIG. 2), i.e., a signal that is specified by the user. The entries in a row are the assignment conditions for that variable and are used to generate logic circuit elements that generate the output signal for that variable. Hence, logic circuit elements are generated for each row of the assignment condition matrix. The logic circuit elements for each row and related rows are interconnected as necessary by hardware generator 124B.

The function of the assignment condition matrix is more clearly illustrated by first considering the method used by logic circuit generator 124 to determine the assignment conditions for each of the hardware description functions and then considering the interpretation of the possible permutations and combinations of assignment conditions within a row of the matrix. The generation of assignment conditions using activation conditions is considered first and then the generation of assignment conditions using mux conditions is described.

For high impedance function Z( ), assignment condition Z(v) is the logical OR function of all the activation conditions under which variable v is assigned high impedance value "Z". If variable v is never assigned value "Z", assignment condition Z(v) is zero. For example, consider a node 251 (FIG. 5A) in the control flow graph which specifies Q:="Z" and activation condition "1" for edge 252 leaving node 251. Since for the purposes of this example this is the only node in the control flow graph that assigns the high impedance state to the variable Q, the logic OR function of the activation conditions is just "1" so assignment condition Z(Q) is "1".

For don't care function DC( ), assignment condition DC(v) is also the logic OR function of all the activation conditions that result in variable v being assigned don't care value "X". If variable v is never assigned value "X", assignment condition DC(v) is zero. For this example, there is only one node 255 (FIG. 5B) in the control flow graph which specifies Q :="X" and the activation condition for edge 256 exiting that node is "1". Thus, the logic OR function of all the activation conditions is "1" so that assignment condition DC(Q) is "1".

For asynchronous load function AL( ), the assignment condition for a variable is the logic OR function of the activation conditions for all edges exiting from directive nodes in the control flow graph where that variable is asynchronously assigned a value.

Consider the following user instructions (TABLE 2), which are illustrated in FIG. 6A as a control flow graph 300-A.

18

TABLE 2

| An Example of User Description 110 |
| --- |
| if ( COND ) |
| Q := 0 |
| else |
| endif. |

The activation condition for edge 304-A from directive node 303-A is "COND". Since this is the only nodn in which variable Q is assigned a value, assignment condition AL(Q) for function AL( ) is also "COND."

The operation of asynchronous data function AD( ) is more complex than the operation of asynchronous load function AL( ). A logic variable Q may asynchronously take on a logic zero value, e.g., Q:=0, a logic one value, e.g., Q:=1, or an unknown logic value, e.g., Q:=B, where B is another user defined logic variable, input variable, or a logic expression.

In general, assignment condition AD(v) for variable v is the logic OR function of all conditions under which variable v was assigned a logic one value. Notice that in contrast to the definition of assignment condition AL(v), the assignment condition AD(v) is not limited to just activation conditions. When the variable is simply assigned the constant logic one value, the activation condition is the condition used in evaluation of the logical OR function. When variable v is assigned a constant logic zero value, the condition used in evaluation of the logic OR function is a logic zero. When variable v is assigned a specific but unknown logic value, the condition used in the logic OR function is equal to the logic AND function of the activation condition where variable v was assigned that value with the unknown value assigned to variable v. Hence, the condition used in evaluation of the logic OR function may be more complex than just the activation condition.

To demonstrate the generation of rows in the assignment condition matrix for asynchronous functions AL( ) and AD( ), consider the following user instructions (TABLE 3), which are illustrated in FIG. 7A as control flow graph 330-A.

TABLE 3

| An Example of User Description 110 |
| --- |
| if ( COND1 ) |
| P := 1 |
| else |
| P := 0 |
| endif. |
| if ( COND2 ) |
| Q := B |
| else |
| endif. |

The activation condition of edge 313-A from node 312-A where variable P is assigned the value "1" is "COND1". The activation condition of edge 317-A from node 316-A where variable P is assigned the value "0" is "not COND1". Thus, using the above rules for the assignment conditions, assignment condition AL(P) for function AL( ) is the logic OR function of all the activation conditions from all the directive nodes where variable P is assigned a value, i.e. nodes 312-A and 316-A. The logic OR function is:

$$COND1 + \overline{COND1} = 1 \qquad (3)$$

Therefore, assignment condition AL(P) for function AL( ) is "1." The assignment condition AD(P) for function AD( ) is

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289290

5,680,318

19

the logic OR function of the conditions under which variable P is asynchronously assigned the value of "1", i.e., node 312-A. Thus, assignment condition AD(P) for function AD( ) is "COND1". Therefore, the row in the assignment condition matrix for variable P is as shown in TABLE 4 below.

Again, the same rules are used to determine assignment conditions AL(Q) and AD(Q). The activation condition for edge 322-A from node 321-A where variable Q is asynchronously assigned a value is "COND2". Thus, variable Q is asynchronously loaded if activation condition "COND2" is true. Since in this example, node 321-A is the only directive node where variable Q is assigned a value, assignment condition AL(Q) for asynchronous load function AL( ) is "COND2". Therefore, the entry in the assignment condition matrix in row Q and column AL( ) is "COND2".

At node 321-A, variable Q is driven to a logic one value only if variable B has the value "1". Thus, the two step process is used to determine the assignment condition for function A(Q). The condition under which variable Q is assigned a logic one value is the logical AND of the value of variable B (i.e., the value assigned to variable Q) and COND2 (the activation condition for the assignment), i.e., the condition is "B*COND2". The assignment condition AD(Q) is the logic OR function of all conditions under which variable Q was assigned a logic one value. Since there is only one condition, assignment condition AD(Q) is "B*COND2".

TABLE 4

| Variable | Assignment Conditions | | | | | | |
|---|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) | |
| P | 1 | COND1 | 0 | 0 | 0 | 0 | |
| Q | COND2 | COND2*B | 0 | 0 | 0 | 0 | |

The assignment conditions for synchronous load function SL( ) and synchronous function SD( ) are analogous to the asynchronous functions described above. For synchronous load function SL( ), assignment condition SL(v) is the logical OR function of the activation conditions for all edges exiting from nodes of the control flow graph (i) where variable v is assigned a value and (ii) where the activation condition includes a clock edge. In the assignment conditions for the synchronous functions, the variable representing the clock edge (see "pos_e" below) is replaced with a logic one.

Consider the following user instructions, which are illustrated in FIG. 6B as control flow graph 300-S.

TABLE 5

An Example of User Description 110

```
if ( positive_edge(CLOCK) )
    Q := 0
else
endif.
```

The activation condition for edge 304-S from node 303-S is "positive_edge(CLOCK)." (In the Figures and herein, "positive_edge(CLOCK)" is also represented by "pos_e".) Since this is the only node in which variable Q is assigned a value where the activation condition contains a clock edge, the assignment condition is for function SL(Q) is "1".

The operation of synchronous data function SD( ) is more complex than the operation of synchronous load function SL( ). On a clock edge, a logic variable Q may synchro-

20

nously take on a logic zero value, e.g., Q:=0, a logic one value, e.g., Q:=1, or an unknown logic value, e.g., Q:=B, where B is another user defined logic variable, input variable, or logic expression.

Assignment condition SD(v) for variable v is the logic OR function of all conditions under which variable v was assigned a logic one value and the activation condition includes a clock edge. Notice that in contrast to the definition of assignment condition SL(v), assignment condition SD(v) is not limited to just the logic OR function of activation conditions. When variable v is simply assigned the constant logic one value on a clock edge, the activation condition is the condition used in evaluation of the logical OR function. When variable v is assigned a constant logic zero value on a clock edge, the condition used in evaluation of the logic OR function is a logic zero. When variable v is assigned a specified but unknown logic value on a clock edge, the condition used in the logic OR function is equal to the logical AND function of the activation conditions where variable v was assigned with the unknown value assigned to variable v. Hence, the conditions used in evaluation of the logic OR function may be more complex than just the activation condition.

To demonstrate the generation of rows in the assignment condition matrix for synchronous functions SL( ) and SD( ) consider the following user instructions (TABLE 6), which are illustrated in FIG. 7B as control flow graph 330-S.

TABLE 6

An Example of User Description 110

```
if ( positive_edge(CLOCK) )
    if (COND1)
        B := 1
    else
        B := 0
    endif
    if (COND2)
        Q := B
    else
    endif.
else
endif.
```

The activation condition of edge 313-S from node 312-S where variable B is assigned the value "1" is "COND1*positive_edge(CLOCK)". The activation condition of edge 317-S from node 316-S where variable B is assigned the value "0" is "(not COND1)*positive_edge (CLOCK)."

Thus, using the above rules for the assignment conditions, assignment condition SL(B) for function SL( ) is the logic OR function of all the activation conditions from all the directive nodes where variable P is assigned a value on a clock edge, i.e. node 312-S and 316-S. The logic OR function is just "COND1.positive_edge(CLOCK)+(not COND1)*positive_edge (CLOCK)" but by definition for a synchronous function "positive_edge(CLOCK)" equals "1" because a synchronous function takes on a non-zero value only under this condition. Therefore, assignment condition SL(B) for function SL( ) is "(not COND1)+COND1" which is "1". Assignment condition SD(B) for function SD( ) is the logic OR function of the conditions under which variable B is synchronously assigned the value of "1", i.e. node 312-S. Thus, assignment condition SD(B) for function SD( ) is "COND1", the activation condition for edge 312-S. Therefore, the row in the gnment condition matrix for variable B is as shown in TABLE 7 below.

Again, the same rules are used to determine the assignment conditions for variable Q and synchronous functions

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289291

5,680,318

**21**

SL( ) and SD( ). The activation condition for edge 322-S from node 321-S where variable Q is synchronously assigned a value is "COND2*positive_ edge(CLOCK)". Thus, variable Q is synchronously loaded on a clock edge. Since in this example, node 321-S is the only directive node where variable Q is assigned a value on a clock edge, assignment condition SL(Q) for asynchronous load functions SL( ) is "COND2 " because, as described above, "positive_edge(CLOCK)" is replaced with a logic one. Therefore, the entry in the assignment condition matrix in row Q and columns SL( ) is "COND2".

At node 321-S, variable Q is driven to a logic one value on the clock edge only if variable B has the value "1". Thus, the two step process is used to determine the assignment condition SD(Q) for function SD( ). The condition where variable Q is assigned a logic one value is the logical AND of the value assigned to variable B and the activation condition "COND2*pos_e" for that assignment, i.e., the activation condition for edge 322-S so that the condition is "B*(COND2*pos_e)". Assignment condition SD(Q) is the logical OR function of all conditions under which variable Q takes on a logic one value on a clock edge with the clock edge replaced by a logic one. Since there is only one such condition in control flow graph 330-S, assignment condition SD(Q) is "B*COND2".

**TABLE 7**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| B | 0 | 0 | 1 | COND1 | 0 | 0 |
| Q | 0 | 0 | COND2 | COND2*B | 0 | 0 |

The previous examples were simple examples that demonstrated generation of entries in the assignment condition matrix by assignment condition generator 124A. The next step is generation of a logic circuit for each row of the assignment condition matrix. Specifically, the following examples demonstrate the possible combinations within a row of the assignment condition matrix and the hardware that is generated for that row by logic circuit generator 124 (FIG. 2). Each example illustrates a set of predetermined assignment conditions that are used by hardware generator 124B to create specific logic elements. Hence, whenever hardware generator 124B encounters the predetermined assignment conditions, the logic elements described are created.

With respect to function AL( ), consider a variable Q and the assignment condition matrix row given in TABLE 9 for variable Q. TABLE 9 is associated with the following user description (TABLE 8):

**TABLE 8**

| An Example of User Description 110 |
|---|
| If( COND ) |
| Q := D |
| else |
| endif |

"COND" is a condition.

**22**

**TABLE 9**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | COND | COND*D | 0 | 0 | 0 | 0 |

For asynchronous load function AL( ), variable Q must retain the assigned value until a subsequent assignment occurs. The operation of the asynchronous load function AL( ) is just the operation of a flow through latch where the assignment condition AD(Q) is the signal on the latch data input line and the value of the variable Q is the signal on the latch output line. The flow through latch is gated with assignment condition AL(Q). Thus, if assignment condition AL(Q) is "1", the input signal is transferred directly to the output line of the latch. If assignment condition AL(Q) has an unknown value, the input signal is transferred to the output line only when the assignment condition is true, i.e., takes on a logic one value.

Logic circuit 350 (FIG. 8A) generates the signals specified by user description 110 as defined in TABLE 8 above. Specifically, AND gate 340 has a first input signal that is the value assigned to variable D and a second input signal that is activation condition "COND." Output signal "D*COND" of AND gate 340 is activation condition AD(Q) and is the signal on data input line 342-D of latch 342. Activation condition "COND" is also the signal on gate terminal 342-G of latch 342. The signal on the output line 342 is the value of variable Q. While circuit 350 provides the operation specified by the user description, circuit 350 may be improved.

Latch 342 does not use the value on data input line 342-D whenever the signal on gate terminal 342-G is zero. Thus, the logic circuit created by hardware generator 124B to generate assignment condition AD(Q) for the data input line 342-D is, in one embodiment, boolean minimized with "not assignment condition AL(Q)" as a don't care condition. When assignment condition AD(Q), which is "COND*D" is boolean minimized with a don't care of "not COND," the function "D" is the result. Circuit 350-1 (FIG. 8B) is an improved result because fewer logic elements are required to produce the results specified by the user description in TABLE 8. Hence, circuit 350-1 is created by hardware generator 124B for the row in TABLE 9.

Thus, in more general terms, for a row in the assignment condition matrix for a variable v with assignment conditions AL(v) and AD(v), the logic circuit generated for these assignment conditions by hardware generator 124B is the boolean minimization of assignment condition AD(v) with the don't care condition of "not assignment condition AL(v) ." If the value of boolean minimized assignment condition AD(v) is a boolean constant, the logic circuit is further simplified from that described above.

Consider the following user description (TABLE 10).

**TABLE 10**

| An Example of user Description 110 |
|---|
| if(COND) |
| Q = 1 |
| else |
| endif |

The row of the assignment condition matrix for variable Q is given in TABLE 11.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.126

SNPS_00289292

5,680,318

23

#### TABLE 11

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q | COND | COND*1 | 0 | 0 | 0 | 0 |

Boolean minimization of assignment condition AD(Q), i.e., "COND*1" with the don't care condition of "not assignment condition AL(Q)", i.e., "not COND" gives an assignment condition AD(Q) of "1". The logic circuit generated to produce the signal represented by the value of variable Q (TABLE 11) is a wire 339 (FIG. 8C).

If the value of assignment condition AL(v) for variable v is a boolean constant, the generated logic circuit is simplified in comparison to that described above for FIG. 8B. If the value of assignment condition AL(V) is 0, no hardware is generated because variable v was never asynchronously assigned a value. If the value of assignment condition AL(v) is "1", the value of variable v is simply assignment condition AD(v) so that again a latch is not needed. Therefore, hardware is built to generate assignment condition AD(v). Consider the following user description (TABLE 12).

#### TABLE 12

| An Example of User Description 110 |
|---|
| if(COND) |
| Q := D |
| else |
| Q := E |
| endif |

The row of the assignment condition matrix for variable Q is given in TABLE 13.

#### TABLE 13

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q | 1 | D*COND + E*COND | 0 | 0 | 0 | 0 |

Since the value of variable Q is simply assignment condition AD(Q), a logic circuit 351 consisting of the logic nodes required to generate the signal represented by assignment condition AD(Q) is built as shown in FIG. 8D. AND gate 340-1, in response to signals "D" and "COND," feeds OR gate 341 a first input signal "D*COND." Similarly, AND gate 340-2, in response to signals "E" and "not COND," feeds OR gate 341 a second input signal "E*(not COND)." Hence, the output signal Q of OR gate 341 is just activation condition AD(Q).

With respect to function Z(v), again consider variable Q and the assignment condition matrix row given in TABLE 15 for variable Q. TABLE 15 is associated with the following user description (TABLE 14):

#### TABLE 14

| An Example of User Description 110 |
|---|
| If ( COND ) |
| Q := "Z" |
| else |
| Q := b + c |
| endif |

Thus, characters b and c represent logic variables and string "COND" is a condition.

24

#### TABLE 15

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q | 1 | (b+c)*COND | 0 | 0 | 0 | COND |

In general for a row of the assignment condition matrix for variable v where assignment condition Z(v) is not zero and asynchronous load assignment condition AL(v) is one, a three-state driver is generated by logic circuit generator 124. The data input line of the three-state driver is connected to assignment condition AD(v), the enable input line of the three-state driver is connect to the inverse of assignment condition Z(v). The value of variable v is the signal on the three-state driver's output line.

In one embodiment, logic circuit 352 (FIG. 9A) is generated by logic circuit generator 124 for the row of the assignment condition matrix shown in TABLE 15. Since the value of assignment condition AL(Q) is "1", the value of variable Q is simply assignment condition AD(v) so that hardware is built to generate assignment condition AD(v). Specifically, OR gate 341, in response to input signals b and c, generates an output signal "b+c" which is a first input signal to AND gate 340. Output signal "not COND" from inverter 346 is a second input signal to AND gate 340. Thus, the output signal from AND gate 340 is assignment condition AD(Q). Further, since assignment condition Z(Q) is not zero, and asynchronous load assignment condition AL(Q) is one, a three-state driver 343 is generated by logic circuit generator 124. The data input line of the three-state driver 343 is connected to assignment condition AD(Q), which is the output signal of AND gate 340. Output signal "not COND" from inverter 346 also drives the enable input line of the three-state driver 343.

Thus, circuit 352 corresponds to the user description in TABLE 14 which was used to generate the row of the assignment condition matrix in TABLE 15. However, circuit 352 may be improved. A three-state hardware element does not use the value on its data input line whenever the signal on its enable input line is zero. Thus, the hardware generated to produce the signal on the data input line of three-state element 343, i.e., assignment condition AD(Q), is boolean minimized with assignment condition Z(Q) as a don't care condition by hardware generator 124B. Thus, when assignment condition AD(Q), i.e., "(not COND)*(b+c)" is boolean minimized with a don't care of assignment condition Z(Q), i.e., "COND," function "b+c" is the result. Circuit 352-1 (FIG. 9B) is the improved result that is preferably created by hardware generator 124B.

Thus, in one embodiment, when a row of the assignment condition matrix for variable v has assignment condition Z(v) and assignment condition AB(v) that are not zero, assignment condition AD(v) is boolean minimized with assignment condition Z(v) as a don't care condition. A logic circuit is created by hardware generator 124B to generate the function that results from the boolean minimization, i.e., a new assignment condition AD(v), and the signal generated by that circuit drives the data input line of a three-state element. The "not" of assignment condition Z(v) drives the enable input line of the three-state element and the signal on the output line of the three-state element is the value of variable v. Since in this embodiment function Z( ) is asynchronously driven, function Z( ) is in fact an asynchronous high impedance function AZ( ).

As explained above, when a row of the assignment condition matrix for variable v has a non-constant asynchro-

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289293

5,680,318

25

nous data assignment condition AD(v) and a non-constant asynchronous load assignment condition AL(v), logic circuit generator 124 creates a latch with asynchronous data assignment condition AD(v) on the latch data input line and asynchronous load assignment condition AL(v) on the latch gate line. When a row of the assignment condition matrix for variable v has non-constant values for asynchronous data assignment condition AD(v), asynchronous load assignment condition AL(v) and high impedance assignment condition Z(v), two latches are required. The first latch is configured the same as when assignment condition Z(v) has a logic zero value. The output of the first latch drives the data input line of a three-state element. The data input line of the second latch is driven by assignment condition Z(v) and the gate input line of the second latch is driven by assignment condition AL(v). The output line of the second latch drives an inverter which in turn drives the date enable line of the three- state element. To illustrate this example more completely, consider the user description in TABLE 16.

TABLE 16

| An Example of a User Description 110 |
|---|
| if(COND_1) |
| if(COND) |
| Q := "Z" |
| else |
| Q := b + c |
| endif |
| else |
| endif |

The row of the assignment condition matrix for variable Q is presented in TABLE 17.

TABLE 17

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q | COND₁ | COND₁* COND* (b+c) | 0 | 0 | 0 | COND_1* COND |

In one embodiment, logic circuit 353 (FIG. 10A) is created by logic circuit generator 124 for the row of the assignment condition matrix shown in TABLE 15. Specifically, logic circuit 353 has the value of assignment condition AD(Q) connected to the input line of latch 342-1. The gate line of latch 342-1 is driven by the value of assignment condition AL(Q). The input line of three-state driver 343 is driven by the output signal of latch 342-1. The data enable line of three-state driver 343 is driven by the inverted output signal of latch 342-2. The input line of latch 342-2 is connected to the value of assignment condition Z(Q). The gate line of latch 342-2 is connected to the value of assignment condition AL(Q), i.e., "COND_1." Again, logic circuit 353 is a literal representation of the user description in TABLE 16.

However, as explained above, for a row of assignment condition matrix for variable Q with assignment conditions AL(Q) and AD(Q), the logic circuit generated for these assignment conditions is preferably the boolean minimization of assignment condition AD(Q) with the don't care condition of "not assignment condition AL(Q)." Also as explained above, when a row of the assignment condition

26

matrix for variable Q where assignment condition Z(Q) and assignment condition AD(Q) are not zero, assignment condition AD(Q) is boolean minimized with assignment condition Z(Q) as a don't care condition.

Thus, assignment condition AD(Q) (TABLE 17) is boolean minimized with "(not assignment condition AL(Q)+ assignment condition Z(Q))" as a don't care condition. Specifically, the don't care condition "(not COND_1)+ (COND_1*COND)" is used to generate assignment condition AD(Q)', i.e. "b+c".

As described above, the data input line of second latch 342-2 is driven by assignment condition Z(Q) and gate input line 342-G of latch 342-2 is driven by assignment condition AL(Q) and preferably assignment condition Z(Q) is boolean minimized with the not of assignment condition AL(Q) as a don't care condition. The minimization gives an assignment condition Z(Q)' of "COND". Hence, after minimization the row for variable Q in the assignment condition matrix is as shown in TABLE 18.

TABLE 18

| Variable | Assignment Conditions | | | | |
|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) SD ( ) | DC ( ) | Z ( ) |
| Q | COND_1 | b + c | 0   0 | 0 | COND |

Logic circuit 353-1 (FIG. 10B) is created by logic circuit generator 124 for the row of the assignment condition matrix shown in TABLE 18. Specifically, logic circuit 353-1 has the value of assignment condition AD(Q) (TABLE 18) connected to the input line of latch 342-1. The gate line of latch 342-1 is driven by the value of assignment condition AL(Q) (TABLE 18). The input line of three-state driver 343 is driven by the output signal of latch 342-1. The data enable line of three-state driver 343 is driven by the inverted output signal of latch 342-2. The input line of latch 342-2 is connected to the value of assignment condition Z(Q) (TABLE 18). The gate line of latch 342-2 is connected to the value of assignment condition AL(Q), i.e., "COND_1."

Comparison of FIGS. 10A and 10B shows that the boolean minimization has eliminated three logic nodes from circuit 353. Hence, as previously described, assignment conditions Z(v) and AD(v) for variable v are preferably boolean minimized with the not of assignment condition AL(v) whenever assignment condition AL(v) is other than a logic one. Assignment condition AD(v) is also boolean minimized with assignment condition Z(v) as a don't care condition.

With respect to function DC(v), again consider variable Q and the assignment condition matrix row given in TABLE 20 for variable Q. TABLE 20 is associated with the user description in TABLE 19.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289294

5,680,318

<table>
<tr><td>27</td><td>28</td></tr>
</table>

**27**

**TABLE 19**

| An Example of User Description 110 |
|---|
| If ( COND ) |
|     Q := "X" |
| else |
|     Q := b + c |
| endif |

Characters b and c represent logic variables and string "COND" is a condition.

**TABLE 20**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q | 1 | (b+c)* COND | 0 | 0 | COND | 0 |

In this case, the hardware generated for variable Q is assignment condition AD(Q) optimized with assignment condition DC(Q) as a "don't care." Specifically, in one embodiment, a Karnaugh map, such as the one shown in TABLE 21, is used for the optimization.

**TABLE 21**

| A Simple Karnaugh Optimization for Don't Care | | | | |
|---|---|---|---|---|
| | | BC | | |
| COND | 00 | 01 | 11 | 10 |
| 0 | 0 | 1 | 1 | 1 |
| 1 | d | d | d | d |

The Karnaugh map shows that the optimization is just "b+c". Hence, as shown in FIG. 11, the hardware generated is simply OR gate 341 with input signals b and c and output signal Q.

Other combinations of assignment conditions in a row of the assignment condition matrix for variable v where assignment conditions AL(v), AD(v), Z(v), and DC(v) are all non-zero and not a constant are possible. However, the hardware generated by logic circuit generator 124 follows directly from the above description. Assignment condition Z(v) is boolean minimized with the not of assignment condition AL(v) as a don't care condition to obtain assignment condition Z(v)'. Assignment condition AD(v) is boolean minimized with the logic OR function of (i) the not of assignment condition AL(v) as a don't care condition, (ii) assignment condition Z(v) as a don't care condition and (iii) assignment condition DC(v) to yield assignment condition AD(v)'. The resulting row of the assignment condition matrix for variable v includes assignment conditions AL(v), AD(v)', DC(v)' and Z(v)'. Logic circuit generator 124 generates a logic network for this resulting row as described above.

The other possible entries in a row of the assignment condition matrix include one of the synchronous hardware description functions. In general, for a row in the assignment condition matrix where assignment condition SL(v) is a logic one, assignment condition AL(v) is a logic zero, and assignment condition SD(v) is non-zero, a D-type flip-flop is built for variable v by hardware generator 124B. Assignment condition SD(v) is applied to the input line of the flip-flop and the clock edge is applied to the clock input terminal. The signal on the flip-flop output line is the value of the variable v.

With respect to function SD( ), again consider variable Q and the assignment condition matrix row given in TABLE 23 for variable Q for the user description in TABLE 22:

**TABLE 22**

| An Example of User Description 110 |
|---|
| If ( positive_edge(CLOCK) ) |
|     Q := b + c |
| else |
| endif |

Thus, characters b and c represent logic variables. As described above, the condition "positive_edge(CLOCK)" requires a synchronous function.

**TABLE 23**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q | 0 | 0 | 1 | b+c | 0 | 0 |

When assignment condition AL(Q) is a logic zero and assignment condition SL(Q) is a logic one, the hardware generated for variable Q (TABLE 23) is a D-type flip-flop 344 (FIG. 12) and an OR gate 341. Signals b and c drive OR gate 341 which in turn drives the input line of D-type flip-flop 344. Clock terminal 344-CL of flip-flop 344 is driven by the clock signal, in this embodiment a positive clock edge, associated with the synchronous functions. The conditions in TABLE 23 are the simplest synchronous conditions. Other possible conditions are when either the asynchronous load assignment condition is non-zero or synchronous load assignment condition is not a logic one.

With respect to function SL( ), consider a variable Q and the assignment condition matrix row given in TABLE 25 for variable Q for the user description in TABLE 24:

**TABLE 24**

| An Example of User Description 110 |
|---|
| If ( positive_edge(CLOCK)) |
|     if ( COND ) |
|         Q := b + c |
|     else |
|     endif |
| else |
| endif |

Characters b and c represent logic variables and string "COND" is a condition.

**TABLE 25**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q | 0 | 0 | COND | (b+c)* COND | 0 | 0 |

As described above, the logic circuit created to generate the value of variable Q with assignment condition SL(Q) is a D-type flip-flop 344 (FIG. 13). However, when assignment condition SL(Q) is not a constant, a multiplexer is added to the logic circuit. For variable Q, a feedback multiplexer 345 is added because in this case, signal b+c, i.e., the output signal of OR gate 341, is not passed to flip-flop 344 on the positive clock edge unless condition "COND" is true. Thus,

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.129

SNPS_00289295

5,680,318

29 30

signal b+c drives a first input terminal of multiplexer 345. The second input terminal of multiplexer 345 is tied to the D-type flip-flop 344 output line. The signal selection terminal of multiplexer 345 is driven by signal "COND". Multiplexer is configured so that signal b+c is selected when signal "COND" is false. When signal "COND" is true, output signal Q is gated through flip-flop 344 by a positive clock edge. Thus, when assignment condition SL(Q) is not a constant, the multiplexer is controlled by assignment condition SL(Q) so that only when assignment condition SL(Q) is true on a clock edge the value on the flip-flop output line is assignment condition SD(Q). For all other clock edges, the value on the flip-flop output line stays at the value of variable Q.

As explained above, when a row of the assignment condition matrix for variable v has a logic one synchronous load assignment condition SL(v), logic circuit generator 124 creates a flip-flop with synchronous data assignment condition SD(v) on the flip-flop data input line and the clock edge on the flip-flop clock terminal. When a row of the assignment condition matrix for variable v has a logic one value for synchronous load assignment condition SL(v) and high impedance assignment condition Z(v) is non-constant, two flip-flops are required. The first flip-flop is configured the same as when assignment condition Z(v) has a logic zero value. The output signal of the first flip-flop drives the data input line of a three-state element. The data input line of the second flip-flop is driven by assignment condition Z(v) and the clock terminal of the second flip-flop is driven by the clock edge. The output line of the second flip-flop drives an invertor which in turn drives the data enable line of the three-state element. In this case, high impedance function Z( ) is in fact synchronous high impedance function SZ( ) because the function takes on a value only on a clock edge.

To illustrate this example more completely, consider the user description in TABLE 26 which is the basis of the row of the assignment condition matrix illustrated in TABLE 27.

### TABLE 26

| An Example of User Description 110 |
| --- |
| If ( positive_edge(CLOCK)) |
|    If ( COND ) |
|       Q := "Z" |
|    else |
|       Q := b + c |
|    endif |
|    else |
|    endif. |

Again, characters b and c represent logic variables and string "COND" is a condition.

### TABLE 27

| Variable | Assignment Conditions | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | AL ( ) | AD ( ) | | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q | 0 | 0 | | 1 | (b+c)* COND | 0 | COND |

As described above, when assignment condition SL(Q) is non-zero, a first flip-flop 344-1 (FIG. 14A) is built, as described above, so that assignment condition SD(Q) drives the input terminal of flip-flop 344-1. Similarly, since the assignment condition Z(Q) is non-zero and driven on a clock edge, the output signal of flip-flop 344-1 drives a three-state element 343. Also, an additional flip-flop 344-2 is required to generate the three-state enable signal. The data input line

of flip-flop 344-2 is driven by assignment condition Z(Q). The clock input line of flip-flop 344-2 is connected to the clock signal associated with the synchronous function, and the inverted output signal of flip-flop 344-2 drives the enable line of three-state driver 343. Logic circuit 357 performs the operations specified by the user description in TABLE 27. However, logic circuit. 357 may be further optimized.

In a matter analogous to the asynchronous functions described above, assignment condition SD(Q) is boolean minimized with assignment condition Z(Q) as a don't care condition. This optimization results in the assignment condition SD(Q)' becoming "b+c." For the optimized assignment condition, logic circuit generator 124 produces logic circuit 357-1 (FIG. 14B).

With respect to function DC(v), again consider variable Q and the assignment condition matrix row given in TABLE 29 for variable Q as defined in the user description of TABLE 28:

### TABLE 28

| An Example of User Description 110 |
| --- |
| If ( positive_edge(CLOCK)) |
|    If ( COND ) |
|       Q := "X" |
|    else |
|       Q := b + c |
|    endif |
|    else |
|    endif. |

### TABLE 29

| Variable | Assignment Conditions | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | AL ( ) | AD ( ) | | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q | 0 | 0 | | 1 | (b+c)* COND | COND | 0 |

Again in a manner similar to the asynchronous functions described above, assignment condition SD(Q) is optimized with assignment condition DC(Q) as a don't care condition. The result of the optimization is that assignment condition SD(Q) is "b+c". Thus, the logic circuit generated for the row of the assignment condition matrix in TABLE 29 is illustrated in FIG. 15. Since the circuit in FIG. 15 is the same as circuit 355 in FIG. 12, the description of FIG. 12 is incorporated herein by reference.

The previous examples demonstrated building logic circuits based upon a row in the assignment condition matrix that included either only synchronous or only asynchronous functions coupled with the don't care and high impedance functions. However, a row in the assignment condition matrix may contain assignment conditions for both synchronous and asynchronous functions.

Consider first a row in the assignment condition matrix for variable v which has non-zero entries for assignment conditions AL(v), SL(v) and SD(v). The assignment condition AD(v) is a logic zero. Since SL(v) and SD(v) are non-zero, a flip-flop is generated, as in the synchronous examples described above. However, the flip-flop has a clear-direct line. The clear-direct line is driven by the value of assignment condition AL(v).

As another example, consider a row in the assignment condition matrix for variable v which has non-zero entries for assignment conditions AL(v), AD(v), SL(v) and SD(v) where assignment condition AD(v) is a logic one. Again, since synchronous assignment conditions SL(v) and SD(v)

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.130

SNPS_00289296

5,680,318

| 31 | 32 |

are non-zero, a flip-flop is generated, as in the synchronous examples described above. However, in this situation the flip-flop has a set-direct line. The set-direct line is driven by assignment condition AL(v). If assignment condition AD(v) has an unknown value instead of a logic one, the flip-flop has both a set-direct terminal and a clear-direct terminal, as described more completely below. In this case, additional logic nodes may be generated so that the logic circuit performs the operations specified by the row of the assignment condition matrix.

Note that in these cases, the values of assignment conditions SL(v) and SD(v) are not important when assignment condition AL(v) is true. Thus, in one embodiment, assignment conditions SL(v) and SD(v) are boolean minimized with assignment condition AL(v) as don't care condition prior to logic circuit generation.

To further illustrate the logic circuit generated for a row in the assignment condition matrix having non-zero entries for both synchronous and asynchronous functions consider variable Q and the assignment condition matrix row given in TABLE 31 for variable Q as defined in the user description given in TABLE 30:

TABLE 30

| An Example of User Description 110 |
| --- |
| if (COND) |
|     Q := 0 |
| else |
|     if ( positive_edge(CLOCK) ) |
|         Q := b + c |
|     else |
|     endif. |
|     endif. |

Characters b and c represent logic variables and string "COND" is a condition.

TABLE 31

| Variable | Assignment Conditions | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| | COND | 0 | 1*COND | (b+c)* COND | 0 | 0 |

As explained above, preferably before hardware generation, assignment conditions SL(Q) and SD(Q) are boolean minimized with assignment condition AL(Q) as don't care condition. Hence, after minimization, assignment condition SL(Q)' has a logic one value and assignment condition SD(Q) has the value "b+c". Recall that in the example above when assignment condition SL(Q) had a non-constant value, a multiplexer was required. Thus, the minimization eliminated the need for this circuit element. Similarly, minimization of assignment condition SD(Q) eliminated the need for other logic nodes.

Accordingly, the logic circuit generated for the row of the assignment condition matrix in TABLE 31 after the boolean minimization is a D-type flip-flop 344 and an OR gate 341 (FIG. 16). D-type flip-flop 344 has a clear direct terminal 344-CD such that when a true signal is applied to terminal 344-CD, the output signal of flip-flop 344 is a logic zero. Signals b and c drive OR gate 341 and the output signal of OR gate 341 in turn drives the input line of D-type flip-flop 344. Clock terminal 344-CL is driven by the clock edge, in this embodiment a positive clock edge, associated with the synchronous functions. Signal "COND", i.e., assignment condition AL(Q) drives clear-direct terminal 344-CD of flip-flop 344.

An even more complex configuration for variable Q is given by the assignment condition matrix row in TABLE 33 for the user description given in TABLE 32:

TABLE 32

| An Example of User Description 110 |
| --- |
| if (COND) |
|     Q := s |
| else |
|     if ( positive_edge(CLOCK) ) |
|         Q := b + c |
|     else |
|     endif |
| endif. |

Characters b, c and s represent logic variables and string "COND" is a condition.

TABLE 33

| Variable | Assignment Conditions | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| | COND | s | 1*COND | (b+c)* COND | 0 | 0 |

Again, assignment conditions SL(v) and SD(v) are boolean minimized using assignment condition AL(Q) as a don't care condition, as described in the preceding example for TABLES 30 and 31. Logic circuit 360 (FIG. 17) generated for variable Q again includes a D-type flip-flop 344 and an OR gate 341, but D-type flip-flop 344 has both a set-direct terminal 344-SD and a clear-direct terminal 344-CD. When a true signal is applied to clear-direct terminal 344-CD, the output signal of flip-flop 344 is a logic zero. Conversely, when a true signal is applied to set-direct terminal 344-SD, the output signal of flip-flop 344 is a logic one.

Signals b and c drive OR gate 341 and the output signal of OR gate 341 in turn drives the input line of D-type flip-flop 344. Clock terminal 344-CL is driven by the clock edge, in this embodiment a positive clock edge, associated with the synchronous functions. The remainder of the circuit depends on the value of variable s. In one embodiment, the value of variable s is assumed to be unknown, e.g., variable s is an input signal to the user's logic circuit. If condition "COND" is true and the value of variable s is a logic zero, the output signal from flip-flop must be a logic zero, i.e., an active logic signal must be applied to clear-direct terminal 344-CD. Conversely, if condition "COND" is true and the value of variable s is a logic one, the output signal from flip-flop must be a logic one, i.e., an active signal must be applied to set-direct terminal 344-SD of flip-flop 344. Thus, in one embodiment, two AND gates 340-1, 340-2 and an invertor 346 are generated to provide the appropriate signals to terminals 344-SD and 344-CD of flip-flop 344.

In each of the above examples, only a single row of the assignment condition matrix was considered. However, an assignment condition matrix may have one or more rows and a variable assigned a value by a row of the matrix may be subsequently used in an assignment condition for another variable. For example, in TABLE 7 above, the variable B is first assigned a value and then variable B is used in assigning a value to variable Q. In this situation, the logic circuit for each row is simply generated and then the output value of variable B is connected to the input value of variable B for the circuit that generates the variable Q. If the value of variable B is not generated by a logic circuit, the variable B is an input signal and so, in this case, the input value of variable B is obtained from an input pin.

SNPS_00289297

5,680,318

<table>
<tr><td>33</td><td>34</td></tr>
</table>

**33**

Thus, in one embodiment, the activation conditions for edges exiting directive nodes representing directive statements are used to generate an assignment condition matrix. The assignment condition for a particular variable is determined by locating all the directive nodes were the variable is assigned a value and then combining the conditions under which that variable is assigned a value with a logic OR function. Since the assignment condition is a global attribute of the control flow graph, the assignment condition may become very complex.

In each of the above examples, all paths from the source to the sink of the control flow graph contain no more than one directive node which assigned a value to a particular variable. When a first directive node assigns a value to a variable that is over-ridden by a subsequent assignment at subsequent directive nodes, the activation condition used for the first node is the logic AND function of the first directive node's activation condition with the logic NOT function of the logic OR function of the activation conditions for all overriding assignments. To demonstrate this, consider the following user instructions (TABLE 34) which are illustrated in FIG. 18 as control flow graph 390.

**TABLE 34**

An Example of User Description 110

Q := B
if ( COND )
    Q := C;
else
endif.

The assignment to variable Q at node 370 (FIG. 18) is over-ridden by the assignment at node 375. Thus, the activation condition used at node 370 is modified as described above. The original activation condition is "1". In this example, there is only one overriding assignment, so that the logical OR is just the single activation condition "COND". The modified activation condition is:

$$\text{"1" AND (not(COND))} \tag{3}$$

Or, more simply:

$$\text{NOT(COND)} \tag{4}$$

Table 35 shows the assignment conditions for the user description in TABLE 34.

**TABLE 35**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q | 1 | (COND*B)+ (COND*C) | 0 | 0 | 0 | 0 |

If the value of a variable is used before the variable is overridden, the logic for that use is built without considering the overriding assignments. The modification of activation conditions required by overriding assignments is not necessary in the mux condition embodiment, described below.

In another embodiment, as described above, mux conditions are generated by condition generator 133 (FIG. 3) for each edge in the control flow graph that feeds into a join node. The generation of assignment conditions and the associated creation of a logic circuit from the assignment condition matrix using mux conditions generally results in the most efficient logic circuits.

**34**

The generation of assignment conditions based upon mux conditions flows naturally from the control flow graph. The advantage of computing assignment conditions with the mux condition method is that the structure of the resulting logic matches the structure of the control flow graph. The logic resulting from the activation condition method is unstructured.

In this embodiment, as described more completely below, the assignment conditions for the six hardware functions are evaluated locally at each node in the control flow graph by logic circuit generator 124 (FIG. 2) rather than the more global approach of the activation condition method described above. Prior to consideration of generating the assignment condition matrix, consider the hardware representation of a mux condition for user description in TABLE 36:

**TABLE 36**

An Example of User Description 110

If ( COND )
    Q := B
else
    Q := C
endif.

Control flow graph 400 (FIG. 19A) is generated by graph generator 132 (FIG. 3) for this user description. In this embodiment, condition generator 133 generates mux conditions for edges 404 and 408, which for this simple example are the same as the activation conditions described above.

The hardware corresponding to control flow graph 400 is structure 500 (FIG. 19B). Signals B and C are input signals on the two input lines of structure 500. Condition "COND" is applied to input select line of structure 500. When condition "COND" is true, signal B is passed to the output line of structure 500 as signal Q. Conversely, when condition "COND" is false, signal C is passed to the output line of structure 500 as signal Q. Thus, structure 500 is simply a multiplexer and hence, the name mux conditions.

However, in a more general representation, a selector 505 is generated to represent control flow graph 400, specifically, the output signal of selector 505 is associated with edge 409 from join node 407. Selector 505 (FIG. 20) has two input lines. The first input line is driven by signal C for node 405 and the second input line is drive by signal B for node 403. Selector 505 also has two data input select lines. The first data input select line is driven by signal "COND", the mux condition for edge 404, and the second data input select line is driven by signal "not COND", the mux condition for edge 408. If signal "COND" is true, output signal Q of selector 505 is signal B. If signal "not COND" is true, output signal Q of selector 505 is signal C. Thus, output signal Q of selector 505 is

$$Q = B*COND + C*\overline{COND} \tag{6}$$

A somewhat more representative user description is presented in TABLE 37:

**TABLE 37**

An Example of User Description 110

If ( COND1 )
    If ( COND2 )
        Q := B
    else

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289298

5,680,318

35

TABLE 37-continued

An Example of User Description 110

$$Q := C$$
endif
else
$$Q := D$$
endif.

Control flow graph 410 (FIG. 21A) is generated by graph generator 133 (FIG. 3) for this user description. In this embodiment, condition generator 133 generates mux conditions for edges 413, 415, and 419 (note that in this embodiment only the edges that enter a join node are actually considered). As defined above, the mux condition for an edge into a join node is computed by boolean minimizing the activation condition for that edge with the inverse of the activation condition of the edge leaving the join node as a don't care condition.

For example, the activation condition for edge 413 into join node 421 is "COND1*COND2". The activation condition for edge 419 leaving join node 421 is "COND1". Thus, the mux condition for edge 413 is the boolean minimization of "COND1*COND2" with the don't care condition of "not COND1". The boolean minimization results in a mux condition of "COND2 " for edge 413. FIG. 21A illustrates the other mux conditions for the edges in flow control graph 410.

The hardware embodiment associated with FIG. 21A is illustrated in FIG. 21B. Signals B and C are input signals on the two input lines of selector 505-1 that is associated with edge 419 from join node 421. Condition "COND2" the mux condition for edge 413, is applied to one data input select line of selector 505-1 and condition "not COND2", the mux condition for edge 415, is applied to the other data input select line. When condition "COND2" is true, signal B, node 415, is passed to the output line of selector 505-1. Conversely, when condition "COND2" is false and therefore condition "not COND2" is true, signal C, node 417, is passed to the output line of selector 505-1. Thus, output signal Q' of selector 505-1 is:

$$Q'=B*COND2+C*\overline{COND2} \qquad (7)$$

Output signal Q' of selector 505-1 is a first input signal to selector 505-2. The second input signal to selector 505-2 is signal D that is associated with edge 425 from node 423. Condition "COND1" is applied to a first input select line of selector 500-2. Condition "not COND1" is applied to a second input select line of selector 500-2. When condition "COND1" is true, output signal Q' of selector 500-1 is passed to the output line of selector 500-2 as signal Q. Conversely, when condition "COND1" is false, signal D is passed to the output line of multiplexer 500-2 as signal Q. Thus, output signal Q of selector 505-2 is:

$$Q=(B*COND2+C*\overline{COND2})*COND1+(D*\overline{COND1}) \qquad (8)$$

In this embodiment, upon completion of operation of preprocessor 122, a control flow graph has been generated by graph generator 132 and conditions generator 133 has generated a mux condition for each edge of the graph that is an input edge to a join node. Logic circuit generator 124 processes the control flow graph sequentially from the source of the graph to the sink of the graph. Typically, the source of the control flow graph is the point where execution starts and the sink is the last point executed before the execution is completed.

36

Specifically, as described more completely below, at each join node a selector is defined for each asynchronous function, don't care function and high impedance function using the mux condition for the edges into that node. The output signal of the selector is associated with the edge leaving the join node. If the selector output signal includes a clock edge, also as explained below, the output of the selectors for the asynchronous functions are mapped to the synchronous functions. For the edges leading into each join node, one selector is used for each hardware function to process the selector outputs for that same hardware function that are associated with the edge into the join node. The selector output signal for a particular hardware function is sequentially cascaded join node to join node until the final join node is encountered, as shown below. At the last join node, the selector output is the assignment condition for that hardware function.

While the actual process used is straightforward, the description appears rather complex. Hence, an example motivating the actual use of selectors is first described and then the use of selectors is described more completely.

At each directive node where a logic variable is assigned a value, a row of the assignment condition matrix that is associated with the edge from the node is generated. The row is referred to as a "working assignment condition row" or simply "a working row". Upon encountering a join node, the working rows, that have been generated since either initiation of processing or since a prior join node, are processed and a row of the assignment condition matrix is generated. That row of the assignment condition is propagated through each subsequent join node as an input value to a selector. However, if the value of variable represented by the row is not affected in subsequent operations, the effect is one of simply carrying the completed row of the matrix through until the sink of the control flow graph is reached. Otherwise, the effect is as described above in reference to FIG. 21. However, as explained more completely below, several different situations must be considered in generating the assignment conditions for a particular variable.

Again, asynchronous hardware functions AL( ) and AD( ) are somewhat easier and so examples of the processing by logic circuit generator 124 for these functions are considered first. Consider the user description in TABLE 38. (TABLE 38 is the same as TABLE 36 so that control flow graph 400 (FIG. 19A) represents the user description in TABLE 38).

TABLE 38

An Example of User Description 110

If ( COND )
$$Q := B$$
else
$$Q := C$$
endif.

As explained above, a working row is generated for node 403 of control flow graph 400 (FIG. 19A) using the rules for the assignment condition for asynchronous functions AL( ) and AD( ) described above. The working row generated in the table for directive nodes is the same as the row generated in the assignment condition matrix for a user description which contains just the directive statement. Thus, the working row for node 403 is equal to the row generated by the HDL description:

$$Q := B$$

A working row is also generated for node 405 and is the second row in TABLE 39. The working row in the table for

5,680,318

<table>
<tr><td>37</td><td>38</td></tr>
</table>

a join node is built from a selector with input signals from the rows of the edges feeding into the join and the mux conditions on the edges. The third row in TABLE 39 represents join node **407**.

TABLE 39

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q(Node 403) | 1 | B | 0 | 0 | 0 | 0 |
| Q(Node 405) | 1 | C | 0 | 0 | 0 | 0 |
| Q(Node 407) | 1 | COND*B+<br>COND*C | 0 | 0 | 0 | 0 |

The generation of a logic circuit using the mux condition method is similar to that previously described for the activation condition method. The row corresponding to the final join node of the graph is used for logic circuit generation.

The assignment conditions for high impedance function Z(v) also utilizes a selector. Consider the user description in TABLE 40.

TABLE 40

An Example of User Description 110

```
If ( COND )
    Q := "Z"
else
    Q := C
endif.
```

Control flow graph **430** (FIG. 22A) is generated by graph generator **132** (FIG. 3) for this user description. In this embodiment, condition generator **133** generates mux conditions for edges **433** and **435**, which for this simple example are the same as the activation conditions described above.

Again, using the working rows for each node, the first two rows in TABLE 41 are generated.

TABLE 41

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q(Node 432) | 1 | 0 | 0 | 0 | 0 | 1 |
| Q(Node 436) | 1 | 0 | 0 | 0 | 0 | 0 |
| Q(Node 434) | 1 | COND*C | 0 | 0 | 0 | COND |

For node **432**, variable Q is specified as being at a high impedance state. Thus, the value of Q when condition "COND" is false is unimportant, i.e., a don't care situation. Therefore, selector **505** (FIG. 22B) is used to generate the assignment condition for function Z(Q). The two logic states for function Z( ) are input signals to the selector. These input signals correspond to the entries in the column Z( ) for the first two rows in TABLE 41. Specially, a logic one signal is on the first input line of selector **505** and a logic zero is on the second input line of selector **505**. Condition "COND" is on the first data input select line and condition "not COND" is on the second data input select line. The output signal of selector **505** is "COND" which is the assignment condition for function Z(Q) in the third row of TABLE 41.

Logic circuit generator **124** also determines the assignment conditions for synchronous functions SL( ) and SD( ) using selectors and mux conditions from the control flow graph. However, the generation of the assignment conditions is somewhat more complex. Consider the user description in TABLE 42.

TABLE 42

An Example of User Description 110

```
If ( positive_edge(CLOCK) )
    Q := B
else
endif.
```

Control flow graph **440** (FIG. 23) is generated by graph generator **132** (FIG. 3) for this user description. In this embodiment, condition generator **133** generates mux conditions for edges **443** and **444** which for this simple example are again the same as the activation conditions described above.

The propagation of assignment conditions through a join node fed by an edge with a mux condition of positive_edge (CLOCK) is different. Rather than building a selector for each assignment condition, assignment conditions are "mapped" from asynchronous to synchronous. For instance, the assignment condition for function SL( ) for the join node is set to the value of the assignment condition for function AL( ) for the edge which has the "pos_e" mux condition. Similarly, the assignment condition for function SD( ) comes from the assignment condition for function AD( ) for the edge which has the "pos_e" mux condition. After the mapping, the values of the assignment conditions for functions AL( ) and AD( ) are set to zero. The working row and the final assignment condition for the user description in TABLE 40 is illustrated in TABLE 43.

TABLE 43

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q(Node 442) | 1 | B | 0 | 0 | 0 | 0 |
| Q(Node 445) | 0 | 0 | 1 | B | 0 | 0 |

The hardware generated by logic circuit generator **124** for the last row in TABLE 43 is a D-type flip-flop with activation condition SD(Q), i.e., "B" on the data input line and the positive clock edge drives the clock input terminal of the flip-flop. The signal on the flip-flop output line is the value of the variable Q.

In the previous examples, synchronous and asynchronous function were considered in isolation. However, as with activation conditions, both synchronous and asynchronous functions may be encountered with mux conditions. Consider the user description in TABLE 44.

TABLE 44

An Example of User Description 110

```
if (RESET)
    Q := 0
Else
    if (positive_edge(CLOCK) )
        Q := B
    Else
    Endif
Endif
```

Control flow graph **450** (FIG. 24) is generated by graph generator **132** and condition generator **133** for this user description. The rows in the assignment condition matrix are computed as illustrated in TABLE 45.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.134

5,680,318

**39**

TABLE 45

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL ( ) | AD ( ) | SL ( ) | SD ( ) | DC ( ) | Z ( ) |
| Q(Node 461) | 1 | 0 | 0 | 0 | 0 | 0 |
| Q(Node 454) | 1 | B | 0 | 0 | 0 | 0 |
| Q(Node 457) | 0 | 0 | 1 | B | 0 | 0 |
| Q(Node 459) | RESET | 0 | RESET | RESET*B | 0 | 0 |

The third line of TABLE 45 is generated by mapping the second line as described above. The last line is the selector output associated with the first and third lines of TABLE 45. Specifically, the input signals to the selector are the entries in the column and the signals on the control input lines are the mux conditions for edges 458, 452 leading into join node 459.

As described above, preferably, the assignment conditions in the last row of TABLE 45 are boolean minimized prior to logic circuit generation. In this example, activation condition SD(Q(Node 459)) is boolean minimized with activation condition AL(Q(Node 459)) as a don't care condition. The resulting assignment condition SD(Q)' is "B". Similarly, when activation condition SL(Q (node 459)) is boolean minimized with activation condition AL(Q (node 459)) as a don't care condition, the assignment condition SL(Q)' is "1". Therefore, as explained previously for a row having asynchronous and synchronous non-zero assignment conditions, a flip-flop with a clear direct terminal is generated for the row of the assignment condition matrix.

The previous examples demonstrated the operation of each of the components in synthesizer 120 of this invention. The operation of graph generator 132 and condition generator 133 in preprocessor 122 and logic circuit generator 124 are described more completely using user description 110 in TABLE 46.

TABLE 46

An Example of User Description 110

```
1   if (reset)
2       Q := 0
3   else
4       if positive_edge(clock)
5           if (normal)
6               Q := input1
7           else
8               if (abort)
9                   Q := "Z"
10                  goto DONE
11              else
12                  Q := input1 + input2
13              endif
14          endif
15      DONE:        -- point where "goto" goes to.
16      else
17          endif
18  endif
```

Line 10 in TABLE 46 demonstrates one of the novel features of this invention. Line 10 directs the processing to jump out of the if statement of line 8 and go to line 15. Therefore, processing not only jumps out of the if statement that starts at line 8 but also the if statement that starts at line 5. FIG. 25 illustrates the flow control graph 1500 which corresponds to the user description in TABLE 46. The generation of the flow control graph 1500 is described more completely below with respect to the operation of graph generator 132.

Initially, as described above, user description 110 (TABLE 46 and FIG. 2) is processed by parsing means 131

**40**

and the lines of the parsed user description are provided to graph generator 132. TABLE 47 illustrates one embodiment of graph generator 132. A more detailed description of synthesizer 120 of this invention is provided in Microfiche Appendix A which forms a part of this disclosure and which is incorporated herein by reference in its entirety.

TABLE 47

Graph Generator 132

```
1   MAKE_CFLOW_GRAPH ( hdl_description ) {
2       DEFINE graph = a new, initially empty control-flow
            graph.
3       DEFINE source = a new control-flow edge to be the
            source of the control-flow graph.
4       DEFINE sink = a new control-flow edge to be the
            sink of the control-flow graph.
5       MAKE_CFLOW_PART ( source, sink, hdl_description )
6       RETURN graph
7   }
8   MAKE_CFLOW_PART( source, sink, hdl_part ) {
9       DEFINE current_edge = source;
10      FOREACH ( line in hdl_part ) {
11          IF ( line is an operation ) {
12              DEFINE new_node = a new control-flow
                    node that represents the operation
13              hook current_edge to input of new_node
14              DEFINE current_edge = a new control-flow
                    edge
15              hook new current_edge to output of new_node
16          }
17          IF ( lines is an "if" ) {
18              DEFINE split_node = a new control-flow node
                    that represents the "if"
19              hook current_edge to input of split_node
20              DEFINE then_source = a new control-flow edge
21              DEFINE else_source = a new control-flow edge
22              hook then_source and else_source to output of
                    split_node
23              DEFINE join_node = a new control-flow node
                    that represents the "endif" of the
                    current if.
24              DEFINE then_sink = a new control-flow edge
25              DEFINE else_sink = a new control-flow edge
26              hook then_sink and else_sink to input of
                    join_node
27              MAKE_CFLOW_PART ( then_source, then_sink,
                    statements i then branch of if )
28              MAKE_CFLOW_PART ( else_source, else_sink,
                    statements in else branch of if )
29              advance scanning of lines to the statement
                    after the "endif"
30              DEFINE current_edge = a new control-flow edge
31              hook new current_edge to output of join_node
32          }
33          IF ( lines is a "goto" ) {
34              DEFINE goto_join = a new control-flow node
                    which is inserted at the point in the
                    graph where goto goes.
35              hook current_edge to input of goto_join
36              DEFINE current_edge = a new control-flow edge
37          }
38      }
39      merge current_edge into sink OR edge created by
            processing of GOTO statement
40      RETURN
41  }
```

As illustrated in TABLE 47, graph generator 132 includes two major processes. The first process is referred to as process MAKE_CFLOW_GRAPH (lines 1–7) which generates the flow control graph. Initially, a structure is defined that is a new and initially empty control flow graph. Next, a new flow control edge is defined as the source for the control flow graph and similarly a new control flow edge is defined as the sink of the control flow graph. Process MAKE_CFLOW_GRAPH then uses process MAKE_CFLOW_PART (lines 8–41) to generate the graph.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289301

5,680,318

41

Process MAKE_CFLOW_PART is provided the source, sink and lines of the parsed HDL description to process. In process MAKE_CFLOW_PART, initially the current edge is defined as the source, and then each line in the HDL description provided to the process is sequentially processed. Each line is examined to determine whether the line is an operation, i.e., a directive statement as defined above, or a flow control statement, i.e., an "if" statement, or a "GOTO" statement. The operations performed by process MAKE_CFLOW_PART depend upon whether the operation is a directive statement or a flow control statement, and further whether the flow control statement is an "if" statement or a "GOTO" statement.

If the line in the user description represents an operation, a new node is defined for the control flow graph that represents the operation. The current edge is attached to the input of the new node and then the current edge is redefined as a new control flow edge. The new flow control edge is hooked onto the output of the new node.

If the line in the user description is an "if" flow control statement, a split node is defined as a new control flow node that represents the "if" statement and the current edge is hooked to the input of the split node. Subsequently, two new edges are defined which are the "then" source edge and the "else" source edge. Both the "then" source and "else" source edges are hooked to the output of the split node. A new flow control node is created and defined as the join node, which represents the "endif" statement of the current "if" statement. Subsequently, two new control flow edges are defined as the "then" sink edge and the "else" sink edge. Both of these edges are hooked to the input of the join node.

This particular process is recursive in that the process MAKE_CFLOW_PART is then called with the source and sink as the "then" source and "then" sink edges and the statements in the "then" branch of the "if" statement. Accordingly, the process creates nodes and edges for each statement within the "then" part of the "if" statement.

Subsequently, process MAKE_CFLOW_PART is again called to construct the control flow graph for the statements in the else portion of the if statement. Since this processing has handled all of the user statements in the if statement, the scanning is advanced to the line at the end of the current "endif". A new control flow edge is defined as the current edge, and the new edge is hooked onto the output of the join node. This completes the processing if the flow control statement is an "if" statement.

The last flow control statement processed in process MAKE_CFLOW_PART is the "GOTO" statement. In this sequence, the "GOTO" join node is a new flow control node that is inserted at the point of the graph where the "GOTO" is directed. Specifically, a join node is created with the label from the GOTO statement. As subsequent statements are processed, each statement is checked to ascertain whether it contains the label. When the label is detected, the current edge at that time is hooked to the input of the GOTO join node. The current edge at the time of creation of the join node is hooked to the input of the "GOTO" edge and a new flow control edge is defined as the current edge.

When all of the statements have been processed by one of the three subprocesses within process MAKE_CFLOW_PART, the current edge is merged into the sink. Processing returns to processor 122 which subsequently calls condition generator 133.

The generation of a control flow graph by graph generator 132 is more completely described by considering the generation of graph 1500 in FIG. 25 for the user description in TABLE 46. Upon entry to graph generator 132, line 3

42

(TABLE 47) first creates source edge 1000 and then line 4 creates sink edge 1010. Process MAKE_CFLOW_PART at line 5 is called with the arguments source edge 1000, sink edge 1010 and lines 1 through 18 (TABLE 46) of the user description.

The first operation in the process MAKE_CFLOW_PART, i.e., line 9 (TABLE 47), defines the current edge as source edge 1000. Line 10 then initiates processing of line 1 of TABLE 46. Since line 1 of TABLE 46 is an "if" statement, processing proceeds to line 17 and subsequently line 18 defines a newly created node 1020 (FIG. 25) as a split node. Line 19 then hooks edge 1000 to node 1020. Line 20 creates new edge 1030 and defines edge 1030 as the "then" source edge. Line 21 creates another new edge 1040 and defines edge 1040 as the "else" source edge. Line 22 hooks edges 1030 and 1040 to node 1020. Line 23 defines a newly created node 1050 as a join node and then lines 24 and 25 respectively define newly created edges 1060, 1070 as the "then" sink and "else" sink edges, respectively. Line 26 hooks edges 1060 and 1070 to node 1050. Line 27 calls process MAKE_CFLOW_PART with arguments edge 1030, edge 1060, and line 2 of TABLE 46.

Upon this entry to process MAKE_CFLOW_PART at line 8 (TABLE 47), line 9 defines the current edge as edge 1030 and line 10 starts processing on line 2 (TABLE 46) which is a directive statement. Processing goes to line 11 and subsequently line 12 creates node 1080 as a new node. Line 13 hooks edge 1030 to node 1080. Line 14 creates a new edge that will become edge 1060 and defines it as the current edge. Line 15 hooks the edge that will become 1060 to node 1080. Processing then proceeds to line 39 which merges the current edge into edge 1060 and then processing returns to line 28 where process MAKE_CFLOW_PART is again called with the arguments edge 1040, edge 1070, and lines 4 through 17 (TABLE 46) of user description 110.

Upon this entry to process MAKE_CFLOW_PART at line 8 (TABLE 47), the current edge is defined as edge 1040, and processing starts at line 4 of TABLE 46. Since line 4 is an "if" statement, processing proceeds to line 17 (TABLE 47), and line 18 creates a new node 1090 which is defined as a split node. Line 19 hooks edge 1040 to node 1090 and then lines 20 and 21 respectively create edge 1100, which is defined as the "then" source edge, and edge 1110, which is defined as the "else" source edge. Line 22 hooks edges 1100 and 1110 to node 1090. Line 23 defines a new node 1120 as the join node. Line 24 defines a new edge 1130 as the "then" sink edge and line 25 defines a newly created edge that will become edge 1110 as the "else" sink edge. Line 26 hooks edges 1130 and the newly created edge 1110 to node 1120 and then makes a call at line 27 to process MAKE_CFLOW_PART at line 8 with arguments edge 1100, edge 1130, and lines 5 through 15 of the user description in TABLE 46.

Upon this entry to process MAKE_CFLOW_PART, the current edge is defined as edge 1100 at line 9 (TABLE 47) and processing starts with line 5 in TABLE 46. Again, since this is another "if" statement, processing proceeds to line 17 and subsequently to line 18 where a new node 1140 is created and defined as a split node. Line 19 hooks edge 1100 to node 1140 and then lines 20 and 21 respectively create edges 1150 and 1160 as the "then" source and the "else" source edges. Line 22 hooks edges 1150 and 1160 to node 1140. Line 23 creates a node 1170 which is defined as the join node. Line 24 creates edge 1180 which is defined as the "then" sink edge. Line 25 creates edge 1310 which is defined as the "else" sink edge. Line 26 hooks edges 1180 and 1310 to node 1170.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289302

5,680,318

<table>
<tr><td>43</td><td>44</td></tr>
</table>

Line 27 calls process MAKE__CFLOW__PART with arguments edge 1150, edge 1180, and line 6 (TABLE 46) of the user description. Upon this entry to the process at line 8 (TABLE 47), the current edge is defined as edge 1150 by line 9, and since this is a directive statement, processing goes to line 11 and in turn to line 12 that defines a new node 1190. Line 13 hooks edge 1150 to node 1190, and line 14 creates a new flow control edge that will become edge 1180 which is defined as the current edge. Line 15 hooks the current edge that will become edge 1180 to the output of node 1190. Processing then goes to line 39 which merges the current edge into sink edge 1180 so that edge 1180 is connected to node 1190. Line 40 returns processing to line 28 which calls process MAKE__CFLOW__PART at line 8 with arguments edge 1160, edge 1310, and lines 8 through 13 of the user description in TABLE 46.

Upon entry of the process at line 8 (TABLE 47), line 9 defines the current edge as edge 1160 and line 10 starts processing of line 8 (TABLE 46) which is an "if" statement, so that processing again jumps to line 17. Line 18 defines a newly created node 1200 as a split node and line 19 hooks edge 1160 to node 1200. Line 20 creates a new 84 flow control edge 1210 as the "then" source edge and line 21 defines another new control flow edge 1220 as the "else" source edge. Line 22 hooks edges 1220 and 1210 to node 1200. Line 23 defines a new control flow node 1230 as a join node. Line 24 defines a new flow control edge 1250 as the "then" sink edge, and line 25 defines another new control flow edge 1240 as the "else" sink edge. Line 26 hooks edges 1240 and 1250 to the input of join node 1230. Line 27 makes yet another call to process MAKE__CFLOW__PART at line 8 with arguments edge 1210 as the source, edge 1250 as the sink, and lines 9 and 10 in TABLE 46 of the user description.

Upon this entry to process MAKE__CFLOW__PART, line 9 (TABLE 47) defines the current edge as edge 1210, and line 10 processes line 9 in TABLE 46, which is an operation so that line 11 is accessed. Line 12 creates a new flow control node 1260 and line 13 hooks edge 1210 to the input of node 1260. A new flow control edge 1270 is defined as the current edge and line 15 hooks edge 1270 to the output of node 1260. Processing then returns to line 10 which brings in the "GOTO" statement (Line 10, TABLE 46) so that processing goes to line 33 (TABLE 47) and subsequently line 34 defines a new flow control node 1280 which is defined as the "GOTO" join node. Node 1280 and edge 1290, which is also created, are positioned between node 1170 and edge 1130, using the process previously described. Line 35 hooks edge 1270 to the input of node 1280. Line 36 defines a new control flow edge that will become edge 1250. Since this is all the statements that have been passed, processing passes to line 39 which merges the edge that will become edge 1250 with the sink which is edge 1250 and returns processing to line 28 which calls process MAKE__CFLOW__PART with edge 1220 as the source, edge 1240 as the sink, and line 12 of TABLE 46.

Upon this entry at line 8 (TABLE 47) to process MAKE__CFLOW__PART, the current edge is defined as edge 1220 and line 10 starts processing with line 12 in TABLE 46. Since this is a directive node, processing goes to line 11 (TABLE 47) and subsequently line 12 defines a new control flow node 1300 that represents the operation in line 12 of TABLE 46. Line 13 hooks edge 1220 to the input of node 1300. Line 14 defines a new control flow edge which will become edge 1240 and hooks the new edge to the output of node 1300. Processing then transfers to line 39, which merges the current edge 1240, into the sink node which was previously defined as edge 1240.

Processing returns to line 29 which advances scanning of the lines in TABLE 46 to line 14. Line 30 defines a new edge that will become edge 1310. Line 31 hooks the edge that will become edge 1310 to the output of join node 1230, and then processing goes to line 39. Line 39 merges the current edge into the sink which was defined as edge 1310, and processing returns to line 29. Line 29 advances the lines being processed through line 15 of TABLE 46.

Line 30 (TABLE 47) defines the current edge as a newly created edge that will become edge 1290. Line 31 hooks the edge that will become edge 1290 to join node 1170, and processing transfers to line 39 that merges the new current edge into the edge created by processing of the "GOTO" statement to form edge 1290. Processing then returns to line 28 which in turn calls process MAKE__CFLOW__PART with the edge 1110 as the source and the edge connected to node 1120 that will become edge 1110 as the sink and no lines of HDL for processing. Subsequently, processing transfers directly to line 39 which merges edge 1110 with the edge that was to become edge 1110 and subsequently processing is returned to line 29.

Line 29 advances through the HDL in TABLE 46 to line 15. Line 30 (TABLE 47) defines the current edge as a newly created edge that will become edge 1070, and line 31 hooks the edge that will become edge 1070 to the output of node 1120. Line 39 merges the current edge with edge 1070, and processing is returned to line 29.

Line 29 advances through the remaining parsed HDL statements and subsequently line 30 defines a newly created edge that will become edge 1010. Line 31 hooks the edge that will become edge 1010 to the output of node 1050 and subsequently line 39 merges the current edge into edge 1010. Finally, line 6 returns the completed graph and this completes the processing of the control flow graph.

In this embodiment, condition generator 133 (FIG. 3A) includes two processes. A first process GET__ACTIVATION OF__EDGE (TABLE 48) generates the activation conditions for each edge from a node and a second process GET__MUXCOND_OF_EDGE (TABLE 49) uses the activation condition to generate a MUX condition for each edge from a node.

TABLE 48

| A First Process in Condition Generator 133 |
| --- |
| 1  GET__ACTIVATION__OF__EDGE( the__edge ) { |
| 2      IF ( the__edge is the source of the graph ) { |
| 3          RETURN 1; |
| 4      } |
| 5      DEFINE input__node = the node which output |
|            to the__edge |
| 6      IF ( input__node is an operation ) { |

JA.137

SNPS_00289303

5,680,318

45 46

TABLE 48-continued

| | A First Process in Condition Generator 133 |
|---|---|
| 7 | DEFINE input_edge = the input edge to input_node |
| 8 | DEFINE input_activation = GET_ACTIVATION_OF_EDGE( input_edge ) |
| 9 | RETURN input_activation |
| 10 | } |
| 11 | IF ( input_node is a join ) { |
| 12 | FOREACH ( input edge of input_node ) { |
| 13 | DEFINE input_edge = the current input edge |
| 14 | DEFINE input_activation = GET_ACTIVATION_OF_EDGE(input _edge) |
| 15 | save input_activation for later use |
| 16 | } |
| 17 | DEFINE return_value = Logical OR of all saved input_activations |
| 18 | RETURN return_value |
| 24 | |
| 19 | } |
| 20 | IF ( input_node is a split ) { |
| 21 | DEFINE input_edge = the input edge to input_node |
| 22 | DEFINE input_activation = GET_ACTIVATION_OF_EDGE( input_edge ) |
| 23 | IF ( the_edge represents the "then" part of the split ) { |
| 24 | DEFINE return_value = logical AND of input_activation with the "condition" of the split. |
| 25 | } |
| 26 | IF ( the_edge represents the "else" part of the split ) { |
| 27 | DEFINE return_value = logical AND of input_activation with the complement of the "condition" of the split. |
| 28 | } |
| 29 | |
| 30 | RETURN return_value |
| 31 | } |
| 32 | } |

TABLE 49

| | A Second Process in Condition Generator 133 |
|---|---|
| 1 | GET_MUXCOND_OF_EDGE( the_edge ) { |
| 2 | DEFINE edge_activation = the activation condition of the_edge |
| 3 | DEFINE join_node = the join node which has the_edge as input |
| 4 | DEFINE output_edge = the output edge of the join node |
| 5 | DEFINE output_activation = the activation condition of output_edge |
| 6 | DEFINE mux_cond = boolean optimization of edge_activation using the complement of output_activation as a "don't care". |
| 7 | RETURN mux_cond |
| 8 | } |

In process GET_ACTIVATION_OF_EDGE (TABLE 48) three different sets of actions are performed depending upon the type of node driving the edge passed in the call to the process. If the input node is an operation node, i.e., a node for a directive statement, process GET_ACTIVATION_OF_EDGE defines the input edge as the input edge to that node and then calls the process GET_ACTIVATION_OF_EDGE for the input edge to that node

to ascertain the input activation condition. The process returns the value of the input edge activation condition.

If the input node for the edge in the call to the process GET_ACTIVATION_OF_EDGE is a join node, for each edge into the node, process GET_ACTIVATION_OF_EDGE is called to decalled to determine the activation condition for each input edge and the resulting value is saved for later use. After each edge into the join node has been processed and the activation condition determined, the value returned for the edge in the original call to process GET_ACTIVATION_OF_EDGE is the logic OR function of all the saved input activation conditions.

Finally, if the input node GET_ACTIVATION_OF_EDGE is a split node, process GET_ACTIVATION_OF_EDGE is called to obtain the activation condition for the edge into the split node. If the edge used in the call to the process GET_ACTIVATION_OF_EDGE is associated with the "then" part of the "if" statement split, the return value is defined as the logical AND function of the activation condition for the edge into the split node with the condition of the split. Conversely, if the edge passed in the call to the process GET_ACTIVATION_OF_EDGE represents the "else" part of the split, the return value is defined as the logical AND function of the activation condition for the edge into the split node with the complement of the condi-

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289304

5,680,318

47

tion of the split. When the activation condition for an edge is determined, the condition is saved for use in subsequent processing.

To further demonstrate the operation of process GET_ACTIVATION_OF_EDGE in condition generator 133, the process will be applied to control flow graph 1500 (FIG. 15) that was generated by control flow graph generator 132. Initially, process GET_ACTIVATION_OF_EDGE is called with edge 1010. Line 5 defines the input node as join node 1050 which drives edge 1010. Since the input node is join node 1050, processing proceeds to line 11 and the input edge is defined as edge 1060 to join node 1050. Line 14 defines the input activation for edge 1060 as process GET_ACTIVATION_OF_EDGE for edge 1060. Therefore, processing starts at line 5 again for edge 1060. Line 5 defines the input node for edge 1060 as node 1080. Since node 1080 is an operation node, processing transfers to line 6 and subsequently line 7 defines the input edge as edge 1030 to node 1080. Line 8 defines the input activation for edge 1030 as the process GET_ACTIVATION_OF_EDGE for edge 1030.

Accordingly, processing transfers to line 5 for edge 1030. Line 5 defines the input node for edge 1030 as split node 1020 so that processing transfers to line 20. Line 21 defines the input edge to split node 1020 as edge 1000 and line 22 defines the input activation for edge 1000 as process GET_ACTIVATION_OF_EDGE for edge 1000.

Thus, processing transfers again to line 5 for edge 1000. Since edge 1000 is the source of the graph, lines 2 and 3 return the value of 1 for edge 1000. Since edge 1030 represents the "then" portion of the "if" split, processing transfers to line 24 which defines the return value as the logical AND of the logic value "1" with the condition of the split "reset". Thus, the return value in line 29 is "reset" so that the activation condition for edge 1030 is "reset". Processing transfers to line 9 with the input activation condition set equal to "reset" and line 9 returns "reset" as the activation condition for edge 1060. The value of the activation condition for edge 1060 is saved for later use and processing returns to line 12 for edge 1070 to node 1050.

Line 22 defines the input edge as edge 1070 and line 14 defines input activation as the process GET_ACTIVATION_OF_EDGE for edge 1070. The subsequent processing through process GET_ACTIVATION_OF_EDGE recursively cycles through TABLE 48 and so only the lines where the process is called to determine an assignment condition for an edge and the subsequent return value are described. In view of the above discussion and TABLE 48, the intermediate steps will be apparent to those skilled in the art.

Hence, processing continues to cycle through process GET_ACTIVATION_OF_EDGE and at line 14, process GET_ACTIVATION_OF_EDGE is called for edge 1130 and after further processing, at line 14 again, process GET_ACTIVATION_OF_EDGE is called for edge 1270 and subsequently after additional processing line 18 calls process GET_ACTIVATION_OF_EDGE for edge 1210. After additional processing, line 22 sequentially calls process GET_ACTIVATION_OF_EDGE for edges 1160, 1100, 1040, and 1000. When edge 1000 is reached the activation condition was previously calculated as 1. Line 27 returns a value of "1 AND (not reset)", or simply "not reset". After further processing, line 30 returns the activation condition of edge 1040 as "not reset". Subsequently line 24 returns the value of "(not reset)*(pos_e)" and line 30 returns the activation condition of edge 1100 as "(not reset)*(pos_e)". Again, after further processing line 27 has

48

the return value defined as "(not reset)*(pos_e)*(not normal)" and subsequently line 30 returns the activation condition of edge 1160 as "(not reset)*(pos_e)*(not normal)".

Again looping back through the process, line 24 defines a return value of "(not reset)*(pos_e)*(not normal)*(abort)". Subsequently, line 30 returns the activation condition of edge 1210 as "(not reset)*(pos_e)*(not normal)*(abort)". Line 9 returns the activation condition of edge 1270 as "(not reset)*(pos_e)*(not normal)*(abort)". This completes one path into join node 1280, but to complete the activation conditions the other path into join node 1280 is processed by line 12.

Thus, line 13 calls process GET_ACTIVATION_OF_EDGE for edge 1290, and after further processing line 13 calls process GET_ACTIVATION_OF_EDGE for edge 1180. Subsequently, line 8 calls process GET_ACTIVATION_OF_EDGE for edge 1150 and line 22 calls GET_ACTIVATION_OF_EDGE for edge 1100. The activation condition of edge 1100 was previously calculated as "(not reset)*(pos_e)". Subsequently, line 24 returns the value of "(not reset)*(pos_e)*(normal)" and line 30 returns activation condition of edge 1150 as "(not reset)*(pos_e)* (normal)". After further processing, line 9 returns the activation condition of edge 1180 as "(not reset)*(pos_e)* (normal)".

The remaining branch into join node 1170 must be processed to complete the conditions for edge 1290. After further processing line 14 calls process GET_ACTIVATION_OF_EDGE with edge 1310. Hence, processing returns to line 12 and in turn line 23 again calls process GET_ACTIVATION_OF_EDGE for edge 1240. After further processing, line 8 calls process GET_ACTIVATION_OF_EDGE for edge 1220 and subsequently line 22 calls GET_ACTIVATION_OF_EDGE for edge 1160.

The activation condition for edge 1160 was previously calculated and, as described above, the condition was "(not reset)*(pos_e)*(not normal)". Subsequently, line 27 defines a return value and line 30 returns the value for the activation condition of edge 1220 as "(not reset)*(pos_e)*(not normal)*(not abort)". After further processing line 9 returns the activation condition of edge 1240 as "(not reset)*(pos_e)*(not normal)*(not abort)". Line 17 returns a value that is equal to the activation condition for edge 1240 because edge 1250 is never reached. Consequently, line 18 returns the activation condition for edge 1310 as "(not reset)*(pos_e) *(not normal)*(not abort)".

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by calculating the return value of the logic OR function of the activation condition for edge 1180 with the activation condition for edge 1310. The return value is "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)." Subsequently, line 18 returns the activation condition of edge 1290 as "(not reset)*(pos_e)*(normal)+(not reset)* (pos_e)*(not normal)*(not abort)."

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by calculating the return value of the logic OR function of the activation condition for edge 1270 with the activation condition for edge 1290. The return value is "(not reset)*(pos_e)*(not normal)*(abort)+(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)," which is just "(not reset)*(pos_e)."Subsequently, line 18 returns the activation condition of edge 1130 as "(not reset)*(pos_e)." This completes processing in this call to process GET_ACTIVATION_OF_EDGE

SNPS_00289305

5,680,318

To complete the processing for join node 1120, the activation conditions for edges 1110 and 1040 must still be determined. Hence, processing returns to line 12 and subsequently line 14 calls process GET_ACTIVATION_OF_EDGE for edge 1110. In turn, line 22 calls process GET_ACTIVATION_OF_EDGE for edge 1040. However, the activation condition for edge 1040 was previously calculated as "(not reset)." Thus, line 27 defines the return value as "(not reset)*(not pos_e)" and line 30 returns the activation condition of edge 1110 as "(not reset)*(not pos_e)."

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by defining the return value as the logic OR function of the activation condition for edge 1130 with the activation condition for edge 1110. The return value is "(not reset)*(pos_e)+(not reset)*(not pos_e)," which is "(not reset)." Subsequently, line 18 returns the activation condition of edge 1070 as "(not reset)."

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by defining the return value as the logic OR function of the activation condition for edge 1060 with the activation condition for edge 1070. The return value is "reset+(not reset)" or 1. Subsequently, line 18 returns the activation condition of edge 1010 as 1 which completes the processing that generates the activation conditions in conditions generator 133. In one embodiment, each edge and its activation condition are stored in a table for use in subsequent processing.

The second process GET_MUXCOND_OF_EDGE (TABLE 49) gets the mux condition for the control flow edge passed to the process. As previously described, a mux condition is only defined for edges that are input edges to a join node. Initially, the edge activation is set equal to as the activation condition for the edge passed to this process. A join node is set equal to the join node that has the edge passed to this process as an input edge. The output edge is set equal to the output edge from the join node. The output activation is then set equal to the activation condition for the output edge. Finally, the mux condition is the boolean optimization of the edge activation using the complement of output activation as a "don't care" condition.

Initially, process GET_MUXCOND_OF_EDGE is called for edge 1060. Line 2 sets edge activation to "reset" and line 4 sets output edge to edge 1010. Thus, line 5 sets output activation to "1". Line 6 determines the mux condition as the boolean minimization of "reset" with a don't care condition of "0". The mux condition returned for edge 1060 is "reset." The edge and its mux condition are stored in a table for subsequent processing.

Process GET_MUXCOND_OF_EDGE is next called for edge 1070. Line 2 sets edge activation to "not reset" and line 4 sets output edge to edge 1010. Thus, line 5 sets output activation to "1". Line 6 determines the mux condition as the boolean minimization of "not reset" with a don't care condition of "0". The mux condition returned for edge 1070 is "not reset." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1120, process GET_MUXCOND_OF_EDGE is first called for edge 1130. Line 2 sets edge activation to "(not reset)*(pos_e)" and line 4 sets output edge to edge 1070. Thus, line 5 sets output activation to "not reset". Line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)" with a don't care condition of "reset". The mux condition returned for edge 1130 is "pos_e." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1120, process GET_MUXCOND_OF_EDGE is next called for edge 1110. Line 2 sets edge activation to "(not reset)*(not pos_e)" and line 4 sets output edge to edge 1070. Line 5 sets output activation to "not reset". Line 6 determines the mux condition as the boolean minimization of "(not reset)*(not pos_e)" with a don't care condition of "reset". The mux condition returned for edge 1110 is "not pos_e." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1280, process GET_MUXCOND_OF_EDGE is first called for edge 1270. Line 2 sets edge activation to "(not reset)*(pos_e)*(not normal)*(abort)" and line 4 sets output edge to edge 1130. Line 5 sets output activation to "(not reset)*(pos_e)". Thus, line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(not normal)*(abort)" with a don't care condition of "reset+(not pos_e)". The mux condition returned for edge 1270 is "(not normal)*(abort)". The edge and its mux condition are stored in a table for subsequent processing.

For join node 1280, process GET_MUXCOND_OF_EDGE is next called for edge 1290. Line 2 sets edge activation to "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)" and line 4 sets output edge to edge 1130. Line 5 sets output activation to "(not reset)*(pos_e)". Thus, line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)" with a don't care condition of "reset+(not pos_e)". The mux condition returned for edge 1290 is "(normal)+(not normal)*(not abort)." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1170, process GET_MUXCOND_OF_EDGE is first called for edge 1180. Line 2 sets edge activation to "(not reset)*(pos_e)*(normal)" and line 4 sets output edge to edge 1290. Line 5 sets output activation to "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)". Line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(normal)" with a don't care condition of "reset+(not pos_e)+(not normal).abort)". Thus, the mux condition returned for edge 1180 is "normal." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1170, process GET_MUXCOND_OF_EDGE is next called for edge 1310. Line 2 sets edge activation to "(not reset)*(pos_e)*(not normal)*(not abort)" and line 4 sets output edge to edge 1290. Line 5 sets output activation to "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)". Thus, line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(not normal)*(not abort)" with a don't care condition of "reset+(not pos_e)+(not normal).abort". The mux condition returned for edge 1310 is "not normal." The edge and its mux condition are stored in a table for subsequent processing.

Notice that the mux conditions are not determined for join node 1230. Recall edge 1250 is not used and so has an activation condition of "0." Thus, edge 1240 is effectively the same as edge 1310 because no other flow control path is added through join 1230.

The completion of process GET_MUXCOND_OF_EDGE concludes the operation of preprocessor 122 (FIG. 2) and so logic circuit generator 124 uses the mux conditions and control flow graph 1500 (FIG. 24) to generate assignment conditions for each variable in graph 1500 that is assigned a value. After the assignment condition matrix is generated for each such variable, generator 124 creates a logic circuit for each row of the assignment condition matrix

SNPS_00289306

5,680,318

51

and interconnects the logic circuits as needed to create final logic circuit 130 that performs the operations specified in user description 110. One embodiment of assignment condition generator 124A of generator 124, called process GET_ASICONDS_AT_EDGE, is presented in TABLE 50.

TABLE 50

| Assignment Condition Generator 124A in Generator 124 |
| --- |

```
1   GET_ASICONDS_AT_EDGE( the_edge ) {
2     IF ( the_edge is the source of the graph ) {
3        RETURN 0;
4     }
5     DEFINE input_node = the node which outputs to
              the_edge
6     IF ( input_node is an operation ) {
7        IF ( variable of assignment condition is
                 assigned ) {
8           DEFINE return_value = appropriate
                    assignment condition for the
                    value assigned.
9           RETURN return_value
10       }
11       IF ( variable of assignment condition is not
                 assigned ) {
12          DEFINE input_edge = the input edge to
                    input_node
13          DEFINE return_value =
                    GET_ASICONDS_AT_EDGE( input_edge )
14          RETURN return_value
15       }
16    }
17    IF ( input_node is a join which does not depend
              on a clock edge ) {
18       FOREACH ( input_edge of input_node ) {
19          DEFINE input_edge = the the current
                    input edge
20          DEFINE input_muxcond = mux condition of
                    input_edge
21          DEFINE input_asicond =
                    GET_ASICONDS_AT_EDGE( input_edge )
22          DEFINE intermediate_value = logical AND
                    of input_muxcond and
                    input_asicond
23          save intermediate_value for later use
24       }
25       DEFINE return_value = Logical OR of all
                 saved intermediate_values
26       RETURN return_value
27    }
28    IF ( input_node is a join which does depend on a
              clock edge ) {
29       DEFINE input_edge = the input edge with
                 pos_edge
30       DEFINE input_asiconds =
                    GET_ASICONDS_AT_EDGE( input_edge )
31       DEFINE synchronous_asiconds( return_value ) =
                    asynchronous_asiconds( input_asiconds )
32       DEFINE asynchronous_asiconds( return_value )
                    = zero
33       RETURN return_value
34    }
35    IF ( input_node is a join with only 1 input ) {
36       DEFINE_input_edge = the input edge to
                 input_node
37       DEFINE return_value = GET_ASICONDS_AT_EDGE(
                    input_edge )
38       RETURN return_value
39    }
40    IF ( input_node is a split ) {
41       DEFINE input_edge = the input edge to
                 input_node
42       DEFINE_return_value = GET_ASICONDS_AT_EDGE(
                    input_edge )
43       RETURN return_value
44    }
45  }
```

52

In this embodiment, a working row, as described above, is created for each edge of control flow graph 1500. Thus, process GET_ASICONDS_AT_EDGE is called a total of eighteen times. Each time, process GET ASICONDS AT EDGE is called with a different edge of control flow graph 1500 as the argument and the value returned by the process is the working row or an assignment condition row as explained more completely below.

In process GET_ASICONDS_AT_EDGE, the edge passed in the call to the process is checked to determine whether the edge is the source of the control flow graph. If the edge is the source a value of "0" is returned for the set of assignment conditions. Otherwise, input node is set equal to the node that drives the edge.

The subsequent operations depend upon whether the input node is (i) an operation, i.e., represents a directive statement in user description 110, (ii) a join node which does not depend on a clock node, (iii) a join node which depends on a clock node, (iv) a join node with only one input edge, or (v) a split node. If the input node is an operation and if the variable is assigned a value in the input node, the return value for the assignment conditions are the appropriate assignment condition for the value assigned in the node. Conversely, if the variable is not assigned a value in the input node, the assignment conditions for that variable for the edge into the input node are assigned to the edge in the call into this process, i.e., the assignment condition for variables not assigned a value in the node are simply passed from the node input edge to the node output edge.

If the input node is a join which is independent of a clock edge, for each input edge to the input node, the input edge is redefined as the current input edge. The input mux condition is set equal to the mux condition for the input edge. The input assignment condition for each hardware description function is set equal to the assignment condition for that hardware description function for the input edge. The intermediate value of the mux conditions is the logic AND function of the input mux condition and the input assignment condition for the hardware description function. The intermediate value of the mux conditions is saved for later used. This sequence of steps is repeated until all edges into the join node are processed. Then, the assignment condition for each hardware function for the edge in the call to process GET_ASICONDS_AT_EDGE is the logic OR function of all the saved intermediate values for that function.

If the input node is a join which depends on a clock edge, the input edge to the input node that does not depend on the clock edge, i.e., the edge with the condition "not clock edge", is ignored. Only the input edge that depends upon the clock edge is used. The input edge is defined as the input edge that includes "pos_e" in the mux condition. The input assignment condition for each hardware description function is set equal to the assignment condition for that hardware description function for the input edge. Each synchronous hardware description function assignment condition is then set equal to the corresponding asynchronous hardware description function input assignment condition and included in the return value for the edge in the call to process GET_ASICONDS_AT_EDGE. Subsequently, the asynchronous hardware description function assignment conditions are set to zero and included in the return value for the edge in the call to process GET_ASICONDS_AT_EDGE.

If the input node is either a join node with only one input edge or a split node, the input edge is redefined as the edge into the original input node. The assignment conditions for the input edge are returned as the assignment conditions for the edge in the call to process GET_ASICONDS_AT_EDGE.

SNPS_00289307

5,680,318

## 53

In control flow graph **1500** (FIG. 25) only the variable Q is assigned a value. Thus, the following detailed description of the operation of process GET__ASICONDS__AT__EDGE only propagates assignment conditions for variable Q. However, process GET__ASICONDS__AT__EDGE can be used to propagate assignment conditions for many variables simultaneously. Also, for control flow graph **1500** the following hardware description functions are used:

AL( ) Asynchronous load

AD( ) Asynchronous data

AZ( ) Asynchronous three-state (when signal goes asynchronously to high impedance)

SL( ) Synchronous load

SD( ) Synchronous data

SZ( ) Synchronous three-state (when signal goes synchronously to high impedance)

In the more general case, the hardware description functions would include don't care function DC( ).

Initially, process GET__ASICONDS__AT__EDGE is called for edge **1000**. Since edge **1000** is the source for control flow graph, line 3 (TABLE 50) returns the assignment conditions in TABLE 51 for edge **1000**.

### TABLE 51

Assignment Conditions for Edge **1000** in Process
GET__ASICONDS__AT__EDGE

AL=0
AD=0
AZ=0
SL=0
SD=0

Next process GET__ASICONDS__AT__EDGE is called for edge **1040**. Since edge **1040** is from a split node **1020** that is defined as the input node (TABLE 50, line 5) processing goes to line **41**. Line **41** sets the input edge equal to edge **1000**. Line **42** sets the return value equal to the assignment conditions for edge **1000**. Line **43** returns the assignment conditions in TABLE 52 for edge **1040**.

### TABLE 52

Assignment Conditions for Edge **1040** in Process
GET__ASICONDS__AT__EDGE

AL=0
AD=0
AZ=0
SL=0
SD=0
SZ=0

Next process GET__ASICONDS__AT__EDGE is called for edge **1110**. Since edge **1110** is from a split node **1090** that is defined as the input node (TABLE 50, line 5) processing goes to line **41**. Line **41** sets the input edge equal to edge **1040**. Line **42** sets the return value equal to the assignment conditions for edge **1040**. Line **43** returns the assignment conditions in TABLE 53 for edge **1110**.

### TABLE 53

Assignment Conditions for Edge **1110** in Process
GET__ASICONDS__AT__EDGE

AL=0
AD=0

## 54

AZ=0
SL=0
SD=0

Next process GET__ASICONDS__AT__EDGE is called for edge **1100**. Since edge **1100** is from a split node **1090** that is defined as the input node (TABLE 50, line 5) processing goes to line **41**. Line **41** sets the input edge equal to edge **1040**. Line **42** sets the return value equal to the assignment conditions for edge **1040**. Line **43** returns the assignment conditions in TABLE 54 for edge **1100**.

### TABLE 54

Assignment Conditions for Edge **1110** in Process
GET__ASICONDS__AT__EDGE

AL=0
AD=0
AZ=0
SL=0
SD=0
SZ=0

Next process GET__ASICONDS__AT__EDGE is called for edge **1160**. Since edge **1160** is from a split node **1140** that is defined as the input node (TABLE 50, line 5) processing goes to line **41**. Line **41** sets the input edge equal to edge **1100**. Line **42** sets the return value equal to the assignment conditions for edge **1100**. Line **43** returns the assignment conditions in TABLE 55 for edge **1160**.

### TABLE 55

Assignment Conditions for Edge **1160** in Process
GET__ASICONDS__AT__EDGE

AL=0
AD=0
AZ=0
SL=0
SD=0
SZ=0

Next process GET__ASICONDS__AT__EDGE is called for edge **1220**. Since edge **1220** is from a split node **1200** that is defined as the input node (TABLE 50, line 5) processing goes to line **41**. Line **41** sets the input edge equal to edge **1160**. Line **42** sets the return value equal to the assignment conditions for edge **1160**. Line **43** returns the assignment conditions in TABLE 56 for edge **1220**.

### TABLE 56

Assignment Conditions for Edge **1220** in Process
GET__ASICONDS__AT__EDGE

AL=0
AD=0
AZ=0
SL=0
SD=0
SZ=0

Next process GET__ASICONDS__AT__EDGE is called for edge **1240**. Since edge **1240** is from an operations node **1300** that is defined as the input node (TABLE 50, line 5) processing goes to line **6**. Since the variable Q is assigned a

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289308

5,680,318

55 | 56

value in node **1300**, lines 7–9 define assignment conditions for functions AL( ) and AD( ). The assignment conditions in TABLE 57 are returned for edge **1240**.

### TABLE 57

Assignment Conditions for Edge **1240** in Process
GET_ASICONDS_AT_EDGE

AL=1
AD=input1+input2
AZ=0
SL=0
SD=0
SZ=0

Next process GET_ASICONDS_AT_EDGE is called for edge **1310**. Since edge **1310** is from join node **1230** that is defined as the input node (TABLE 50, line 5) processing goes to line 35. Line 36 sets the input edge equal to edge **1240**. Line 37 sets the return value equal to the assignment conditions for edge **1240**. Line 38 returns the assignment conditions in TABLE 58 for edge **1310**.

### TABLE 58

Assignment Conditions for Edge **1310** in Process
GET_ASICONDS_AT_EDGE

AL=1
AD=input1+input2
AZ=0
SL=0
SD=0
SZ=0

To determine the assignment conditions at edge **1290**, the assignment conditions for edges **1150** and **1180** must be determined. Thus, process GET_ASICONDS_AT_EDGE is called for edge **1150**. Since edge **1150** is from a split node **1140** that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to edge **1100**. Line 42 sets the return value equal to the assignment conditions for edge **1100**. Line 43 returns the assignment conditions in TABLE 59 for edge **1150**.

### TABLE 59

Assignment Conditions for Edge **1150** in Process
GET_ASICONDS_AT_EDGE

AL=0
AD=0
AZ=0
SL=0
SD=0
SZ=0

Next process GET_ASICONDS_AT_EDGE is called for edge **1180**. Since edge **1180** is from an operations node **1190** that is defined as the input node (TABLE 50, line 5) processing goes to line 6. Since the variable Q is assigned a value in node **1190**, lines 7–9 define assignment conditions for functions AL( ) and AD( ). The assignment conditions in TABLE 60 are returned for edge **1180**.

### TABLE 60

Assignment Conditions for Edge **1180** in Process
GET_ASICONDS_AT_EDGE

AL=1
AD=input1

AZ=0
SL=0
SD=0
SZ=0

Now sufficient information exists to process edge **1290** and so process GET_ASICONDS_AT_EDGE is called for edge **1290**. Since the mux conditions for edges into node are independent of a clock edge processing goes to line 17 (TABLE 50) after line 5 defines the input node as node **1170**. Line 18 first selects edge **1310** as an input edge for node **1170** and line 19 defines the input edge as edge **1310**. Line 20 defines the input mux condition as "not normal." Line 21 defines the input assignment conditions as those for edge **1310** (TABLE 58). Line 22 forms the logic AND function of mux condition "not normal" and the assignment conditions in TABLE 58 and line 23 saves as intermediate values the assignment conditions in TABLE 61. Processing then returns to line 18.

### TABLE 61

Intermediate Value Assignment Conditions for Edge
**1290**

AL=(not normal)
AD=(input1+input2)*(not normal)
AZ=0
SL=0
SD=0
SZ=0

Line 18 next selects edge **1180** as an input edge for node **1170** and line 19 defines the input edge as edge **1180**. Line 20 defines the input mux condition as "normal." Line defines the input assignment conditions as those for edge **1180** (TABLE 60). Line 22 forms the logic AND function of mux condition "normal" and the assignment conditions in TABLE 60 and line 23 saves as intermediate values the assignment conditions in TABLE 62.

### TABLE 62

Intermediate Value Assignment Conditions for Edge
**1290**

AL=(normal)
AD=(input1)*(normal)
AZ=0
SL=0
SD=0

Since edge **1180** is the last input edge for node **1170**, processing goes to line 25 that defines the return value for each assignment condition as the logic OR function of the assignments conditions in TABLES 61 and 62 so that line 26 returns the assignment conditions in TABLE 63 for edge **1290**.

### TABLE 63

Assignment Conditions for Edge 1290
in Process GET_ASICONDS_AT_EDGE

AL = (not normal)+(normal) = 1
AD = ((input1+input2)*(not normal)+((input1)*(normal))
AZ = 0

SNPS_00289309

5,680,318

| 57 | 58 |

**TABLE 63-continued**

| Assignment Conditions for Edge 1290 in Process GET_ASICONDS_AT_EDGE |
| --- |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

To determine the assignment conditions at edge 1130, the assignment conditions for edges 1210 and 1270 must be determined. Thus, process GET_ASICONDS_AT_EDGE is called for edge 1210. Since edge 1210 is from a split node 1200 that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to edge 1160. Line 42 sets the return value equal to the assignment conditions for edge 1160. Line 43 returns the assignment conditions in TABLE 64 for edge 1210.

**TABLE 64**

| Assignment Conditions for Edge 1210 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

SD=0
SZ=0

Next process GET_ASICONDS AT EDGE is called for edge 1270. Since edge 1270 is from an operations node 1260 that is defined as the input node (TABLE 50, line 5) processing goes to line 6. Since the variable Q is assigned a value in node 1260, lines 7–9 define assignment conditions for functions AL( ), AD( ) and AZ( ). The assignment conditions in TABLE 65 are returned for edge 1270.

**TABLE 65**

| Assignment Conditions for Edge 1270 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 1 |
| AD = 0 |
| AZ = 1 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Now sufficient information exists to process edge 1130 and so process GET_ASICONDS_AT_EDGE is called for edge 1130. Since the mux conditions for both edges into node 1280 are independent of a clock edge, processing proceeds line 17 (TABLE 50) after line 5 defines the input node as node 1280. Line 18 first selects edge 1290 as an input edge for node 1280 and line 19 defines the input edge as edge 1290. Line 20 defines the input mux condition as "(normal)+(not normal)*(not abort)." Line 21 defines the input assignment conditions 1290 (TABLE 61).e 1290 (TABLE 61). Line 22 forms the logic AND function of mux condition "(normal)+(not normal)*(not abort)" and the assignment conditions in TABLE 61 and line 23 saves as intermediate values the assignment conditions in TABLE 66. Processing then returns to line 18.

**TABLE 66**

| Intermediate Value Assignment Conditions for Edge 1130 |
| --- |
| AL = (normal) + (not normal)*(not abort) |
| AD = ((normal)+(not normal)*(not abort))*(((input1+input2)*(not normal)+((input1)*(normal))) = ((input1+input2)*(not normal)+(not abort))+((input1)*(normal)) |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Line 18 next selects edge 1270 as an input edge for node 1280 and line 19 defines the input edge as edge 1270. Line 20 defines the input mux condition as "(not normal)*(abort) ." Line 21 defines the input assignment conditions as those for edge 1270 (TABLE 65). Line 22 forms the logic AND function of mux condition "(not normal)*(abort)" and the assignment conditions in TABLE 65 and line 23 saves as intermediate values the assignment conditions in TABLE 67.

**TABLE 67**

| Intermediate Value Assignment Conditions for Edge 1130 |
| --- |
| AL = (not normal)*(abort) |
| AD = 0 |
| AZ = (not normal)*(abort) |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Since edge 1270 is the last input edge for node 1280, processing goes to line 25 that defines the return value for each assignment conditions as the logic OR function of the assignments conditions in TABLES 66 and 67 so that line 26 returns the assignment conditions in TABLE 68 for edge 1130.

**TABLE 68**

| Assignment Conditions for Edge 1130 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = (normal)+((not normal)*(not abort))+((not normal)*(abort)) = 1 |
| AD = ((input1+input2)*(not normal)*(not abort))+ ((input1)*(normal)) |
| AZ = (not normal)*(abort) |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Sufficient information exists to process edge 1070 because both edges leading into join node 1120 were previously processed by process GET_ASICONDS_AT_EDGE and so process GET_ASICONDS_AT_EDGE is called for edge 1070. Since the mux condition for one of the edges, edge 1130, into node 1120 is dependent on a clock edge, the mapping previously described is performed. Hence, processing proceeds to line 28 (TABLE 50) after line 5 defines the input node as node 1120. Line 29 defines the input edge as edge 1130 because the mux condition for edge 1130 includes "pos_e." Line 30 defines the input assignment conditions as those for edge 1130 (TABLE 68). Line 31 maps the asynchronous assignment conditions to the synchronous assignment conditions and line 32 sets the asyn-

SNPS_00289310

5,680,318

<div style="columns:2">

**59**

chronous assignment conditions to zero. Hence, line 33 returns the assignment conditions in TABLE 69 for edge **1070**.

### TABLE 69

| Assignment Conditions for Edge 1070 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 1 |
| SD = ((input1+input2)*(not normal)*(not abort))+ ((input1)*(normal)) |
| SZ = (not normal)*(abort) |

To determine the assignment conditions at edge **1010**, the assignment conditions for edges **1030** and **1060** must be determined. Thus, process GET_ASICONDS_AT_EDGE is called for edge **1030**. Since edge **1030** is from a split node **1020** that is defined as the input node (TABLE 50, line **5**) processing goes to line **41**. Line **41** sets the input edge equal to edge **1000**. Line **42** sets the return value equal to the assignment conditions for edge **1000**. Line **43** returns the assignment conditions in TABLE 70 for edge **1030**.

### TABLE 70

| Assignment Conditions for Edge 1030 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1060**. Since edge **1060** is from an operation node **1080** processing goes to line **6**. Since the variable Q is assigned a value in node **1080**, lines **7–9** define assignment conditions for function AL( ) and AD( ). The assignment conditions in TABLE 71 are returned for edge **1060**.

### TABLE 71

| Assignment Conditions for Edge 1060 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 1 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Now sufficient information exists to process edge and so process GET_ASICONDS_AT_EDGE is called for edge **1010**. Since the mux conditions for both edges into node **1050** are independent of a clock edge processing proceeds to line **17** (TABLE 50) after line **5** defines the input node as node **1050**. Line **18** first selects edge **1070** as an input edge for node **1050** and line **19** defines the input edge as edge **1070**. Line **20** defines the input mux condition as "(not reset)." Line **21** defines the input assignment conditions as those for edge **1070** (TABLE 69). Line 22 forms the logic AND of mux condition "(not reset)" and the assignment conditions in TABLE 69 and line **23** saves as intermediate values the assignment conditions in TABLE 72. Processing then returns to line **18**.

**60**

### TABLE 72

| Intermediate Value Assignment Conditions for Edge 1010 |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = (not reset) |
| SD = (not reset)*(((input1+input2)*(not normal)*(not abort))+((input1)*(normal))) |
| SZ = (not reset)*(not normal)*(abort) |

Line **18** next selects edge **1060** as an input edge for node **1050** and line **19** defines the input edge as edge **1060**. Line **20** defines the input mux condition as "(reset)." Line **21** defines the input assignment conditions as those for edge **1060** (TABLE 71). Line 22 forms the logic AND function of mux condition "(reset)" and the assignment conditions in TABLE 71. Line **23** saves as intermediate values the assignment conditions in TABLE 73.

### TABLE 73

| Intermediate Value Assignment Conditions for Edge 1060 |
| --- |
| AL = reset |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Since edge **1060** is the last input edge for node **1050**, processing goes to line **25** that defines the return value for each assignment conditions as the logic OR function of the assignments conditions in TABLES 72 and 73 so that line 26 returns the assignment conditions in TABLE 74 for edge **1010**.

### TABLE 74

| Assignment Conditions for Edge 1010 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = reset |
| AD = 0 |
| AZ = 0 |
| SL = (not reset) |
| SD = (not reset)*(((input1+input2)*(not normal)*(not abort))+((input1)*(normal))) |
| SZ = (not reset)*(not normal)*(abort) |

Since the processing of edge **1010** completes the processing of the edges in control flow graph **1500**, the final assignment conditions for edge **1010** (TABLE 74) are used by hardware generator 124B in logic circuit generator 124. As described above, since assignment condition AL(Q) and SL(Q) are non-zero, at least a flip-flop 344-1 (FIG. 26) with a clear direct terminal is required. Since assignment condition SZ(Q) is also non-zero, two flip-flops 344-1, 344-2 are required. However, prior to constructing the actual logic circuit, each of the boolean minimization described above are performed. First assignment condition AD(Q) is minimized with NOT assignment condition AL(Q) as a don't care condition. Since condition AL(Q) is zero, the result, assignment condition AD(Q)', is zero. Similarly, when assignment condition AD(Q)' is minimized with assignment condition AZ(Q) as a don't care condition, the result is again zero. Thus, the first flip-flop does not require a set direct terminal because the optimized assignment condition AD(Q)" is zero.

</div>

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.145

SNPS_00289311

5,680,318

61

Similarly, since assignment condition AZ(Q) is zero, the minimization of assignment condition AZ(Q) with NOT assignment condition AL(Q) as a don't care condition gives the optimized assignment condition AZ(Q)' as a value of zero. Thus, a set-direct pin is not required on the second flip-flop associated with assignment condition SZ(Q). Thus, assignment condition AL(Q) drives the clear-direct terminal of flip-flops 344-1, 344-2.

Next assignment condition SL(Q) is boolean minimized with assignment condition AL(Q) as a don't care conditions. Optimized assignment condition SL(Q)' has the value of 1. Thus, the feedback multiplexer used when the assignment condition for function SL( ) is not a constant is not required.

Boolean minimization of assignment condition SD(Q) with assignment condition AL(Q) as a don't care condition and boolean minimization of the result with assignment condition SZ(Q) as a don't care condition gives assignment condition SD(Q)" with a value of "((input1+input2)*(not normal))+((input1)*(normal))". Thus, logic is built to generate assignment condition SD(Q)" as shown in FIG. 26 and the output signal from OR gate 341-1 drives the input line of flip-flop 344-1.

Finally, assignment condition SZ(Q) is boolean minimized with assignment condition AL(Q) as a don't care condition and boolean minimization of the result with NOT assignment condition SL(Q) as a don't care condition gives assignment condition SZ(Q)" with a value of "(not normal) *(abort)." Again, logic elements are used to generate assignment condition SZ(Q)" and the output signal of AND gate 340-3 drives the data input line of flip-flop. Thus, synthesizer 120 has changed user description in TABLE 46 that contains only operational results into two complex logic elements and the associated logic nodes shown in FIG. 26.

According to the principles of this invention, a method 2000 (FIG. 27A) is provided for generating a logic network using a hardware independent description means. In this method, a user description 110 specifying only signals and the circumstances under which the signals are obtained is used to generate a logic network, e.g., a net list of logic elements such as logic gates, high impedance drivers, level sensitive latches and edge sensitive flip-flops along with the interconnections of the logic elements, that generates the signals specified in the user description.

In one embodiment, method 2000 includes two steps 2005, 2010. In first step 2005, the signals and circumstances under which the signals are generated are converted to a structure having nodes interconnected by edges. A condition that indicates the condition under which the edge is traversed is generated for selected edges in the structure. In second step 2010, the structure and the conditions created in the first step are used to create a logic network 130 that generates the signals specified in user description 110.

As described more completely above and incorporated herein by reference, user description 110 is a sequence of statements that specify how the desired digital hardware operates. Specifically, user description 110 describes values assigned to logic variables and the circumstances under which those values are assigned wherein each logic variable assigned a value represents a signal. Specification of any specific logic element, such as a flip-flop, or any connections between logic elements to generate the desired signals is not required in user description 110.

Consequently, in method 2000 of this invention, logic network 130 is not created as in the prior art where the choice of logic components for the synthesis was stated at least partially explicitly in the user description, but rather where the choice of logic components is implied by the

62

signals specified in description 110. Such descriptions are easier to produce, understand, and maintain than the typical prior art description so that the user realizes significant savings in the cost of designing digital hardware.

In one embodiment, first step 2005 includes (i) a step 2006 (FIG. 27B) creating a control flow graph having nodes and edges, and in particular split nodes, join nodes, and operation nodes. The control flow graph may include edges that go from one node in the graph to any other subsequent node in the graph. The ability to jump from one node to any subsequent node in the graph represents a significant enhancement in the capability of the control flow graph to represent a wide variety of user descriptions.

After generation of the control flow graph, step 2007 within first step 2005 determines edge conditions for edges in the control flow graph. Specifically, for each edge in the control flow graph, the conditions that must be satisfied to reach that edge in the graph are determined and assigned to the edge. The condition generated is an "activation condition" in one embodiment and a "mux condition" in another embodiment as previously described and incorporated herein by reference.

In second step 2010 of the method, the edge activation conditions, or alternatively the mux conditions, and information associated with the nodes of the control flow graph are used to create logic network 130. In one embodiment, a set of assignment conditions for each variable assigned a value in the control flow graph, i.e., each signal specified by the user are created in step 2011 (FIG. 27C). The assignment conditions for a set of hardware description functions, are subsequently used in step 2012 to create a logic network 130 that generates the signals represented by the logic variables in the control flow graph.

Hence, according to the principles of this invention, in method 2000, a logic circuit for each variable that is assigned a value in user description 110, i.e., each signal specified by the user is created and the logic circuits are interconnected to form logic network 130 that generates the specified signals under the conditions specified by the user. In one embodiment, an assignment condition for each function in a set of functions is determined for each variable that is assigned a value in the user description. The previous discussion of assignment conditions and hardware description functions are incorporated herein by reference.

As previously explained, in one embodiment the set of functions includes a group of asynchronous functions and a group of synchronous functions. If the assignment conditions for the group of synchronous functions from step 2011 are all zero, the asynchronous functions and assignment conditions are used in step 2012 to create logic circuits that include logic nodes such as AND and OR gates and inverters as well as complex logic elements such as three-state drivers and level sensitive latches. The predetermined set of assignment conditions used to create specific logic circuits for the asynchronous signals was described above and is incorporated herein by reference. Similarly, if the assignment conditions for the group of asynchronous functions from step 2011 are all zero, the synchronous functions and assignment conditions are used to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers and edge-triggered flip-flops. When the assignment conditions from step 2011 include non-zero assignment conditions for both the synchronous and asynchronous functions, logic circuits are created in step 2012 that may include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers, and edge-

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.146

SNPS_00289312

5,680,318

63

triggered flip-flops. Also, in this case, the edge-triggered flip-flops may include a clear-direct terminal and a set-direct terminal. Again, the predetermined set of conditions used to generate specific logic circuits was described above and is incorporated herein by reference.

Hence, in this method a logic circuit is synthesized based upon the information provided by the assignment conditions. However, the assignment conditions are boolean minimized in step 2011 prior to creation of the logic circuit as described above and incorporated herein by reference. As explained, above the assignment conditions, in one embodiment, are the boolean minimized values of a set hardware description functions. In this method, the hardware description functions, the hardware created for the various values, and the boolean optimizations, as described above and incorporated herein by reference, are utilized in the logic network generating step.

The various embodiments of the structure and method of this invention that are described above are illustrative only of the principles of this invention and are not intended to limit the scope of the invention to the particular embodiments described. In view of this disclosure, those skilled-in-the-art can define other flow control styles, other edge conditions, other hardware description functions, other combinations of assignment conditions, other logic elements that may be created, other minimization techniques other than boolean logic, circuits other than digital circuits, and running in a non-computer environment, and use these alternative features to create logic networks according to the principles of this invention.

We claimed:

1. A logic network synthesizer, operating in a computer system, for generating a logic network in response to a user description having only operational characteristics of said logic network, said logic network synthesizer comprising:

   a preprocessor means, responsive to said operational characteristics, for generating a structure having a plurality of nodes interconnected by edges using only said operational characteristics of said logic network; wherein each of selected edges include an edge condition; and

      variables are assigned values in said nodes; and

   a logic circuit generator means, operatively coupled to said preprocessor means, for generating a logic network using said structure and edge conditions wherein said logic network has said operational characteristics.

2. The logic network synthesizer of claim 1 wherein said preprocessor means further comprises:

   means, responsive to said operational characteristics, for generating a control flow graph.

3. The logic network synthesizer of claim 2 wherein said preprocessor means further comprises:

   means, operatively connected to said control flow graph means, for generating an edge condition for an edge in said control flow graph wherein said edge condition generating means generates said edge conditions for said selected edges.

4. The logic network synthesizer of claim 3 wherein said edge condition generating means further comprises:

   means for generating an activation condition for each edge in said flow control graph.

5. The logic network synthesizer of claim 4 wherein said selected edges include each input edge into a join node and further wherein said edge condition generating means further comprises:

   means, operatively connected to said activation condition means, for generating a mux condition for each input edge to a join node.

64

6. The logic network synthesizer of claim 1 wherein said logic circuit generator means further comprises:

   means, operatively coupled to preprocessor means, for generating a set of assignment conditions for each variable assigned a value in said structure.

7. The logic network synthesizer of claim 6 wherein said assignment condition generator means further comprises:

   means, operatively coupled to preprocessor means, for generating a set of asynchronous assignment conditions for each variable asynchronously assigned a value in said structure.

8. The logic network synthesizer of claim 7 wherein said asynchronous assignment condition generator means further comprises:

   means, operatively coupled to preprocessor means, for generating a set of asynchronous assignment conditions for functions including an asynchronous load function and an asynchronous data function.

9. The logic network synthesizer of claim 8 wherein said asynchronous assignment condition generator means further comprises:

   means, operatively coupled to preprocessor means, for generating a set of asynchronous assignment conditions for functions including an asynchronous high impedance function.

10. The logic network synthesizer of claim 8 wherein said asynchronous assignment condition generator means further comprises:

   means, operatively coupled to preprocessor means, for generating a set of asynchronous assignment conditions for functions including a don't care function.

11. The logic network synthesizer of claim 6 wherein said assignment condition generator means further comprises:

   means, operatively coupled to preprocessor means, for generating a set of synchronous assignment conditions for each variable synchronously assigned a value in said structure.

12. The logic network synthesizer of claim 11 wherein said synchronous assignment condition generator means further comprises:

   means, operatively coupled to preprocessor means, for generating a set of synchronous assignment conditions for functions including a synchronous load function and a synchronous data function.

13. The logic network synthesizer of claim 12 wherein said synchronous assignment condition generator means further comprises:

   means, operatively coupled to preprocessor means, for generating a set of synchronous assignment conditions for functions including a synchronous high impedance function.

14. The logic network synthesizer of claim 12 wherein said synchronous assignment condition generator means further comprises:

   means, operatively coupled to preprocessor means, for generating a set of synchronous assignment conditions for functions including a don't care function.

15. The logic network synthesizer of claim 6 wherein said logic circuit generator means further comprises:

   hardware generation means, operatively coupled to assignment condition generating means, for creating a logic circuit for each of said sets of assignment conditions.

16. The logic network synthesizer of claim 15 wherein said hardware generation means further comprises:

Provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289313

5,680,318

65

means, operatively coupled to assignment condition generating means, for generating a level sensitive latch in response to predetermined assignment conditions.

**17.** The logic network synthesizer of claim **15** wherein said hardware generation means further comprises:

means, operatively coupled to assignment condition generating means, for generating a three-state driver in response to predetermined assignment conditions.

**18.** The logic network synthesizer of claim **15** wherein said hardware generation means further comprises:

means, operatively coupled to assignment condition generating means, for generating an edge-triggered flip-flop in response to predetermined assignment conditions.

**19.** The logic network synthesizer of claim **15** wherein said hardware generation means further comprises:

means, operatively coupled to assignment condition generating means, for generating an edge-triggered flip-flop with a clear-direct terminal in response to predetermined assignment conditions.

**20.** The logic network synthesizer of claim **15** wherein said hardware generation means further comprises:

means, operatively coupled to assignment condition generating means, for generating an edge-triggered flip-flop with a set-direct terminal in response to predetermined assignment conditions.

**21.** The logic network synthesizer of claim **15** wherein said hardware generation means further comprises:

means, operatively coupled to assignment condition generating means, for generating an edge-triggered flip-flop with a set-direct terminal and a clear-direct terminal in response to predetermined assignment conditions.

**22.** The logic network synthesizer of claim **15** wherein said hardware generation means further comprises:

means, operatively coupled to assignment condition generating means, for generating an edge-triggered flip-flop and a three-state driver in response to predetermined assignment conditions.

**23.** The logic network synthesizer of claim **15** wherein said hardware generation means further comprises:

means, operatively coupled to assignment condition generating means, for generating a level sensitive latch and a three-state driver in response to predetermined assignment conditions.

**24.** The logic network synthesizer of claim **15** wherein said hardware generation means further comprises:

means, operatively coupled to assignment condition generating means, for generating a feedback multiplexer in response to predetermined assignment conditions.

**25.** A method for generating a logic network comprising the steps of:

generating a structure having a plurality of nodes interconnected by edges using only operational characteristics of said logic network as input signals;

wherein each of selected edges include an edge condition; and

variables are assigned values in said nodes; and

generating a logic network using said structure and edge conditions.

**26.** The method of claim **25** wherein structure generating step further comprises:

generating a control flow graph.

**27.** The method of claim **26** wherein said control flow graph generating step further comprises after said control flow graph generating step:

66

generating an edge condition for an edge in said control flow graph wherein said edge conditions are generated for said selected edges.

**28.** The method of claim **27** wherein said edge condition generating step further comprises:

generating an activation condition for each edge in said flow control graph.

**29.** The method of claim **27** wherein said selected edges include each input edge into a join node and further wherein said edge condition generating step further comprises:

generating a mux condition for each input edge to a join node.

**30.** The method of claim **25** wherein said logic circuit generating step further comprises:

generating a set of assignment conditions for each variable assigned a value in said structure.

**31.** The method of claim **30** wherein said assignment condition generating step further comprises:

generating a set of asynchronous assignment conditions for each variable asynchronously assigned a value in said structure.

**32.** The method of claim **31** wherein said asynchronous assignment condition generating step further comprises:

generating a set of asynchronous assignment conditions for functions including an asynchronous load function and an asynchronous data function.

**33.** The method of claim **31** wherein said asynchronous assignment condition generating step further comprises:

generating a set of asynchronous assignment conditions for functions including an asynchronous high impedance function.

**34.** The method of claim **31** wherein said asynchronous assignment condition generating step further comprises:

generating a set of asynchronous assignment conditions for functions including a don't care function.

**35.** The method of claim **30** wherein said assignment condition generating step further comprises:

generating a set of synchronous assignment conditions for each variable synchronously assigned a value in said structure.

**36.** The method of claim **31** wherein said synchronous assignment condition generating step further comprises:

generating a set of synchronous assignment conditions for functions including a synchronous load function and a synchronous data function.

**37.** The method of claim **31** wherein said synchronous assignment condition generating step further comprises:

generating a set of synchronous assignment conditions for functions including a synchronous high impedance function.

**38.** The method of claim **31** wherein said synchronous assignment condition generating step further comprises:

generating a set of synchronous assignment conditions for functions including a don't care function.

**39.** The method of claim **25** wherein said logic circuit generating step further comprises after said assignment condition generating step:

creating a logic circuit for each of said sets of assignment conditions.

**40.** The method of claim **39** wherein said logic circuit creating step further comprises:

generating a level sensitive latch in response to predetermined assignment conditions.

**41.** The method of claim **39** wherein said logic circuit creating step further comprises:

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289314

5,680,318

67

generating a three-state driver in response to predetermined assignment conditions.

42. The method of claim 39 wherein said logic circuit creating step further comprises:

generating an edge-triggered flip-flop in response to predetermined assignment conditions.

43. The method of claim 39 wherein said logic circuit creating step further comprises:

generating an edge-triggered flip-flop with a clear-direct terminal in response to predetermined assignment conditions.

44. The method of claim 39 wherein said logic circuit creating step further comprises:

generating an edge-triggered flip-flop with a set-direct terminal in response to predetermined assignment conditions.

45. The method of claim 39 wherein said logic circuit creating step further comprises:

generating an edge-triggered flip-flop with a set-direct terminal and a clear-direct terminal in response to predetermined assignment conditions.

46. The method of claim 39 wherein said logic circuit creating step further comprises:

68

generating an edge-triggered flip-flop and a three-state driver in response to predetermined assignment conditions.

47. The method of claim 39 wherein said logic circuit creating step further comprises:

generating a level sensitive latch and a three-state driver in response to predetermined assignment conditions.

48. The method of claim 39 wherein said logic circuit creating step further comprises:

generating a feedback multiplexer in response to predetermined assignment conditions.

49. The logic network synthesizer of claim 2 wherein said control flow graph includes split nodes, join nodes, directive nodes, and edges connecting said nodes and further wherein said control flow graph is said structure.

50. The method of claim 26 wherein said control flow graph includes split nodes, join nodes, directive nodes, and edges connecting said nodes and further wherein said control flow graph is said structure.

*    *    *    *    *

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289315



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

August 28, 2013

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *5,748,488*
ISSUE DATE: *May 05, 1998*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

**P. R. GRANT**
**Certifying Officer**

JA.150

SNPS_00289316



US005748488A

# United States Patent [19]

**Gregory et al.**

| | |
|---|---|
| [11] **Patent Number:** | **5,748,488** |
| [45] **Date of Patent:** | **May 5, 1998** |

[54] **METHOD FOR GENERATING A LOGIC CIRCUIT FROM A HARDWARE INDEPENDENT USER DESCRIPTION USING ASSIGNMENT CONDITIONS**

[75] Inventors: **Brent L. Gregory**, Sunnyvale; **Russell B. Segal**, Mountain View, both of Calif.

[73] Assignee: **Synopsys, Inc.**, Mountain View, Calif.

[21] Appl. No.: **478,068**

[22] Filed: **Jun. 7, 1995**

## Related U.S. Application Data

[63] Continuation of Ser. No. 632,439, Dec. 21, 1990, abandoned.

[51] Int. Cl.⁶ .................................................. G06F 17/50
[52] U.S. Cl. ................................................ 364/490
[58] Field of Search ...................... 395/800; 364/489, 364/490

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,458,240 | 7/1969 | Hanson | 328/92 |
| 4,342,093 | 7/1982 | Miyoshi | 364/578 |
| 4,677,587 | 6/1987 | Zemany, Jr. | 364/900 |
| 4,703,435 | 10/1987 | Darringer | 364/489 |
| 4,725,971 | 2/1988 | Doshi et al. | 364/578 |

(List continued on next page.)

### OTHER PUBLICATIONS

Russell B. Segal, *BDSYN: Logic Description Translator, BDSIM: Switch–level Simulator* 1–90, Electronics Research Laboratory, University of California, Berkeley, CA (May 21, 1987).

Laung–Terng Wang et al., *SSIM: A Software Levelized Compiled–Code Simulator* 2–8, 24th ACM/IEEE Design Automation Conference. Paper 2.1 (1987).

D.E. Thomas et al., *The System Architect's Workbench* 337–343, 25th ACM/IEEE Design Automation Conference, Paper 23.2 (1988).

(List continued on next page.)

*Primary Examiner*—Eric Coleman
*Attorney, Agent, or Firm*—Skjerven, Morrill, MacPherson, Franklin & Friel; Forrest E. Gunnison

[57] **ABSTRACT**

A method and system are provided for generating a logic network using a hardware independent description means. A logic circuit synthesizer, in response to a user description specifying only signals and the circumstances under which the signals are produced, generates a logic network that generates the signals specified in the user description, e.g., a net list of logic elements, such as logic gates, high impedance drivers, level sensitive latches and edge sensitive flip-flops along with the interconnections of the logic elements. In one embodiment, the logic circuit synthesizer includes a preprocessor means and a logic circuit generator means. The preprocessor means, in response to the user description, converts signals and conditions in the user description into a structure having nodes interconnected by edges. The edges include an edge condition under which the edge is traversed. The logic circuit generator, using the structure and the edge conditions, creates a logic network that generates the signals specified in the user description.

**14 Claims, 25 Drawing Sheets**

Microfiche Appendix Included
(3 Microfiche, 205 Pages)



Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.151

SNPS_00289317

**5,748,488**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,725,975 | 2/1988 | Sasaki | 364/900 |
| 4,792,909 | 12/1988 | Serlet | 364/491 |
| 4,792,913 | 12/1988 | Buckland | 364/602 |
| 4,833,619 | 5/1989 | Shimizu | 364/489 |
| 4,882,690 | 11/1989 | Shinsa | 364/489 |
| 4,896,272 | 1/1990 | Kurosawa | 364/490 |
| 4,922,445 | 5/1990 | Mizoue et al. | 364/578 |
| 4,924,429 | 5/1990 | Kurashita | 364/578 |
| 5,007,018 | 4/1991 | Rutherford | 395/183.13 |
| 5,029,102 | 7/1991 | Drumm et al. | 364/489 |
| 5,055,718 | 10/1991 | Galbraith et al. | 307/465 |
| 5,067,091 | 11/1991 | Nakazawa | 364/490 |
| 5,068,812 | 11/1991 | Schaefer et al. | 364/578 |
| 5,095,441 | 3/1992 | Hopper et al. | 364/489 |
| 5,126,966 | 6/1992 | Hafeman et al. | 364/500 |
| 5,128,871 | 7/1992 | Schmitz | 364/490 |
| 5,146,583 | 9/1992 | Matsunaka | 395/500 |
| 5,150,308 | 9/1992 | Hooper et al. | 364/489 |
| 5,175,814 | 12/1992 | Anick et al. | 395/161 |
| 5,189,629 | 2/1993 | Kohnen | 364/490 |
| 5,197,016 | 3/1993 | Sugimoto | 364/489 |
| 5,198,705 | 3/1993 | Galbraith et al. | 307/465 |
| 5,222,030 | 6/1993 | Dangelo et al. | 364/489 |
| 5,237,513 | 8/1993 | Kaplan | 364/490 |
| 5,243,538 | 9/1993 | Okuzawa et al. | 364/489 |
| 5,253,363 | 10/1993 | Hyman | 395/800 |
| 5,257,201 | 10/1993 | Berman | 364/489 |
| 5,259,006 | 11/1993 | Price et al. | 375/107 |
| 5,274,793 | 12/1993 | Kuroda | 395/500 |
| 5,291,612 | 3/1994 | Sosic et al. | 395/800 |
| 5,359,537 | 10/1994 | Saucier et al. | 364/489 |
| 5,359,539 | 10/1994 | Matsumoto | 364/489 |
| 5,377,122 | 12/1994 | Werner et al. | 364/488 |
| 5,392,227 | 2/1995 | Hiserote | 364/578 |
| 5,437,037 | 7/1995 | Furuichi | 395/700 |
| 5,461,574 | 10/1995 | Matsunaga | 364/489 |
| 5,526,277 | 6/1996 | Dangelo et al. | 364/489 |
| 5,544,066 | 8/1996 | Rostoker et al. | 364/489 |

## OTHER PUBLICATIONS

Raul Camposano, *Design Process Model in the Yorktown Silicon Compiler* 489–494, 25th ACM/IEEE Design Automation Conference, Paper 32.3 (1988).

G. Colon–Bonet et al. *On Optimal Extraction of Combinational Logic and Don't Care Sets from Hardware Description Languages* 308–311, IEEE Design & Test (1989).

A.J. Van Der Hoeven et al., *A Model for the High–Level Description and Simulation of VLSI Networks* 41–48, IEEE Design & Test of Computers (Aug. 1990).

Peter M. Maurer et al., *Techniques For Unit–Delay Compiled Simulation* 480–484, 27th ACM/IEEE Design Automation Conference, Paper 27.1 (1990).

Zhicheng Wang et al., *LECSIM: A Levelized Event Driven Compiled Logic Simulator* 491–496, 27th ACM/IEEE Design Automation Conference, Paper 27.3 (1990).

J. Bhasker et al., *An Optimizer For Hardware Synthesis* 20–36, IEEE Design & Test of Computers (Oct. 1990).

Giovanni De Micheli, *High–Level Syntheses of Digital Circuits* 6–7, IEEE Design & Test of Computers (Oct. 1990).

R. Camposano, *From Behavior to Structures: High–Level Synthesis* 8–19, IEEE Design & Test of Computers (Oct. 1990).

Giovanni De Micheli et al., *The Olympus Syntheses System* 37–53, IEEE Design & Test of Computers (Oct. 1990).

Roger Lipsett, *VHDL–The Language* 28–41, IEEE Design & Test (Apr. 1986).

Alfred S. Gilman, *HDL–The Designer Environment* 42–47, IEEE Design & Test (Apr. 1986).

Elementary Pascal by H. Ledgard, et al. 1st Ed., Vintage Books, Feb. 1982, pp. 46–48, 66–75.

SNPS_00289318

Case:3:12-cv-06467-MMC   Document:86-3   Page:211   Filed:09/18/13   Page:5 of 61
Case: 15-1599   Document: 86   Page: 211   Filed: 07/30/2015



## FIG. 1



## FIG. 2

SNPS  00289319

Case3:12-cv-06467-MMC   Document63-3   Filed09/10/13   Page6 of 61



## FIG. 3A



## FIG. 3B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013
SNPS_00289320

Case: 15-1599 Document: 86 Page: 213 Filed: 09/18/2015
Case 3:12-cv-06467-MMC Document 62-3 Filed 07/30/2013 Page 7 of 61



FIG. 4



# FIG. 5A



# FIG. 5B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289322



**FIG. 6A**

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289323

Case: 15-1599    Document: 36    Page: 216    Filed: 09/19/18    Page 10 of 61



**FIG. 6B**

U.S. Patent          May 5, 1998          Sheet 7 of 25          5,748,488



FIG. 7A

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289325



FIG. 7B

SNPS_00289326



FIG. 8A



FIG. 8B



FIG. 8C



FIG. 8D

Case3:12-cv-06467-MMC   Document68-3   Filed09/19/13   Page14 of 61



# FIG. 9A



# FIG. 9B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS  00289328

Case 2:12-cv-06467-MMC   Document 68-3   Filed 09/19/13   Page 222 of 61



## FIG. 10A



## FIG. 10B

SNPS_00289329

Case: 15-1599   Document: 36   Page: 222   Filed: 07/30/2015
Case 2:12-cv-06467-MMC   Document 60-3   Filed 09/19/13   Page 222 of 61



# FIG. 11

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289330



# FIG. 12



# FIG. 13

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289331



## FIG. 14A



## FIG. 14B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289332

Case: 15-1599   Document: 36   Page: 225   Filed: 07/30/2015



# FIG. 15



# FIG. 16



# FIG. 17

SNPS_00289334



# FIG. 18

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289335

Case: 15-1499    Document 36    Page: 228    Filed: 07/30/2015



## FIG. 19A



## FIG. 19B



## FIG. 20

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289336



## FIG. 21A



## FIG. 21B

SNPS_00289337

Case 2:15-cv-01597-MDC Document 26 Page 230 09/File 07/30/2015 61



FIG. 22A



FIG. 22B



FIG. 23

Case 2:15-cv-05997-MDL Document 26-6 Page 231 of 267 Filed 09/30/2015   Case 2:15-cv-05997-MDL Document 26 Page 231 of 267 Filed 09/30/2015 61



## FIG. 24

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289339

Case: 15-1599   Document 36   Page: 232   Filed: 07/30/2015



FIG. 25



# FIG. 26

SNPS_00289341



FIG. 27A

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289342

Case 2:15-cv-05997-MDL Document 26 Page 235 of 267 Filed 09/20/2015



FIG. 27B



FIG. 27C

Copy provided by USPTO from the PIRS Image Database on 08/26/2013
JA.177
SNPS_00289343

5,748,488

1

## METHOD FOR GENERATING A LOGIC CIRCUIT FROM A HARDWARE INDEPENDENT USER DESCRIPTION USING ASSIGNMENT CONDITIONS

This application is a continuation of application Ser. No. 07/632,439, filed Dec. 21, 1990, now abandoned.

### CROSS REFERENCE TO MICROFICHE APPENDIX

Appendix A, which is a part of the present disclosure, is a microfiche appendix consisting of 3 sheets of microfiche having a total of 205 frames. Microfiche Appendix A is a listing of computer programs and related data for one embodiment of the logic synthesizer of this invention, which is described more completely below.

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

This invention relates generally to methods and systems used to convert a hardware language description to a logic circuit and in particular to a method and system for synthesizing a logic circuit from a user description with conditional assignments of values to logic variables and no hardware specific descriptions.

#### 2. Prior Art

The automated design of application specific integrated circuits as well as the programming of either programmable logic devices or programmable gate arrays requires specification of a logic circuit by the user. Historically, a user was required typically to supply either a logic schematic diagram for use in the automated design process or a set of boolean equations that specified the function of the logic network. The automated logic design system used this information to produce a user specific circuit.

However, many designers had neither a specific schematic diagram nor general boolean logic equations to describe the desired logic operations of the circuit. Hardware description language (HDL) was developed to assist such designers. A hardware description language provided the designer with a means for describing the operation of the desired logic circuit: that was at least one level of abstraction removed from a schematic diagram or a set of boolean logic equations. Also, HDL is a more compact representation of a circuit than the net lists that were historically used to represent circuits. Another significant advantage of HDL is that the HDL circuit description is technology independent. In a net list, logic gates from a particular vendor's library are used. With a HDL description, the description is not at the logic gate level.

Ideally, HDL would permit the user to describe only the desired operation of the logic circuit, i.e., the signals generated by the logic circuit. The automated logic design system would then translate the described operation into a logic circuit that was subsequently used in the automated logic design process.

Unfortunately, hardware description language generally permitted only an operational description of simple circuit

2

elements. For many circuit elements, such as high impedance drivers, level sensitive latches and edge sensitive flip-flops, the designer was required first to specify the specific circuit element and then the desired connection of that element using the HDL. Thus, while HDL purportedly allowed a higher level of abstraction in the specification of the logic circuit, HDL descriptions still required detailed logic knowledge for most practical circuits.

Thus, only designers that have knowledge of both the use and operation of logic elements and the desired operational features of the logic circuit can use HDL successfully. An automated logic design system with a logic circuit element independent HDL that required only knowledge of the desired operational features of the logic circuit would greatly enhance the productivity and versatility obtained with automated logic design systems, because such a system could be used by designers with limited logic knowledge. The advantages of automated logic design would be available to a far greater number of users. In spite of the general recognition of this dilemma, a system with a logic circuit element independent HDL is currently unavailable.

### SUMMARY OF THE INVENTION

According to the principles of this invention, a method and system are provided for generating a logic network using a hardware independent description means. A logic circuit synthesizer, in response to a user description specifying only signals and the circumstances under which the signals are produced, generates a logic network that generates the signals specified in the user description, e.g., a net list of logic elements, such as logic gates, high impedance drivers, level sensitive latches and edge sensitive flip-flops along with the interconnections of the logic elements.

In one embodiment, the logic circuit synthesizer includes a preprocessor means and a logic circuit generator means. The preprocessor means, in response to the user description, converts signals and other information in the user description into a structure having nodes interconnected by edges. The edges include an edge condition under which the edge is traversed. The logic circuit generator, using the structure and the edge conditions, creates a logic network that generates the signals specified in the user description.

The user description is a sequence of statements that specify how the desired digital hardware operates. Specifically, the user description describes values assigned to logic variables and the conditions under which those values are assigned wherein each logic variable assigned a value represents a signal. Specification of any specific logic element, such as a flip-flop, or any connections between logic elements to generate the desired signals is not required in the user description.

Consequently, the synthesizer of this invention creates the logic network not as in the prior art systems where the choice of logic components was stated at least partially explicitly, but rather where the choice of logic components is implied by the signals and structure specified by the user. Such descriptions are easier to produce, understand, and maintain than the typical prior art description so that the user realizes significant savings in the cost of designing digital hardware.

In one embodiment, the preprocessor includes a control flow graph generating means for creating the structure having nodes and edges. The control flow graph generator creates a control flow graph, which consists of nodes and edges, and in particular split nodes, join nodes, and operation nodes. The control flow graph may include edges that go

SNPS_00289344

5,748,488

3

from one node in the graph to any other subsequent node in the graph. The ability to jump from one node to any subsequent node in the graph represents a significant enhancement in the capability of the control flow graph to represent a wide variety of user descriptions.

The preprocessor also includes an edge condition generating means for determining edge conditions for an edge in the control flow graph. The edge condition generator within the preprocessor generates the condition under which a node in the control flow graph is reached. Specifically, for each edge in the control flow graph, the conditions that must be satisfied to reach that edge in the graph are determined and assigned to the edge. The condition generated is an "activation condition" in one embodiment and a "mux condition" in another embodiment.

The logic circuit generator, using the edge activation conditions, or alternatively the mux conditions, and information associated with the nodes of the control flow graph converts the control flow graph into a logic network. In one embodiment, an assignment condition generator in the logic circuit generator first determines a set of assignment conditions for each variable assigned a value in the control flow graph, i.e., each signal specified by the user. The assignment conditions for a set of hardware description functions, are subsequently used by a hardware generator to create the a logic network that generates the signals represented by the logic variables in the control flow graph.

Hence, according to the principles of this invention, the hardware generator creates a logic circuit for each variable that is assigned a value in the user description, i.e., each signal specified by the user, and interconnects the logic circuits to form the logic network that generates the specified signals under the conditions specified by the user.

In one embodiment, the assignment condition generator determines an assignment condition for each function in a set of functions for each variable that is assigned a value in the user description. Herein, a function is a means to differentiate between the hardware elements that are required in the logic network that is synthesized. Specifically, the set of functions are hardware description functions that in combination with the assignment conditions, which are the values of the hardware description functions, define the logic elements that comprise the logic network.

In one embodiment the set of hardware description functions includes a group of asynchronous functions and a group of synchronous functions. If the assignment conditions for the group of synchronous functions are all zero, the asynchronous functions and assignment conditions are used by the hardware generator to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers and level sensitive latches.

Similarly, if the assignment conditions for the group of asynchronous functions are all zero, the synchronous functions and assignment conditions are used by the hardware generator to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers and edge-triggered flip-flops. When the assignment conditions include non-zero assignment conditions for both the synchronous and asynchronous functions, the hardware generator creates logic circuits that may include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers, and edge-triggered flip-flops. Also, in this case, the edge-triggered flip-flops may include a clear-direct terminal and a set-direct terminal.

4

Hence, the hardware generator synthesizes a logic network based upon the information provided by the assignment condition generator. However, the hardware generator preferably boolean minimizes the assignment conditions prior to creation of the logic circuit. In addition, the hardware description functions may include a "don't care" function (don't care function) such that when the user assigns a value of don't care to a variable, an assignment condition is generated for the don't care function. The hardware generator uses the don't care function assignment condition to boolean minimize the logic circuit that is created.

In one embodiment, the hardware description functions include an asynchronous load function, an asynchronous data function, an asynchronous high impedance function, a synchronous load function, a synchronous data function, a synchronous high impedance function, and a "don't care" function. The asynchronous load function tells the condition under which a variable has been asynchronously assigned any value. The asynchronous data function tells the condition under which a variable has been asynchronously assigned the value one. The "don't care" function tells the condition under which a variable has been assigned a value of "don't care" by the user. Assigning the value don't care to a variable means that the variable may be assigned either a logic one or logic zero value. Thus, the "don't care" function tells the condition where the value of a variable is not important. The asynchronous high impedance function tells the condition under which a variable has been asynchronously assigned the value of a high impedance state. Thus, the asynchronous high impedance function tells the conditions where the value of a variable is high impedance.

The synchronous load function tells the condition under which a variable has been assigned any value on a clock edge. The synchronous data function tells the condition under which a variable has been assigned the value one on a clock edge. The synchronous high impedance function tells the condition under which a variable has been synchronously assigned the value of a high impedance state. Thus, the synchronous high impedance function tells the conditions where the value of a variable is high impedance.

In this embodiment, the value of the synchronous data function is only important when the synchronous load function is TRUE. Thus, the synchronous data function is preferably boolean minimized with the NOT of the value of the synchronous load function as a don't care condition by the hardware generator. Also, in this embodiment, the values of asynchronous data, don't care and asynchronous high impedance functions are only important when the asynchronous load function is TRUE. Thus, asynchronous data, don't care, and asynchronous high impedance functions are preferably boolean minimized with the NOT of the value of the asynchronous load function as a don't care condition by the hardware generator.

The hardware generator creates the logic elements necessary to generate the signal represented by each assignment condition. Thus, in the following description of the operation of the hardware generator, the steps necessary to create logic elements for a set of assignment conditions are not repeated. When an assignment condition simply is described as driving a particular logic element or line, an earlier description was provided on the hardware necessary to generate that assignment condition.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous load function is a logic one, and the

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289345

5,748,488

5

assignment condition for the asynchronous data function is non-zero, the logic nodes necessary to generate the asynchronous data function assignment condition are interconnected to form the logic circuit for the variable by the hardware generator.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous load function is not a constant, and the assignment condition for the asynchronous data function is non-zero, the hardware generator creates a level sensitive latch. The asynchronous data function assignment condition (constructed as described above) drives the input terminal of the level sensitive latch and the asynchronous load function assignment condition drives the gate terminal of the latch. The signal on the output line of the latch is the value of the variable.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous high impedance function and the asynchronous load function are not constants, and the assignment condition for the asynchronous data function is non-zero, the hardware generator creates two level sensitive latches and a three-state driver. The asynchronous data function assignment condition drives the input terminal of a first level sensitive latch and the asynchronous load function assignment condition drives the gate terminal of the latch. The signal on the output line of the first latch drives the input line of the three-state driver, sometimes referred to as a three-state element. The asynchronous high impedance assignment condition drives the input line of a second level sensitive latch and the asynchronous load function assignment condition drives the gate terminal of the latch. The signal on the output line of the second latch drives an invertor which in turn drivers the data enable line of the three-state driver.

For a variable where the assignment conditions for the synchronous functions are all zero, the assignment condition for the asynchronous high impedance function is not a constant, the asynchronous load function is a logical one, and the assignment condition for the asynchronous data function is non-zero, the hardware generator creates only a logic circuit that generates the asynchronous data function assignment condition and a three-state driver. The asynchronous data function assignment condition drives the input line of the three-state driver. The asynchronous high impedance assignment condition drives an invertor which in turn drives the data enable line of the three-state driver.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous load function is a logic one, and the assignment condition for the synchronous data function is non-zero, an edge sensitive flip-flop is created by the hardware generator. The synchronous data function assignment condition drives the input line of the flip-flop. The clock associated with the synchronous functions drives the clock terminal of the flip-flop. The signal on the output line of the flip-flop is the value of the variable.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous load function is not a constant, and the assignment condition for the synchronous data function is non-zero, a two-to-one multiplexer and an edge sensitive flip-flop are created by the hardware generator. The synchronous load function assignment condition drives a first input terminal of the two-to-one feedback multiplexer. The synchronous load function assignment condition drives the

6

data input select line of the multiplexer. The signal on the output line of the multiplexer drives the input line of an edge-triggered flip-flop. The clock associated with the synchronous functions drives the clock terminal of the flip-flop. The signal on the output line of the flip-flop is fedback to a second input terminal of the multiplexer. The value of the variable is the signal on the output line of the flip-flop.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous high impedance function is not a constant, the synchronous load function is a logic one, and the assignment condition for the synchronous data function is non-zero, the hardware generator creates two edge triggered flip-flops and a three-state driver. The synchronous data function assignment condition drives the input terminal of the first edge-triggered flip-flop. The signal on the output line of the first flip-flop drives the input line of the three-state driver. The synchronous high impedance assignment condition drives the input line of a second edge-triggered flip-flop. The signal on the output line of the second flip-flop drives an invertor which in turn drives the data enable line of the three-state driver. The clock associated with the synchronous functions drives the clock terminal of the first flip-flop and the second flip-flop.

For a variable where the assignment conditions for the asynchronous functions are all zero, the assignment condition for the synchronous high impedance function is not a constant, the synchronous load function is not a constant, and the assignment condition for the synchronous data function is non-zero, the logic circuit created by the hardware generator is the same as when the synchronous load assignment condition is a logic one, except two feedback multiplexers are added to the circuit. One feedback multiplexer is inserted in the input line to the first flip-flop, as was previously described, and the other feedback multiplexer is similarly inserted in the input line of second flip-flop.

For a variable where the assignment condition for the asynchronous load function is non-zero, the asynchronous data function assignment condition is zero, and the assignment conditions for the synchronous load function and the assignment condition for the synchronous data function are non-zero, a edge-triggered flip-flop is created by the hardware generator. The flip-flop has a clear-direct terminal that is driven by the assignment condition of the asynchronous load function assignment condition.

For a variable where the assignment conditions for the asynchronous load function, synchronous load function, and synchronous data function are non-zero, and the assignment condition for the asynchronous data function is a logic one, a edge-triggered flip-flop is again created by the hardware generator. The flip-flop has a set-direct terminal that is driven by the assignment condition of the asynchronous load function assignment condition.

For a variable where the assignment condition for the asynchronous load function is non-zero, the asynchronous data function assignment condition is not a constant, and the assignment conditions for the synchronous load function and the assignment condition for the synchronous data function are non-zero, a edge-triggered flip-flop is also created by the hardware generator. The flip-flop has a set-direct terminal and a clear-direct terminal. Logic is created by the hardware generator such that the asynchronous assignment conditions drive the set-direct and clear-direct terminals so that the appropriate signal is applied to the output line of the flip-flop.

When the asynchronous load function assignment condition is non-zero and the synchronous functions' assignment

SNPS_00289346

5,748,488

7

conditions are non-zero, the assignment conditions for the synchronous functions are boolean minimized by the hardware generator with the asynchronous load function assignment condition as a don't care condition. Thus, the hardware generator is a logic circuit generating means that creates a specific logic element for predetermined assignment conditions.

According to the principles of this invention, a method is provided for synthesizing a logic circuit from a user description that includes only operational characteristics of the logic circuit, e.g., signals and the circumstances under which those signals are generated. The method includes the steps of (i) generating a structure having nodes interconnected by edges where in the structure, variables representing signals are assigned values in the nodes and the edges are assigned conditions under which the edge is reached; and (ii) generating a logic network using the structure and edge conditions.

In one embodiment, the structure generating step includes (i) generating a control flow graph having nodes and edges wherein a variable is assigned a value in a node and the edges define the paths between nodes; and (ii) generating an edge condition for edges in the control flow graph where an edge condition is the condition under which a variable in the node associated with that edge is assigned a value.

The logic network generating step also may include (i) generating a set of assignment conditions for each variable assigned a value in the flow control graph; and (ii) generating a logic circuit for each set of assignment conditions where the interconnected logic circuits form the logic network. As explained above the assignment conditions, in one embodiment are the values of a set of hardware description functions. In this method, the hardware description functions, the hardware created for the various predetermined assignment conditions, and the boolean optimizations, as described above and incorporated herein by reference, are utilized in the logic network generating step.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of the hardware description language synthesizer 120 of this invention.

FIG. 2 is a more detailed block diagram of the hardware description language synthesizer 120 of this invention showing preprocessor 122 and logic circuit generator 124.

FIG. 3A is a more detailed block diagram of preprocessor 122 of this invention showing graph generator 132 and condition generator 133.

FIG. 3B is a more detailed block diagram of logic circuit generator 124 of this invention showing assignment condition generator 124A and hardware generator 124B.

FIG. 4 is an example of a control flow graph that is generated by graph generator 132 of this invention.

FIGS. 5A and 5B, illustrate an operation node and an edge from an operation node used by the assignment condition generator 124 in logic circuit generator 124.

FIG. 6A is a control flow graph generated by graph generator 132 of this invention for user description 110 in Table 2.

FIG. 6B is a control flow graph generated by graph generator 132 of this invention for user description 110 in Table 5.

FIG. 7A is a control flow graph that is generated by graph generator 132 of this invention for the user description in Table 3.

8

FIG. 7B is a control flow graph generated by graph generator 132 of this invention for the user description in Table 6.

FIG. 8A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 8.

FIG. 8B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 8.

FIG. 8C is the logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 10.

FIG. 8D is a logic circuit created by logic circuit generator 124 of this invention for the user description in Table 12.

FIG. 9A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 14.

FIG. 9B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 14.

FIG. 10A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 16.

FIG. 10B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 16.

FIG. 11 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 19.

FIG. 12 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 22.

FIG. 13 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 24.

FIG. 14A is a logic circuit created by one embodiment of logic circuit generator 124 for the user description in Table 26.

FIG. 14B is a logic circuit created by a preferred embodiment of logic circuit generator 124 of this invention for the user description in Table 26.

FIG. 15 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 28.

FIG. 16 is a logic circuit created by logic circuit generator 124 of this invention for the user description in Table 30.

FIG. 17 is a logic circuit generated by logic circuit generator 124 of this invention for the user description in Table 32.

FIG. 18 is a control flow graph, created by graph generator 132 of this invention for the user description in Table 34.

FIG. 19A is a control flow graph created by graph generator 132 of this invention for the user description in Table 36.

FIG. 19B is a block diagram of a multiplexer associated with one embodiment of the logic circuit generator 124 of this invention.

FIG. 20 is a block diagram of a selector associated with one embodiment of the logic circuit generator 124 of this invention.

FIG. 21A is a control flow graph as created by graph generator 132 of this invention for the user description in Table 37.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

5,748,488

| 9 | 10 |

FIG. 21B illustrates use of selectors according to the principles of this invention to generate the value of the variable Q as defined in Table 37.

FIG. 22A is a control flow graph created by graph generator 132 of this invention for the user description in Table 40.

FIG. 22B illustrates the selector for the control flow graph of FIG. 22A and the high impendance hardware description function of this invention.

FIG. 23 is a control flow graph as created by graph generator 132 of this invention for the user example in Table 42.

FIG. 24 is a control flow graph as created by graph generator 132 of this invention for the user description in Table 44.

FIG. 2 illustrates the control flow graph created by graph generator 132 of this invention for the user description in able 46.

FIG. 26 illustrates a logic circuit created by logic circuit generator 124 for the user description in Table 46.

FIGS. 27A, 27B, and 27C are block diagrams of one embodiment of the method of this invention.

DETAILED DESCRIPTION

According to the principles of this invention, a method and system are provided for generating a logic network, sometimes referred to as a logic circuit, using a hardware independent description means, sometimes called a hardware description language. Unlike, the prior art methods that required at least a detailed knowledge of the characteristics and operations of complex logic elements such as high impendance drivers, level sensitive latches and edge sensitive flip-flops, only a knowledge of the desired operation of the resulting logic network is required to generate the logic network according to the principles of this invention.

Thus, the system and method of this invention allow a user with minimal knowledge of specific logic elements to generate a logic network that may be subsequently mapped and optimized using any automated logic design system. The system and method of this invention are operable in a computer system that includes a data input device, such as a keyboard, a processing unit, and an output display device. In one embodiment, the user provides a description 110 (FIG. 1) of the operation of the logic network using hardware description means 115. Description 110 is a sequence of statements that specify how the desired digital hardware operates, i.e., the signals generated by the hardware. Specifically, description 110 describes values assigned to logic variables and the circumstances under which those values are assigned, i.e., description 110 specifies the signals and the circumstances under which those signals are produced. Specification of any specific logic element, such as a flip-flop, or any connections between logic elements so as to create the desired signals are not required in user description 110. Typically, the user provides description 110 using the computer system data input device.

With hardware description means 115, the user expresses the operations, i.e., production of signals, by the logic circuit in description 110. For example, to express a high impendance state for a variable, hardware description means 115 instructs the user to set the variable equal to the character "Z". Similarly, if the user does not care about the logic state of a variable, hardware description means 115 instructs the user to set the variable equal to the character "X". Hardware description means 115 requires no specific knowledge about

the operation or structure of any logic circuit element. Rather, hardware description means 115, as described more completely below, requires only a knowledge of the desired circuit's operation and a general knowledge of the use of HDL(Hardware Description Language). Herein, a variable represents a signal desired by the user in the logic circuit.

Hardware description language synthesizer 120, in response to description 110, converts hardware independent description 110 into a logic network 130. Synthesizer 120 is loaded in computer system 116 using techniques known to those skilled in the art. Synthesizer 120 independently determines the logic elements required and the interconnections of the logic elements based upon the operational characteristics specified in description 110. The user does not include any hardware specific limitations in description 110.

Consequently, HDL synthesizer 120, sometimes referred to as logic network synthesizer 120, creates logic network 130, not as in the prior art systems where the choice of logic components for the synthesis was stated at least partially explicitly, but rather where the choice of logic components is implied by the signals and circumstances specified in description 110. Such descriptions are easier to produce, understand, and maintain than the typical prior art description so that the user realizes significant savings in the cost of designing digital hardware. Synthesizer 120 generates logic network 130 on output display device 135 of computer system 116.

In one embodiment, the computer programs presented in Microfiche Appendix A were used in a workstation such as the SUN-4 computer system available from Sun Microsystems of Palo Alto, Calif. The computer programs were processed using the UNIX operating system SUN OS 4.0.3, the compiler, and linker provided with the SUN-4 computer system. The particular computer language and the computer system used are not an essential aspect of this invention. In view of this disclosure, those skilled in the art can implement the invention using a different computer language and/or a different computer system.

In one embodiment, synthesizer 120 (FIG. 1) includes a preprocessor 122 and a logic circuit generator 124 (FIG. 2). Preprocessor 122 receives the signal information specified in description 110. Preprocessor 122 first parses description 110. Preprocessor 122 converts the parsed description into a specific structure, a control flow graph, described more completely below, which consists of nodes and edges.

Subsequently, preprocessor 122 determines edge conditions for each edge in the control flow graph. The edge conditions and the information at the nodes of the control flow graph, i.e., the signals specified in user description 110 and the circumstances under which the signals are generated, are input information for logic circuit generator 124. Using only this information, logic circuit generator 124 automatically creates logic network 130. Logic network 130 is specified typically as a net list. Alternatively, the net list may be converted to a schematic logic diagram. The important aspect is that description 110, which included only operational results in the form of signal levels and the conditions under which those signal levels are generated, is converted to the specific logic network 130 wherein all the logic elements, including complex logic elements such as high impendance drivers, level sensitive latches, and edge sensitive flip-flops, are specified along with the inter-connection of the logic elements so that the user is provided with functional logic network 130 that may be implemented in an integrated circuit or other such devices by the user.

SNPS_00289348

5,748,488

**11**

More specifically, description 110 (FIG. 1) includes two general types of statements, directive statements and flow control statements. A directive statement assigns a specified value to a particular variable, i.e., a signal is set at a specified level. For example, the statement

$$x := p \qquad (1)$$

assigns the value of the variable "p" to the variable x. The value of the variable "p" may either have been previously defined or be an input signal. A directive statement is any statement that contains arithmetic operators (+, −, *, /), boolean operations, (e.g. AND, OR, XOR, NOT), or any operation that combines or manipulates data values. Herein, variable "p" or a similar notation is a shorthand expression for the right hand side of a directive statement and as such may represent either a single variable or a more general set of operations that manipulate data values.

A flow control statement, as the name suggests, controls the processing of statements in the set of statements that constitute description 110. For example, in the C programming language flow control statements include "IF," "WHILE," "SWITCH," "RETURN," "BREAK," "FOR," and "GOTO." In this embodiment, hardware description means 115 includes "IF" and "GOTO" flow control statements. As is known to those skilled in the art, other flow control statements may be expressed in terms of only these two flow control statements.

Herein, the characterization of statements as "directive" and "flow control" statements is for ease of description only. Similarly, the specific operations performed by such statements are illustrative only. The important aspect of the invention is that preprocessor 122 (FIG. 2) operates on two different types of statements that are used in description 110 to specify the operation of a user defined logic network. Therefore, the particular names assigned to these statements and the nature of the statements are illustrative only of the principles of this invention and are not intended to limit the invention to the particular names and embodiments described herein.

In this embodiment, preprocessor 122 (FIG. 2) includes parsing means 131, graph generator means 132 and edge condition generator means 133 (FIG. 3A). Parsing statements is well-known to those skilled in the art. For example see, A. Aho, R. Sethi, and J. Ullman, *Compilers: Principles, Techniques and Tools*, Addison-Wesley, Reading, Mass. (1986). In one embodiment, a lexical analysis is first performed using a tool entitled "lex" which is a UNIX tool described in the book of A. Aho et al., which is incorporated herein by reference. After the lexical analysis, parsing is performed using a, tool entitled "yacc" which is another UNIX tool described in the book of A. Aho et al., which is also incorporated herein by reference.

After parsing means 131 of preprocessor 122 parses a statement in description 110, the parsed statements are stored in a parse tree and symbol table (also described in Aho et al. (1986)). Parsing means 131 is not an essential aspect of this invention. Any parsing means may be used to generate the parse tree and symbol table. One embodiment of the parse tree and symbol table suitable for use with this invention is described in Aho et al. (1986), which is incorporated herein by reference. Hence, parsing means 131 processes user description 110 and generates a parse tree and symbol table having a format such as that given in Aho et al. (1986).

Using the parse tree and symbol table, graph generating means 132 constructs a control flow graph, as described more completely below. A graph is a collection of vertices,

**12**

sometimes referred to herein as nodes, and edges. Vertices are objects that can have a name and other properties. An edge is a connection between two vertices. In general, as described below, nodes are classified as operation nodes, split nodes, and join nodes. Edges in a control flow graph represent the flow of control between directive statements. In a control flow graph, a directive statement is represented by an operation node that has a single edge entering and a single edge leaving the node. Within the operation node is an assignment that corresponds to an operation specified by the user in a directive statement in description 110.

A flow control statement results in a more complex structure in the control flow graph than the directive statement. Typically, in the control flow graph, a split node associated with a flow control statement has one or more edges leaving the node. However, the precise representation depends upon the flow control statement. For example, in this embodiment, a GOTO statement may result in only an edge connecting two nodes. The important aspect is that a flow control node defines the condition or conditions whereby subsequent nodes in the control flow graph are accessed.

An example of a simple control flow graph is illustrated in FIG. 4. A data structure representing control flow graph 250 is created by graph generator means 132, typically in random access memory (RAM) of computer 116 (FIG. 1), for the statements in user description 110 (TABLE 1).

TABLE 1

| A Portion of a Typical User Description 110 | |
|---|---|
| 301 | if ( C ) |
| 302 | E := P |
| 303 | if ( D ) |
| 304 | goto done |
| 305 | else |
| 306 | A := 1 |
| 307 | endif |
| 308 | else |
| 309 | B := 0 |
| 310 | endif |
| 311 | F := A + B |
| 312 | done: |

In this embodiment, when the argument of the "if" statement in TABLE 1 is true, the sequence of statements immediately following the "if" statement are processed. When the "else" statement is encountered, processing passes to the corresponding "endif" statement. Conversely, if the argument of the "if" statement is false, the sequence of statements following the "else" statement for that "if" statement are processed. Again, processing passes to the corresponding "endif" statement. In a control flow graph, the node at which the two branches of an "if" statement converge, i.e., the node corresponding to the "endif" statement, is a "join" node. In general, a join node is any node were two or paths in the control flow graph converge, but, as explained below, a join node may have only a single input edge in some cases.

Control flow graph 250 has nine nodes 201, 203, 205, 208, 210, 212, 214, 217 and 219 and twelve edges 200, 202, 204, 206, 207, 209, 211, 213, 215, 216, 218 and 220. Edge 200 is the source for control flow graph 250. Split node 201 represents flow control statement 301 of TABLE 1. Edge 202 connects node 201 to node 203. Node 203 represents directive statement 302 (TABLE 1) and is referred to as a directive node or an operation node. Edge 202 is traversed only if condition "C" is true. (Herein, variables within a flow control statement are referred to as conditions and not

SNPS 00289349

5,748,488

13

variables.) In FIG. 4, the letter(s) or the arithmetic statement that is adjacent to an edge represents the condition that must be satisfied to traverse that edge. A bar over a letter is used to represent the "not" logic state of the condition represented by the letter. Similarly, two letters written side by side represent the logic "AND" function of the two conditions while two letters connected by a plus sign represents the logic "OR" function of the two conditions. This notation is used consistently to represent a condition associated with an edge of a control flow graph.

Edge 213, which is traversed when the condition "C" is not true, connects node 201 to node 214. Node 214 represents directive statement 309 (TABLE 1). Edge 204 connects node 203 to node 205. Split node 205 represents flow control statement 303 (TABLE 1). Edge 204 is traversed only if condition "C" is true. Edge 206 connects node 205 to join node 219. Edge 206 represents flow control statement 304 (TABLE 1) and is traversed only if both condition "C" and condition "D" are true.

Edge 207 connects split node 205 to operation node 208. Node 208 represents directive statement 306 (TABLE 1). Edge 207 is traversed when condition "C" is true and condition "D" is not true. Edge 209 connects node 208 and join node 210. The condition for traversal of edge 209 is the same as edge 207. Notice that join node 210 only has edge 209 into the node because the GOTO flow statement directed flow out of the "then" branch of the if statement. Edge 211 connects node 210 to join node 212 and edge 211 has the same condition for traversal of the edge as edge 209.

Edge 215 connects node 214 to join node 212. Edge 215 is traversed when condition "C" is not true. Edge 216 connects join node 212 to operation node 217. Node 217 represents directive statement 311 (TABLE 1). There are two paths to node 217. Node 217 is reached either if condition "C" is not true, or condition "C" is true and condition "D" is not true. Similarly, edge 218 that connects nodes 217 and 219 is reached either if condition "C" is not true, or condition "C" is true and condition "D" is not true. Node 219 is a join node that represents statement 312 (TABLE 1). Edge 220 from join node 219 is the sink for control flow graph 250.

There are several aspects of control flow graph 250 that are important. The condition for an edge leading into a directive node, e.g., node 203, and the condition from the directive node are the same. Hence, as described above, the condition on the edge exiting a directive node is used. Also, in graph 250, each directive node contains only an assignment for a single variable, but in a more general case, one directive node may correspond to one or more directive statements.

Graph generator 132 (FIG. 3A) only creates control flow graph 250 (FIG. 4). The conditions associated with an edge of graph 250 are provided here to assist in associating statements 301 through 311 of TABLE 1 with graph 250, but, as described more completely below, these conditions are an important aspect of the invention.

While control flow graph 250 is a rather simple example, graph 250 illustrates one of the important features of this invention. Graph 250 does not consist of only series and parallel paths. Typically, in prior art control flow graphs, only series and parallel paths were permitted, i.e, the only permitted flow control statements were "if" statements or statements that could be represented in terms of "if" statements. In such prior art control flow graphs, the two branches of the "if" statement generated parallel paths while nodes and edges connecting the join node of one "if" statement to the head node of another "if" statement formed

14

a series path. Within one side of a parallel path, multiple buried "if" statements were permitted, but a path from one of the "if" statements to outside the "if" statement was not available.

Thus, such prior art control flow graphs could not be used to represent an edge such as edge 206, that represents the "GOTO" flow control statement. The embodiment of preprocessor 122 that allows the more general control flow graph 250 is a significant advance. Elimination of the parallel series restriction permits generation of more complex and useful control flow graphs, as described more completely below.

Condition generator 133 (FIG. 3A) within preprocessor 122 generates the condition under which a node in the control flow graph is reached. Specifically, in one embodiment, for each edge in the control flow graph exiting from a directive node, the conditions that must be satisfied to reach that edge in the graph are determined and assigned to the edge. The condition generated is an "activation condition" in one embodiment and a "mux condition" in another embodiment. The determination of these conditions by condition generator 133 is described more completely below. In FIG. 4, for example, the activation condition for edge 218 of control flow graph function. In FIG. 4, the activation condition is given next to each edge.

In another embodiment, a "mux condition" is determined for the edges in the control flow graph by condition generator 133 (FIG. 3A). The mux condition, as illustrated more completely below, has several advantages over activation conditions.

Condition generator 133 determines a mux condition for each edge 211, 215 feeding into join node 212 and for each edge 206, 218 feeding into join node 219. The mux condition for an edge is the boolean minimization of the activation condition for that edge with a don't care condition. The don't care condition is the NOT of the activation condition of the edge leaving the join node. (For a more general discussion of don't care conditions, see for example, R. K. Brayton, G. D. Hachtel, C. T. McMullen, and A. L. Sangiovanni, *Logic Minimization Algorithms for VLSI Synthesis*, Kluwer Academic Publishers, Hingham, Mass. (1984), which is incorporated herein by reference.)

For example, the mux condition for edge 211 into join node 212, is activation condition "C AND (not D)" minimized with the don't care condition, i.e, the NOT of activation condition "(not C) OR (C AND (not D))" for edge 216 leaving join node 212, which is :

$$\text{not((not C) OR (C AND (not D)))} \tag{2}$$

Boolean minimization of the mux condition for edge 211 results in the mux condition "C". (Herein, parenthesis are used as an aid in understanding the logic operations within the condition. Thus, "(not C)" and "not C" are the same value.) Note the mux condition is simpler than the activation condition for edge 211.

The mux condition for an edge is true only when the join node was reached via that edge. The mux condition for an edge may have any value if the join node is not reached. The freedom of the mux condition for an edge to take on any value when the join node is not reached distinguishes mux conditions from activation conditions. The activation condition for an edge is always false when the join node is not reached via that edge. Hence, the mux condition for an edge is simpler than the activation condition because a mux condition is not required to be false when the join node is not reached. The generation of the edge conditions in the control flow graph completes the operation of condition generator 133 and consequently the operation of preprocessor 122.

5,748,488

15
16

Logic circuit generator 124 (FIG. 2) converts the edge conditions (activation or mux conditions) and the nodes of the control flow graph into assignment conditions, as described more completely below, which are in turn used to generate a logic circuit that performs the operations that were specified by the user in description 110, i.e., the circuit generates the signals specified by the user.

Prior to considering the operation of logic circuit generator 124 in more detail, the specific hardware description means used with synthesizer 120 of this invention is described. Hardware description means 115 (FIG. 1) provides a means for expressing the possible logic function signals and the condition under which those logic function signals are obtained. In this embodiment, hardware description means 115 includes specifying logic variables which have a logic value of zero, one, "X" or "Z." A value of "X" for a variable means the user does not care about the logical value of that variable. A value of "Z" means the signal represented by the variable is in a high impendance state. Also, the user may specify logic input variables, i.e., logic input signals.

In addition to specification of values for variables, the user may specify the conditions under which a variable takes on a particular value. For example, in this embodiment, the user may specify either a predetermined condition that must be satisfied, or a clock edge condition. Thus, the user needs to know only the timing relationship between the signals or other conditions upon which generation of the signals depend. No knowledge concerning the operation of specific logic devices, such as latches or flip-flops, is required. Hence, unlike the prior art systems described above, which required specification of operation and connections for complex logic elements, synthesizer 120 of this invention generates logic network 130 from an operational description only and does not require specification of any hardware details in user description 110.

Logic circuit generator 124 (FIG. 3), using the edge activation conditions, or alternatively the mux conditions, and information associated with the nodes of the control flow graph converts the control flow graph into a logic circuit. In one embodiment, logic circuit generator 124 first determines assignment conditions, as described more completely below, for each variable assigned a value in the control flow graph. The assignment conditions in conjunction with a set of hardware description functions, also described more completely below, are subsequently used to generate logic network 130 (FIG. 1) which provides the signals represented by the logic variables in the control flow graph.

More specifically, assignment condition generator 124A (FIG. 3B) uses the conditions from condition generator 133 and the control flow graph from graph generator 132 to generate an assignment condition matrix. Each row of the matrix is a set of assigament conditions for a variable that is assigned a value in user description 110.

Hardware generator 124B generates a logic circuit for each row of the assignment condition matrix. In one embodiment, hardware generator 124B first boolean minimizes the set of assignment conditions and then generates the logic circuit for the optimized set of assignment conditions. Thus, logic network 130 includes one or more logic circuits. The logic circuits are interconnected as required by the assignment conditions to form logic network 130.

Logic circuit generator 124 uses a set of hardware description functions that represent specific operations that are implemented with specific hardware. Thus, rather than requiring the user (i) to understand the operation of hardware and (ii) to provide a specific description of that hardware in description 110, logic circuit generator 124, in this embodiment, determines an assignment condition for each variable and each of the functions in the set of hardware description functions. An "assignment condition" is the condition under which the hardware description function is true for a particular variable.

Herein, the notation "F( )" represents hardware description function "F" and the notation "F(v)" represents the assignment condition for the hardware description function "F" and variable "v". In one embodiment, the hardware description functions (HDFs) are characterized as either synchronous or asynchronous functions. Synchronous HDFs apply to assignments made to variables only on clock edges. Asynchronous HDFs apply to all other assignments made to variables. In this embodiment, six different HDFs are used.

Asynchronous load function AL( ) tells the condition under which a variable has been asynchronously assigned any value. Asynchronous data function AD( ) tells the condition under which a variable has been asynchronously assigned the value one. Herein, logic one, one, and "1" are used interchangeably to represent the logic state "TRUE". Similarly, logic zero, zero, and "0" are used interchangeably to represent the logic state "FALSE".

Don't care function DC( ) tells the condition under which a variable has been assigned the value "X". Assigning the value "X" to a variable means that the variable may be assigned either a logic one or logic zero value. Thus, function DC( ) tells the condition where the value of a variable, i.e., the signal level is not important.

High-impedance function Z( ) tells the condition under which a variable has been assigned the value "Z". Assigning the value "Z" to a variable means that the variable is to take on a high impedance value. Thus, function Z( ) tells the conditions where the value of a variable is high impedance. In another embodiment, high-impedance function Z( ) is replaced by an asynchronous high impedance function AZ( ) and synchronous high impedance function SZ( ).

In this embodiment, the values of functions AD( ), and Z( ) are only important when function AL( ) is TRUE. Thus, functions AD( ), and Z( ) are preferably boolean minimized with "not function AL( )" as a don't care condition, as described more completely below.

Synchronous load function SL( ) tells the condition under which a variable has been assigned any value on a clock edge. Synchronous data function SD( ) tells the condition under which a variable has been assigned the value one on a clock edge. In this embodiment, the value of function SD( ) is only important when function SL( ) is TRUE. Thus, function SD( ) is preferably boolean minimized with "not function SL( )" as a don't care condition, as described more completely below.

The specific names of the hardware description functions are not important. Rather, the important aspect is to define a set of functions that represent all variable types that the user may specify, and the conditions under which a particular variable type takes on a particular value. In other embodiments, additional functions may be defined, or alternatively, subsets of the functions described above may be used.

Herein, a positive clock edge is associated with synchronous functions SL( ) and SD( ). However, the use of a positive clock edge for the synchronous functions is illustrative only of the principles of this invention and is not intended to limit the invention to only such a clock edge. As is known to those skilled in the art, a wide variety of clock edges are used in combinational logic networks. Synchro-

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.185

SNPS 00289351

17

nous functions SL( ) and SD( ) in logic circuit generator **124** (FIG. 3B) are applicable, in general, for any of the wide variety of clock edges. In view of this disclosure, the use of another clock edge will be apparent to those skilled in the art.

The generation of assignment conditions using the edge conditions (either "mux conditions" or "activation conditions") and the nodes of the control flow graph corresponding to the directive statements is described more completely below in terms of specific examples. Each hardware description function is a boolean expression that may have a logic zero, a logic one, or some combination of logic values from a circuit.

In this embodiment, logic circuit generator **124**, in particular, assignment condition generator 124A, creates an assignment condition matrix that is subsequently used in the generation of logic network **130** by hardware generator **124B**. Each column of the matrix represents one hardware description function. Thus, in this embodiment, the matrix has six columns. Each row of the assignment condition matrix represents one of the variables that are assigned a value in description **110** (FIG. 2), i.e., a signal that is specified by the user. The entries in a row are the assignment conditions for that variable and are used to generate logic circuit elements that generate the output signal for that variable. Hence, logic circuit elements are generated for each row of the assignment condition matrix. The logic circuit elements for each row and related rows are interconnected as necessary by hardware generator 124B.

The function of the assignment condition matrix is more clearly illustrated by first considering the method used by logic circuit generator **124** to determine the assignment conditions for each of the hardware description functions and then considering the interpretation of the possible permutations and combinations of assignment conditions within a row of the matrix. The generation of assignment conditions using activation conditions is considered first and then the generation of assignment conditions using mux conditions is described.

For high impedance function Z( ), assignment condition Z(v) is the logical OR function of all the activation conditions under which variable v is assigned high impedance value "Z". If variable v is never assigned value "Z", assignment condition Z(v) is zero. For example, consider a node **251** (FIG. 5A) in the control flow graph which specifies Q:="Z" and activation condition "1" for edge **252** leaving node **251**. Since for the purposes of this example this is the only node in the control flow graph that assigns the high impedance state to the variable Q, the logic OR function of the activation conditions is just "1" so assignment condition Z(Q) is "1".

For don't care function DC( ), assignment condition DC(v) is also the logic OR function of all the activation conditions that result in variable v being assigned don't care value "X". If variable v is never assigned value "X", assignment condition DC(v) is zero. For this example, there is only one node **255** (FIG. 5B) in the control flow graph which specifies Q:="X" and the activation condition for edge **256** exiting that node is "1". Thus, the logic OR function of all the activation conditions is "1" so that assignment condition DC(Q) is "1".

For asynchronous load function AL( ), the assignment condition for a variable is the logic OR function of the activation conditions for all edges exiting from directive nodes in the control flow graph where that variable is asynchronously assigned a value.

Consider the following user instructions (TABLE 2), which are illustrated in FIG. 6A as a control flow graph **300**-A.

18

TABLE 2

| An Example of User Description 110 |
|---|
| if ( COND )<br>    Q := 0<br>else<br>    endif. |

The activation condition for edge 304-A from directive node 303-A is "COND". Since this is the only node in which variable Q is assigned a value, assignment condition AL(Q) for function AL( ) is also "COND."

The operation of asynchronous data function AD( ) is more complex than the operation of asynchronous load function AL( ). A logic variable Q may asynchronously take on a logic zero value, e.g., Q=0, a logic one value, e.g., Q:=1, or an unknown logic value, e.g., Q:=B, where B is another user defined logic variable, input variable, or a logic expression.

In general, assignment condition AD(v) for variable v is the logic OR function of all conditions under which variable v was assigned a logic one value. Notice that in contrast to the definition of assignment condition AL(v), the assignment condition AD(v) is not limited to just activation conditions. When the variable is simply assigned the constant logic one value, the activation condition is the condition used in evaluation of the logical OR function. When variable v is assigned a constant logic zero value, the condition used in evaluation of the logic OR function is a logic zero. When variable v is assigned a specific but unknown logic value, the condition used in the logic OR function is equal to the logic AND function of the activation condition where variable v was assigned that value with the unknown value assigned to variable v. Hence, the conditions used in evaluation of the logic OR function may be more complex than just the activation condition.

To demonstrate the generation of rows in the assignment condition matrix for asynchronous functions AL( ) and AD( ), consider the following user instructions (TABLE 3), which are illustrated in FIG. 7A as control flow graph **330**-A.

TABLE 3

| An Example of User Description 110 |
|---|
| if ( COND1 )<br>    P := 1<br>else<br>    P := 0<br>endif<br>if ( COND2 )<br>    Q := B<br>else<br>    endif. |

The activation condition of edge 313-A from node 312-A where variable P is assigned the value "1" is "COND1". The activation condition of edge 317-A from node 316-A where variable P is assigned the value "0" is "not COND1". Thus, using the above rules for the assignment conditions, assignment condition AL(P) for function AL( ) is the logic OR function of all the activation conditions from all the directive nodes where variable P is assigned a value, i.e. nodes 312-A and 316-A. The logic OR function is:

$$COND1 + \overline{COND1} = 1 \qquad (3)$$

Therefore, assignment condition AL(P) for function AL( ) is "1." The assignment condition AD(P) for function AD( ) is

5,748,488

**19**

the logic OR function of the conditions under which variable P is asynchronously assigned the value of "1" i.e., node 312-A. Thus, assignment condition AD(P) for function AD( ) is "COND1". Therefore, the row in the assignment condition matrix for variable P is as shown in TABLE 4 below.

Again, the same rules are used to determine assignment conditions AL(Q) and AD(Q). The activation condition for edge 322-A from node 321-A where variable Q is asynchronously assigned a value is "COND2". Thus, variable Q is asynchronously loaded if activation condition "COND2" is true. Since in this example, node 321-A is the only directive node where variable Q is assigned a value, assignment condition AL(Q) for asynchronous load function AL( ) is "COND2". Therefore, the entry in the assignment condition matrix in row Q and column AL( ) is "COND2".

At node 321-A, variable Q is driven to a logic one value only if variable B has the value "1". Thus, the two step process is used to determine the assignment condition for function A(Q). The condition under which variable Q is assigned a logic one value is the Logical AND of the value of variable B (i.e., the value assigned to variable Q) and COND2 (the activation condition for the assignment), i.e., the condition is "B*COND2". The assignment condition AD(Q) is the logic OR function of all conditions under which variable Q was assigned a logic one value. Since there is only one condition, assignment condition AD(Q) is "B*COND2".

**TABLE 4**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| P | 1 | COND1 | 0 | 0 | 0 | 0 |
| Q | COND2 | COND2*B | 0 | 0 | 0 | 0 |

The assignment conditions for synchronous load function SL( ) and synchronous function SD( ) are analogous to the asynchronous functions described above. For synchronous load function SL( ), assignment condition SL(v) is the logical OR function of the activation conditions for all edges exiting from nodes of the control flow graph (i) where variable v is assigned a value and (ii) where the activation condition includes a clock edge. In the assignment conditions for the synchronous functions, the variable representing the clock edge (see "pos_e" below) is replaced with a logic one.

Consider the following user instructions, which are illustrated in FIG. 6B as control flow graph 300-S.

**TABLE 5**

| An Example of User Description 110 |
|---|
| if ( positive_edge(CLOCK) )<br>    Q := 0<br>else<br>endif. |

The activation condition for edge 304-S from node 303-S is "positive_edge(CLOCK)." (In the FIGS. and herein, "positive_edge(CLOCK)" is also represented by "pos_e".) Since this is the only nodes in which variable Q is assigned a value where the activation condition contains a clock edge, the assignment condition is for function SL(Q) is "1".

The operation of synchronous data function SD( ) is more complex than the operation of synchronous load function

**20**

SL( ). On a clock edge, a logic variable Q may synchronously take on a logic zero value, e.g., Q:=0, a logic one value, e.g., Q:=1, or an unknown logic value, e.g., Q:=B, where B is another user defined logic variable, input variable, or a logic expression.

Assignment condition SD(v) for variable v is the logic OR function of all conditions under which variable v was assigned a logic one value and the activation condition includes a clock edge. Notice that in contrast to the definition of assignment condition SL(v), assignment condition SD(v) is not limited to just the logic OR function of activation conditions. When variable v is simply assigned the constant logic one value on a clock edge, the activation condition is the condition used in evaluation of the logical OR function. When variable v is assigned a constant logic zero value on a clock edge, the condition used in evaluation of the logic OR function is a logic zero. When variable v is assigned a specified but unknown logic value on a clock edge, the condition used in the logic OR function is equal to the logical AND function of the activation conditions where variable v was assigned with the unknown value assigned to variable v. Hence, the conditions used in evaluation of the logic OR function may be more complex than just the activation condition.

To demonstrate the generation of rows in the assignment condition matrix for synchronous functions SL( ) and SD( ) consider the following user instructions (TABLE 6), which are illustrated in FIG. 7B as control flow graph 330-S.

**TABLE 6**

| An Example of User Description 110 |
|---|
| if ( positive_edge(CLOCK) )<br>  if (COND1)<br>    B := 1<br>  else<br>    B := 0<br>  endif<br>  if (COND2)<br>    Q := B<br>  else<br>  endif.<br>else<br>endif. |

The activation condition of edge 313-S from node 312-S where variable B is assigned the value "1" is "COND1*positive_edge(CLOCK)". The activation condition of edge 317-S from node 316-S where variable B is assigned the value "0" is "(not COND1)*positive_edge (CLOCK)."

Thus, using the above rules for the assignment conditions, assignment condition SL(B) for function SL( ) is the logic OR function of all the activation conditions from all the directive nodes where variable P is assigned a value on a clock edge, i.e. node 312-S and 316-S. The logic OR function is just "COND1*positive_edge(CLOCK)+((not COND1)*positive_edge (CLOCK))" but by definition for a synchronous function "positive_edge(CLOCK)" equals "1" because a synchronous function takes on a non-zero value only under this condition. Therefore, assignment condition SL(B) for function SL( ) is "(not COND1+COND1", which is "1". Assignment condition SD(B) for function SD( ) is the logic OR function of the conditions under which variable B is synchronously assigned the value of "1", i.e., node 312-S. Thus, assignment condition SD(B) for function SD( ) is "COND1", the activation condition for edge 313-S. Therefore, the row in the assignment condition matrix for variable B is as shown in TABLE 7 below.

SNPS_00289353

5,748,488

Again, the same rules are used to determine the assignment conditions for variable Q and synchronous functions SL( ) and SD( ). The activation condition for edge 322-S from node 321-S where variable Q is synchronously assigned a value is "COND2 * positive_edge(CLOCK)". Thus, variables Q is synchronously loaded on a clock edge. Since in this example, node 321-S is the only directive node where variable Q is assigned a value on a clock edge, assignment condition SL(Q) for asynchronous load functions SL( ) is "COND2" because, as described above, "positive_edge(CLOCK)" is replaced with a logic one. Therefore, the entry in the assignment condition matrix in row Q and columns SL( ) is "COND2".

At node 321-S, variable Q is driven to a logic one value on the clock edge only if variable B has the value "1". Thus, the two step process is used to determine the assignment condition SD(Q) for function SD( ). The condition where variable Q is assigned a logic one value is the logical AND of the value assigned to variable B and the activation condition "COND2*pos_e" for that assignment, i.e., the activation condition for edge 322-S so that the condition is "B*(COND2*pos_e)". Assignment condition SD(Q) is the logical OR function of all conditions under which variable Q takes on a logic one value on a clock edge with the clock edge replaced by a logic one. Since there is only one such condition in control flow graph 330-S, assignment condition SD(Q) is "B*COND2".

**TABLE 7**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL() | AD() | SL() | SD() | DC() | Z() |
| B | 0 | 0 | 1 | COND1 | 0 | 0 |
| Q | 0 | 0 | COND2 | COND2*B | 0 | 0 |

The previous examples were simple examples that demonstrated generation of entries in the assignment condition matrix by assignment condition generator 124A. The next step is generation of a logic circuit for each row of the assignment condition matrix. Specifically, the following examples demonstrate the possible combinations within a row of the assignment condition matrix and the hardware that is generated for that row by logic circuit generator 124 (FIG. 2). Each example illustrates a set of predetermined assignment conditions that are used by hardware generator 124B to create specific logic elements. Hence, whenever hardware generator 124B encounters the predetermined assignment conditions, the logic elements described are created.

With respect to function AL( ), consider a variable Q and the assignment condition matrix row given in TABLE 9 for variable Q. TABLE 9 is associated with the following user description (TABLE 8):

**TABLE 8**

| An Example of User Description 110 |
|---|
| If( COND ) |
| Q := D |
| else |
| endif |

"COND" is a condition.

**TABLE 9**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | COND | COND*D | 0 | 0 | 0 | 0 |

For asynchronous load function AL( ), variable Q must retain the assigned value until a subsequent assignment occurs. The operation of the asynchronous load function AL( ) is just the operation of a flow through latch where the assignment condition AD(Q) is the signal on the latch data input line and the value of the variable Q is the signal on the latch output line. The flow through latch is gated with assignment condition AL(Q). Thus, if assignment condition AL(Q) is "1", the input signal is transferred directly to the output line of the latch. If assignment condition AL(Q) has an unknown value, the input signal is transferred to the output line only when the assignment condition is true, i.e., takes on a logic one value.

Logic circuit 350 (FIG. 8A) generates the signals specified by user description 110 as defined in TABLE 8 above. Specifically, AND gate 340 has a first input signal that is the value assigned to variable D and a second input signal that is activation condition "COND." Output signal "D*COND" of AND gate 340 is activation condition AD(Q) and is the signal on data input line 342-D of latch 342. Activation condition "COND" is also the signal on gate terminal 342-G of latch 342. The signal on the output line of latch 342 is the value of variable Q. While circuit 350 provides the operation specified by the user description, circuit 350 may be improved.

Latch 342 does not use the value on data input line 342-D whenever the signal on gate terminal 342-G is zero. Thus, the logic circuit created by hardware generator 124B to generate assignment condition AD(Q) for the data input line 342-D is, in one embodiment, boolean minimized with "not assignment condition AL(Q)" as a don't care condition. When assignment condition AD(Q), which is "COND *D" is boolean minimized with a don't care of "not COND," the function "D" is the result. Circuit 350-1 (FIG. 8B) is an improved result because fewer logic elements are required to produce the results specified by the user description in TABLE 8. Hence, circuit 350-1 is created by hardware generator 124B for the row in TABLE 9.

Thus, in more general terms, for a row in the assignment condition matrix for a variable v with assigmnent conditions AL(v) and AD(v), the logic circuit generated for these assignment conditions by hardware generator 124B is the boolean minimization of assignment condition AD(v) with the don't care condition of "not assignment condition AL(v)." If the value of boolean minimized assignment condition AD(v) is a boolean constant, the logic circuit is further simplified from that described above.

Consider the following user description (TABLE 10).

**TABLE 10**

| An Example of User Description 110 |
|---|
| if (COND) |
| Q := 1 |
| else |
| endif |

The row of the assignment condition matrix for variable Q is given in TABLE 11.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289354

5,748,488

| 23 | 24 |

TABLE 11

| | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | COND | COND*1 | 0 | 0 | 0 | 0 |

Boolean minimization of assignment condition AD(Q), i.e., "COND * 1" with the don't care condition of "not assignment condition AL(Q)", i.e., "not COND" gives an assignment condition AD(Q) of "1". The logic circuit generated to produce the signal represented by the value of variable Q (TABLE 11) is a wire 339 (FIG. 8C).

If the value of assignment condition AL(v) for variable v is a boolean constant, the generated logic circuit is simplified in comparison to that described above for FIG. 8B. If the value of assignment condition AL(v) is 0, no hardware is generated because variable v was never asynchronously assigned a value. If the value of assignment condition AL(v) is "1", the value of variable v is simply assignment condition AD(v) so that again a latch is not needed. Therefore, hardware is built to generate assignment condition AD(v). Consider the following user description (TABLE 12).

TABLE 12

| An Example of User Description 110 |
|---|
| if (COND) |
| Q := D |
| else |
| Q := E |
| endif |

The row of the assignment condition matrix for variable Q is given in TABLE 13.

TABLE 13

| | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | 1 | D*COND + B*COND | 0 | 0 | 0 | 0 |

Since the value of variable Q is simply assignment condition AD(Q), a logic circuit 351 consisting of the logic nodes required to generate the signal represented by assignment condition AD(Q) is built as shown in FIG. 8D. AND gate 340-1, in response to signals "D" and "COND," feeds OR gate 341 a first input signal "D * COND." Similarly, AND gate 340-2, in response to signals "E" and "not COND," feeds OR gate 341 a second input signal "E * (not COND)." Hence, the output signal Q of OR gate 341 is just activation condition AD(Q).

With respect to function Z(v), again consider variable Q and the assignment condition matrix row given in TABLE 15 for variable Q. TABLE 15 is associated with the following user description (TABLE 14):

TABLE 14

| An Example of User Description 110 |
|---|
| If ( COND ) |
| Q := "Z" |
| else |

TABLE 14-continued

| An Example of User Description 110 |
|---|
| Q := b + c |
| endif |

Thus, characters b and c represent logic variables and string "COND" is a condition.

TABLE 15

| | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | 1 | (b+c)*COND | 0 | 0 | 0 | COND |

In general for a row of the assignment condition matrix for variable v where assignment condition Z(v) is not zero and asynchronous load assignment condition AL(v) is one, a three-state driver is generated by logic circuit generator 124. The data input line of the three-state driver is connected to assignment condition AD(v), the enable input line of the three-state driver is connect to the inverse of assignment condition Z(v). The value of variable v is the signal on the three-state driver's output line.

In one embodiment, logic circuit 352 (FIG. 9A) is generated by logic circuit generator 124 for the row of the assignment condition matrix shown in TABLE 15. Since the value of assignment condition AL(Q) is "1", the value of variable Q is simply assignment condition AD(v) so that hardware is built to generate assignment condition AD(v). Specifically, OR gate 341, in response to input signals b and c, generates an output signal "b+c" which is a first input signal to AND gate 340. Output signal "not COND" from invertor 346 is a second input signal to AND gate 340. Thus, the output signal from AND gate 340 is assignment condition AD(Q). Further, since assignment condition Z(Q) is not zero, and asynchronous load assignment condition AL(Q) is one, a three-state driver 343 is generated by logic circuit generator 124. The data input line of the three-state driver 343 is connected to assignment condition AD(Q), which is the output signal of AND gate 340. Output signal "not COND" from invertor 346 also drives the enable input line of the three-state driver 343.

Thus, circuit 352 corresponds to the user description in TABLE 14 which was used to generate the row of the assignment condition matrix in TABLE 15. However, circuit 352 may be improved. A three-state hardware element does not use the value on its data input line whenever the signal on its enable input line is zero. Thus, the hardware generated to produce the signal on the data input line of three-state element 343, i.e., assignment condition AD(Q), is boolean minimized with assignment condition Z(Q) as a don't care condition by hardware generator 124B. Thus, when assignment condition AD(Q), i.e., "(not COND)*(b+c) is boolean minimized with a don't care of assignment condition Z(Q), i.e., "COND", function "b+c" is the result. Circuit 352-1 (FIG. 9B) is the improved result that is preferably created by hardware generator 124B.

Thus, in one embodiment, when a row of the assignment condition matrix for variable v has assignment condition Z(v) and assignment condition AD(v) that are not zero, assignment condition AD(v) is boolean minimized with assignment condition Z(v) as a don't care condition. A logic circuit is created by hardware generator 124B to generate the function that results from the boolean minimization, i.e., a new assignment condition AD(v)', and the signal generated by that circuit drives the data input line of a three-state

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289355

5,748,488

25 26

element. The "not" of assignment condition Z(v) drives the enable input line of the three-state element and the signal on the output line of the three state element is the value of variable v. Since in this embodiment function Z( ) is asynchronously driven, function Z( ) is in fact an asynchronous high impendance function AZ( ).

As explained above, when a row of the assignment condition matrix for variable v has a non-constant asynchronous data assignment condition AD(v) and a non-constant asynchronous load assignment condition AL(v), logic circuit generator 124 creates a latch with asynchronous data assignment condition AD(v) on the latch data input line and asynchronous load assignment condition AL(v) on the latch gate line. When a row of the assignment condition matrix for variable v has non-constant values for asynchronous data assignment condition AD(v), asynchronous load assignment condition AL(v) and high impendance assignment condition Z(v), two latches are required. The first latch is configured the same as when assignment condition Z(v) has a logic zero value. The output of the first latch drives the data input line of a three-state element. The data input line of the second latch is driven by assignment condition Z(v) and the gate input line of the second latch is driven by assignment condition AL(v). The output line of the second latch drives an inverter which in turn drives the date enable line of the three state element. To illustrate this example more completely, consider the user description in TABLE 16.

TABLE 16

| An Example of a User Description 110 |
| --- |
| if(COND_1) |
| if (COND) |
| Q := "Z" |
| else |
| Q := b + c |
| endif |
| else |
| endif |

The row of the assignment condition matrix for variable Q is presented in TABLE 17.

TABLE 17

| Variable | Assignment Conditions | | | | | |
| | AL() | AD() | SL() | SD() | DC() | Z() |
| --- | --- | --- | --- | --- | --- | --- |
| Q | COND_1 | COND_1*<br>COND*<br>(b+c) | 0 | 0 | 0 | COND_1*<br>COND |

In one embodiment, logic circuit 353 (FIG. 10A) is created by logic circuit generator 124 for the row of the assignment condition matrix shown in TABLE 15. Specifically, logic circuit 353 has the value of assignment condition AD(Q) connected to the input line of latch 342-1. The gate line of latch 342-1 is driven by the value of assignment condition AL(Q). The input line of three-state driver 343 is driven by the output signal of latch 342-1. The data enable line of three-state driver 343 is driven by the inverted output signal of latch 342-2. The input line of latch 342-2 is connected to the value of assignment condition Z(Q). The gate line of latch 342-2 is connected to the value of assignment condition AL(Q), i.e., "COND_1." Again, logic circuit 353 is a literal representation of the user description in TABLE 16.

However, as explained above, for a row of assignment condition matrix for variable Q with assignment conditions AL(Q) and AD(Q), the logic circuit generated for these assignment conditions is preferably the boolean minimiza-

tion of assignment condition AD(Q) with the don't care condition of "not assignment condition AL(Q)." Also as explained above, when a row of the assignment condition matrix for variable Q where assignment condition Z(Q) and assignment condition AD(Q) are not zero, assignment condition AD(Q) is boolean minimized with assignment condition Z(Q) as a don't care condition.

Thus, assignment condition AD(Q) (TABLE 17) is boolean minimized with "(not assignment condition AL(Q)+ assignment condition Z(Q)" as a don't care condition. Specifically, the don't care condition "(not COND_1)+ (COND_1*COND)" is used to generate assignment condition AD(Q)', i.e., "b+c".

As described above, the data input line of second latch 342-2 is driven by assignment condition Z(Q) and gate input line 342-G of latch 342-2 is driven by assignment condition AL(Q) and preferably assignment condition Z(Q) is boolean minimized with the not of assignment condition AL(Q) as a don't care condition. The minimization gives an assignment condition Z(Q)' of "COND". Hence, after minimization the row for variable Q in the assignment condition matrix is as shown in TABLE 18.

TABLE 18

| Variable | Assignment Conditions | | | | | |
| | AL() | AD() | SL() | SD() | DC() | Z() |
| --- | --- | --- | --- | --- | --- | --- |
| Q | COND_1 | b + c | 0 | 0 | 0 | COND |

Logic circuit 353-1 (FIG. 10B) is created by logic circuit generator 124 for the row of the assignment condition matrix shown in TABLE 18. Specifically, logic circuit 353-1 has the value of assignment condition AD(Q) (TABLE 18) connected to the input line of latch 342-1. The gate line of latch 342-1 is driven by the value of assignment condition AL(Q) (TABLE 18). The input line of three-state driver 343 is driven by the output signal of latch 342-1. The data enable line of three-state driver 343 is driven by the inverted output signal of latch 342-2. The input line of latch 342-2 is connected to the value of assignment condition Z(Q) (TABLE 18). The gate line of latch 342-2 is connected to the value of assignment condition AL(Q), i.e., "COND_1."

Comparison of FIGS. 10A and 10B shows that the boolean minimization has eliminated three logic nodes from circuit 353. Hence, as previously described, assignment conditions Z(v) and AD(v) for variables v are preferably boolean minimized with the not of assignment condition AL(v) whenever assignment condition AL(v) is other than a logic one. Assignment condition AD(v) is also boolean minimized with assignment condition z(v) as a don't care condition.

With respect to function DC(v), again consider variable Q and the assignment condition matrix row given in TABLE 20 for variable Q. TABLE 20 is associated with the user description in TABLE 19.

TABLE 19

| An Example of User Description 110 |
| --- |
| If ( COND ) |
| Q := "X" |
| else |
| Q := b + c |
| endif |

Characters b and c represent logic variables and string "COND" is a condition.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.190

SNPS_00289356

5,748,488

27

**TABLE 20**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | 1 | (b+c)* COND | 0 | 0 | COND | 0 |

In this case, the hardware generated for variable Q is assignment condition AD(Q) optimized with assignment condition DC(Q) as a "don't care." Specifically, in one embodiment, a Karnaugh map, such as the one shown in TABLE 21, is used for the optimization.

**TABLE 21**

| A Simple Karnaugh Optimization for Don't Care | | | | |
|---|---|---|---|---|
| | | | BC | |
| COND | 00 | 01 | 11 | 10 |
| 0 | 0 | 1 | 1 | 1 |
| 1 | d | d | d | d |

The Karnaugh map shows that the optimization is just "b+c". Hence, as shown in FIG. 11, the hardware generated is simply OR gate 341 with input signals b and c and output signal Q.

Other combinations of assignment conditions in a row of the assignment condition matrix for variable v where assignment conditions AL(v), AD(v), Z(v), and DC(v) are all non-zero and not a constant are possible. However, the hardware generated by logic circuit generator 124 follows directly from the above description. Assignment condition Z(v) is boolean minimized with the not of assignment condition AL(v) as a don't care condition to obtain assignment condition Z(v)'. Assignment condition AD(v) is boolean minimized with the logic OR function of (i) the not of assignment condition AL(v) as a don't care condition, (ii) assignment condition Z(v)' as a don't care condition and (iii) assignment condition DC(v) to yield assignment condition AD(v)'. The resulting row of the assignment condition matrix for variable v includes assignment conditions AL(v), AD(v)', DC(v) and Z(v)'. Logic circuit generator 124 generates a logic network for this resulting row as described above.

The other possible entries in a row of the assignment condition matrix include one of the synchronous hardware description functions. In general, for a row in the assignment condition matrix where assignment condition SL(v) is a logic one, assignment condition AL(v) is a logic zero, and assignment condition SD(v) is non-zero, a D-type flip-flop is built for variable v by hardware generator 124B. Assignment condition SD(v) is applied to the input line of the flip-flop and the clock edge is applied to the clock input terminal. The signal on the flip-flop output line is the value of the variable v.

With respect to function SD( ), again consider variable Q and the assignment condition matrix row given in TABLE 23 for variable Q for the user description in TABLE 22:

**TABLE 22**

| An Example of User Description 110 |
|---|
| If ( positive_edge(CLOCK) ) |
| Q := b + c |
| else |

28

**TABLE 22-continued**

| An Example of User Description 110 |
|---|
| endif |

Thus, characters b and c represent logic variables. As described above, the condition "positive_edge(CLOCK)" requires a synchronous function.

**TABLE 23**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | 0 | 0 | 1 | b+c | 0 | 0 |

When assignment condition AL(Q) is a logic zero and assignment condition SL(Q) is a logic one, the hardware generated for variable Q (TABLE 23) is a D-type flip-flop 344 (FIG. 12) and an OR gate 341. Signals b and c drive OR gate 341 which in turn drives the input line of D-type flip-flop 344. Clock terminal 344-CL of flip-flop 344 is driven by the clock signal, in this embodiment a positive clock edge, associated with the synchronous functions. The conditions in TABLE 23 are the simplest synchronous conditions. Other possible conditions are when either the asynchronous load assignment condition is non-zero or synchronous load assignment condition is not a logic one.

With respect to function SL( ), consider a variable Q and the assignment condition matrix row given in TABLE 25 for variable Q for the user description in TABLE 24:

**TABLE 24**

| An Example of User Description 110 |
|---|
| If ( positive_edge(CLOCK)) |
| If ( COND |
| Q := b + c |
| else |
| endif |
| else |
| endif |

Characters b and c represent logic variables and string "COND" is a condition.

**TABLE 25**

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | 0 | 0 | COND | (b+c)* COND | 0 | 0 |

As described above, the logic circuit created to generate the value of variable Q with assignment condition SL(Q) is a D-type flip-flop 344 (FIG. 13). However, when assignment condition SL(Q) is not a constant, a multiplexer is added to the logic circuit. For variable Q, a feedback multiplexer 345 is added because in this case, signal b+c, i.e., the output signal of OR gate 341, is not passed to flip-flop 344 on the positive clock edge unless condition "COND" is true. Thus, signal b+c drives a first input terminal of multiplexer 345. The second input terminal of multiplexer 345 is tied to the D-type flip-flop 344 output line. The signal selection terminal of multiplexer 345 is driven by signal "COND". Mul-

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289357

5,748,488

29 30

tiplexer 345 is configured so that signal b+c is selected when signal "COND" is true. When signal "COND" is false, output signal Q is gated through flip-flop 344 by a positive clock edge. Thus, when assignment condition SL(Q) is not a constant, the multiplexer is controlled by assignment condition SL(Q) so that only when assignment condition SL(Q) is true on a clock edge the value on the flip-flop output line is assignment condition SD(Q). For all other clock edges, the value on the flip-flop output line stays at the value of variable Q.

As explained above, when a row of the assignment condition matrix for variable v has a logic one synchronous load assignment condition SL(v), logic circuit generator 124 creates a flip-flop with synchronous data assignment condition SD(v) on the flip-flop data input line and the clock edge on the flip-flop clock terminal. When a row of the assignment condition matrix for variable v has a logic one value for synchronous load assignment condition SL(v) and high impedance assignment condition Z(v) is non-constant, two flip-flops are required. The first flip-flop is configured the same as when assignment condition Z(v) is a logic zero value. The output signal of the first flip-flop drives the data input line of a three-state element. The data input line of the second flip-flop is driven by assignment condition Z(v) and the clock terminal of the second flip-flop is driven by the clock edge. The output line of the second flip-flop drives an invertor which in turn drives the data enable line of the three state element. In this case, high impedance function Z( ) is in fact synchronous high impedance function SZ( ) because the function takes on a value only on a clock edge.

To illustrate this example more completely, consider the user description in TABLE 26 which is the basis of the row of the assignment condition matrix illustrated in TABLE 27.

TABLE 26

An Example of User Description 110

If ( positive_edge(CLOCK))
    If ( COND )
        Q := "Z"
    else
        Q := b + c
    endif
    else
    endif.

Again, characters b and c represent logic variables and string "COND" is a condition.

TABLE 27

| | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | 0 | 0 | 1 | (b+c)* COND | 0 | COND |

As described above, when assignment condition SL(Q) is non-zero, a first flip-flop 344-1 (FIG. 14A) is built, as described above, so that assignment condition SD(Q) drives the input terminal of flip-flop 344-1. Similarly, since the assignment condition Z(Q) is non-zero and driven on a clock edge, the output signal of flip-flop 344-1 drives a three-state element 343. Also, an additional flip-flop 344-2 is required to generate the three-state enable signal. The data input line of flip-flop 344-2 is driven by assignment condition Z(Q). The clock input line of flip-flop 344-2 is connected to the clock signal associated with the synchronous function, and

the inverted output signal of flip-flop 344-2 drives the enable line of three-state driver 343. Logic circuit 357 performs the operations specified by the user description in TABLE 27. However, logic circuit 357 may be further optimized.

In a matter analogous to the asynchronous functions described above, assignment condition SD(Q) is boolean minimized with assignment condition Z(Q) as a don't care condition. This optimization results in the assignment condition SD(Q)' becoming "b+c." For the optimized assignment condition, logic circuit generator 124 produces logic circuit 357-1 (FIG. 14B).

With respect to function DC(v), again consider variable Q and the assignment condition matrix row given in TABLE 29 for variable Q as defined in the user description of TABLE 28:

TABLE 28

An Example of User Description 110

If ( positive_edge(CLOCK))
    If ( COND )
        Q := "X"
    else
        Q := b + c
    endif
    else
    endif.

TABLE 29

| | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| Variable | AL() | AD() | SL() | SD() | DC() | Z() |
| Q | 0 | 0 | 1 | (b+c)* COND | COND | |

Again in a manner similar to the asynchronous functions described above, assignment condition SD(Q) is optimized with assignment condition DC(Q) as a don't care condition. The result of the optimization is that assignment condition SD(Q)' is "b+c". Thus, the logic circuit generated for the row of the assignment condition matrix in TABLE 29 is illustrated in FIG. 15. Since the circuit in FIG. 15 is the same as circuit 355 in FIG. 12, the description of FIG. 12 is incorporated herein by reference.

The previous examples demonstrated building logic circuits based upon a row in the assignment condition matrix that included either only synchronous or only asynchronous functions coupled with the don't care or high impedance functions. However, a row in the assignment condition matrix may contain assignment conditions for both synchronous and asynchronous functions.

Consider first a row in the assignment condition matrix for variable v which has non-zero entries for assignment conditions AL(v), SL(v) and SD(v). The assignment condition AD(v) is a logic zero. Since SL(v) and SD(v) are non-zero, a flip-flop is generated, as in the synchronous examples described above. However, the flip-flop has a clear-direct line. The clear-direct line is driven by the value of assignment condition AL(v).

As another example, consider a row in the assignment condition matrix for variable v which has non-zero entries for assignment conditions AL(v), AD(v), SL(v) and SD(v) where assignment condition AD(v) is a logic one. Again, since synchronous assignment conditions SL(v) and SD(v) are non-zero, a flip-flop is generated, as in the synchronous examples described above. However, in this situation the

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289358

5,748,488

**31**

flip-flop has a set-direct line. The set-direct line is driven by assignment condition AL(v). If assignment condition AD(v) has an unknown value instead of a logic one, the flip-flop has both a set-direct terminal and an clear-direct terminal, as described more completely below. In this case, additional logic nodes may be generated so that the logic circuit performs the operations specified by the row of the assignment condition matrix.

Note that in these cases, the values of assignment conditions SL(v) and SD(v) are not important when assignment condition AL(v) is true. Thus, in one embodiment, assignment conditions SL(v) and SD(v) are boolean minimized with assignment condition AL(v) as don't care conditions prior to logic circuit generation.

To further illustrate the logic circuit generated for a row in the assignment condition matrix having non-zero entries for both synchronous and asynchronous functions consider variable Q and the assignment condition matrix row given in TABLE 31 for variable Q as defined in the user description given in TABLE 30:

TABLE 30

| An Example of User Description 110 |
|---|
| if (COND) |
|      Q := 0 |
| else |
|      if ( positive_edge(CLOCK) ) |
|           Q := b + c |
|      else |
|      endif |
| endif. |

Characters b and c represent logic variables and string "COND" is a condition.

TABLE 31

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | COND | 0 | 1*$\overline{COND}$ | $\frac{(b+c)*}{COND}$ | 0 | 0 |

As explained above, preferably before hardware generation, assignment conditions SL(Q) and SD(Q) are boolean minimized with assignment condition AL(Q) as don't care condition. Hence, after minimization, assignment condition SL(Q)' has a logic one value and assignment condition SD(Q) has the value "b+c." Recall that in the example above when assignment condition SL(Q) had a non-constant value, a multiplexer was required. Thus, the minimization eliminated the need for this circuit element. Similarly, minimization of assignment condition SD(Q) eliminated the need for other logic nodes.

Accordingly, the logic circuit generated for the row of the assignment condition matrix in TABLE 31 after the boolean minimization is a D-type flip-flop 344 and an OR gate 341 (FIG. 16). D-type flip-flop 344 has a clear direct terminal 344-CD such that when a true signal is applied to terminal 344-CD, the output signal of flip-flop 344 is a logic zero. Signals b and c drive OR gate 341 and the output signal of OR gate 341 in turn drives the input line of D-type flip-flop 344. Clock terminal 344-CL is driven by the clock edge, in this embodiment a positive clock edge, associated with the synchronous functions. Signal "COND", i.e., assignment condition AL(Q) drives clear-direct terminal 344-CD of flip-flop 344.

**32**

An even more complex configuration for variable Q is given by the assignment condition matrix row in TABLE 33 for the user description given in TABLE 32:

TABLE 32

| An Example of User Description 110 |
|---|
| if (COND) |
|      Q := s |
| else |
|      if ( positive_edge(CLOCK) ) |
|           Q := b + c |
|      else |
|      endif |
| endif. |

Characters b, c and s represent logic variables and string "COND" is a condition.

TABLE 33

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | COND | s | 1*$\overline{COND}$ | $\frac{(b+c)*}{COND}$ | 0 | 0 |

Again, assignment conditions SL(v) and SD(v) are boolean minimized using assignment condition AL(Q) as a don't care condition, as described in the preceding example for TABLES 30 and 31. Logic circuit 360 (FIG. 17) generated for variable Q again includes a D-type flip-flop 344 and an OR gate 341, but D-type flip-flop 344 has both a set-direct terminal 344-SD and a clear-direct terminal 344-CD. When a true signal is applied to clear-direct terminal 344-CD, the output signal of flip-flop 344 is a logic zero. Conversely, when a true signal is applied to set-direct terminal 344-SD, the output signal of flip-flop 344 is a logic one.

Signals b and c drive OR gate 341 and the output signal of OR gate 341 in turn drives the input line of D-type flip-flop 344. Clock terminal 344-CL is driven by the clock edge, in this embodiment a positive clock edge, associated with the synchronous functions. The remainder of the circuit depends on the value of variable s. In one embodiment, the value of variable s is assumed to be unknown, e.g., variable s is an input signal to the user's logic circuit. If condition "COND" is true and the value of variable s is a logic zero, the output signal from flip-flop must be a logic zero, i.e., an active signal must be applied to clear-direct terminal 344-CD. Conversely, if condition "COND" is true and the value of variable s is a logic one, the output signal from flip-flop must be a logic one, i.e., an active signal must be applied to set-direct terminal 344-SD of flip-flop 344. Thus, in one embodiment, two AND gates 340-1, 340-2 and an invertor 346 are generated to provide the appropriate signals to terminals 344-SD and 344-CD of flip-flop 344.

In each of the above examples, only a single row of the assignment condition matrix was considered. However, an assignment condition matrix may have one or more rows and a variable assigned a value by a row of the matrix may be subsequently used in an assignment condition for another variable. For example, in TABLE 7 above, the variable B is first assigned a value and then variable B is used in assigning a value to variable Q. In this situation, the logic circuit for each row is simply generated and then the output value of variable B is connected to the input value of variable B for the circuit that generates the variable Q. If the value of variable B is not generated by a logic circuit, the variable B

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289359

5,748,488

33

is an input signal and so, in this case, the input value of variable B is obtained from an input pin.

Thus, in one embodiment, the activation conditions for edges exiting directive nodes representing directive statements are used to generate an assignment condition matrix. The assignment condition for a particular variable is determined by locating all the directive nodes were the variable is assigned a value and then combining the conditions under which that variable is assigned a value with a logic OR function. Since the assignment condition is a global attribute of the control flow graph, the assignment condition may become very complex.

In each of the above examples, all paths from the source to the sink of the control flow graph contain no more than one directive node which assigned a value to a particular variable. When a first directive node assigns a value to a variable that is over-ridden by a subsequent assignment at subsequent directive nodes, the activation condition used for the first node is the logic AND function of the first directive node's activation condition with the logic NOT function of the logic OR function of the activation conditions for all overriding assignments. To demonstrate this, consider the following user instructions (TABLE 34) which are illustrated in FIG. 18 as control flow graph 390.

TABLE 34

| An Example of User Description 110 |
|---|
| Q := B |
| if ( COND ) |
|     Q := C; |
| else |
| endif. |

The assignment to variable Q at node 370 (FIG. 18) is over-ridden by the assignment at node 375. Thus, the activation condition used at node 370 is modified as described above. The original activation condition is "1". In this example, there is only one overriding assignment, so that the logical OR is just the single activation condition "COND". The modified activation condition is:

$$\text{"1" AND(not(COND))} \qquad (3)$$

Or, more simply:

$$\text{NOT(COND)} \qquad (4)$$

Table 35 shows the assignment conditions for the user description in TABLE 34.

TABLE 35

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q | 1 | (COND*B)+ (COND*C) | 0 | 0 | 0 | 0 |

If the value of a variable is used before the variable is overridden, the logic for that use is built without considering the overriding assignments. The modification of activation conditions required by overriding assignments is not necessary in the mux condition embodiment, described below.

In another embodiment, as described above, mux conditions are generated by condition generator 133 (FIG. 3) for

34

each edge in the control flow graph that feeds into a join node. The generation of assignment conditions and the associated creation of a logic circuit from the assignment condition matrix using mux conditions generally results in the most efficient logic circuits.

The generation of assignment conditions based upon mux conditions flows naturally from the control flow graph. The advantage of computing assignment conditions with the mux condition method is that the structure of the resulting logic matches the structure of the control flow graph. The logic resulting from the activation condition method is unstructured.

In this embodiment, as described more completely below, the assignment conditions for the six hardware functions are evaluated locally at each node in the control flow graph by logic circuit generator 124 (FIG. 2) rather than the more global approach of the activation condition method described above. Prior to consideration of generating the assignment condition matrix, consider the hardware representation of a mux condition for user description in TABLE 36:

TABLE 36

| An Example of User Description 110 |
|---|
| If ( COND ) |
|     Q := B |
| else |
|     Q := C |
| endif. |

Control flow graph 400 (FIG. 19A) is generated by graph generator 132 (FIG. 3) for this user description. In this embodiment, condition generator 133 generates mux conditions for edges 404 and 408, which for this simple example are the same as the activation conditions described above.

The hardware corresponding to control flow graph 400 is structure 500 (FIG. 19B). Signals B and C are input signals on the two input lines of structure 500. Condition "COND" is applied to input select line of structure 500. When condition "COND" is true, signal B is passed to the output line of structure 500 as signal Q. Conversely, when condition "COND" is false, signal C is passed to the output line of structure 500 as signal Q.

Thus, structure 500 is simply a multiplexer and hence, the name mux conditions.

However, in a more general representation, a selector 505 is generated to represent control flow graph 400. Specifically, the output signal of selector 505 is associated with edge 409 from join node 407. Selector 505 (FIG. 20) has two input lines. The first input line is drive by signal C for node 405 and the second input line is drive by signal B for node 403. Selector 505 also has two data input select lines. The first data input select line is driven by signal "COND", the mux condition for edge 404, and the second data input select line is driven by signal "not COND", the mux condition for edge 408. If signal "COND" is true, output signal Q of selector 505 is signal B. If signal "not COND" is true, output signal Q of selector 505 is signal C. Thus, output signal Q of selector 505 is

$$Q=B*COND+C*\overline{COND}. \qquad (6)$$

A somewhat more representative user description is presented in TABLE 37:

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.194

SNPS_00289360

5,748,488

## 35

#### TABLE 37

| An Example of User Description 110 |
| --- |
| If ( COND1 )<br>    If ( COND2)<br>        Q := B<br>    else<br>        Q := C<br>    endif<br>else<br>    Q := D<br>endif. |

Control flow graph 410 (FIG. 21A) is generated by graph generator 133 (FIG. 3) for this user description. In this embodiment, condition generator 133 generates mux conditions for edges 413, 415, 417, and 419 (note that in this embodiment only the edges that enter a join node are actually considered). As defined above, the mux condition for an edge into a join node is computed by boolean minimizing the activation condition for that edge with the inverse of the activation condition of the edge leaving the join node as a don't care condition.

For example, the activation condition for edge 413 into join node 421 is "COND1*COND2". The activation condition for edge 419 leaving join node 421 is "COND1". Thus, the mux condition for edge 413 is the boolean minimization of "COND1*COND2" with the don't care condition of "not COND1". The boolean minimization results in a mux condition of "COND2" for edge 413. FIG. 21A illustrates the other mux conditions for the edges in flow control graph 410.

The hardware embodiment associated with FIG. 21A is illustrated in FIG. 21B. Signals B and C are input signals on the two input lines of selector 505-1 that is associated with edge 419 from join node 421. Condition "COND2", the mux condition for edge 413, is applied to one data input select line of selector 505-1 and condition "not COND2", the mux condition for edge 415, is applied to the other data input select line. When condition "COND2" is true, signal B, node 415, is passed to the output line of selector 505-1. Conversely, when condition "COND2" is false and therefore condition "not COND2" is true, signal C, node 417, is passed to the output line of selector 505-1. Thus, output signal Q' of selector 505-1 is:

$$Q' = B * COND2 + C * \overline{COND2} \qquad (7)$$

Output signal Q' of selector 505-1 is a first input signal to selector 505-2. The second input signal to selector 505-2 is signal D that is associated with edge 425 from node 423. Condition "COND1" is applied to a first input select line of selector 500-2. Condition "not COND1" is applied to a second input select line of selector 500-2. When condition "COND1" is true, output signal Q' of selector 500-1 is passed to the output line of selector 500-2 as signal Q. Conversely, when condition "COND1" is false, signal D is passed to the output line of multiplexer 500-2 as signal Q. Thus, output signal Q of selector 505-2 is:

$$Q = (B * COND2 + C * \overline{COND2}) * COND1 + (D * \overline{COND1}) \qquad (8)$$

In this embodiment, upon completion of operation of preprocessor 122, a control flow graph has been generated by graph generator 132 and conditions generator 133 has generated a mux condition for each edge of the graph that is an input edge to a join node. Logic circuit generator 124 processes the control flow graph sequentially from the

## 36

source of the graph to the sink of the graph. Typically, the source of the control flow graph is the point where execution starts and the sink is the last point executed before the execution is completed.

Specifically, as described more completely below, at each join node a selector is defined for each asynchronous function, don't care function and high impedance function using the mux condition for the edges into that node. The output signal of the selector is associated with the edge leaving the join node. If the selector output signal includes a clock edge, also as explained below, the output of the selectors for the asynchronous functions are mapped to the synchronous functions. For the edges leading into each join node, one selector is used for each hardware function to process the selector outputs for that same hardware function that are associated with the edge into the join node. Thus, the selector output signal for a particular hardware function is sequentially cascaded join node to join node until the final join node is encountered, as shown below. At the last join node, the selector output is the assignment condition for that hardware function.

While the actual process used is straightforward, the description appears rather complex. Hence, an example motivating the actual use of selectors is first described and then the use of selectors is described more completely.

At each directive node where a logic variable is assigned a value, a row of the assignment condition matrix that is associated with the edge from the node is generated. The row is referred to as "a working assignment condition row" or simply "a working row". Upon encountering a join node, the working rows, that have been generated since either initiation of processing or since a prior join node, are processed and a row of the assignment condition matrix is generated. That row of the assignment condition is propagated through each subsequent join node as an input value to a selector. However, if the value of variable represented by the row is not affected in subsequent operations, the effect is one of simply carrying the completed row of the matrix through until the sink of the control flow graph is reached. Otherwise, the effect is as described above in reference to FIG. 21. However, as explained more completely below, several different situations must be considered in generating the assignment conditions for a particular variable.

Again, asynchronous hardware functions AL( ) and AD( ) are somewhat easier and so examples of the processing by logic circuit generator 124 for these functions are considered first. Consider the user description in TABLE 38. (TABLE 38 is the same as TABLE 36 so that control flow graph 400 (FIG. 19A) represents the user description in TABLE 38.)

#### TABLE 38

| An Example of User Description 110 |
| --- |
| If ( COND )<br>    Q := B<br>else<br>    Q := C<br>endif. |

As explained above, a working row is generated for node 403 of control flow graph 400 (FIG. 19A) using the rules for the assignment condition for asynchronous functions AL( ) and AD( ) described above. The working row generated in the table for directive nodes is the same as the row generated in the assignment condition matrix for a user description which contains just the directive statement. Thus, the working row for node 403 is equal to the row generated by the HDL description:

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289361

5,748,488

**37**

Q:=B

A working row is also generated for node **405** and is the second row in TABLE 39. The working row in the table for a join node is built from a selector with input signals from the rows of the edges feeding into the join and the mux conditions on the edges. The third row in TABLE **39** represents join node **407**.

TABLE 39

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q(Node 403) | 1 | B | 0 | 0 | 0 | 0 |
| Q(Node 405) | 1 | C | 0 | 0 | 0 | 0 |
| Q(Node 407) | 1 | COND*B+ COND*C | 0 | 0 | 0 | 0 |

The generation of a logic circuit using the mux condition method is similar to that previously described for the activation condition method. The row corresponding to the final join node of the graph is used for logic circuit generation.

The assignment conditions for high impedance function Z(v) also utilizes a selector. Consider the user description in TABLE 40.

TABLE 40

An Example of User Description 110

```
If ( COND )
        Q := "Z"
else
        Q := C
endif.
```

Control flow graph **430** (FIG. 22A) is generated by graph generator **132** (FIG. 3) for this user description. In this embodiment, condition generator **133** generates mux conditions for edges **433** and **435**, which for this simple example are the same as the activation conditions described above.

Again, using the working rows for each node, the first two rows in TABLE 41 are generated.

TABLE 41

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q(Node 432) | 1 | 0 | 0 | 0 | 0 | 1 |
| Q(Node 436) | 1 | 0 | 0 | 0 | 0 | 0 |
| Q(Node 434) | 1 | COND*C | 0 | 0 | 0 | COND |

For node **432**, variable Q is specified as being at a high impedance state. Thus, the value of Q when condition "COND" is false is unimportant, i.e., a don't care situation. Therefore, selector **505** (FIG. 22B) is used to generate the assignment condition for function Z(Q). The two logic states for function Z( ) are input signals to the selector. These input signals correspond to the entries in the column Z( ) for the first two rows in TABLE 41. Specially, a logic one signal is on the first input line of selector **505** and a logic zero is on the second input line of selector **505**. Condition "COND" is on the first data input select line and condition "not COND" is on the second data input select line. The output signal of selector **505** is "COND" which is the assignment condition for function Z(Q) in the third row of TABLE 41.

Logic circuit generator **124** also determines the assignment conditions for synchronous functions SL( ) and SD( )

**38**

using selectors and mux conditions from the control flow graph. However, the generation of the assignment conditions is somewhat more complex. Consider the user description in TABLE 42.

TABLE 42

An Example of User Description 110

```
If ( positive_edge(CLOCK) )
        Q := B
else
endif.
```

Control flow graph **440** (FIG. 23) is generated by graph generator **132** (FIG. 3) for this user description. In this embodiment, condition generator **133** generates mux conditions for edges **443** and **444** which for this simple example are again the same as the activation conditions described above.

The propagation of assignment conditions through a join node fed by an edge with a mux condition of positive_edge (CLOCK) is different. Rather than building a selector for each assignment condition, assignment conditions are "mapped" from asynchronous to synchronous. For instance, the assignment condition for function SL( ) for the join node is set to the value of the assignment condition for function AL( ) for the edge which has the "pos_e"mux condition. Similarly, the assignment condition for function SD( ) comes from the assignment condition for function AD( ) for the edge which has the "pos_e" mux condition. After the mapping, the values of the assignment conditions for functions AL( ) and AD( ) are set to zero. The working row and the final assignment condition for the user description in TABLE 40 is illustrated in TABLE 43.

TABLE 43

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q(Node 442) | 1 | B | 0 | 0 | 0 | 0 |
| Q(Node 445) | 0 | 0 | 1 | B | 0 | 0 |

The hardware generated by logic circuit generator **124** for the last row in TABLE 43 is a D-type flip-flop with activation condition SD(Q), i.e.,"B" on the data input line and the positive clock edge drives the clock input terminal of the flip-flop. The signal on the flip-flop output line is the value of the variable Q.

In the previous examples, synchronous and asynchronous function were considered in isolation. However, as with activation conditions, both synchronous and asynchronous functions may be encountered with mux conditions. Consider the user description in TABLE 44.

TABLE 44

An Example of User Description 110

```
if (RESET)
        Q := 0
Else
        if (positive_edge(CLOCK))
                Q := B
        Else
        Endif
Endif
```

Control flow graph **450** (FIG. 24) is generated by graph generator **132** and condition generator **133** for this user

5,748,488

| 39 | 40 |

description. The rows in the assignment condition matrix are computed as illustrated in TABLE 45.

TABLE 45

| Variable | Assignment Conditions | | | | | |
|---|---|---|---|---|---|---|
| | AL( ) | AD( ) | SL( ) | SD( ) | DC( ) | Z( ) |
| Q(Node 461) | 1 | 0 | 0 | 0 | 0 | 0 |
| Q(Node 454) | 1 | B | 0 | 0 | 0 | 0 |
| Q(Node 457) | 0 | 0 | 1 | B | 0 | 0 |
| Q(Node 459) | RESET | 0 | RESET | RESET*B | 0 | 0 |

The third line of TABLE 45 is generated by mapping the second line as described above. The last line is the selector output associated with the first and third lines of TABLE 45. Specifically, the input signals to the selector are the entries in the column and the signals on the control input lines are the mux conditions for edges 458, 452 leading into join node 459.

As described above, preferably, the assignment conditions in the last row of TABLE 45 are boolean minimized prior to logic circuit generation. In this example, activation condition SD(Q(Node 459)) is boolean minimized with activation condition AL(Q(Node 459)) as a don't care condition. The resulting assignment condition SD(Q)' is "B". Similarly, when activation condition SL(Q (node 459)) is boolean minimized with activation condition AL(Q (node 459)) as a don't care condition, the assignment condition SL(Q)' is "1". Therefore, as explained previously for a row having asynchronous and synchronous non-zero assignment conditions, a flip-flop with a clear direct terminal is generated for the row of the assignment condition matrix.

The previous examples demonstrated the operation of each of the components in synthesizer 120 of this invention. The operation of graph generator 132 and condition generator 133 in preprocessor 122 and logic circuit generator 124 are described more completely using user description 110 in TABLE 46.

TABLE 46

An Example of User Description 110

```
1   if (reset)
2       Q := 0
3   else
4       if positive_edge(clock)
5           if (normal)
6               Q := input1
7           else
8               if (abort)
9                   Q := "Z"
10                  goto DONE
11              else
12                  Q := input1 + input2
13              endif
14          endif
15          DONE:       — point where "goto" goes to.
16      else
17      endif
18  endif
```

Line 10 in TABLE 46 demonstrates one of the novel features of this invention. Line 10 directs the processing to jump out of the if statement of line 8 and go to line 15. Therefore, processing not only jumps out of the if statement that starts at line 8 but also the if statement that starts at line 5. FIG. 25 illustrates the flow control graph 1500 which corresponds to the user description in TABLE 46. The generation of the flow control graph 1500 is described more completely below with respect to the operation of graph generator 132.

Initially, as described above, user description 110 (TABLE 46 and FIG. 2) is processed by parsing means 131 and the lines of the parsed user description are provided to graph generator 132. TABLE 47 illustrates one embodiment of graph generator 132. A more detailed description of synthesizer 120 of this invention is provided in Microfiche Appendix A which forms a part of this disclosure and which is incorporated herein by reference in its entirety.

TABLE 47

Graph Generator 132

```
1   MAKE_CFLOW_GRAPH( hdl_description ) {
2       DEFINE graph = a new, initially empty control-flow
            graph.
3       DEFINE source = a new control-flow edge to be the
            source of the control-flow graph.
4       DEFINE sink = a new control-flow edge to be the
            sink of the control-flow graph.
5       MAKE_CFLOW_PART( source, sink, hdl_description )
6       RETURN graph
7   }
8   MAKE_CFLOW_PART(source, sink, hdl_part ) {
9       DEFINE current_edge = source;
10      FOREACH ( line in hdl_part ) {
11          IF ( line is an operation ) {
12              DEFINE new_node = a new control-flow
                    node that represents the operation
13              hook current_edge to input of new_node
14              DEFINE current_edge = a new control-flow
                    edge
15              hook new current_edge to output of new_node
16          }
17          IF ( line is an "if" ) {
18              DEFINE split_node = a new control-flow node
                    that represents the "if"
19              hook current_edge to input of split_node
20              DEFINE then_source = a new control-flow edge
21              DEFINE else_source = a new control flow edge
22              hook then_source and else_source to output of
                    split_node
23              DEFINE current_edge = a new control-flow node
                    that represents the "endif" of the
                    current if.
24              DEFINE then_sink = a new control-flow edge
25              DEFINE else_sink = a new control-flow edge
26              hook then_sink and else_sink to input of
                    join_node
27              MAKE_CFLOW_PART ( then_source, then_sink,
                    statements in then branch of if)
28              MAKE_CFLOW_PART ( else_source, else_sink,
                    statements in else branch of if)
29              advance scanning of lines to the statement
                    after the "endif"
30              DEFINE current_edge = a new control-flow edge
31              hook new current_edge to output of join_node
32          }
33          IF ( line is a "goto" ) {
34              DEFINE goto_join = a new control-flow node
                    which is inserted at the point in the
                    graph where goto goes.
35              hook current_edge to input of goto_join
36              DEFINE current_edge = a new control-flow edge
37          }
38      }
39      merge current_edge into sink OR edge created by
            processing of GOTO statement
40      RETURN
41  }
```

As illustrated in TABLE 47, graph generator 132 includes two major processes. The first process is referred to as process MAKE_CFLOW_GRAPH (lines 1–7) which generates the flow control graph. Initially, a structure is defined that is a new and initially empty control flow graph. Next, a new flow control edge is defined as the source for the control flow graph and similarly a new control flow edge is defined as the sink of the control flow graph. Process MAKE_

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289363

5,748,488

CFLOW_GRAPH then uses process MAKE_CFLOW_PART (lines 8–41) to generate the graph.

Process MAKE_CFLOW_PART is provided the source, sink and lines of the parsed HDL description to process. In process MAKE_CFLOW_PART, initially the current edge is defined as the source, and then each line in the HDL description provided to the process is sequentially processed. Each line is examined to determine whether the line is an operation, i.e., a directive statement as defined above, or a flow control statement, i.e., an "if" statement, or a "GOTO" statement. The operations performed by process MAKE_CFLOW_PART depend upon whether the operation is a directive statement or a flow control statement, and further whether the flow control statement is an "if" statement or a "GOTO" statement.

If the line in the user description represents an operation, a new node is defined for the control flow graph that represents the operation. The current edge is attached to the input of the new node and then the current edge is redefined as a new control flow edge. The new flow control edge is hooked onto the output of the new node.

If the line in the user description is an "if" flow control statement, a split node is defined as a new control flow node that represents the "if" statement and the current edge is hooked to the input of the split node. Subsequently, two new edges are defined which are the "then" source edge and the "else" source edge. Both the "then" source and "else" source edges are hooked to the output of the split node. A new flow control node is created and defined as the join node, which represents the "endif" statement of the current "if" statement. Subsequently, two new control flow edges are defined as the "then" sink edge and the "else" sink edge. Both of these edges are hooked to the input of the join node.

This particular process is recursive in that the process MAKE_CFLOW_PART is then called with the source and sink as the "then" source and "then" sink edges and the statements in the "then" branch of the "if" statement. Accordingly, the process creates nodes and edges for each statement within the "then" part of the "if" statement.

Subsequently, process MAKE_CFLOW_PART is again called to construct the control flow graph for the statements in the else portion of the if statement. Since this processing has handled all of the user statements in the if statement, the scanning is advanced to the line at the end of the current "endif". A new control flow edge is defined as the current edge, and the new edge is hooked onto the output of the join node. This completes the processing if the flow control statement is an "if" statement.

The last flow control statement processed in process MAKE_CFLOW_PART is the "GOTO" statement. In this sequence, the "GOTO" join node is a new flow control node that is inserted at the point of the graph where the "GOTO" is directed. Specifically, a join node is created with the label from the GOTO statement. As subsequent statements are processed, each statement is checked to ascertain whether it contains the label. When the label is detected, the current edge at that time is hooked to the input of the GOTO join node. The current edge at the time of creation of the join node is hooked to the input of the "GOTO" edge and a new flow control edge is defined as the current edge.

When all of the statements have been processed by one of the three subprocesses within process MAKE_CFLOW_PART, the current edge is merged into the sink. Processing returns to processor 122 which subsequently calls condition generator 133.

The generation of a control flow graph by graph generator 132 is more completely described by considering the gen-

eration of graph 1500 in FIG. 25 for the user description in TABLE 46. Upon entry to graph generator 132, line 3 (TABLE 47) first creates source edge 1000 and then line 4 creates sink edge 1010. Process MAKE_CFLOW_PART at line 5 is called with the arguments source edge 1000, sink edge 1010 and lines 1 through 18 (TABLE 46) of the user description.

The first operation in the process MAKE_CFLOW_PART, i.e., line 9 (TABLE 47), defines the current edge as source edge 1000. Line 10 then initiates processing of line 1 of TABLE 46. Since line 1 of TABLE 46 is an "if" statement, processing proceeds to line 17 and subsequently line 18 defines a newly created node 1020 (FIG. 25) as a split node. Line 19 then hooks edge 1000 to node 1020.

Line 20 creates new edge 1030 and defines edge 1030 as the "then" source edge. Line 21 creates another new edge 1040 and defines edge 1040 as the "else" source edge. Line 22 hooks edges 1030 and 1040 to node 1020. Line 23 defines a newly created node 1050 as a join node and then lines 24 and 25 respectively define newly created edges 1060, 1070 as the "then" sink and "else" sink edges, respectively. Line 26 hooks edges 1060 and 1070 to node 1050. Line 27 calls process MAKE_CFLOW_PART with arguments edge 1030, edge 1060, and line 2 of TABLE 46.

Upon this entry to process MAKE_CFLOW_PART at line 8 (TABLE 47), line 9 defines the current edge as edge 1030 and line 10 starts processing on line 2 (TABLE 46) which is a directive statement. Processing goes to line 11 and subsequently line 12 creates node 1080 as a new node. Line 13 hooks edge 1030 to node 1080. Line 14 creates a new edge that will become edge 1060 and defines it as the current edge. Line 15 hooks the edge that will become 1060 to node 1080. Processing then proceeds to line 39 which merges the current edge into edge 1060 and then processing returns to line 28 where process MAKE_CFLOW_PART is again called with the arguments edge 1040, edge 1070, and lines 4 through 17 (TABLE 46) of user description 110.

Upon this entry to process MAKE_CFLOW_PART at line 8 (TABLE 47), the current edge is defined as edge 1040, and processing starts at line 4 of TABLE 46. Since line 4 is an "if" statement, processing proceeds to line 17 (TABLE 47), and line 18 creates a new node 1090 which is defined as a split node. Line 19 hooks edge 1040 to node 1090 and then lines 20 and 21 respectively create edge 1100, which is defined as the "then" source edge, and edge 1110, which is defined as the "else" source edge. Line 22 hooks edges 1100 and 1110 to node 1090. Line 23 defines a new node 1120 as the join node. Line 24 defines a new edge 1130 as the "then" sink edge and line 25 defines a newly created edge that will become edge 1110 as the "else" sink edge. Line 26 hooks edges 1130 and the edge that will become edge 1110 to node 1120 and then makes a call at line 27 to process MAKE_CFLOW_PART at line 8 with arguments edge 1100, edge 1130, and lines 5 through 15 of the user description in TABLE 46.

Upon this entry to process MAKE_CFLOW_PART, the current edge is defined as edge 1100 at line 9 (TABLE 47) and processing starts with line 5 in TABLE 46. Again, since this is another "if" statement, processing proceeds to line 17 and subsequently to line 18 where a new node 1140 is created and defined as a split node. Line 19 hooks edge 1100 to node 1140 and then lines 20 and 21 respectively create edges 1150 and 1160 as the "then" source and the "else" source edges. Line 22 hooks edges 1150 and 1160 to node 1140. Line 23 creates a node 1170 which is defined as the join node. Line 24 creates edge 1180 which is defined as the "then" sink edge. Line 25 creates edge 1310 which is defined as the "else" sink edge. Line 26 hooks edges 1180 and 1310 to node 1170.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289364

5,748,488

43

Line 27 calls process MAKE_CFLOW_PART with arguments edge 1150, edge 1180, and line 6 (TABLE 46) of the user description. Upon this entry to the process at line 8 (TABLE 47), the current edge is defined as edge 1150 by line 9, and since this is a directive statement, processing goes to line 11 and in turn to line 12 that defines a new node 1190. Line 13 hooks edge 1150 to node 1190, and line 14 creates a new flow control edge that will become edge 1180 which is defined as the current edge. Line 15 hooks the current edge that will become edge 1180 to the output of node 1190. Processing then goes to line 39 which merges the current edge into sink edge 1180 so that edge 1180 is connected to node 1190. Line 40 returns processing to line 28 which calls process MAKE_CFLOW_PART at line 8 with arguments edge 1160, edge 1310, and lines 8 through 13 of the user description in TABLE 46.

Upon entry of the process at line 8 (TABLE 47), line 9 defines the current edge as edge 1160 and line 10 starts processing of line 8 (TABLE 46) which is an "if" statement, so that processing again jumps to line 17. Line 18 defines a newly created node 1200 as a split node and line 19 hooks edge 1160 to node 1200. Line 20 creates a new flow control edge 1210 as the "then" source edge and line 21 defines another new control flow edge 1220 as the "else" source edge. Line 22 hooks edges 1220 and 1210 to node 1200. Line 23 defines a new control flow node 1230 as a join node. Line 24 defines a new flow control edge 1250 as the "then" sink edge, and line 25 defines another new control flow edge 1240 as the "else" sink edge. Line 26 hooks edges 1240 and 1250 to the input of join node 1230. Line 27 makes yet another call to process MAKE_CFLOW_PART at line 8 with arguments edge 1210 as the source, edge 1250 as the sink, and lines 9 and 10 in TABLE 46 of the user description.

Upon this entry to process MAKE_FLOW_PART (TABLE 47) defines the current edge as edge 1210, and line 10 processes line 9 in TABLE 46, which is an operation so that line 11 is accessed. Line 12 creates a new flow control node 1260 and line 13 hooks edge 1210 to the input of node 1260. A new flow control edge 1270 is defined as the current edge and line 15 hooks edge 1270 to the output of node 1260. Processing then returns to line 10 which brings in the "GOTO" statement (Line 10, TABLE 46) so that processing goes to line 33 (TABLE 47) and subsequently line 34 defines a new flow control node 1280 which is defined as the "GOTO" join node. Node 1280 and edge 1290, which is also created, are positioned between node 1170 and node 1130, using the process previously described. Line 35 hooks edge 1270 to the input of node 1280. Line 36 defines a new control flow edge that will become edge 1250. Since this is all the statements that have been passed, processing passes to line 39 which merges the edge that will become edge 1250 with the sink which is edge 1250 and returns processing to line 28 which calls process MAKE_CFLOW_PART with edge 1220 as the source, edge 1240 as the sink, and line 12 of TABLE 46.

Upon this entry at line 8 (TABLE 47) to process MAKE_CFLOW_PART, the current edge is defined as edge 1220 and line 10 starts processing with line 12 in TABLE 46. Since this is a directive node, processing goes to line 11 (TABLE 47) and subsequently line 12 defines a new control flow node 1300 that represents the operation in line 12 of TABLE 46. Line 13 hooks edge 1220 to the input of node 1300. Line 14 defines a new control flow edge which will become edge 1240 and hooks the new edge to the output of node 1300. Processing then transfers to line 39, which merges the current edge, i.e. the edge from node 1300, into the sink node which was previously defined as edge 1240.

44

Processing returns to line 29 which advances scanning of the lines in TABLE 46 to line 14. Line 30 defines a new edge that will become edge 1310. Line 31 hooks the edge that will become edge 1310 to the output of join node 1230, and then processing goes to line 39. Line 39 merges the current edge into the sink which was defined as edge 1310, and processing returns to line 29. Line 29 advances the lines being processed through line 1 of TABLE 46.

Line 30 (TABLE 47) defines the current edge as a newly created edge that will become edge 1290. Line 31 hooks the edge that will become edge 1290 to join node 1170, and processing transfers to line 39 that merges the new current edge into the edge created by processing of the "GOTO" statement to form edge 1290. Processing then returns to line 28 which in turn calls process MAKE_CFLOW_PART with the edge 1110 as the source and the edge connected to node 1120 that will become edge 1110 as the sink and no lines of HDL for processing. Accordingly, processing transfers directly to line 39 which merges edge 1110 with the edge that was to become edge 1110 and subsequently processing is returned to line 29.

Line 29 advances through the HDL, in TABLE 46 to line 15. Line 30 (TABLE 47) defines the current edge as a newly created edge that will become edge 1070, and line 31 hooks the edge that will become edge 1070 to the output of node 1120. Line 39 merges the current edge with edge 1070, and processing is returned to line 29.

Line 29 advances through the remaining parsed HDL statements and subsequently line 30 defines a newly created edge that will become edge 1010. Line 31 hooks the edge that will become edge 1010 to the output of node 1050 and subsequently line 39 merges the current edge into edge 1010. Finally, line 6 returns the completed graph and this completes the processing of the control flow graph.

In this embodiment, condition generator 133 (FIG. 3A) includes two processes. A first process GET_ACTIVATION_OF_EDGE (TABLE 48) generates the activation conditions for each edge from a node and a second process GET_MUXCOND_OF_EDGE (TABLE 49) uses the activation condition to generate a MUX condition for each edge from a node.

TABLE 48

A First Process in Condition Generator 133

| | |
|---|---|
| 1 | GET_ACTIVATION_OF_EDGE( the_edge ) { |
| 2 | IF ( the_edge is the source of the graph ) { |
| 3 | RETURN 1; |
| 4 | } |
| 5 | DEFINE input_node = the node which outputs to the_edge |
| 6 | IF ( input_node is an operation ) { |
| 7 | DEFINE input_edge = the input edge to input_node |
| 8 | DEFINE input_activation = GET_ACTIVATION_OF_EDGE( input_edge ) |
| 9 | RETURN input_activation |
| 10 | } |
| 11 | IF ( input_node is a join ) { |
| 12 | FOREACH ( input edge of input_node ) { |
| 13 | DEFINE input_edge = the current input edge |
| 14 | DEFINE input_activation = GET_ACTIVATION_OF_EDGE(input_edge) |
| 15 | save input_activation for later use |
| 16 | } |
| 17 | DEFINE return_value = Logical OR of all saved input_activations |

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289365

45

TABLE 48-continued

| A First Process in Condition Generator 133 | |
|---|---|
| 18 | RETURN return_value |
| 24 | |
| 19 | } |
| 20 | IF ( input_node is a split ) { |
| 21 | DEFINE input_edge = the input edge to input_node |
| 22 | DEFINE input_activation = GET_ACTIVATION_OF_EDGE( input_edge ) |
| 23 | IF ( the_edge represents the "then" part of the split ) { |
| 24 | DEFINE return_value = logical AND of input_activation with the "condition" of the split. |
| 25 | } |
| 26 | IF ( the_edge represents the "else" part of the split ) { |
| 27 | DEFINE return_value = logical AND of input_activation with the complement of the "condition" of the split. |
| 28 | } |
| 29 | |
| 30 | RETURN return_value |
| 31 | } |
| 32 } | |

TABLE 49

| A Second Process in Condition Generator 133 | |
|---|---|
| 1 | GET_MUXCOND_OF_EDGE( the_edge ) { |
| 2 | DEFINE edge_activation = the activation condition of the_edge |
| 3 | DEFINE join_node = the join node which has the_edge as input |
| 4 | DEFINE output_edge = the output edge of the join node |
| 5 | DEFINE output_activation = the activation condition of output_edge |
| 6 | DEFINE mux_cond = boolean optimization of edge_activation using the complement of output_activation as a "don't care". |
| 7 | RETURN mux_cond |
| 8 } | |

In process GET_ACTIVATION_OF_EDGE (TABLE 48) three different sets of operations are performed depending upon the type of node driving the edge passed in the call to the process. If the input node is an operation node, i.e., a node for a directive statement, process GET_ACTIVATION_OF_EDGE defines the input edge as the input edge to that node and then calls the process GET_ACTIVATION_OF_EDGE for the input edge to that node to ascertain the input activation condition. The process returns the value of the input edge activation condition.

If the input node for the edge in the call to the process GET_ACTIVATION_OF_EDGE is a join node, for each edge into the node, process GET_ACTIVATION_OF_EDGE is called to determine the activation condition for each input edge and the resulting value is saved for later use. After each edge into the join node has been processed and the activation condition determined, the value returned for the edge in the original call to process GET_ACTIVATION_OF_EDGE is the logic OR function of all the saved input activation conditions.

Finally, if the input node GET_ACTIVATION_OF_EDGE is a split node, process GET_ACTIVATION_OF_

46

EDGE is called to obtain the activation condition for the edge into the split node. If the edge used in the call to the process GET_ACTIVATION_OF_EDGE is associated with the "then" part of the "if" statement split, the return value is defined as the logical AND function of the activation condition for the edge into the split node with the condition of the split. Conversely, if the edge passed in the call to the process GET_ACTIVATION_OF_EDGE represents the "else" part of the split, the return value is defined as the logical AND function of the activation condition for the edge into the split node with the complement of the condition of the split. When the activation condition for an edge is determined, the condition is saved for use in subsequent processing.

To further demonstrate the operation of process GET_ACTIVATION_OF_EDGE in condition generator 133, the process will be applied to control flow graph 1500 (FIG. 25) that was generated by control flow graph generator 132. Initially, process GET_ACTIVATION_OF_EDGE is called with edge 1010. Line 5 defines the input node as join node 1050 which drives edge 1010. Since the input node is join node 1050, processing proceeds to line 11 and the input edge is defined as edge 1060 to join node 1050. Line 14 defines the input activation for edge 1060 as process GET_ACTIVATION_OF_EDGE for edge 1060. Therefore, processing starts at line 5 again for edge 1060. Line 5 defines the input node for edge 1060 as node 1080. Since node 1080 is an operation node, processing transfers to line 6 and subsequently line 7 defines the input edge as edge 1030 to node 1080. Line 8 defines the input activation for edge 1030 as the process GET_ACTIVATION_OF_EDGE for edge 1030.

Accordingly, processing transfers to line 5 for edge 1030. Line 5 defines the input node for edge 1030 as split node 1020 so that processing transfers to line 20. Line 21 defines the input edge to split node 1020 as edge 1000 and line 22 defines the input activation for edge 1000 as process GET_ACTIVATION_OF_EDGE for edge 1000.

Thus, processing transfers again to line 5 for edge 1000. Since edge 1000 is the source of the graph, lines 2 and 3 return the value of 1 for edge 1000. Since edge 1030 represents the "then" portion of the "if" split, processing transfers to line 24 which defines the return value as the logical AND of the logic value "1" with the condition of the split "reset". Thus, the return value in line 29 is "reset" so that the activation condition for edge 1030 is "reset". Processing transfers to line 9 with the input activation condition set equal to "reset" and line 9 returns "reset" as the activation condition for edge 1060. The value of the activation condition for edge 1060 is saved for later use and processing returns to line 12 for edge 1070 to node 1050.

Line 22 defines the input edge as edge 1070 and line 14 defines input activation as the process GET_ACTIVATION_OF_EDGE for edge 1070. The subsequent processing through process GET_ACTIVATION_OF_EDGE recursively cycles through TABLE 48 and so only the lines where the process is called to determine an assignment condition for an edge and the subsequent return value are described. In view of the above discussion and TABLE 48, the intermediate steps will be apparent to those skilled in the art.

Hence, processing continues to cycle through process GET_ACTIVATION_OF_EDGE and at line 14, process GET_ACTIVATION_OF_EDGE is called for edge 1130 and after further processing, at line 14 again, process GET_ACTIVATION_OF_EDGE is called for edge 1270 and subsequently after additional processing line 18 calls pro-

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289366

5,748,488

47

cess GET_ACTIVATION_OF_EDGE for edge 1210. After additional processing, line 22 sequentially calls process GET_ACTIVATION_OF_EDGE for edges 1160, 1100, 1040, and 1000. When edge 1000 is reached the activation condition was previously calculated as 1. Line 27 returns a value of "1 AND (not reset)", or simply "not reset". After further processing, line 30 returns the activation condition of edge 1040 as "not reset". Subsequently line 24 returns the value of "(not reset)*(pos_e)" and line 30 returns the activation condition of edge 1100 as "(not reset)*(pos_e)". Again, after further processing line 27 has the return value defined as "(not reset)*(pos_e)*(not normal)" and subsequently line 30 returns the activation condition of edge 1160 as "(not reset)*(pos_e)*(not normal)".

Again looping back through the process, line 24 defines a return value of "(not reset)*(pos_e)*(not normal)*(abort)". Subsequently, line 30 returns the activation condition of edge 1210 as "(not reset)*(pos_e)*(not normal)*(abort)". Line 9 returns the activation condition of edge 1270 as "(not reset)*(pos_e)*(not normal)*(abort)". This completes one path into join node 1280, but to complete the activation conditions the other path into join node 1280 is processed by line 12.

Thus, line 13 calls process GET_ACTIVATION_OF_EDGE for edge 1290, and after further processing line 13 calls process GET_ACTIVATION_OF_EDGE for edge 1180. Subsequently line 8 calls process GET_ACTIVATION_OF_EDGE for edge 1150 and line 22 calls GET_ACTIVATION_OF_EDGE for edge 1100. The activation condition of edge 1100 was previously calculated as "(not reset)*(pos_e)". Subsequently, line 24 returns the value of "(not reset)*(pos_e)*(normal)" and line 30 returns activation condition of edge 1150 as "(not reset*(pos_e)*(normal)". After further processing, line 9 returns the activation condition of edge 1180 as "(not reset)*(pos_e)*(normal)".

The remaining branch into join node 1170 must be processed to complete the conditions for edge 1290. After further processing line 14 calls process GET_ACTIVATION_OF_EDGE with edge 1310. Hence, processing returns to line 12 and in turn line 23 again calls process GET_ACTIVATION_OF_EDGE for edge 1240. After further processing, line 8 calls process GET_ACTIVATION_OF_EDGE for edge 1220 and subsequently line 22 calls process GET_ACTIVATION_OF_EDGE for edge 1160.

The activation condition for edge 1160 was previously calculated and, as described above, the condition was "(not reset)*(pos_e)*(not normal)". Subsequently, line 27 defines a return value and line 30 returns the value for the activation condition of edge 1220 as "(not reset)*(pos_e)*(not normal)*(not abort)". After further processing line 9 returns the activation condition of edge 1240 as "(not reset)*(pos_e)*(not normal)*(not abort)". Line 17 returns a value that is equal to the activation condition for edge 1240 because edge 1250 is never reached. Consequently, line 18 returns the activation condition for edge 1310 as "(not reset)*(pos_e)*(not normal)*(not abort)".

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by calculating the return value of the logic OR function of the activation condition for edge 1180 with the activation condition for edge 1310. The return value is "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)". Subsequently, line 18 returns the activation condition of edge 1290 as "(not reset)*(pos_e)*(normal)+(not reset)* (pos_e)*(not normal)*(not abort)."

48

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by calculating the return value of the logic OR function of the activation condition for edge 1270 with the activation condition for edge 1290. The return value is "(not reset)*(pos_e)*(not normal)*(abort)+(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)", which is just "(not reset)*(pos_e)." Subsequently, line 18 returns the activation condition of edge 1130 as "(not reset)*(pos_e)." This completes processing in this call to process GET_ACTIVATION_OF_EDGE.

To complete the processing for join node 1120, the activation conditions for edges 1110 and 1040 must still be determined. Hence, processing returns to line 12 and subsequently line 14 calls process GET_ACTIVATION_OF_EDGE for edge 1110. In turn, line 22 calls process GET_ACTIVATION_OF_EDGE for edge 1040. However, the activation condition of edge 1040 was previously calculated as "(not reset)". Thus, line 27 defines the return value as "(not reset)*(not pos_e)" and line 30 returns the activation condition of edge 1110 as "(not reset)*(not pos_e)."

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by defining the return value as the logic OR function of the activation condition for edge 1130 with the activation condition for edge 1110. The return value is "(not reset)*(pos_e)+(not reset)*(not pos_e)," which is "(not reset)". Subsequently, line 18 returns the activation condition of edge 1070 as "(not reset)."

Processing then returns to the prior call of process GET_ACTIVATION_OF_EDGE which continues at line 17 by defining the return value as the logic OR function of the activation condition for edge 1060 with the activation condition for edge 1070. The return value is "reset+(not reset)" or 1. Subsequently, line 18 returns the activation condition of edge 1010 as 1 which completes the processing that generates the activation conditions in conditions generator 133. In one embodiment, each edge and its activation condition are stored in a table for use in subsequent processing.

The second process GET_MUXCOND_OF_EDGE (TABLE 49) gets the mux condition for the control flow edge passed to the process. As previously, described, a mux condition is only defined for edges that are input edges to a join node. Initially, the edge activation is set equal to as the activation condition for the edge passed to this process. A join node is set equal to the join node that has the edge passed to this process as an input edge. The output edge is set equal to the output edge from the join node. The output activation is then set equal to the activation condition for the output edge. Finally, the mux condition is the boolean optimization of the edge activation using the complement of output activation as a "don't care" condition.

Initially, process GET_MUXCOND_CF_EDGE is called for edge 1060. Line 2 sets edge activation to "reset" and line 4 sets output edge to edge 1010. Thus, line 5 sets output activation to "1". Line 6 determines the mux condition as the boolean minimization of "reset" with a don't care condition of "0". The mux condition returned for edge 1060 is "reset". The edge and its mux condition are stored in a table for subsequent processing.

Process GET_MUXCOND_OF_EDGE is next called for edge 1070. Line 2 sets edge activation to "not reset" and line 4 sets output edge to edge 1010. Thus, line 5 sets output activation to "1". Line 6 determines the mux condition as the boolean minimization of "not reset" with a don't care condition of "0". The mux condition returned for edge 1070

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

JA.201

SNPS 00289367

5,748,488

**49**

is "not reset." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1120, process GET_MUXCOND_OF_EDGE is first called for edge 1130. Line 2 sets edge activation to "(not reset)*(pos_e)" and line 4 sets output edge to edge 1070. Thus, line 5 sets output activation to "not reset." Line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)" with a don't care condition of "reset". The mux condition returned for edge 1130 is "pos_e." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1120, process GET_MUXCOND_OF_EDGE is next called for edge 1110. Line 2 sets edge activation to "(not reset)*(not pos_e)" and line 4 sets output edge to edge 1070. Line 5 sets output activation to "not reset." Line 6 determines the mux condition as the boolean minimization of "(not reset)*(not pos_e)" with a don't care condition of "reset". The mux condition returned for edge 1110 is "not pos_e." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1280, process GET_MUXCOND_OF_EDGE is first called for edge 1270. Line 2 sets edge activation to "(not reset)*(pos_e)*(not normal)*(abort)" and line 4 sets output edge to edge 1130. Line 5 sets output activation to "(not reset)*(pos_e)". Thus, line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(not normal)*(abort)" with a don't care condition of "reset+(not pos_e)". The mux condition returned for edge 1270 is "(not normal)*(abort)." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1280, process GET_MUXCOND_OF_EDGE is next called for edge 1290. Line 2 sets edge activation to "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)" and line 4 sets output edge to edge 1130. Thus, line 5 sets output activation to "(not reset)*(pos_e)". Thus, line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)" with a don't care condition of "reset +(not pos_e)". The mux condition returned for edge 1290 is "(normal)+(not normal)*(not abort)." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1170, process GET_MUXCOND_OF_EDGE is first called for edge 1180. Line 2 sets edge activation to "(not reset)*(pos_e)*(normal)" and line 4 sets output edge to edge 1290. Line 5 sets output activation to "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)". Line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(normal)" with a don't care condition of "reset+(not pos_e)*abort". Thus, the mux condition returned for edge 1180 is "normal." The edge and its mux condition are stored in a table for subsequent processing.

For join node 1170, process GET_MUXCOND_OF_EDGE is next called for edge 1310. Line 2 sets edge activation to "(not reset)*(pos_e)*(not normal)*(not abort)" and line 4 sets output edge to edge 1290. Line 5 sets output activation to "(not reset)*(pos_e)*(normal)+(not reset)*(pos_e)*(not normal)*(not abort)". Thus, line 6 determines the mux condition as the boolean minimization of "(not reset)*(pos_e)*(not normal)*not abort" with a don't care condition of "reset+(not pos_e)+(not normal)* abort". The mux condition returned for edge 1310 is "not normal." The edge and its mux condition are stored in a table for subsequent processing.

Notice that the mux conditions are not determined for join node 1230. Recall edge 1250 is not used and so has an

**50**

activation condition of "0." Thus, edge 1240 is effectively the same as edge 1310 because no other flow control path is added through join 1230.

The completion of process GET_MUXCOND_OF_EDGE concludes the operation of preprocessor 122 (FIG. 2) and so logic circuit generator 124 uses the mux conditions and control flow graph 1500 (FIG. 24) to generate assignment conditions for each variable in graph 1500 that is assigned a value. After the assignment condition matrix is generated for each such variable, generator 124 creates a logic circuit for each row of the assignment condition matrix and interconnects the logic circuits as needed to create final logic circuit 130 that performs the operations specified in user description 110. One embodiment of assignment condition generator 124A of generator 124, called process GET_ASICONDS_AT_EDGE, is presented in TABLE 50.

TABLE 50

| | Assignment Condition Generator 124A in Generator 124 |
|---|---|
| 1 | GET_ASICONDS_AT_EDGE( the_edge ) { |
| 2 | IF ( the_edge is the source of the graph ) { |
| 3 | RETURN 0; |
| 4 | } |
| 5 | DEFINE input_node = the node which outputs to the_edge |
| 6 | IF ( input_node is an operation ) { |
| 7 | IF ( variable of assignment condition is assigned ) { |
| 8 | DEFINE return_value = appropriate assignment condition for the value assigned. |
| 9 | RETURN return_value |
| 10 | } |
| 11 | IF ( variable of assignment condition is not assigned ) { |
| 12 | DEFINE input_edge = the input edge to input_node |
| 13 | DEFINE return_value = GET_ASICONDS_AT_EDGE( input_edge ) |
| 14 | RETURN return_value |
| 15 | } |
| 16 | } |
| 17 | IF ( input_node is a join which does not depend on a clock edge ) { |
| 18 | FOREACH ( input edge of input_node ) { |
| 19 | DEFINE input_edge = the the current input edge |
| 20 | DEFINE input_muxcond = mux condition of input_edge |
| 21 | DEFINE input_asicond = GET_ASICONDS_AT_EDGE( input_edge ) |
| 22 | DEFINE intermediate_value = logical AND of input_muxcond and input_asicond |
| 23 | save intermediate_value for later use |
| 24 | } |
| 25 | DEFINE return_value = Logical OR of all saved intermediate_values |
| 26 | RETURN return_value |
| 27 | } |
| 28 | IF ( input_node is a join which does depend on a clock edge ) { |
| 29 | DEFINE input_edge = the input edge with pos_edge |
| 30 | DEFINE input_asiconds = GET_ASICONDS_AT_EDGE( input_edge ) |
| 31 | DEFINE synchronous_asiconds( return_value ) = asynchronous_asiconds( input_asiconds |
| 32 | DEFINE asynchronous asiconds( return_value = zero |
| 33 | RETURN return_value |

5,748,488

51

TABLE 50-continued

| Assignment Condition Generator 124A in Generator 124 |
|---|
| 34 } |
| 35 IF ( input_node is a join with only 1 input |
| 36     DEFINE input_edge = the input edge to |
|     input_node |
| 37     DEFINE return_value = GET_ASICONDS_AT_ |
|     EDGE( input_edge ) |
| 38     RETURN return_value |
| 39 } |
| 40 IF ( input_node is a split ) { |
| 41     DEFINE input_edge = the input edge to |
|     input_node |
| 42     DEFINE return_value = GET_ASICONDS_AT_ |
|     EDGE( input_edge |
| 43     RETURN return_value |
| 44 } |
| 45 } |

In this embodiment, a working row, as described above, is created for each edge of control flow graph 1500. Thus, process GET_ASICONDS_AT_EDGE is called a total of eighteen times. Each time, process GET_ASICONDS_AT_EDGE is called with a different edge of control flow graph 1500 as the argument and the value returned by the process is the working row or an assignment condition row as explained more completely below.

In process GET_ASICONDS_AT_EDGE, the edge passed in the call to the process is checked to determine whether the edge is the source of the control flow graph. If the edge is the source a value of "0" is returned for the set of assignment conditions. Otherwise, input node is set equal to the node that drives the edge. The subsequent operations depend upon whether the input node is (i) an operation, i.e., represents a directive statement operation 110, (ii) a join node which does not depend on a clock edge, (iii) a join node which depends on a clock node, (iv) a join node with only one input edge, or (v) a split node. If the input node is an operation and if the variable is assigned a value in the input node, the return value for the assignment conditions are the appropriate assignment condition for the value assigned in the node. Conversely, if the variable is not assigned a value in the input node, the assignment conditions for that variable for the edge into the input node are assigned to the edge in the call this process, i.e., the assignment condition for variables not assigned a value in the node are simply passed from the node input edge to the node output edge.

If the input node is a join which is independent of a clock edge, for each input edge to the input node, the input edge is redefined as the current input edge. The input mux condition is set equal to the mux condition for the input edge. The input assignment condition for each hardware description function is set equal to the assignment condition for that hardware description function for the input edge. The intermediate value of the mux conditions is the logic AND function of the input mux condition and the input assignment condition for the hardware description function. The intermediate value of the mux conditions is saved for later used. This sequence of steps is repeated until all edges into the join node are processed. Then, the assignment condition for each hardware function for the edge in the call to process GET_ASICONDS_AT_EDGE is the logic OR function of all the saved intermediate values for that function.

If the input node is a join which depends on a clock edge, the input edge to the input node that does not depend on the clock edge, i.e., the edge with the condition "not clock edge", is ignored. Only the input edge that depends upon the clock edge is used. The input edge is defined as the input edge that includes "pos_e" in the mux condition. The input assignment condition for each hardware description function is set equal to the assignment condition for that hardware description function for the input edge. Each synchronous hardware description function assignment condition is then set equal to the corresponding asynchronous hardware description function input assignment condition and included in the return value for the edge in the call to process GET_ASICONDS_AT_EDGE. Subsequently, the asynchronous hardware description function assignment conditions are set to zero and included in the return value for the edge in the call to process GET_ASICONDS_AT_EDGE.

If the input node is either a join with only one input edge or a split node, the input edge is redefined as the edge into the original input node. The assignment conditions for the input edge are returned as the assignment conditions for the edge in the call to process GET_ASICONDS_AT_EDGE.

In control flow graph 1500 (FIG. 25) only the variable Q is assigned a value. Thus, the following detailed description of the operation of process GET_ASICONDS_AT_EDGE only propagates assignment conditions for variable Q. However, process GET_ASICONDS_AT_EDGE can be used to propagate assignment conditions for many variables simultaneously. Also, for control flow graph 1500 the following hardware description functions are used:

AL( ) Asynchronous load

AD( ) Asynchronous data

AZ( ) Asynchronous three-state (when signal goes asynchronously to high impedance)

SL( ) Synchronous load

SD( ) Synchronous data

SZ( ) Synchronous three-state (when signal goes synchronously to high impedance)

In the more general case, the hardware description functions would include don't care function DC( ).

Initially, process GET_ASICONDS_AT_EDGE is called for edge 1000. Since edge 1000 is the source for control flow graph, line 3 (TABLE 50) returns the assignment conditions in TABLE 51 for edge 1000.

TABLE 51

| Assignment Conditions for Edge 1000 in Process GET_ASICONDS_AT_EDGE |
|---|
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge 1040. Since edge 1040 is from a split node 1020 that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to edge 1000. Line 42 sets the return value equal to the assignment conditions for edge 1000. Line 43 returns the assignment conditions in TABLE 52 for edge 1040.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289369

5,748,488

## 53

### TABLE 52

| Assignment Conditions for Edge 1040 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1110**. Since edge **1110** is from a split node **1090** that is defined as the input node (TABLE 50, line **5**) processing goes to line **41**. Line **41** sets the input edge equal to edge **1040**. Line **42** sets the return value equal to the assignment conditions for edge **1040**. Line **43** returns the assignment conditions in TABLE 53 for edge **1110**.

### TABLE 53

| Assignment Conditions for Edge 1110 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1100**. Since edge **1100** is from a split node **1090** that is defined as the input node (TABLE 50, line **5**) processing goes to line **41**. Line **41** sets the input edge equal to edge **1040**. Line **42** sets the return value equal to the assignment conditions for edge **1040**. Line **43** returns the assignment conditions in TABLE 54 for edge **1100**.

### TABLE 54

| Assignment Conditions for Edge 1110 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1160**. Since edge **1160** is from a split node **1140** that is defined as the input node (TABLE 50, line **5**) processing goes to line **41**. Line **41** sets the input edge equal to edge **1100**. Line **42** sets the return value equal to the assignment conditions for edge **1100**. Line **43** returns the assignment conditions in TABLE 55 for edge **1160**.

### TABLE 55

| Assignment Conditions for Edge 1160 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

## 54

Next process GET_ASICONDS_AT_EDGE is called for edge **1220**. Since edge **1220** is from a split node **1200** that is defined as the input node (TABLE 50, line **5**) processing goes to line **41**. Line **41** sets the input edge equal to edge **1160**. Line **42** sets the return value equal to the assignment conditions for edge **1160**. Line **43** returns the assignment conditions in TABLE 56 for edge **1220**.

### TABLE 56

| Assignment Conditions for Edge 1220 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1240**. Since edge **1240** is from an operations node **1300** that is defined as the input node (TABLE 50, line **5**) processing goes to line **6**. Since the variable Q is assigned a value in node **1300**, lines **7–9** define assignment conditions for functions AL( ) and AD( ). The assignment conditions in TABLE 57 are returned for edge **1240**.

### TABLE 57

| Assignment Conditions for Edge 1240 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 1 |
| AD = input1 + input2 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge **1310**. Since edge **1310** is from join node **1230** that is defined as the input node (TABLE 50, line **5**) processing goes to line **35**. Line **36** sets the input edge equal to edge **1240**. Line **37** sets the return value equal to assignment conditions for edge **1240**. Line **38** returns the assignment conditions in TABLE 58 for edge **1310**.

### TABLE 58

| Assignment Conditions for Edge 1310 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 1 |
| AD = input1 + input2 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

To determine the assignment conditions at edge **1290**, the assignment conditions for edges **1150** and **1180** must be determined. Thus, process GET_ASICONDS_AT_EDGE is called for edge **1150**. Since edge **1150** is from a split node **1140** that is defined as the input node (TABLE 50, line **5**) processing goes to line **41**. Line **41** gets the input edge equal to edge **1100**. Line **42** sets the return value equal to the assignment conditions for edge **1100**. Line **43** returns the assignment conditions in TABLE 59 for edge **1150**.

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289370

5,748,488

<table>
<tr><td>55</td><td>56</td></tr>
</table>

## Left column (55)

### TABLE 59

| Assignment Conditions for Edge 1150 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge 1180. Since edge 1180 is from an operations node 1190 that is defined as the input node (TABLE 50, line 5) processing goes to line 6. Since the variable Q is assigned a value in node 1190, lines 7–9 define assignment conditions for functions AL( ) and AD( ). The assignment conditions in TABLE 60 are returned for edge 1180.

### TABLE 60

| Assignment Conditions for Edge 1180 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 1 |
| AD = input1 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Now sufficient information exists to process edge 1290 and so process GET_ASICONDS_AT_EDGE is called for edge 1290. Since the mux conditions for edges into node 1170 are independent of a clock edge processing goes to line 17 (TABLE 50) after line 5 defines the input node as node 1170. Line 18 first selects edge 1310 as an input edge for node 1170 and line 19 defines the input edge as edge 1310. Line 20 defines the input mux condition as "not normal." Line 21 defines the input assignment conditions as those for edge 1310 (TABLE 58). Line 22 forms the logic AND function of mux condition "not normal" and the assignment conditions in TABLE 58 and line 23 saves as intermediate values the assignment conditions in TABLE 61. Processing then returns to line 18.

### TABLE 61

| Intermediate Value Assignment Conditions for Edge 1290 |
| --- |
| AL = (not normal) |
| AD = (input1 + input2)*(not normal) |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Line 18 next selects edge 1180 as an input edge for node 1170 and line 19 defines the input edge as edge 1180. Line 20 defines the input mux condition as "normal." Line 21 defines the input assignment conditions as those for edge 1180 (TABLE 60). Line 22 forms the logic AND function of mux condition "normal" and the assignment conditions in TABLE 60 and line 23 saves as intermediate values the assignment conditions in TABLE 62.

## Right column (56)

### TABLE 62

| Intermediate Value Assignment Conditions for Edge 1290 |
| --- |
| AL = (normal) |
| AD = (input1)*(normal) |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Since edge 1180 is the last input edge for node 1170, processing goes to line 25 that defines the return value for each assignment condition as the logic OR function of the assignments conditions in TABLES 61 and 62 so that line 26 returns the assignment conditions in TABLE 63 for edge 1290.

### TABLE 63

| Assignment Conditions for Edge 1290 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = (not normal)+(normal) = 1 |
| AD = ((input1+input2)*(not normal))+((input1)*(normal)) |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

To determine the assignment conditions at edge 1130, the assignment conditions for edges 1210 and 1270 must be determined. Thus, process GET_ASICONDS_AT_EDGE is called for edge 1210. Since edge 1210 is from a split node 1200 that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to edge 1160. Line 42 sets the return value equal to the assignment conditions for edge 1160. Line 43 returns the assignment conditions in TABLE 64 for edge 1210.

### TABLE 64

| Assignment Conditions for Edge 1210 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge 1270. Since edge 1270 is from an operations node 1260 that is defined as the input node (TABLE 50, line 5) processing goes to line 6. Since the variable Q is assigned a value in node 1260, lines 7–9 define assignment conditions for functions AL( ), AD( ) and AZ( ). The assignment conditions in TABLE 65 are returned for edge 1270.

### TABLE 65

| Assignment Conditions for Edge 1270 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 1 |
| AD = 0 |
| AZ = 1 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Now sufficient information exists to process edge 1130 and so process GET_ASICONDS_AT_EDGE is called for

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289371

5,748,488

**57**

edge 1130. Since the mux conditions for both edges into node 1280 are independent of a clock edge, processing proceeds line 17 (TABLE 50) after line 5 defines the input node as node 1280. Line 18 first selects edge 1290 as an input edge for node 1280 and line 19 defines the input edge as edge 1290. Line 20 defines the input mux condition as "(normal)+(not normal)*(not abort)." Line 21 defines the input assignment conditions as those for edge 1290 (TABLE 61). Line 22 forms the logic AND function of mux condition "(normal)+(not normal)*(not abort)" and the assignment conditions in TABLE 61 and line 23 saves as intermediate values the assignment conditions in TABLE 66. Processing then returns to line 18.

### TABLE 66

| Intermediate Value Assignment Conditions for Edge 1130 |
| --- |
| AL = (normal) + (not normal)*(not abort) |
| AD = ((normal)+(not normal)*(not abort))*(((input1+input2)(not normal)+((input1)*(normal))) = ((input1+input2)*(not normal)*(not abort)) +((input1)*(normal)) |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Line 18 next selects edge 1270 as an input edge for node 1280 and line 19 defines the input edge as edge 1270. Line 20 defines the input mux condition as "(not normal)*(abort)." Line 21 defines the input assignment conditions as those for edge 1270 (TABLE 65). Line 22 forms the logic AND function of mux condition "(not normal)*(abort)" and the assignment conditions in TABLE 65 and line 23 saves as intermediate values the assignment conditions in TABLE 67.

### TABLE 67

| Intermediate Value Assignment Conditions for Edge 1130 |
| --- |
| AL = (not normal)*(abort) |
| AD = 0 |
| AZ = (not normal)*(abort) |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Since edge 1270 is the last input edge for node 1280, processing goes to line 25 that defines the return value for each assignment conditions as the logic OR function of the assignments conditions in TABLES 66 and 67 so that line 26 returns the assignment conditions in TABLE 68 for edge 1130.

### TABLE 68

| Assignment Conditions for Edge 1130 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = (normal)+((not normal)*(not abort))+((not normal)*(abort)) = 1 |
| AD = ((input1+input2)*(not normal)*(not abort))+ ((input1) * (normal)) |
| AZ = (not normal)*(abort) |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Sufficient information exists to process edge 1070 because both edges leading into join node 1120 were previously processed by process GET_ASICONDS_AT_

**58**

EDGE and so process GET_ASICONDS_AT_EDGE is called for edge 1070. Since the mux condition for one of the edges, edge 1130, into node 1120 is dependent on a clock edge, the mapping previously described is performed. Hence, processing proceeds to line 28 (TABLE 50) after line 5 defines the input node as node 1120. Line 29 defines the input edge as edge 1130 because the mux condition for edge 1130 includes "pos_e." Line 30 defines the input assignment conditions as those for edge 1130 (TABLE 68). Line 31 maps the asynchronous assignment conditions to the synchronous assignment conditions and line 32 sets the asynchronous assignment conditions to zero. Hence, line 33 returns the assignment conditions in TABLE 69 for edge 1070.

### TABLE 69

| Assignment Conditions for Edge 1070 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 1 |
| SD = ((input1+input2)*(not normal)*(not abort))+ ((input1)*(normal)) |
| SZ = (not normal)*(abort) |

To determine the assignment conditions at edge 1010, the assignment conditions for edges 1030 and 1060 must be determined. Thus, process GET_ASICONDS_AT_EDGE is called for edge 1030. Since edge 1030 is from a split node 1020 that is defined as the input node (TABLE 50, line 5) processing goes to line 41. Line 41 sets the input edge equal to edge 1000. Line 42 sets the return value equal to the assignment conditions for edge 1000. Line 43 returns the assignment conditions in TABLE 70 for edge 1030.

### TABLE 70

| Assignment Conditions for Edge 1030 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Next process GET_ASICONDS_AT_EDGE is called for edge 1060. Since edge 1060 is from an operation node 1080 processing goes to line 6. Since the variable Q is assigned a value in node 1080, lines 7–9 define assignment conditions for function AL( ) and AD( ). The assignment conditions in TABLE 71 are returned for edge 1060.

### TABLE 71

| Assignment Conditions for Edge 1060 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = 1 |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Now sufficient information exists to process edge 1010 and so process GET_ASICONDS_AT_EDGE is called for edge 1010. Since the mux conditions for both edges into node 1050 are independent of a clock edge processing proceeds to line 17 (TABLE 50) after line 5 defines the input node as node 1050. Line 18 first selects edge 1070 as an

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289372

5,748,488

<table>
<tr><td>59</td><td>60</td></tr>
</table>

input edge for node 1050 and line 19 defines the input edge as edge 1070. Line 20 defines the input mux condition as "(not reset)." Line 21 defines the input assignment conditions as those for edge 1070 (TABLE 69). Line 22 forms the logic AND of mux condition "(not reset)" and the assignment conditions in TABLE 69 and line 23 saves as intermediate values the assignment conditions in TABLE 72. Processing then returns to line 18.

**TABLE 72**

| Intermediate Value Assignment Conditions for Edge 1010 |
| --- |
| AL = 0 |
| AD = 0 |
| AZ = 0 |
| SL = (not reset) |
| SD = (not reset)*(((input1+input2)*(not normal)*(not abort))+((input1)*(normal))) |
| SZ = (not reset)*(not normal)*(abort) |

Line 18 next selects edge 1060 as an input edge for node 1050 and line 19 defines the input edge as edge 1060. Line 20 defines the input mux condition as "(reset)." Line 21 defines the input assignment conditions as those for edge 1060 (TABLE 71). Line 22 forms the logic AND function of mux condition "(reset)" and the assignment conditions in TABLE 71. Line 23 saves as intermediate values the assignment conditions in TABLE 73.

**TABLE 73**

| Intermediate Value Assignment Conditions for Edge 1060 |
| --- |
| AL = reset |
| AD = 0 |
| AZ = 0 |
| SL = 0 |
| SD = 0 |
| SZ = 0 |

Since edge 1060 is the last input edge for node 1050, processing goes to line 25 that defines the return value for each assignment conditions as the logic OR function of the asssignment conditions in TABLES 72 and 73 so that line 26 returns the assignment conditions in TABLE 74 for edge 1010.

**TABLE 74**

| Assignment Conditions for Edge 1010 in Process GET_ASICONDS_AT_EDGE |
| --- |
| AL = reset |
| AD = 0 |
| AZ = 0 |
| SL = (not reset) |
| SD = (not reset)*(((input1+input2)*(not normal)*(not abort))+((input1)*(normal))) |
| SZ = (not reset)*(not normal)*(abort) |

Since the processing of edge 1010 completes the processing of the edges in control flow graph 1500, the final assignment conditions for edge 1010 (TABLE 74) are used by hardware generator 124B in logic circuit generator 124. As described above, since assignment condition AL(Q) and SL(Q) are non-zero, at least a flip-flop 344-1 (FIG. 26) with a clear direct terminal is required. Since assignment condition SZ(Q) is also non-zero, two flip-flops 344-1, 344-2 are required. However, prior to constructing the actual logic circuit, each of the boolean minimization described above are performed. First assignment condition AD(Q) is minimized with NOT assignment condition AL(Q) as a don't

care condition. Since assignment condition AD(Q) is zero, the result, assignment condition AD(Q)', is zero. Similarly, when assignment condition AD(Q)' is minimized with assignment condition AZ(Q) as a don't care condition, the result is again zero. Thus, the first flip-flop does not require a set direct terminal because the optimized assignment condition AD(Q)" is zero.

Similarly, since assignment condition AZ(Q) is zero, the minimization of assignment condition AZ(Q) with NOT assignment condition AL(Q) as a don't care condition gives the optimized assignment condition AZ(Q)' as a value of zero. Thus, a set-direct pin is not required on the second flip-flop associated with assignment condition SZ(Q). Thus, assignment condition AL(Q) drives the clear-direct terminal of flip-flops 344-1, 344-2.

Next assignment condition SL(Q) is boolean minimized with assignment condition AL(Q) as a don't care conditions. Optimized assignment condition SL(Q)' has the value of 1. Thus, the feedback multiplexer used when the assignment condition for function SL( ) is not a constant is not required.

Boolean minimization of assignment condition SD(Q) with assignment condition AL(Q) as a don't care condition and boolean minimization of the result with assignment condition SZ(Q) as a don't care condition gives assignment condition SD(Q)" with a value of "(((input1+input2)*(not normal))+((input1)*(normal))". Thus, logic is built to generate assignment condition SD(Q)" as shown in FIG. 26 and the output signal from OR gate 341-2 drives the input line of flip-flop 344-1.

Finally, assignment condition SZ(Q) is boolean minimized with assignment condition AL(Q) as a don't care condition and boolean minimization of the result with NOT assignment condition SL(Q) as a don't care condition gives assignment condition SZ(Q)" with a value of "(not normal) *(abort)." Again, logic elements are used to generate assignment condition SZ(Q)" and the output signal of AND gate 340-3 drives the data input line of flip-flop. Thus, synthesizer 120 has changed user description in TABLE 46 that contains only operational results into two complex logic elements and the associated logic nodes shown in FIG. 26.

According to the principles of this invention, a method 2000 (FIG. 27A) is provided for generating a logic network using a hardware independent description means. In this method, a user description 110 specifying only signals and the circumstances under which the signals are obtained is used to generate a logic network. e.g., a net list of logic elements such as logic gates, high impendance drivers, level sensitive latches and, edge sensitive flip-flops along with the interconnections of the logic elements, that generates the signals specified in the user description.

In one embodiment, method 2000 includes two steps 2005, 2010. In first step 2005, the signals and circumstances under which the signals are generated are converted to a structure having nodes interconnected by edges. A condition that indicates the condition under which the edge is traversed is generated for selected edges in the structure. In second step 2010, the structure and the conditions created in the first step are used to create a logic network 130 that generates the signals specified in user description 110.

As described more completely above and incorporated herein by reference, user description 110 is a sequence of statements that specify how the desired digital hardware operates. Specifically, user description 110 describes values assigned to logic variables and the circumstances under which those values are assigned wherein each logic variable assigned a value represents a signal. Specification of any specific logic element, such as a flip-flop, or any connections

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289373

5,748,488

**61**

between logic elements to generate the desired signals is not required in user description 110.

Consequently, in method 2000 of this invention, logic network 130 is not created as in the prior art where the choice of logic components for the synthesis was stated at least partially explicitly in the user description, but rather where the choice of logic components is implied by the signals specified in description 110. Such descriptions are easier to produce, understand, and maintain than the typical prior art description so that the user realizes significant savings in the cost of designing digital hardware.

In one embodiment, first step 2005 includes (i) a step 2006 (FIG. 27B) creating a control flow graph having nodes and edges, and in particular split nodes, join nodes, and operation nodes. The control flow graph may include edges that go from one node in the graph to any other subsequent node in the graph. The ability to jump from one node to any subsequent node in the graph represents a significant enhancement in the capability of the control flow graph to represent a wide variety of user descriptions.

After generation of the control flow graph, step 2007 within first step 2005 determines edge conditions for edges in the control flow graph. Specifically, for each edge in the control flow graph, the conditions that must be satisfied to reach that edge in the graph are determined and assigned to the edge. The condition generated is an "activation condition" in one embodiment and a "mux condition" in another embodiment as previously described and incorporated herein by reference.

In second step 2010 of the method, the edge activation conditions, or alternatively the mux conditions, and information associated with the nodes of the control flow graph are used to create logic network 130. In one embodiment, a set of assignment conditions for each variable assigned a value in the control flow graph, i.e., each signal specified by the user are created in step 2011 (FIG. 27C). The assignment conditions for a set of hardware description functions, are subsequently used in step 2012 to create a logic network 130 that generates the signals represented by the logic variables in the control flow graph.

Hence, according to the principles of this invention, in method 2000, a logic circuit for each variable that is assigned a value in user description 110, i.e., each signal specified by the user is created and the logic circuits are interconnected to form logic network 130 that generates the specified signals under the conditions specified by the user. In one embodiment, an assignment condition for each function in a set of functions is determined for each variable that is assigned a value in the user description. The previous discussion of assignment conditions and hardware description functions are incorporated herein by reference.

As previously explained, in one embodiment the set of functions includes a group of asynchronous functions and a group of synchronous functions. If the assignment conditions for the group of synchronous functions from step 2011 are all zero, the asynchronous functions and assignment conditions are used in step 2012 to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers and level sensitive latches. The predetermined set of assignment conditions used to create specific logic circuits for the asynchronous signals was described above and is incorporated herein by reference. Similarly, if the assignment conditions for the group of asynchronous functions from step 2011 are all zero, the synchronous functions and assignment conditions are used to create logic circuits that include logic nodes such as AND and OR gates and invertors as well as

**62**

complex logic elements such as three-state drivers and edge-triggered flip-flops. When the assignment conditions from step 2011 include non-zero assignment conditions for both the synchronous and asynchronous functions, logic circuits are created in step 2012 that may include logic nodes such as AND and OR gates and invertors as well as complex logic elements such as three-state drivers, and edge-triggered flip-flops. Also, in this case, the edge-triggered flip-flops may include a clear-direct terminal and a set-direct terminal. Again, the predetermined set of conditions used to generate specific logic circuits was described above and is incorporated herein by reference.

Hence, in this method a logic circuit is synthesized based upon the information provided by the assignment conditions. However, the assignment conditions are boolean minimized in step 2011 prior to creation of the logic circuit as described above and incorporated herein by reference. As explained, above the assignment conditions, in one embodiment, are the boolean minimized values of a set hardware description functions. In this method, the hardware description functions, the hardware created for the various values, and the boolean optimizations, as described above and incorporated herein by reference, are utilized in the logic network generating step.

The various embodiments of the structure and method of this invention that are described above are illustrative only of the principles of this invention and are not intended to limit the scope of the invention to the particular embodiments described. In view of this disclosure, those skilled-in-the-art can define other flow control styles, other edge conditions, other hardware description functions, other combinations of assignment conditions, other logic elements that may be created, other minimization techniques other than boolean logic, circuits other than digital circuits, and running in a non-computer environment, and use these alternative features to create logic networks according to the principles of this invention.

We claim:

1. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components comprising:

converting a flow control statement and a directive statement in the user description for a logic signal Q into an assignment condition for at least one of a plurality of functions including an asynchronous load function AL( ), an asynchronous data function AD( ), and a high impendance function Z( ); and

generating a hardware element using said assignment condition, wherein a type of said hardware element and a configuration of said hardware element is dependent upon the assignment condition.

2. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 1 wherein said plurality of functions further comprises a synchronous load function SL( ), and a synchronous data function SD( ).

3. A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 2 wherein said plurality of functions further comprises a don't care function DC( ).

4. A method for converting a hardware independent user description of a logic circuit, that includes flow control

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS_00289374

5,748,488

63

statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 1 wherein said plurality of functions further comprises a don't care function DC( ).

**5.** A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 1 further comprising;

boolean minimizing said assignment condition with a complement of another assignment condition as a don't care condition prior to performing said generating a hardware element.

**6.** A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 1 further comprising:

boolean minimizing said assignment condition with another assignment condition as a don't care condition to obtain a new assignment condition when both said assignment conditions are not zero.

**7.** A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 6 further comprising:

boolean minimizing said new assignment condition with a complement of yet another assignment condition as a don't care condition when said yet another assignment condition is not a constant to obtain a second new assignment condition.

**8.** A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components comprising:

converting a flow control statement and a directive statement in the user description for a logic signal Q into an assignment condition for at least one of a plurality of functions including a synchronous load function SL( ), a synchronous data function SD( ), and a high impendance function Z( ); and

generating a hardware element using said assignment condition, wherein a type of said hardware element and a configuration of said hardware element is dependent upon the assignment condition.

64

**9.** A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 8 wherein said plurality of functions further comprises an asynchronous load function A( ), and an asynchronous data function AD( ).

**10.** A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 9 wherein said plurality of functions further comprises a don't care function DC( ).

**11.** A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 8 wherein said plurality of functions further comprises a don't care function DC( ).

**12.** A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 8 further comprising;

boolean minimizing said assignment condition with a complement of another assignment condition as a don't care condition prior to performing said generating a hardware element.

**13.** A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 8 further comprising:

boolean minimizing said assignment condition with another assignment condition as a don't care condition to obtain a new assignment condition when both said assignment conditions are not zero.

**14.** A method for converting a hardware independent user description of a logic circuit, that includes flow control statements, and directive statements that define levels of logic signals, into logic circuit hardware components as in claim 13 further comprising:

boolean minimizing said new assignment condition with a complement of yet another assignment condition as a don't care condition when said yet another assignment condition is not a constant to obtain a second new assignment condition.

*   *   *   *   *

Copy provided by USPTO from the PIRS Image Database on 08/26/2013

SNPS 00289375